UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wendy's Netherlands B.V.,

    Plaintiff,

v.

Andrew Levy,

    Defendant.

Case No. 2:24-cv-3077

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Plaintiff's motion to reschedule the hearing in this matter, ECF No. 24, is **GRANTED IN PART**. The hearing is rescheduled to **MONDAY, MARCH 24, 2025,** at **2:00 P.M.**

    **IT IS SO ORDERED.**

*(signature)*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT