# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., | Civil Action No. 2:24-cv-03077 |
| Plaintiff, | Judge Michael H. Watson |
| v. | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e), John A. Borell, Jr., Esq., trial attorney for defendant, Andrew Levy, in the above-referenced action, hereby moves the court to admit Jon Polenberg, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Andrew Levy.

Movant represents that Jon Polenberg is a member in good standing of the highest court of Florida as attested by the accompanying certificate from that court and that Jon Polenberg is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.  Jon Polenberg's relevant identifying information is as follows:

Business telephone:	954-364-6037	Business fax: 954-985-4176

Business address:	1 East Broward Boulevard, Suite 1800
	Ft. Lauderdale, FL  33301

Business e-mail address:	jpolenberg@beckerlawyers.com

Respectfully submitted,

/s/ John A. Borell, Jr., Trial Attorney
John A. Borell, Jr. (0068716)
Marshall & Melhorn, LLC
Four SeaGate, 8th Floor
Toledo, Ohio 43604
Phone: (419) 249-7100
Fax: (419) 249-7151
borell@marshall-melhorn.com
Counsel for Defendant
Andrew Levy

**CERTIFICATE OF SERVICE**

On February 24, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ John A. Borell, Jr., Trial Attorney
John A. Borell, Jr. (0068716)
Marshall & Melhorn, LLC
Four SeaGate, 8th Floor
Toledo, Ohio 43604
Phone: (419) 249-7100
Fax: (419) 249-7151
borell@marshall-melhorn.com
Counsel for Defendant
Andrew Levy