

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle　　　　　　　　　　　　　　　　　　　　　　　　　　850/561-5600
Executive Director　　　　　　　　　　　　　　　　　　　　　　　www.FLORIDABAR.org

State of Florida　　）

County of Leon　　）　　　　　　　In Re:　0653306
　　　　　　　　　　　　　　　　　　　　　　Jon Polenberg
　　　　　　　　　　　　　　　　　　　　　　Becker
　　　　　　　　　　　　　　　　　　　　　　1 E Broward Blvd Ste 1800
　　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301-1876

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 2003**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  13th  day of **January, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-324897