# UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio

| | | |
|---|---|---|
| Wendy's Netherlands B.V. | : | Case No. 2:24–cv–03077–MHW–KAJ |
| | : | |
| Plaintiff(s), | : | Judge Michael H. Watson |
| v. | : | |
| | : | |
| Andrew Levy | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

As of February 25, 2025, the Court's docket reflects the filing of a **Motion for Leave to Appear Pro Hac Vice – #27** in the above case.

S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear pro hac vice and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission... in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The filing is deficient for the following reason(s):

> **Certificate of Good Standing.** The Certificate of Good Standing is not from the highest court of a state or the District of Columbia.

Please satisfy the above referenced deficiency(ies) **within 14 days**.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221

Clerks_Office@ohsd.uscourts.gov

February 25, 2025                  **Richard W. Nagel**

**Clerk of Court**

s/ Eduardo Rivera
Deputy Clerk