UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wendy's Netherlands B.V.,

    Plaintiff,                               Case No. 2:24-cv-3077

    v.                                       Judge Michael H. Watson

Andrew Levy,                        Magistrate Judge Jolson

    Defendant.

## ORDER

Defendant's motion to reschedule the hearing in this matter, ECF No. 26, is **GRANTED**. The hearing is rescheduled to **WEDNESDAY, MARCH 19, 2025,** at **3:30 P.M.**

    IT IS SO ORDERED.

                                             /s/ Michael H. Watson
                                             **MICHAEL H. WATSON, JUDGE**
                                             **UNITED STATES DISTRICT COURT**