IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., | Civil Action No. 2:24-cv-03077 |
| Plaintiff, | Judge Michael H. Watson |
| v. | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | |
| Defendant. | |

## DECLARATION OF JON POLENBERG IN SUPPORT OF MOTION TO DESIGNATE

I, Jon Polenberg, declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. 1746:

1. I am an attorney admitted before the courts of Florida having been so admitted in September 2003.

2. I am a shareholder in the law firm of Becker & Poliakoff in its Ft. Lauderdale, Florida office. I am the Vice Chair of the firm's Business Litigation Practice.

3. I am admitted to the following federal courts:

   a. 11th Circuit Court of Appeals

   b. United States District Court, Southern District of Florida

   c. United States District Court, Middle District of Florida

   d. United States District Court, Northern District of Florida

   e. United States District Court, Central District of Illinois

**EXHIBIT 1**

4. I have reviewed and familiarized myself with the Local Rules for the United States District Court for the Southern District of Ohio.

5. I am familiar with the facts and circumstances of the above matter, having represented Defendant, Andrew Levy prior to this matter.

6. Based on my prior representation and my familiarity with this matter, Mr. Levy requested I act as lead counsel at the upcoming evidentiary hearing and any other hearing, conference, or the trial of this matter.

Further, Affiant sayeth not.

_____
Jon Polenberg