# Exhibit A

| | |
|---|---|
| **From:** | Katherine Berger <Katherine_Berger@ohsd.uscourts.gov> |
| **Sent:** | Thursday, March 13, 2025 10:08 AM |
| **To:** | Polenberg, Jon; Shumate, Keith; borell@marshall-melhorn.com; Silverman, Brittany; King, Andrew H. |
| **Subject:** | [EXT] RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing |

Counsel,

Thank you, Mr. Polenberg, for the confirmation.  Based on the parties' representations, the hearing will continue as scheduled on March 19, 2025, at 3:30 PM.

Best,

Katie



**Katherine T. Berger**
Law Clerk
The Honorable Michael H. Watson
United States District Court
Southern District of Ohio
(614) 719-3283
Katherine_Berger@ohsd.uscourts.gov

---

**From:** Polenberg, Jon <JPolenberg@beckerlawyers.com>
**Sent:** Wednesday, March 12, 2025 2:59 PM
**To:** Katherine Berger <Katherine_Berger@ohsd.uscourts.gov>; Shumate, Keith <keith.shumate@squirepb.com>; borell@marshall-melhorn.com; Silverman, Brittany <brittany.silverman@squirepb.com>; King, Andrew H. <andrew.king@squirepb.com>
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

**CAUTION - EXTERNAL:**

Thank you for the invitation to respond to the email.  The parties have not engaged in discovery, and therefore, Levy does not know how many of the people who were involved with creating the duress remain employed at Wendy's.  Thus, Levy has subpoenaed them all but should only need to call a few witnesses to show that there exist facts to support the defense he has asserted.  Two hours should be enough.

**Jon Polenberg**
Shareholder
Vice Chair, Business Litigation Practice Group

1



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6037

 954.325.4966

 954.985.4176

 JPolenberg@beckerlawyers.com

 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

---

**From:** Katherine Berger <Katherine_Berger@ohsd.uscourts.gov>
**Sent:** Wednesday, March 12, 2025 2:54 PM
**To:** Shumate, Keith <keith.shumate@squirepb.com>; borell@marshall-melhorn.com; Silverman, Brittany <brittany.silverman@squirepb.com>; King, Andrew H. <andrew.king@squirepb.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Counsel,

Thank you for your patience.

First, Judge Watson is unavailable for a status conference but appreciates that Wendy's brought this matter to the Court's attention.

Second, with respect to Wendy's inquiry regarding the scope of the hearing, the Court directs both parties to the January 28, 2025 Opinion and Order, which sufficiently defines the scope of the hearing. *See* ECF No. 23 at PAGEID # 1240 ("Because the Court cannot, from the materials offered, determine whether the existence of a meritorious defense (duress) has been alleged, the Court hereby ORDERS the parties to appear . . . so that Defendant may present evidence to verify the operative facts he alleges.").

Third, based on the parties' prior representations, the Court expected the evidentiary hearing to take, at most, two hours.  However, to the extent Mr. Levy seeks to call (at least) 11 witnesses, and considering Wendy's opportunity for cross-examination of those witnesses, the Court is seriously doubtful that two hours will be enough time.  To that end, **counsel for Mr. Levy, please respond to this email with your estimation of how long you will need to present your witnesses at the hearing**.

Best,

Katie



**Katherine T. Berger**
Law Clerk
The Honorable Michael H. Watson
United States District Court
Southern District of Ohio
(614) 719-3283
Katherine_Berger@ohsd.uscourts.gov

---

**From:** Katherine Berger
**Sent:** Wednesday, March 12, 2025 11:52 AM
**To:** Shumate, Keith <keith.shumate@squirepb.com>; borell@marshall-melhorn.com; Silverman, Brittany <brittany.silverman@squirepb.com>; King, Andrew H. <andrew.king@squirepb.com>; jpolenberg@beckerlawyers.com
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Mr. Shumate,

I hope your morning is going well.  Confirming receipt of your below email—I will bring this matter to Judge Watson's attention and follow up as I am able.

Best,

Katie



**Katherine T. Berger**
Law Clerk
The Honorable Michael H. Watson
United States District Court
Southern District of Ohio
(614) 719-3283
Katherine_Berger@ohsd.uscourts.gov

---

**From:** Shumate, Keith <keith.shumate@squirepb.com>
**Sent:** Wednesday, March 12, 2025 8:55 AM
**To:** Katherine Berger <Katherine_Berger@ohsd.uscourts.gov>; borell@marshall-melhorn.com; Silverman, Brittany <brittany.silverman@squirepb.com>; King, Andrew H. <andrew.king@squirepb.com>; jpolenberg@beckerlawyers.com
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

**CAUTION - EXTERNAL:**


Hello Ms. Berger:

On behalf of my client Wendy's, I am writing to request a status conference with the Court.  On February 25, 2025, the Court scheduled a hearing for March 19, 2025 to commence at 3:30.  Yesterday, eight days before the scheduled hearing, Mr. Levy's counsel "served"

3

subpoenas at Wendy's corporate office for 11 current and former Wendy's employees for the hearing. Wendy's respectfully request an opportunity to talk to the Court about the scope of the hearing, which counsel represented to the Court would last no more than one to two hours maximum, as well as the issuance of these subpoenas. We appreciate the Court's consideration of our request.

Keith Shumate
Squire Patton Boggs (US) LLP
Direct: 614.365.2834| Mobile: 614.580.4780
keith.shumate@squirepb.com

**From:** Shumate, Keith
**Sent:** Monday, February 24, 2025 11:06 AM
**To:** 'Katherine Berger' <Katherine_Berger@ohsd.uscourts.gov>; borell@marshall-melhorn.com; Silverman, Brittany <brittany.silverman@squirepb.com>; King, Andrew H. <andrew.king@squirepb.com>
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Hello Ms. Berger:

On behalf of Wendy's, we agree that approximately an hour should be sufficient for the hearing. In addition, Wendy's is available on the following dates:

- April 1
- April 3
- April 8
- April 9
- April 10
- April 11
- April 21

Please let us know if you need any additional information. Thanks.

**Keith Shumate**
Partner
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

Direct: +1 614 365 2834
Mobile: +1 614 580 4780

keith.shumate@squirepb.com | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

**From:** Katherine Berger <Katherine_Berger@ohsd.uscourts.gov>
**Sent:** Monday, February 24, 2025 10:05 AM

4

**To:** borell@marshall-melhorn.com; Shumate, Keith <keith.shumate@squirepb.com>; Silverman, Brittany <brittany.silverman@squirepb.com>; King, Andrew H. <andrew.king@squirepb.com>
**Subject:** [EXT] Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Counsel,

I hope you had a nice weekend.  I'm reaching out with respect to scheduling the evidentiary hearing in the above-captioned matter.  As Judge Watson considers the new dates you proposed (ECF No. 26), it would be helpful to have an idea of how long you believe you will need for your presentations at the hearing.  We are guessing that the hearing will take an hour or so but wanted to confirm whether that estimate is accurate.

Additionally, Judge Watson will be unavailable on the two April dates you proposed—would you be able to propose two additional dates earlier in April?

Thank you for your patience and flexibility.

Best,

Katie



**Katherine T. Berger**
Law Clerk
The Honorable Michael H. Watson
United States District Court
Southern District of Ohio
(614) 719-3283
Katherine_Berger@ohsd.uscourts.gov

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.