# Exhibit B

| | |
|---|---|
| **From:** | Shumate, Keith |
| **Sent:** | Thursday, March 13, 2025 6:05 PM |
| **To:** | Polenberg, Jon; borell@marshall-melhorn.com |
| **Cc:** | Silverman, Brittany |
| **Subject:** | RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing |

Jon:

Your proposal is not acceptable to the client. It is too late to subpoena any witnesses, and it is not proper to have a lawyer testify about emails sent on behalf of a client. If your concern is admissibility, I think we can discuss stipulating to such emails. Thanks.

Keith Shumate
Squire Patton Boggs (US) LLP
Direct: 614.365.2834| Mobile: 614.580.4780
keith.shumate@squirepb.com

**From:** Polenberg, Jon <JPolenberg@beckerlawyers.com>
**Sent:** Thursday, March 13, 2025 5:10 PM
**To:** Shumate, Keith <keith.shumate@squirepb.com>; borell@marshall-melhorn.com
**Cc:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Subject:** [EXT] RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Yes, for Mr. Kaffenbarger. For either Kerry Green or Kirk Vidra, the only questions I would be asking concern the emails sent to Levy. Nothing that would tend to touch any attorney client privilege or work product. I am willing to stipulate to that limited scope.

**Jon Polenberg**
Shareholder
Vice Chair, Business Litigation Practice Group



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301



📞 954.364.6037
📱 954.325.4966
📠 954.985.4176
✉ JPolenberg@beckerlawyers.com

 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

---

**From:** Shumate, Keith <keith.shumate@squirepb.com>
**Sent:** Thursday, March 13, 2025 5:05 PM
**To:** Polenberg, Jon <JPolenberg@beckerlawyers.com>; borell@marshall-melhorn.com
**Cc:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Jon:

Thanks for getting back to us, but none of the individuals on the list is a viable witness for the hearing.  Kerry Green and Kirk Vidra are attorneys, and they represented their client (Wendy's) in the transaction at issue, similar to the role that you and Brian Daughney played on behalf of your clients.  Carlos Ribas is located in Florida, and Peter Koumas is no longer with the company and is located in Colorado, in any event.  Nevertheless, we still will have Kris Kaffenbarger as the key Wendy's witness, who will be at the hearing on March 19.  Mr. Kaffenbarger was the primary contact with Mr. Levy regarding the negotiation over the note at issue in this proceeding.  Thanks.


Keith Shumate
Squire Patton Boggs (US) LLP
Direct: 614.365.2834| Mobile: 614.580.4780
keith.shumate@squirepb.com

**From:** Polenberg, Jon <JPolenberg@beckerlawyers.com>
**Sent:** Thursday, March 13, 2025 1:53 PM
**To:** Shumate, Keith <keith.shumate@squirepb.com>; borell@marshall-melhorn.com
**Cc:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Subject:** [EXT] RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Hello Keith.  I had not heard back from you regarding the email below.  In case you were waiting for me, here are 4 names from which Wendy's may pick one to appear for the evidentiary hearing in addition to having Mr. Kaffenbarger appear:

Carlos Ribas
Peter Koumas
Kerry Green

Kirk Vidra

**Jon Polenberg**
Shareholder
Vice Chair, Business Litigation Practice Group



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6037
 954.325.4966
 954.985.4176
 JPolenberg@beckerlawyers.com
 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Polenberg, Jon <JPolenberg@beckerlawyers.com>
**Sent:** Wednesday, March 12, 2025 5:11 PM
**To:** Shumate, Keith <keith.shumate@squirepb.com>; borell@marshall-melhorn.com
**Cc:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Subject:** RE: Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Good afternoon, Keith.

Thank you for your email.  Although I do not agree with your position, we can agree to a compromise.  I am happy to have Mr. Kaffenbarger attend the hearing but I would also appreciate at least one other witness attend.  Unfortunately, the person who has those names has left the office already, and I do not believe I can get you the other names by 9:00 a.m.  If you are amenable to producing one more witness, then please consider waiting until 10:00 a.m. for me to send a short list of witnesses to pick from. You would then pick which person would testify (as you know who is still employed).

Thank you,



**Jon Polenberg**

Shareholder
Vice Chair, Business Litigation Practice Group



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6037
954.325.4966
954.985.4176
JPolenberg@beckerlawyers.com
www.beckerlawyers.com

Follow Becker on...

**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

---

**From:** Shumate, Keith <keith.shumate@squirepb.com>
**Sent:** Wednesday, March 12, 2025 5:01 PM
**To:** Polenberg, Jon <JPolenberg@beckerlawyers.com>; borell@marshall-melhorn.com
**Cc:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Subject:** Wendy's Netherlands B.V. v. Levy, 2:24-cv-03077 - evidentiary hearing

Hello Jon:

I write in connection with the attempt by Mr. Levy to subpoena 11 witnesses for the hearing.  We understand that Mr. Levy's process server dropped off subpoenas at Wendy's corporate office yesterday and that process server returned this morning to retrieve the subpoenas so that he could attempt to serve them at the witnesses' home addresses.  Some of these witnesses are not even located in Ohio.  At this point, it is unclear if any of the witnesses have been served, even though the hearing is less than one week away.  Under Rule 45, the Court must quash or modify a subpoena that "fails to allow a reasonable time to comply".  The Courts have consistently ruled that a subpoena should be served at least 14 days in advance of the hearing/deposition to meet the reasonable time requirement.  In this case, Mr. Levy's subpoenas do not meet the reasonable time requirement, and Wendy's is prepared to move to quash them.

4

In an attempt to resolve this matter without Court intervention, Wendy's proposes to make Kris Kaffenbarger available at the hearing.  Mr. Kaffenbarger is the Vice President, Global System Optimization, Franchise and Portfolio Management, and he was the lead operational person from Wendy's who dealt directly with Mr. Levy.  In exchange for making Mr. Kaffenbarger available, Mr. Levy must cease attempting to subpoena any additional Wendy's witnesses for the March 19, 2025 hearing.

Please let me know tomorrow by 9 am if you are in agreement with our proposed compromise.  Thank you.

**Keith Shumate**
Partner
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

Direct: +1 614 365 2834
Mobile:  +1 614 580 4780

**keith.shumate@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US