UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wendy's Netherlands B.V.,

    Plaintiff,

    v.

Andrew Levy,

    Defendant.

Case No. 2:24-cv-3077

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

An evidentiary hearing was scheduled to take place in this matter on March 19, 2025.  ECF No. 29.  Over the course of March 14–16, 2025, Andrew Levy ("Defendant") served three subpoenas on current and former employees of Wendy's ("Plaintiff") to compel their testimony at the hearing.  Plaintiff now moves to quash those subpoenas under Rule 45 and for sanctions against Defendant for serving them.  ECF No. 34.

First, the March 19, 2025, hearing is **VACATED**.  The hearing is rescheduled to **April 18, 2025, at 2:30 PM**.

Second, pursuant to S.D. Ohio Civ. R. 1.1, it is **ORDERED** that the default briefing schedule set forth in S.D. Ohio Civ. R. 7.2(a)(2) shall not apply to Plaintiff's motion to quash (ECF No. 34).  Defendant must file his memorandum in response on or before **March 26, 2025**, and Plaintiff must file any reply on or before **April 2, 2025**.

**IT IS SO ORDERED.**

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT