**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Wendy's Netherlands B.V.,

     Plaintiff,

         v.                    Case No. 2:24cv3077

Andrew Levy,                   Judge Michael H. Watson

     Defendant.

# CIVIL MINUTES
**Evidentiary Hearing**
**before the**
**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**
**COURTROOM DEPUTY:** Jennifer Kacsor
**LAW CLERK:** Katie Berger
**COURT REPORTER:** Lahana DuFour
**DATE**:    April 18, 2025  Time: **Commenced 2:30 p.m. Concluded 3:40 p.m. Total 1 hour 10 mins.**

Witness Kris Kaffenbarger testified

Witness Andrew Levy testified