UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wendy's Netherlands B.V.,

     Plaintiff,

     v.

Andrew Levy,

     Defendant.

Case No. 2:24-cv-3077

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

This matter came before the Court for an evidentiary hearing on April 18, 2025, at 2:30 P.M. As discussed at the hearing, the parties are **ORDERED** as follows:

- The parties **SHALL** brief the issue of whether the Court has subject matter jurisdiction as to this matter, particularly considering the *Rooker-Feldman* doctrine[1] and similar principles.

- The parties **SHALL** submit briefing that summarizes their respective positions on the issue of Defendant's duress defense now that the hearing has occurred and the evidence has been presented.

Both points must be addressed in the same brief, and briefs shall be no longer than ten pages. Both parties' briefs shall be filed within **TEN DAYS** of their

---

[1] *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983).

receipt of the evidentiary hearing transcript from the court reporter.  No

responses or reply briefs will be permitted.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT