# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | |
| | : | Case No. 2:24-cv-03077 |
| **Plaintiff,** | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Pursuant to this Court's September 9, 2025 Order (ECF # 53) (the "Order"), Plaintiff Wendy's Netherlands B.V. ("Wendy's") and Defendant Andrew Levy, by and through their counsel, hereby submit a Joint Status Report.

Prior to the Order, the parties filed a Joint Discovery Plan (ECF # 52) that set forth discovery deadlines for the purpose of mediation but detailed the parties' disagreement on the scope of the discovery. The Order requested the parties "confer in good faith on the scope and timing of discovery both relevant and proportional to the needs of this case as it currently stands" and file a joint status report. (*See* Order, ECF #53, PageID # 2442).

In accordance with the Order, the parties met and conferred on September 11 and 12, 2025. As a result, the parties agreed to proceed to mediation in good faith without discovery. The parties will confer on a mediation date but have agreed that it will take place as soon as possible and before the Court ordered mediation deadline of December 19, 2025. In light of this agreement, the parties respectfully request that the Court vacate the current discovery deadlines.

Dated: September 16, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg (per authorization)* | */s/ Keith Shumate* |
| Jon Polenberg, Florida Bar No. 653306 | Keith Shumate (0056190) |
| (Admitted Pro Hac Vice) | Brittany Silverman (0102263) |
| BECKER & POLIAKOFF, P.A. | SQUIRE PATTON BOGGS (US) LLP |
| 1 East Broward Blvd., Suite 1800 | 2000 Huntington Center |
| Ft. Lauderdale, FL 33301 | 41 South High Street |
| Telephone: (954) 987-7550 | Columbus, Ohio 43215 |
| Facsimile: (954) 985-4176 | Telephone: +1 614 365 2834 |
| jpolenberg@beckerlawyers.com | Fax: +1 614 365 2499 |
| | keith.shumate@squirepb.com |
| | brittany.silverman@squirepb.com |
| | |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

3

## CERTIFICATE OF SERVICE

On September 16, 2025, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

                                                */s/ Keith Shumate*
                                                Keith Shumate

                                                *An Attorney for Plaintiff Wendy's Netherlands B.V.*