IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WENDY'S NETHERLANDS B.V.,**

      **Plaintiff,**

v.                                     Civil Action 2:24-cv-3077
                                        Judge Michael H. Watson
**ANDREW LEVY,**                   Magistrate Judge Kimberly A. Jolson

      **Defendant.**

## ORDER

The parties' joint status report is before the Court (Doc. 55). Previously, the Court imposed discovery deadlines for the purpose of mediation and ordered the parties to submit a discovery plan. (Doc. 52). Now, the parties state that they agreed that they do not need discovery to engage in good faith mediation. (Doc. 55). The Court understands the parties intend to engage a private mediator. (Doc. 52).

Accordingly, the Court **VACATES** the deadlines imposed in its September 9, 2025, Order (Doc. 53). The parties are **ORDERED** to schedule mediation to occur **within the next 45 days**. The parties are **ORDERED** to promptly file a notice once they set a mediation date. They are also **ORDERED** to file a status report **within seven (7) days of mediation**, updating the Court on the status of this case.

      IT IS SO ORDERED.

Date: September 17, 2025                                /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE