**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

       Plaintiff,

     v.

ANDREW LEVY,

       Defendant.

Civil Action No. 2:24-cv-03077

**AFFIDAVIT OF GABRIELLE SLIWKA, ESQ.**
**IN SUPPORT OF MOTION TO DISMISS**

State of Florida    )
                         ) ss.
County of Broward  )

I, Gabrielle Sliwka, Esq., under penalty of perjury, declare the following:

1. My name is Gabrielle Sliwka, I am over 18 years of age, and I have personal knowledge regarding the facts stated in this declaration.

2. I am an attorney with the law firm of Becker & Poliakoff, P.A., duly licensed to practice law in the States of Minnesota and Florida, and I am in good standing in both jurisdictions.

3. I was born and raised in Brazil, and I am a native speaker of Brazilian Portuguese with full fluency in both Portuguese and English.

4. I have personally translated from Brazilian Portuguese into English Article 104 of the Brazilian Civil Code, which is the main source of private law in Brazil and governs civil obligations, including contracts, torts, and restitution, attached to this Affidavit as Exhibit A.

5. I hereby certify that the translations, attached hereto as Exhibit B, are true and accurate to the best of my knowledge, skill, and ability, based on my native fluency in Brazilian Portuguese and professional proficiency in English.

Civil Action No. 2:24-cv-03077

_____Gabrielle Sliwka_____
Affiant's Signature

STATE OF FLORIDA          :
                          : ss
COUNTY OF BROWARD         :

Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 6th day of October, 2025 by Gabrielle O. Sliwka.

NOTARY PUBLIC - STATE OF FLORIDA

Personally Known ___✓___ OR
Produced Identification _____
_____
Type of Identification

Sign _____
Print  Tina M. Fritz-Serrano
My Commission expires: May 8, 2029



TINA M. FRITZ-SERRANO
MY COMMISSION # HH 670999
EXPIRES: May 8, 2029

2

27709082.v1

# Exhibit A

# Presidência da República
## Casa Civil
### Subchefia para Assuntos Jurídicos

**LEI Nº 10.406, DE 10 DE JANEIRO DE 2002.**

ÍNDICE

Texto compilado

Lei de Introdução ao Código Civil Brasileiro

Vide Lei nº 11.698, de 2008

Institui o Código Civil.

**O PRESIDENTE DA REPÚBLICA** Faço saber que o Congresso Nacional decreta e eu sanciono a seguinte Lei:

P A R T E   G E R A L

LIVRO I
DAS PESSOAS

TÍTULO I
DAS PESSOAS NATURAIS

CAPÍTULO I
DA PERSONALIDADE E DA CAPACIDADE

Art. 1º Toda pessoa é capaz de direitos e deveres na ordem civil.

Art. 2º A personalidade civil da pessoa começa do nascimento com vida; mas a lei põe a salvo, desde a concepção, os direitos do nascituro.

Art. 3º São absolutamente incapazes de exercer pessoalmente os atos da vida civil:

I - os menores de dezesseis anos;

II - os que, por enfermidade ou deficiência mental, não tiverem o necessário discernimento para a prática desses atos;

III - os que, mesmo por causa transitória, não puderem exprimir sua vontade.

Art. 4º São incapazes, relativamente a certos atos, ou à maneira de os exercer:

I - os maiores de dezesseis e menores de dezoito anos;

II - os ébrios habituais, os viciados em tóxicos, e os que, por deficiência mental, tenham o discernimento reduzido;

III - os excepcionais, sem desenvolvimento mental completo;

IV - os pródigos.

Parágrafo único. A capacidade dos índios será regulada por legislação especial.

TÍTULO I
Do Negócio Jurídico

CAPÍTULO I
Disposições Gerais

Art. 104. A validade do negócio jurídico requer:

I - agente capaz;

II - objeto lícito, possível, determinado ou determinável;

III - forma prescrita ou não defesa em lei.

Art. 105. A incapacidade relativa de uma das partes não pode ser invocada pela outra em benefício próprio, nem aproveita aos co-interessados capazes, salvo se, neste caso, for indivisível o objeto do direito ou da obrigação comum.

Art. 106. A impossibilidade inicial do objeto não invalida o negócio jurídico se for relativa, ou se cessar antes de realizada a condição a que ele estiver subordinado.

Art. 107. A validade da declaração de vontade não dependerá de forma especial, senão quando a lei expressamente a exigir.

Art. 108. Não dispondo a lei em contrário, a escritura pública é essencial à validade dos negócios jurídicos que visem à constituição, transferência, modificação ou renúncia de direitos reais sobre imóveis de valor superior a trinta vezes o maior salário mínimo vigente no País.

Art. 109. No negócio jurídico celebrado com a cláusula de não valer sem instrumento público, este é da substância do ato.

Art. 110. A manifestação de vontade subsiste ainda que o seu autor haja feito a reserva mental de não querer o que manifestou, salvo se dela o destinatário tinha conhecimento.

Art. 111. O silêncio importa anuência, quando as circunstâncias ou os usos o autorizarem, e não for necessária a declaração de vontade expressa.

Art. 112. Nas declarações de vontade se atenderá mais à intenção nelas consubstanciada do que ao sentido literal da linguagem.

Art. 113. Os negócios jurídicos devem ser interpretados conforme a boa-fé e os usos do lugar de sua celebração.

Art. 114. Os negócios jurídicos benéficos e a renúncia interpretam-se estritamente.

CAPÍTULO II
Da Representação

Art. 115. Os poderes de representação conferem-se por lei ou pelo interessado.

Art. 116. A manifestação de vontade pelo representante, nos limites de seus poderes, produz efeitos em relação ao representado.

Art. 117. Salvo se o permitir a lei ou o representado, é anulável o negócio jurídico que o representante, no seu interesse ou por conta de outrem, celebrar consigo mesmo.

Parágrafo único. Para esse efeito, tem-se como celebrado pelo representante o negócio realizado por aquele em quem os poderes houverem sido subestabelecidos.

# Exhibit B

## English Translation of Article 104 of the Brazilian Civil Code

Article 104. The validity of a legal transaction requires:

I – a competent party;

II – a lawful, possible, and defined or definable object;

III – a form prescribed or not prohibited by law.