# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WENDY'S NETHERLANDS B.V.,

        Plaintiff,

        v.

ANDREW LEVY,

        Defendant.

Civil Action No. 2:24-cv-03077

## AFFIDAVIT OF GABRIELLE SLIWKA, ESQ. IN SUPPORT OF MOTION TO DISMISS

State of Florida    )
                  ) ss.
County of Broward   )

I, Gabrielle Sliwka, Esq., under penalty of perjury, declare the following:

1.     My name is Gabrielle Sliwka, I am over 18 years of age, and I have personal knowledge regarding the facts stated in this declaration.

2.     I am an attorney with the law firm of Becker & Poliakoff, P.A., duly licensed to practice law in the States of Minnesota and Florida, and I am in good standing in both jurisdictions.

3.     I was born and raised in Brazil, and I am a native speaker of Brazilian Portuguese with full fluency in both Portuguese and English.

4.     I have personally translated, from Brazilian Portuguese into English, Articles 138 through 155 of the Brazilian Civil Code, which is the main source of private law in Brazil and governs civil obligations, including contracts, torts, and restitution, attached to this Affidavit as Exhibit A.

5.     I hereby certify that the translations, attached hereto as Exhibit B, are true and accurate to the best of my knowledge, skill, and ability, based on my native fluency in Brazilian

*Civil Action No. 2:24-cv-03077*

Portuguese and professional proficiency in English.

<u>Gabrielle Sliwka</u>
Affiant's Signature

STATE OF FLORIDA    :
                           : ss
COUNTY OF BROWARD  :

    Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 6th day of October, 2025 by Gabrielle O. Sliwka.

Personally Known ___✓___ OR
Produced Identification _____

_____
Type of Identification

NOTARY PUBLIC - STATE OF FLORIDA

Sign _____
Print _Tina M. Fritz-Serrano_
My Commission expires: _May 8, 2029_

TINA M. FRITZ-SERRANO
MY COMMISSION # HH 670999
EXPIRES: May 8, 2029

# Exhibit A

# Presidência da República
## Casa Civil
### Subchefia para Assuntos Jurídicos

### LEI Nº 10.406, DE 10 DE JANEIRO DE 2002.

ÍNDICE

Texto compilado

Lei de Introdução ao Código Civil Brasileiro

Vide Lei nº 11.698, de 2008

Institui o Código Civil.

**O PRESIDENTE DA REPÚBLICA** Faço saber que o Congresso Nacional decreta e eu sanciono a seguinte Lei:

P A R T E   G E R A L

LIVRO I
DAS PESSOAS

TÍTULO I
DAS PESSOAS NATURAIS

CAPÍTULO I
DA PERSONALIDADE E DA CAPACIDADE

Art. 1º Toda pessoa é capaz de direitos e deveres na ordem civil.

Art. 2º A personalidade civil da pessoa começa do nascimento com vida; mas a lei põe a salvo, desde a concepção, os direitos do nascituro.

Art. 3º São absolutamente incapazes de exercer pessoalmente os atos da vida civil:

I - os menores de dezesseis anos;

II - os que, por enfermidade ou deficiência mental, não tiverem o necessário discernimento para a prática desses atos;

III - os que, mesmo por causa transitória, não puderem exprimir sua vontade.

Art. 4º São incapazes, relativamente a certos atos, ou à maneira de os exercer:

I - os maiores de dezesseis e menores de dezoito anos;

II - os ébrios habituais, os viciados em tóxicos, e os que, por deficiência mental, tenham o discernimento reduzido;

III - os excepcionais, sem desenvolvimento mental completo;

IV - os pródigos.

Parágrafo único. A capacidade dos índios será regulada por legislação especial.

Art. 131. O termo inicial suspende o exercício, mas não a aquisição do direito.

Art. 132. Salvo disposição legal ou convencional em contrário, computam-se os prazos, excluído o dia do começo, e incluído o do vencimento.

§ 1º Se o dia do vencimento cair em feriado, considerar-se-á prorrogado o prazo até o seguinte dia útil.

§ 2º Meado considera-se, em qualquer mês, o seu décimo quinto dia.

§ 3º Os prazos de meses e anos expiram no dia de igual número do de início, ou no imediato, se faltar exata correspondência.

§ 4º Os prazos fixados por hora contar-se-ão de minuto a minuto.

Art. 133. Nos testamentos, presume-se o prazo em favor do herdeiro, e, nos contratos, em proveito do devedor, salvo, quanto a esses, se do teor do instrumento, ou das circunstâncias, resultar que se estabeleceu a benefício do credor, ou de ambos os contratantes.

Art. 134. Os negócios jurídicos entre vivos, sem prazo, são exeqüíveis desde logo, salvo se a execução tiver de ser feita em lugar diverso ou depender de tempo.

Art. 135. Ao termo inicial e final aplicam-se, no que couber, as disposições relativas à condição suspensiva e resolutiva.

Art. 136. O encargo não suspende a aquisição nem o exercício do direito, salvo quando expressamente imposto no negócio jurídico, pelo disponente, como condição suspensiva.

Art. 137. Considera-se não escrito o encargo ilícito ou impossível, salvo se constituir o motivo determinante da liberalidade, caso em que se invalida o negócio jurídico.

CAPÍTULO IV
Dos Defeitos do Negócio Jurídico

Seção I
Do Erro ou Ignorância

Art. 138. São anuláveis os negócios jurídicos, quando as declarações de vontade emanarem de erro substancial que poderia ser percebido por pessoa de diligência normal, em face das circunstâncias do negócio.

Art. 139. O erro é substancial quando:

I - interessa à natureza do negócio, ao objeto principal da declaração, ou a alguma das qualidades a ele essenciais;

II - concerne à identidade ou à qualidade essencial da pessoa a quem se refira a declaração de vontade, desde que tenha influído nesta de modo relevante;

III - sendo de direito e não implicando recusa à aplicação da lei, for o motivo único ou principal do negócio jurídico.

Art. 140. O falso motivo só vicia a declaração de vontade quando expresso como razão determinante.

Art. 141. A transmissão errônea da vontade por meios interpostos é anulável nos mesmos casos em que o é a declaração direta.

Art. 142. O erro de indicação da pessoa ou da coisa, a que se referir a declaração de vontade, não viciará o negócio quando, por seu contexto e pelas circunstâncias, se puder identificar a coisa ou pessoa cogitada.

Art. 143. O erro de cálculo apenas autoriza a retificação da declaração de vontade.

Art. 144. O erro não prejudica a validade do negócio jurídico quando a pessoa, a quem a manifestação de vontade se dirige, se oferecer para executá-la na conformidade da vontade real do manifestante.

Seção II
Do Dolo

Art. 145. São os negócios jurídicos anuláveis por dolo, quando este for a sua causa.

Art. 146. O dolo acidental só obriga à satisfação das perdas e danos, e é acidental quando, a seu despeito, o negócio seria realizado, embora por outro modo.

Art. 147. Nos negócios jurídicos bilaterais, o silêncio intencional de uma das partes a respeito de fato ou qualidade que a outra parte haja ignorado, constitui omissão dolosa, provando-se que sem ela o negócio não se teria celebrado.

Art. 148. Pode também ser anulado o negócio jurídico por dolo de terceiro, se a parte a quem aproveite dele tivesse ou devesse ter conhecimento; em caso contrário, ainda que subsista o negócio jurídico, o terceiro responderá por todas as perdas e danos da parte a quem ludibriou.

Art. 149. O dolo do representante legal de uma das partes só obriga o representado a responder civilmente até a importância do proveito que teve; se, porém, o dolo for do representante convencional, o representado responderá solidariamente com ele por perdas e danos.

Art. 150. Se ambas as partes procederem com dolo, nenhuma pode alegá-lo para anular o negócio, ou reclamar indenização.

Seção III
Da Coação

Art. 151. A coação, para viciar a declaração da vontade, há de ser tal que incuta ao paciente fundado temor de dano iminente e considerável à sua pessoa, à sua família, ou aos seus bens.

Parágrafo único. Se disser respeito a pessoa não pertencente à família do paciente, o juiz, com base nas circunstâncias, decidirá se houve coação.

Art. 152. No apreciar a coação, ter-se-ão em conta o sexo, a idade, a condição, a saúde, o temperamento do paciente e todas as demais circunstâncias que possam influir na gravidade dela.

Art. 153. Não se considera coação a ameaça do exercício normal de um direito, nem o simples temor reverencial.

Art. 154. Vicia o negócio jurídico a coação exercida por terceiro, se dela tivesse ou devesse ter conhecimento a parte a que aproveite, e esta responderá solidariamente com aquele por perdas e danos.

Art. 155. Subsistirá o negócio jurídico, se a coação decorrer de terceiro, sem que a parte a que aproveite dela tivesse ou devesse ter conhecimento; mas o autor da coação responderá por todas as perdas e danos que houver causado ao coacto.

# Exhibit B

## English Translation of Article 138 of the Brazilian Civil Code

**Article 138.** Legal transactions are voidable when declarations of intent arise from a substantial mistake that could have been recognized by a person exercising ordinary diligence, in light of the circumstances of the transaction.

### English Translation of Article 139 of the Brazilian Civil Code

**Article 139.** The mistake is substantial when:

I – it concerns the nature of the transaction, the principal object of the declaration, or any of its essential qualities;

II – it relates to the identity or essential quality of the person to whom the declaration of intent refers, provided it has had a relevant influence on it;

III – being a mistake of law and not implying refusal to apply the law, it constitutes the sole or principal reason for the legal transaction.

**English Translation of Article 140 of the Brazilian Civil Code**

**Article 140.** A false motive only vitiates the declaration of intent when expressed as a determining reason.

**English Translation of Article 141 of the Brazilian Civil Code**

**Article 141.** Ignorance or mistake concerning the person making the declaration does not vitiate the legal transaction, unless consideration of that person is the principal cause of the transaction.

**English Translation of Article 142 of the Brazilian Civil Code**

**Article 142.** A calculation error only authorizes correction of the declaration of intent.

27709089.v1

### English Translation of Article 143 of the Brazilian Civil Code

**Article 143.** The mistake does not affect the validity of the legal transaction when the person to whom the declaration of intent is directed offers to perform it in accordance with the declarant's true intent.

**English Translation of Article 144 of the Brazilian Civil Code**

**Article 144.** The mistake is excusable when it is not attributable to the person alleging it.

27709089.v1

**English Translation of Article 145 of the Brazilian Civil Code**

**Article 145.** Legal transactions are voidable when the declarations of intent result from fraud, which may consist of omission or action.

**English Translation of Article 146 of the Brazilian Civil Code**

**Article 146.** Accidental fraud does not justify annulment of the legal transaction, but it obliges the perpetrator to compensate for losses and damages.

**English Translation of Article 147 of the Brazilian Civil Code**

**Article 147.** In bilateral legal transactions, the intentional silence of one party regarding a fact or quality unknown to the other constitutes fraudulent omission, if it is proven that the transaction would not have been concluded without it.

27709089.v1

### English Translation of Article 148 of the Brazilian Civil Code

**Article 148.** A legal transaction may also be annulled due to the fraud of a third party, if the benefiting party knew or should have known of it; otherwise, the perpetrator of the fraud shall be liable for all losses and damages.

27709089.v1

### English Translation of Article 149 of the Brazilian Civil Code

**Article 149.** The fraud of the legal representative of one of the parties only obliges the represented party to civil liability up to the amount of the benefit obtained.

**English Translation of Article 150 of the Brazilian Civil Code**

**Article 150.** If both parties act fraudulently, neither may invoke it to annul the transaction or to claim compensation.

## English Translation of Article 151 of the Brazilian Civil Code

**Article 151.** Coercion vitiates the declaration of intent when it causes the victim a well-founded fear of imminent and significant harm to their person, family, or property.

### English Translation of Article 152 of the Brazilian Civil Code

**Article 152.** If the threat concerns a person not belonging to the victim's family, the judge shall decide, based on the circumstances, whether coercion occurred.

27709089.v1

**English Translation of Article 153 of the Brazilian Civil Code**

**Article 153.** In assessing coercion, the court shall consider the victim's gender, age, condition, health, temperament, and all other circumstances influencing its severity.

27709089.v1

## English Translation of Article 154 of the Brazilian Civil Code

**Article 154.** Coercion by a third party vitiates the legal transaction if the benefiting party knew or should have known of it, and that party shall be jointly liable with the perpetrator for losses and damages.

27709089.v1

**English Translation of Article 155 of the Brazilian Civil Code**

**Article 155.** Reverential fear does not vitiate the legal transaction.