**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW LEVY, <br><br> Defendant. | Civil Action No.  2:24-cv-03077 |

**AFFIDAVIT OF GABRIELLE SLIWKA, ESQ.**
**IN SUPPORT OF MOTION TO DISMISS**

State of Florida )
                           ) ss.
County of Broward )

I, Gabrielle Sliwka, Esq., under penalty of perjury, declare the following:

1. My name is Gabrielle Sliwka, I am over 18 years of age, and I have personal knowledge regarding the facts stated in this declaration.

2. I am an attorney with the law firm of Becker & Poliakoff, P.A., duly licensed to practice law in the States of Minnesota and Florida, and I am in good standing in both jurisdictions.

3. I was born and raised in Brazil, and I am a native speaker of Brazilian Portuguese with full fluency in both Portuguese and English.

4. I have personally translated, from Brazilian Portuguese into English, Article 166 of the Brazilian Civil Code, which is the main source of private law in Brazil and governs civil obligations, including contracts, torts, and restitution, attached to this Affidavit as Exhibit A.

5. I hereby certify that the translations, attached hereto as Exhibit B, are true and accurate to the best of my knowledge, skill, and ability, based on my native fluency in Brazilian Portuguese and professional proficiency in English.

Civil Action No. 2:24-cv-03077

_____*Gabrielle Sliwka*_____
Affiant's Signature

STATE OF FLORIDA      :
                      : ss
COUNTY OF BROWARD     :

Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 6th day of October, 2025 by Gabrielle O. Sliwka.

Personally Known ___✓___ OR
Produced Identification _____
_____
Type of Identification

NOTARY PUBLIC - STATE OF FLORIDA

Sign _____
Print _Tina M. Fritz-Serrano_
My Commission expires: _May 8, 2029_

TINA M. FRITZ-SERRANO
MY COMMISSION # HH 670999
EXPIRES: May 8, 2029

2

27709173.v1

# Exhibit A

# Presidência da República
## Casa Civil
### Subchefia para Assuntos Jurídicos

**LEI Nº 10.406, DE 10 DE JANEIRO DE 2002.**

ÍNDICE

Texto compilado

Lei de Introdução ao Código Civil Brasileiro

Vide Lei nº 11.698, de 2008

Institui o Código Civil.

**O PRESIDENTE DA REPÚBLICA** Faço saber que o Congresso Nacional decreta e eu sanciono a seguinte Lei:

P A R T E   G E R A L

LIVRO I
DAS PESSOAS

TÍTULO I
DAS PESSOAS NATURAIS

CAPÍTULO I
DA PERSONALIDADE E DA CAPACIDADE

Art. 1º Toda pessoa é capaz de direitos e deveres na ordem civil.

Art. 2º A personalidade civil da pessoa começa do nascimento com vida; mas a lei põe a salvo, desde a concepção, os direitos do nascituro.

Art. 3º São absolutamente incapazes de exercer pessoalmente os atos da vida civil:

I - os menores de dezesseis anos;

II - os que, por enfermidade ou deficiência mental, não tiverem o necessário discernimento para a prática desses atos;

III - os que, mesmo por causa transitória, não puderem exprimir sua vontade.

Art. 4º São incapazes, relativamente a certos atos, ou à maneira de os exercer:

I - os maiores de dezesseis e menores de dezoito anos;

II - os ébrios habituais, os viciados em tóxicos, e os que, por deficiência mental, tenham o discernimento reduzido;

III - os excepcionais, sem desenvolvimento mental completo;

IV - os pródigos.

Parágrafo único. A capacidade dos índios será regulada por legislação especial.

Art. 164. Presumem-se, porém, de boa-fé e valem os negócios ordinários indispensáveis à manutenção de estabelecimento mercantil, rural, ou industrial, ou à subsistência do devedor e de sua família.

Art. 165. Anulados os negócios fraudulentos, a vantagem resultante reverterá em proveito do acervo sobre que se tenha de efetuar o concurso de credores.

Parágrafo único. Se esses negócios tinham por único objeto atribuir direitos preferenciais, mediante hipoteca, penhor ou anticrese, sua invalidade importará somente na anulação da preferência ajustada.

CAPÍTULO V
Da Invalidade do Negócio Jurídico

Art. 166. É nulo o negócio jurídico quando:

I - celebrado por pessoa absolutamente incapaz;

II - for ilícito, impossível ou indeterminável o seu objeto;

III - o motivo determinante, comum a ambas as partes, for ilícito;

IV - não revestir a forma prescrita em lei;

V - for preterida alguma solenidade que a lei considere essencial para a sua validade;

VI - tiver por objetivo fraudar lei imperativa;

VII - a lei taxativamente o declarar nulo, ou proibir-lhe a prática, sem cominar sanção.

Art. 167. É nulo o negócio jurídico simulado, mas subsistirá o que se dissimulou, se válido for na substância e na forma.

§ 1º Haverá simulação nos negócios jurídicos quando:

I - aparentarem conferir ou transmitir direitos a pessoas diversas daquelas às quais realmente se conferem, ou transmitem;

II - contiverem declaração, confissão, condição ou cláusula não verdadeira;

III - os instrumentos particulares forem antedatados, ou pós-datados.

§ 2º Ressalvam-se os direitos de terceiros de boa-fé em face dos contraentes do negócio jurídico simulado.

Art. 168. As nulidades dos artigos antecedentes podem ser alegadas por qualquer interessado, ou pelo Ministério Público, quando lhe couber intervir.

Parágrafo único. As nulidades devem ser pronunciadas pelo juiz, quando conhecer do negócio jurídico ou dos seus efeitos e as encontrar provadas, não lhe sendo permitido supri-las, ainda que a requerimento das partes.

Art. 169. O negócio jurídico nulo não é suscetível de confirmação, nem convalesce pelo decurso do tempo.

Art. 170. Se, porém, o negócio jurídico nulo contiver os requisitos de outro, subsistirá este quando o fim a que visavam as partes permitir supor que o teriam querido, se houvessem previsto a nulidade.

# Exhibit B

2

## English Translation of Article 166 of the Brazilian Civil Code

**Article 166.** A legal transaction is null when:

**I** – it is entered into by a person who is absolutely incapable;

**II** – its object is unlawful, impossible, or indeterminable;

**III** – the determining motive, common to both parties, is unlawful;

**IV** – it does not observe the form prescribed by law;

**V** – any formality considered essential by law for its validity is omitted;

**VI** – it is intended to defraud a mandatory legal provision;

**VII** – the law expressly declares it null, or prohibits its execution without prescribing a penalty.