# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WENDY'S NETHERLANDS B.V.,

    Plaintiff,

v.

ANDREW LEVY,

    Defendant.

Civil Action No. 2:24-cv-03077

## AFFIDAVIT OF GABRIELLE SLIWKA, ESQ. IN SUPPORT OF MOTION TO DISMISS

State of Florida    )
                              ) ss.
County of Broward  )

I, Gabrielle Sliwka, Esq., under penalty of perjury, declare the following:

1. My name is Gabrielle Sliwka, I am over 18 years of age, and I have personal knowledge regarding the facts stated in this declaration.

2. I am an attorney with the law firm of Becker & Poliakoff, P.A., duly licensed to practice law in the States of Minnesota and Florida, and I am in good standing in both jurisdictions.

3. I was born and raised in Brazil, and I am a native speaker of Brazilian Portuguese with full fluency in both Portuguese and English.

4. I have personally translated, from Brazilian Portuguese into English, Article 171 of the Brazilian Civil Code, which is the main source of private law in Brazil and governs civil obligations, including contracts, torts, and restitution, attached to this Affidavit as Exhibit A.

5. I hereby certify that the translations, attached hereto as Exhibit B, are true and accurate to the best of my knowledge, skill, and ability, based on my native fluency in Brazilian Portuguese and professional proficiency in English.

Civil Action No. 2:24-cv-03077

_Gabrielle Sliwka_
Affiant's Signature

STATE OF FLORIDA          :
                          : ss
COUNTY OF BROWARD         :

Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 6th day of October, 2025 by Gabrielle O. Sliwka.

Personally Known ____✓____ OR
Produced Identification _____
_____
Type of Identification

NOTARY PUBLIC - STATE OF FLORIDA

Sign _____
Print _Tina M. Fritz-Serrano_
My Commission expires: _May 8, 2029_

TINA M. FRITZ-SERRANO
MY COMMISSION # HH 670999
EXPIRES: May 8, 2029

# Exhibit A

# Presidência da República
## Casa Civil
### Subchefia para Assuntos Jurídicos

**LEI Nº 10.406, DE 10 DE JANEIRO DE 2002.**

ÍNDICE

Texto compilado

Lei de Introdução ao Código Civil Brasileiro

Vide Lei nº 11.698, de 2008

Institui o Código Civil.

**O PRESIDENTE DA REPÚBLICA** Faço saber que o Congresso Nacional decreta e eu sanciono a seguinte Lei:

P A R T E   G E R A L

LIVRO I
DAS PESSOAS

TÍTULO I
DAS PESSOAS NATURAIS

CAPÍTULO I
DA PERSONALIDADE E DA CAPACIDADE

Art. 1º Toda pessoa é capaz de direitos e deveres na ordem civil.

Art. 2º A personalidade civil da pessoa começa do nascimento com vida; mas a lei põe a salvo, desde a concepção, os direitos do nascituro.

Art. 3º São absolutamente incapazes de exercer pessoalmente os atos da vida civil:

I - os menores de dezesseis anos;

II - os que, por enfermidade ou deficiência mental, não tiverem o necessário discernimento para a prática desses atos;

III - os que, mesmo por causa transitória, não puderem exprimir sua vontade.

Art. 4º São incapazes, relativamente a certos atos, ou à maneira de os exercer:

I - os maiores de dezesseis e menores de dezoito anos;

II - os ébrios habituais, os viciados em tóxicos, e os que, por deficiência mental, tenham o discernimento reduzido;

III - os excepcionais, sem desenvolvimento mental completo;

IV - os pródigos.

Parágrafo único. A capacidade dos índios será regulada por legislação especial.

Art. 171. Além dos casos expressamente declarados na lei, é anulável o negócio jurídico:

I - por incapacidade relativa do agente;

II - por vício resultante de erro, dolo, coação, estado de perigo, lesão ou fraude contra credores.

Art. 172. O negócio anulável pode ser confirmado pelas partes, salvo direito de terceiro.

Art. 173. O ato de confirmação deve conter a substância do negócio celebrado e a vontade expressa de mantê-lo.

Art. 174. É escusada a confirmação expressa, quando o negócio já foi cumprido em parte pelo devedor, ciente do vício que o inquinava.

Art. 175. A confirmação expressa, ou a execução voluntária de negócio anulável, nos termos dos arts. 172 a 174, importa a extinção de todas as ações, ou exceções, de que contra ele dispusesse o devedor.

Art. 176. Quando a anulabilidade do ato resultar da falta de autorização de terceiro, será validado se este a der posteriormente.

Art. 177. A anulabilidade não tem efeito antes de julgada por sentença, nem se pronuncia de ofício; só os interessados a podem alegar, e aproveita exclusivamente aos que a alegarem, salvo o caso de solidariedade ou indivisibilidade.

Art. 178. É de quatro anos o prazo de decadência para pleitear-se a anulação do negócio jurídico, contado:

I - no caso de coação, do dia em que ela cessar;

II - no de erro, dolo, fraude contra credores, estado de perigo ou lesão, do dia em que se realizou o negócio jurídico;

III - no de atos de incapazes, do dia em que cessar a incapacidade.

Art. 179. Quando a lei dispuser que determinado ato é anulável, sem estabelecer prazo para pleitear-se a anulação, será este de dois anos, a contar da data da conclusão do ato.

Art. 180. O menor, entre dezesseis e dezoito anos, não pode, para eximir-se de uma obrigação, invocar a sua idade se dolosamente a ocultou quando inquirido pela outra parte, ou se, no ato de obrigar-se, declarou-se maior.

Art. 181. Ninguém pode reclamar o que, por uma obrigação anulada, pagou a um incapaz, se não provar que reverteu em proveito dele a importância paga.

Art. 182. Anulado o negócio jurídico, restituir-se-ão as partes ao estado em que antes dele se achavam, e, não sendo possível restituí-las, serão indenizadas com o equivalente.

Art. 183. A invalidade do instrumento não induz a do negócio jurídico sempre que este puder provar-se por outro meio.

Art. 184. Respeitada a intenção das partes, a invalidade parcial de um negócio jurídico não o prejudicará na parte válida, se esta for separável; a invalidade da obrigação principal implica a das obrigações acessórias, mas a destas não induz a da obrigação principal.

TÍTULO II
Dos Atos Jurídicos Lícitos

# Exhibit B

22

**English Translation of Article 171 of the Brazilian Civil Code**

**Article 171.** In addition to the cases expressly declared by law, a legal transaction is voidable when:

**I** – it is entered into by a party with relative incapacity;

**II** – it is affected by a defect resulting from mistake, fraud, coercion, state of danger, lesion, or fraud against creditors.

27709089.v1