# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WENDY'S NETHERLANDS B.V.,

    Plaintiff,

v.

ANDREW LEVY,

    Defendant.

Civil Action No. 2:24-cv-03077

### AFFIDAVIT OF GABRIELLE SLIWKA, ESQ. IN SUPPORT OF MOTION TO DISMISS

State of Florida    )
                           ) ss.
County of Broward  )

I, Gabrielle Sliwka, Esq., under penalty of perjury, declare the following:

1. My name is Gabrielle Sliwka, I am over 18 years of age, and I have personal knowledge regarding the facts stated in this declaration.

2. I am an attorney with the law firm of Becker & Poliakoff, P.A., duly licensed to practice law in the States of Minnesota and Florida, and I am in good standing in both jurisdictions.

3. I was born and raised in Brazil, and I am a native speaker of Brazilian Portuguese with full fluency in both Portuguese and English.

4. I have personally translated, from Brazilian Portuguese into English, Article 205 of the Brazilian Civil Code, which is the main source of private law in Brazil and governs civil obligations, including contracts, torts, and restitution, attached to this Affidavit as Exhibit A.

5. I hereby certify that the translations, attached hereto as Exhibit B, are true and accurate to the best of my knowledge, skill, and ability, based on my native fluency in Brazilian Portuguese and professional proficiency in English.

*Civil Action No. 2:24-cv-03077*

_____Gabrielle Sliwka_____
Affiant's Signature

STATE OF FLORIDA      :
                      : ss
COUNTY OF BROWARD     :

Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 6th day of October, 2025 by Gabrielle O. Sliwka.

Personally Known ___✓___ OR
Produced Identification _____
_____
Type of Identification

NOTARY PUBLIC - STATE OF FLORIDA

Sign _____
Print  Tina M. Fritz-Serrano
My Commission expires: May 8, 2029



TINA M. FRITZ-SERRANO
MY COMMISSION # HH 670999
EXPIRES: May 8, 2029

2

27709174.v1

# Exhibit A

# Presidência da República
## Casa Civil
### Subchefia para Assuntos Jurídicos

**LEI Nº 10.406, DE 10 DE JANEIRO DE 2002.**

ÍNDICE

Texto compilado

Lei de Introdução ao Código Civil Brasileiro

Vide Lei nº 11.698, de 2008

Institui o Código Civil.

**O PRESIDENTE DA REPÚBLICA** Faço saber que o Congresso Nacional decreta e eu sanciono a seguinte Lei:

P A R T E   G E R A L

LIVRO I
DAS PESSOAS

TÍTULO I
DAS PESSOAS NATURAIS

CAPÍTULO I
DA PERSONALIDADE E DA CAPACIDADE

Art. 1º Toda pessoa é capaz de direitos e deveres na ordem civil.

Art. 2º A personalidade civil da pessoa começa do nascimento com vida; mas a lei põe a salvo, desde a concepção, os direitos do nascituro.

Art. 3º São absolutamente incapazes de exercer pessoalmente os atos da vida civil:

I - os menores de dezesseis anos;

II - os que, por enfermidade ou deficiência mental, não tiverem o necessário discernimento para a prática desses atos;

III - os que, mesmo por causa transitória, não puderem exprimir sua vontade.

Art. 4º São incapazes, relativamente a certos atos, ou à maneira de os exercer:

I - os maiores de dezesseis e menores de dezoito anos;

II - os ébrios habituais, os viciados em tóxicos, e os que, por deficiência mental, tenham o discernimento reduzido;

III - os excepcionais, sem desenvolvimento mental completo;

IV - os pródigos.

Parágrafo único. A capacidade dos índios será regulada por legislação especial.

Art. 204. A interrupção da prescrição por um credor não aproveita aos outros; semelhantemente, a interrupção operada contra o co-devedor, ou seu herdeiro, não prejudica aos demais coobrigados.

§ 1º A interrupção por um dos credores solidários aproveita aos outros; assim como a interrupção efetuada contra o devedor solidário envolve os demais e seus herdeiros.

§ 2º A interrupção operada contra um dos herdeiros do devedor solidário não prejudica os outros herdeiros ou devedores, senão quando se trate de obrigações e direitos indivisíveis.

§ 3º A interrupção produzida contra o principal devedor prejudica o fiador.

Seção IV
Dos Prazos da Prescrição

Art. 205. A prescrição ocorre em dez anos, quando a lei não lhe haja fixado prazo menor.

Art. 206. Prescreve:

§ 1º Em um ano:

I - a pretensão dos hospedeiros ou fornecedores de víveres destinados a consumo no próprio estabelecimento, para o pagamento da hospedagem ou dos alimentos;

II - a pretensão do segurado contra o segurador, ou a deste contra aquele, contado o prazo:

a) para o segurado, no caso de seguro de responsabilidade civil, da data em que é citado para responder à ação de indenização proposta pelo terceiro prejudicado, ou da data que a este indeniza, com a anuência do segurador;

b) quanto aos demais seguros, da ciência do fato gerador da pretensão;

III - a pretensão dos tabeliães, auxiliares da justiça, serventuários judiciais, árbitros e peritos, pela percepção de emolumentos, custas e honorários;

IV - a pretensão contra os peritos, pela avaliação dos bens que entraram para a formação do capital de sociedade anônima, contado da publicação da ata da assembléia que aprovar o laudo;

V - a pretensão dos credores não pagos contra os sócios ou acionistas e os liquidantes, contado o prazo da publicação da ata de encerramento da liquidação da sociedade.

§ 2º Em dois anos, a pretensão para haver prestações alimentares, a partir da data em que se vencerem.

§ 3º Em três anos:

I - a pretensão relativa a aluguéis de prédios urbanos ou rústicos;

II - a pretensão para receber prestações vencidas de rendas temporárias ou vitalícias;

III - a pretensão para haver juros, dividendos ou quaisquer prestações acessórias, pagáveis, em períodos não maiores de um ano, com capitalização ou sem ela;

IV - a pretensão de ressarcimento de enriquecimento sem causa;

V - a pretensão de reparação civil;

# Exhibit B

2

23

**English Translation of Article 205 of the Brazilian Civil Code**

**Article 205.** The statute of limitations is ten years when the law has not established a shorter period.

27709089.v1