**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., <br><br>          Plaintiff, <br><br>     v. <br><br> ANDREW LEVY, <br><br>          Defendant. | Civil Action No.  2:24-cv-03077 |

**AFFIDAVIT OF GABRIELLE SLIWKA, ESQ.**
**IN SUPPORT OF MOTION TO DISMISS**

State of Florida          )
                                    ) ss.
County of Broward    )

I, Gabrielle Sliwka, Esq., under penalty of perjury, declare the following:

1. My name is Gabrielle Sliwka, I am over 18 years of age, and I have personal knowledge regarding the facts stated in this declaration.

2. I am an attorney with the law firm of Becker & Poliakoff, P.A., duly licensed to practice law in the States of Minnesota and Florida, and I am in good standing in both jurisdictions.

3. I was born and raised in Brazil, and I am a native speaker of Brazilian Portuguese with full fluency in both Portuguese and English.

4. I have personally translated, from Brazilian Portuguese into English, Article 422 of the Brazilian Civil Code, which is the main source of private law in Brazil and governs civil obligations, including contracts, torts, and restitution, attached to this Affidavit as Exhibit A.

5. I hereby certify that the translations, attached hereto as Exhibit B, are true and accurate to the best of my knowledge, skill, and ability, based on my native fluency in Brazilian Portuguese and professional proficiency in English.

*Civil Action No. 2:24-cv-03077*

_____Gabrielle Sliwka_____
Affiant's Signature

STATE OF FLORIDA        :
                        : ss
COUNTY OF BROWARD       :

Sworn to and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 6th day of October, 2025 by Gabrielle O. Sliwka.

Personally Known ___✓___ OR
Produced Identification _____
_____
Type of Identification

NOTARY PUBLIC - STATE OF FLORIDA

Sign _____
Print  Tina M. Fritz-Serrano
My Commission expires: May 8, 2029

TINA M. FRITZ-SERRANO
MY COMMISSION # HH 670999
EXPIRES: May 8, 2029

2

27709180.v1

# Exhibit A

# Presidência da República
## Casa Civil
### Subchefia para Assuntos Jurídicos

**LEI Nº 10.406, DE 10 DE JANEIRO DE 2002.**

ÍNDICE

Texto compilado

Lei de Introdução ao Código Civil Brasileiro

Vide Lei nº 11.698, de 2008

Institui o Código Civil.

**O PRESIDENTE DA REPÚBLICA** Faço saber que o Congresso Nacional decreta e eu sanciono a seguinte Lei:

P A R T E   G E R A L

LIVRO I
DAS PESSOAS

TÍTULO I
DAS PESSOAS NATURAIS

CAPÍTULO I
DA PERSONALIDADE E DA CAPACIDADE

Art. 1º Toda pessoa é capaz de direitos e deveres na ordem civil.

Art. 2º A personalidade civil da pessoa começa do nascimento com vida; mas a lei põe a salvo, desde a concepção, os direitos do nascituro.

Art. 3º São absolutamente incapazes de exercer pessoalmente os atos da vida civil:

I - os menores de dezesseis anos;

II - os que, por enfermidade ou deficiência mental, não tiverem o necessário discernimento para a prática desses atos;

III - os que, mesmo por causa transitória, não puderem exprimir sua vontade.

Art. 4º São incapazes, relativamente a certos atos, ou à maneira de os exercer:

I - os maiores de dezesseis e menores de dezoito anos;

II - os ébrios habituais, os viciados em tóxicos, e os que, por deficiência mental, tenham o discernimento reduzido;

III - os excepcionais, sem desenvolvimento mental completo;

IV - os pródigos.

Parágrafo único. A capacidade dos índios será regulada por legislação especial.

Art. 411. Quando se estipular a cláusula penal para o caso de mora, ou em segurança especial de outra cláusula determinada, terá o credor o arbítrio de exigir a satisfação da pena cominada, juntamente com o desempenho da obrigação principal.

Art. 412. O valor da cominação imposta na cláusula penal não pode exceder o da obrigação principal.

Art. 413. A penalidade deve ser reduzida eqüitativamente pelo juiz se a obrigação principal tiver sido cumprida em parte, ou se o montante da penalidade for manifestamente excessivo, tendo-se em vista a natureza e a finalidade do negócio.

Art. 414. Sendo indivisível a obrigação, todos os devedores, caindo em falta um deles, incorrerão na pena; mas esta só se poderá demandar integralmente do culpado, respondendo cada um dos outros somente pela sua quota.

Parágrafo único. Aos não culpados fica reservada a ação regressiva contra aquele que deu causa à aplicação da pena.

Art. 415. Quando a obrigação for divisível, só incorre na pena o devedor ou o herdeiro do devedor que a infringir, e proporcionalmente à sua parte na obrigação.

Art. 416. Para exigir a pena convencional, não é necessário que o credor alegue prejuízo.

Parágrafo único. Ainda que o prejuízo exceda ao previsto na cláusula penal, não pode o credor exigir indenização suplementar se assim não foi convencionado. Se o tiver sido, a pena vale como mínimo da indenização, competindo ao credor provar o prejuízo excedente.

## CAPÍTULO VI
### Das Arras ou Sinal

Art. 417. Se, por ocasião da conclusão do contrato, uma parte der à outra, a título de arras, dinheiro ou outro bem móvel, deverão as arras, em caso de execução, ser restituídas ou computadas na prestação devida, se do mesmo gênero da principal.

Art. 418. Se a parte que deu as arras não executar o contrato, poderá a outra tê-lo por desfeito, retendo-as; se a inexecução for de quem recebeu as arras, poderá quem as deu haver o contrato por desfeito, e exigir sua devolução mais o equivalente, com atualização monetária segundo índices oficiais regularmente estabelecidos, juros e honorários de advogado.

Art. 419. A parte inocente pode pedir indenização suplementar, se provar maior prejuízo, valendo as arras como taxa mínima. Pode, também, a parte inocente exigir a execução do contrato, com as perdas e danos, valendo as arras como o mínimo da indenização.

Art. 420. Se no contrato for estipulado o direito de arrependimento para qualquer das partes, as arras ou sinal terão função unicamente indenizatória. Neste caso, quem as deu perdê-las-á em benefício da outra parte; e quem as recebeu devolvê-las-á, mais o equivalente. Em ambos os casos não haverá direito a indenização suplementar.

## TÍTULO V
### Dos Contratos em Geral

#### CAPÍTULO I
##### Disposições Gerais

###### Seção I
Preliminares

Art. 421. A liberdade de contratar será exercida em razão e nos limites da função social do contrato.

Art. 422. Os contratantes são obrigados a guardar, assim na conclusão do contrato, como em sua execução, os princípios de probidade e boa-fé.

Art. 423. Quando houver no contrato de adesão cláusulas ambíguas ou contraditórias, dever-se-á adotar a interpretação mais favorável ao aderente.

Art. 424. Nos contratos de adesão, são nulas as cláusulas que estipulem a renúncia antecipada do aderente a direito resultante da natureza do negócio.

Art. 425. É lícito às partes estipular contratos atípicos, observadas as normas gerais fixadas neste Código.

Art. 426. Não pode ser objeto de contrato a herança de pessoa viva.

Seção II
Da Formação dos Contratos

Art. 427. A proposta de contrato obriga o proponente, se o contrário não resultar dos termos dela, da natureza do negócio, ou das circunstâncias do caso.

Art. 428. Deixa de ser obrigatória a proposta:

I - se, feita sem prazo a pessoa presente, não foi imediatamente aceita. Considera-se também presente a pessoa que contrata por telefone ou por meio de comunicação semelhante;

II - se, feita sem prazo a pessoa ausente, tiver decorrido tempo suficiente para chegar a resposta ao conhecimento do proponente;

III - se, feita a pessoa ausente, não tiver sido expedida a resposta dentro do prazo dado;

IV - se, antes dela, ou simultaneamente, chegar ao conhecimento da outra parte a retratação do proponente.

Art. 429. A oferta ao público equivale a proposta quando encerra os requisitos essenciais ao contrato, salvo se o contrário resultar das circunstâncias ou dos usos.

Parágrafo único. Pode revogar-se a oferta pela mesma via de sua divulgação, desde que ressalvada esta faculdade na oferta realizada.

Art. 430. Se a aceitação, por circunstância imprevista, chegar tarde ao conhecimento do proponente, este comunicá-lo-á imediatamente ao aceitante, sob pena de responder por perdas e danos.

Art. 431. A aceitação fora do prazo, com adições, restrições, ou modificações, importará nova proposta.

Art. 432. Se o negócio for daqueles em que não seja costume a aceitação expressa, ou o proponente a tiver dispensado, reputar-se-á concluído o contrato, não chegando a tempo a recusa.

Art. 433. Considera-se inexistente a aceitação, se antes dela ou com ela chegar ao proponente a retratação do aceitante.

Art. 434. Os contratos entre ausentes tornam-se perfeitos desde que a aceitação é expedida, exceto:

# Exhibit B

2

## English Translation of Article 422 of the Brazilian Civil Code

**Article 422.** The contracting parties are bound to observe the principles of honesty and good faith both in the formation and in the performance of the contract.

27709089.v1