**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | |
| | : | Case No. 2:24-cv-03077 |
| Plaintiff, | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | : | |
| | : | |
| Defendant. | : | |

## JOINT NOTICE OF MEDIATION

Pursuant to this Court's September 17, 2025 Order (ECF # 56) (the "Order"), Plaintiff Wendy's Netherlands B.V. ("Wendy's") and Defendant Andrew Levy, by and through their counsel, hereby submit a Joint Notice of Mediation. The parties have agreed on a mediator and set the mediation date for October 17, 2025. In accordance with the Order, the parties will file a status report by October 24, 2025, updating the Court on the status of this case.

Dated: October 15, 2025

      Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg (per authorization)* | */s/ Keith Shumate* |
| Jon Polenberg, Florida Bar No. 653306 | Keith Shumate (0056190) |
| (Admitted Pro Hac Vice) | Brittany Silverman (0102263) |
| BECKER & POLIAKOFF, P.A. | SQUIRE PATTON BOGGS (US) LLP |
| 1 East Broward Blvd., Suite 1800 | 2000 Huntington Center |
| Ft. Lauderdale, FL 33301 | 41 South High Street |
| Telephone: (954) 987-7550 | Columbus, Ohio 43215 |
| Facsimile: (954) 985-4176 | Telephone: +1 614 365 2834 |

| | |
|---|---|
| jpolenberg@beckerlawyers.com | Fax: +1 614 365 2499 |
| | keith.shumate@squirepb.com |
| | brittany.silverman@squirepb.com |
| | |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On October 15, 2025, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Keith Shumate
Keith Shumate

*An Attorney for Plaintiff Wendy's Netherlands B.V.*