# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | |
| | : | Case No. 2:24-cv-03077 |
| Plaintiff, | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to this Court's September 17, 2025 Order (ECF # 56) (the "Order"), Plaintiff Wendy's Netherlands B.V. ("Wendy's") and Defendant Andrew Levy, by and through their counsel, hereby submit a Joint Status Report.

In the Order, the Court ordered the parties to schedule mediation within 45 days from the date of the Order and file a status report within seven (7) days of the mediation, updating the Court on the status of the case. *See* ECF # 56. In compliance with such Order, the parties scheduled and attended a mediation on October 17, 2025, with Robert Trafford serving as the private mediator. The parties were unsuccessful in reaching a settlement at mediation.

In light of this, the parties will move forward with this litigation in its normal course. The parties plan to promptly meet and confer to set discovery deadlines and will subsequently file a Federal Rule of Civil Procedure 26(f) report with the Court.

Dated: October 23, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg (per authorization)* | */s/ Keith Shumate* |
| Jon Polenberg, Florida Bar No. 653306 | Keith Shumate (0056190) |
| (Admitted Pro Hac Vice) | Brittany Silverman (0102263) |
| BECKER & POLIAKOFF, P.A. | SQUIRE PATTON BOGGS (US) LLP |
| 1 East Broward Blvd., Suite 1800 | 2000 Huntington Center |
| Ft. Lauderdale, FL 33301 | 41 South High Street |
| Telephone: (954) 987-7550 | Columbus, Ohio 43215 |
| Facsimile: (954) 985-4176 | Telephone: +1 614 365 2834 |
| jpolenberg@beckerlawyers.com | Fax: +1 614 365 2499 |
| | keith.shumate@squirepb.com |
| | brittany.silverman@squirepb.com |
| | |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On October 23, 2025, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Keith Shumate
Keith Shumate

*An Attorney for Plaintiff Wendy's Netherlands B.V.*