IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wendy's Netherlands B.V.,

**Plaintiff,**

v.

Andrew Levy,

**Defendant.**

Civil Action 2:27-cv-03077
Judge Michael H. Watson
Magistrate Judge Kimberly Jolson

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 10/24/2025 and was attended by:

Keith Shumate, counsel for plaintiff(s) Wendy's Netherlands B.V.,

Brittany Silverman, counsel for plaintiff(s) Wendy's Netherlands B.V.,

Yasin Daneshfar, counsel for defendant(s) Andrew Levy,

_____, counsel for defendant(s) _____,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. **CONSENT TO MAGISTRATE JUDGE**

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

___ Yes  ✔ No

2. **INITIAL DISCLOSURES**

Have the parties agreed to make initial disclosures?

✔ Yes  ___ No  ___ The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by 11/24/2025.

3.  **VENUE AND JURISDICTION**

Are there any contested issues related to venue or jurisdiction?

✔ Yes ＿＿No

If yes, describe the issue:

Plaintiff contests that Defendant can bring its Counterclaim for fraud in this Court.

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by 11/3/2025.

4.  **PARTIES AND PLEADINGS**

    a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by 12/1/2025.

    b. If the case is a class action, the parties agree that the motion for class certification shall be filed by＿＿＿＿.

5.  **MOTIONS**

    a. Are there any pending motion(s)?

    ✔ Yes ＿＿No

    If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number: Plaintiff has filed a Motion of Plaintiff Wendy's Netherlands B.V. to Dismiss the Counterclaim of Defendant Andrew Levy, Dkt. No. 54.

    b. Are the parties requesting expedited briefing on the pending motion(s)?

    ＿＿Yes ✔ No

    If yes, identify the proposed expedited schedule:

    Opposition to be filed by＿＿＿＿; Reply brief to be filed by＿＿＿＿.

6.  **ISSUES**

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Plaintiff alleges that Defendant failed to make payments under a cognovit note that the parties entered into in February, 2020. Defendant asserts a defense of duress, arguing the cognovit note is invalid. Defendant has also filed a Counterclaim for fraud in relation to a guarantee agreement entered between the parties prior to the existence of the at issue cognovit note. Plaintiff has moved to dismiss this counterclaim. There is no jury demand.

7. DISCOVERY PROCEDURES

    a. The parties agree that all discovery shall be completed by 3/11/2026. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

    b. Do the parties anticipate the production of ESI?  ✔ Yes ___ No

        If yes, describe the protocol for such production:

    c. Do the parties intend to seek a protective order or clawback agreement?

        If yes, such order or agreement shall be produced to the Court by 11/24/2025.

8. DISPOSITIVE MOTIONS

    a. Any dispositive motions shall be filed by 4/24/2026.

    b. Are the parties requesting expedited briefing on dispositive motions?

        ___ Yes    ✔ No

        If yes, identify the proposed expedited schedule:

        Opposition to be filed by _____; Reply brief to be filed by _____.

9. EXPERT TESTIMONY

    a. Primary expert reports must be produced by 2/11/2026.

    b. Rebuttal expert reports must be produced by 3/4/2026.

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by 3/2/2026. Defendant will respond by 3/9/2026. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:    April    20 26

3

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. <u>RULE 16 PRETRIAL CONFERENCE</u>

Do the parties request a scheduling conference?

✔ Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers __X__ by telephone.

_____ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. <u>OTHER MATTERS</u>

Indicate any other matters for the Court's consideration:

The parties do not have any other matters pertinent to the scheduling of management of this case at this time.

Signatures:

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| /s/ Keith Shumate | /s/ Jon Polenberg (per authorization) |
| Counsel for Wendy's Netherlands B.V. | Counsel for |
| Bar # 0056190 | Bar # admitted pro hac vice |
| | |
| /s/ Brittany Silverman | |
| Counsel for Wendy's Netherlands B.V. | Counsel for |
| Bar # 0102263 | Bar # |
| | |
| Counsel for | Counsel for |
| Bar # | Bar # |

Date: 11/3/2025

4

## CERTIFICATE OF SERVICE

On November 3, 2025, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Keith Shumate
Keith Shumate

*An Attorney for Plaintiff Wendy's Netherlands B.V.*