IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WENDY'S NETHERLANDS B.V.,**

      **Plaintiff,**

  v.                                    Civil Action 2:24-cv-3077
                                           Judge Michael H. Watson
                                           Magistrate Judge Kimberly A. Jolson

**ANDREW LEVY, et al.,**

      **Defendants.**

## SCHEDULING ORDER

Based upon the Parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (Doc. 62), the Court **ADOPTS** the following schedule:

### INITIAL DISCLOSURES

The parties shall exchange initial disclosures by November 24, 2025.

### VENUE AND JURISDICTION

Plaintiff contests that Defendant can bring its Counterclaim for fraud in this Court.  Any motion related to venue or jurisdiction was due by November 3, 2025.

### PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by December 1, 2025.

### PENDING MOTIONS

Plaintiff has filed a Motion to Dismiss the Counterclaim of Defendant Andrew Levy (Doc. 54).

### ISSUES

Plaintiff alleges that Defendant failed to make payments under a cognovit note that the parties entered in February 2020.  Defendant asserts a defense of duress, arguing the cognovit note is invalid.  Defendant has also filed a Counterclaim for fraud in relation to a guarantee agreement entered between the parties prior to the existence of the at issue cognovit note.  Plaintiff has moved to dismiss the counterclaim.  There is no jury demand.

DISCOVERY PROCEDURES

All discovery shall be completed by March 11, 2026.  For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

Any proposed protective order or clawback agreement shall be filed with the Court by November 24, 2025.  A Word version of the proposed protective order should be sent to jolson_chambers@ohsd.uscourts.gov, and any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.

DISPOSITIVE MOTIONS

Dispositive motions shall be filed by April 24, 2026.

EXPERT TESTIMONY

Primary expert reports shall be produced by February 11, 2026.  Rebuttal expert reports must be produced by March 4, 2026.  If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Under Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff shall make a settlement demand by March 2, 2026.  Defendant shall respond by March 9, 2026.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator for a settlement conference in April 2026.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.  The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the parties' agreements, counsel will please immediately make their objection in writing.  If any date set in this order falls on a Saturday, Sunday, or legal holiday, the date is automatically deemed to be the next regular business day.

IT IS SO ORDERED.

Date:   November 4, 2025                             /s/ Kimberly A. Jolson
                                                                     KIMBERLY A. JOLSON
                                                                     UNITED STATES MAGISTRATE JUDGE