**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., | |
| Plaintiff, | Civil Action No.  2:24-cv-03077 |
| v. | |
| ANDREW LEVY, | |
| Defendant. | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

The defendant/counterclaim plaintiff, Andrew Levy ("Levy"), respectfully moves under Southern District of Ohio Local Rule 7.2(a)(1), for leave to file the attached Notice of Supplemental Authority. In support, Levy states as follows:

After responding to the Motion to Dismiss Levy's Counterclaim, Levy identified additional authority directly relevant to the statute of limitation issues before the Court. Although not newly issued, the cited authority was not previously referenced in the briefing and bears materially on the legal standards applicable to the timeliness of Defendant's claims and the tolling of limitations periods under New York law.

Levy seeks only to provide the Court with this pertinent authority for its consideration. The Notice of Supplemental Authority will not introduce new arguments or evidence; it cites relevant authority and briefly describes its relevance to issues already fully briefed. Filing the Notice will not cause delay or prejudice any party.

Under Local Rule 7.2(a)(1), no additional memoranda may be filed without leave of Court. Accordingly, Plaintiff respectfully requests leave to file the Notice of Supplemental Authority attached hereto as **Exhibit A**. A proposed order is attached as **Exhibit B.**

Plaintiff has conferred with counsel for Defendant regarding this request, and Defendant opposes.

For these reasons, Plaintiff respectfully requests that the Court grant this Motion for Leave and accept the Notice of Supplemental Authority for filing.

Dated: November 4, 2025

Respectfully submitted,

*/s/ Jon Polenberg*
Jon Polenberg, Florida Bar No. 653306
*(Admitted Pro Hac Vice)*
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
jpolenberg@beckerlawyers.com

*Attorneys for Defendant/Counterclaim Plaintiff Andrew Levy*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2025, the foregoing document was electronically filed with the Clerk of the Court which will electronically serve a copy of same on all counsel of record for all parties.

*/s/ Jon Polenberg*
Jon Polenberg