# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW LEVY, <br><br> Defendant. | Civil Action No.  2:24-cv-03077 |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

This matter is before the Court on the defendant's, Andrew Levy ("Levy"), Motion for Leave to File Notice of Supplemental Authority. For good cause shown, the Motion is hereby **GRANTED**.

The Clerk is DIRECTED to file the Notice of Supplemental Authority attached as Exhibit A to Plaintiff's Motion for Leave.

IT IS SO ORDERED.

Dated: November __, 2025            */s/ Kimberly A. Jolson*_____
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE

30103674.v1