# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | Case No. 2:24-cv-03077 |
| **Plaintiff,** | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Kimberly Jolson |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

## PLAINTIFF WENDY'S NETHERLANDS B.V.'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Wendy's Netherlands B.V. ("Wendy's) respectfully submits this opposition to Defendant's Motion for Leave to File Notice of Supplemental Authority (ECF No. 64) (the "Motion for Leave").

On September 15, 2025, Wendy's filed a Motion to Dismiss Defendant's Counterclaim for fraud (the "Motion to Dismiss").  (ECF No. 54).  Defendant filed a Response to the Motion to Dismiss on October 6, 2025.  (ECF No. 57).  In its Response to the Motion to Dismiss, Defendant failed to substantively address Wendy's New York statute of limitations argument and only cited two New York cases in support of its opposition.  (*See* ECF No. 57, PageID # 2468).  On October 20, 2025, Wendy's filed a Reply in support of its Motion to Dismiss.  (ECF No. 59).  On November 4, 2025, weeks following the conclusion of briefing the Motion to Dismiss, Defendant filed its Motion for Leave to file a Notice of Authority, requesting this Court to allow Defendant to utilize additional New York case law and executive orders, published in 2020, 2021, and 2022, to ***now*** address Wendy's New York statute of limitations argument.  (*See* ECF Nos. 64 & 64-1).

Defendant should not be awarded leave to file such Notice of Authority as it is an inappropriate request upon this Court. "Courts may grant parties leave to file supplemental authority 'in the interests of justice when the proposed submission contains "new authority or evidence that was not available [to the movant] in the exercise of reasonable diligence" when the original briefs were filed.' " *Tera II, LLC v. Rice Drilling D, LLC*, No. 2:19-CV-2221, 2023 WL 2664415, at *5 (S.D. Ohio Mar. 28, 2023) (citations omitted) (granting leave to file supplemental authority).

Here, the additional authority Defendant requests this Court to take notice of was readily available to Defendant at the time of drafting and filing its Response to Wendy's Motion to Dismiss. In fact, as admitted in its proposed Notice of Authority (ECF No. 64-1), each of the cited executive orders and cases were published, and thus, publicly available, in 2020, 2021, or 2022—three to five years prior to the filing of Defendant's Response to the Motion to Dismiss. If Defendant had exercised reasonable diligence, Defendant could have easily found and obtained access to these orders and cases at the time of filing its Response to Wendy's Motion to Dismiss. It is clear Defendant is attempting to have a second bite of the apple to save its Counterclaim for fraud. This Court should not grant Defendant its requested relief nor afford it such a privilege.

For the reasons set forth above, Defendant respectfully requests that this Court deny Defendant's Motion for Leave to file its Notice of Supplemental Authority.

Respectfully submitted,

/s/ Keith Shumate
Keith Shumate (0056190)
Brittany Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

Telephone: +1 614 365 2834
Fax: +1 614 365 2499
keith.shumate@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff Wendy's Netherlands B.V.*

3

## **CERTIFICATE OF SERVICE**

On November 6, 2025, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Keith Shumate*
Keith Shumate

*An Attorney for Plaintiff Wendy's Netherlands B.V.*