IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | |
| | : | Case No. 2:24-cv-03077 |
| Plaintiff, | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Kathryn M. Brown of Squire Patton Boggs (US) LLP hereby enters her appearance as Counsel for Wendy's Netherlands B.V., and requests that all notices, orders, or other items required to be served be sent to the undersigned.

Dated: December 15, 2025

    Respectfully submitted,

    */s/ Kathryn M. Brown*
Keith Shumate (0056190)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Fax: +1 614 365 2499
Keith.shumate@squirepb.com
Kathryn.brown@squirepb.com
Brittany.silverman@squirepb.com

*Attorneys for Plaintiff Wendy's Netherlands B.V.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 15, 2025, a true and accurate copy of the foregoing was served upon all parties of record via electronic mail.

*/s/ Kathryn M. Brown*
Kathryn M. Brown

*Attorney for Plaintiff Wendy's Netherlands B.V.*