# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

WENDY'S NETHERLANDS B.V.,

       Plaintiff,

   v.

ANDREW LEVY,

       Defendant.

Civil Action No. 2:24-cv-03077

## **POSITION NOTICE FOR MOTION TO STAY**

The defendant/counterclaim plaintiff, Andrew Levy ("Levy"), notifies the Court of his position on the plaintiff's, Wendy's Netherlands B.V. ("Plaintiff"), Motion to Stay Discovery Pending Ruling on Motion to Dismiss and Motion to Expedite Briefing and Hearing (ECF No. 70).

Levy does not agree with the facts as characterized or the legal arguments advanced in support of the requested stay. But Levy does not oppose the stay of **all** discovery. If the Court stays the case, Levy requests it adjust all pretrial deadlines, including discovery deadlines. The request to expedite briefing is thus moot. Levy reserves all rights and nothing in this notice should be construed as a waiver of any rights, arguments, or objections.

Dated: December 19, 2025

                                          Respectfully submitted,

                                          */s/ Jon Polenberg*
                                          Jon Polenberg, Florida Bar No. 653306
                                          *(Admitted Pro Hac Vice)*
                                          BECKER & POLIAKOFF, P.A.
                                          1 East Broward Blvd., Suite 1800
                                          Ft. Lauderdale, FL 33301
                                          Telephone: (954) 987-7550
                                          Facsimile: (954) 985-4176
                                          jpolenberg@beckerlawyers.com

                                          *Attorneys for Defendant/Counterclaim Plaintiff Andrew Levy*

2

## CERTIFICATE OF SERVICE

I certify that on December 19, 2025, the foregoing document was electronically filed with the Clerk of the Court which will electronically serve a copy of same on all counsel of record for all parties.

*/s/ Jon Polenberg*
Jon Polenberg