# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., | Case No. 2:24-cv-03077 |
| Plaintiff, | |
| v. | Judge Michael H. Watson |
| ANDREW LEVY, | Magistrate Judge Kimberly Jolson |
| Defendant. | |

## JOINT STATUS REPORT

Under the Court's December 19, 2025 Order (ECF # 72) (the "Order"), Plaintiff Wendy's Netherlands B.V. ("Plaintiff") and Defendant Andrew Levy ("Defendant") submit a Joint Status Report.

Prior to the Order, Plaintiff filed a motion to stay discovery (ECF #70) as to Defendant's counterclaim pending a ruling on its motion to dismiss (ECF # 54). In response, Defendant filed a position notice (ECF #71) stating that he does not oppose a stay, but only if all discovery is stayed. The Order requested the parties "meaningfully confer on the stay issue" and file a joint status report. (*See* Order, ECF #72).

Complying with the Order, the parties met and conferred on December 22, 2025, about their positions on a full or partial discovery stay. The parties did not come to an agreement on the stay. As such, the parties set forth their respective positions below.

It is Plaintiff's position that a partial stay should be granted for discovery related to Defendant's counterclaim. Plaintiff does not believe that there is any reason to stay all discovery. The motion to dismiss only relates to the counterclaim, which is distinct from Plaintiff's claim on

the cognovit note and Defendant's duress defense. The case should proceed forward regarding these issues.

It is Defendant's position that to the extent the Court is inclined to stay discovery, the stay should apply to all discovery. Staying discovery partially only as to Defendant's counterclaim may prejudice him. Given the counterclaims and the affirmative defense may involve the same facts, a partial stay may make obtaining discovery—and any ruling on discovery motions—difficult. Further, Plaintiff will have more time and opportunity to obtain discovery while Defendant needs to wait until the Court rules on the motion to dismiss, and in the event of denying the motion, lifts the stay.

Dated: December 22, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg (per authorization)* | */s/ Keith Shumate* |
| Jon Polenberg, Florida Bar No. 653306 | Keith Shumate (0056190) |
| (Admitted Pro Hac Vice) | Kathryn M. Brown (0100426) |
| BECKER & POLIAKOFF, P.A. | Brittany Silverman (0102263) |
| 1 East Broward Blvd., Suite 1800 | SQUIRE PATTON BOGGS (US) LLP |
| Ft. Lauderdale, FL 33301 | 2000 Huntington Center |
| Telephone: (954) 987-7550 | 41 South High Street |
| Facsimile: (954) 985-4176 | Columbus, Ohio 43215 |
| jpolenberg@beckerlawyers.com | Telephone: +1 614 365 2834 |
| | Fax: +1 614 365 2499 |
| | keith.shumate@squirepb.com |
| | kathryn.brown@squirepb.com |
| | brittany.silverman@squirepb.com |
| *Attorney for Defendant Andrew Levy* | |
| | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On December 22, 2025, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Keith Shumate
Keith Shumate

*An Attorney for Plaintiff Wendy's Netherlands B.V.*