**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:24-cv-1524 | 2:25-cv-0530 | 2:25-cv-1115 |
| 2:24-cv-3077 | 2:25-cv-0648 | 2:25-cv-1285 |
| 2:24-cv-3113 | 2:25-cv-0747 | 2:25-cv-1364 |
| 2:24-cv-3547 | 2:25-cv-0759 | |
| 2:24-cv-3998 | 2:25-cv-0766 | |
| 2:24-cv-4058 | 2:25-cv-0783 | |
| 2:24-cv-4141 | 2:25-cv-0820 | |
| 2:24-cv-4166 | 2:25-cv-0821 | |
| 2:24-cv-4211 | 2:25-cv-0844 | |
| 2:25-cv-0139 | 2:25-cv-0865 | |
| 2:25-cv-0236 | 2:25-cv-0887 | |
| 2:25-cv-0252 | 2:25-cv-0934 | |
| 2:25-cv-0330 | 2:25-cv-0941 | |
| 2:25-cv-0333 | 2:25-cv-0943 | |
| 2:25-cv-0345 | 2:25-cv-0988 | |
| 2:25-cv-0440 | 2:25-cv-1000 | |
| 2:25-cv-0441 | 2:25-cv-1109 | |

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **April 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on February 27, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio