# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | |
| | : | Case No. 2:24-cv-03077 |
| **Plaintiff,** | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Kimberly Jolson |
| ANDREW LEVY, | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.4(b), Attorneys Keith Shumate, Kathryn M. Brown, and Brittany Silverman, of the law firm of Squire Patton Boggs (US) LLP (collectively, the "SPB attorneys"), respectfully request leave of this Court to withdraw as counsel for Plaintiff Wendy's Netherlands B.V. ("Wendy's") in the above-captioned matter. In support thereof, the SPB attorneys aver that Wendy's has retained new counsel for this litigation. Wendy's has identified Holland & Knight LLP as its new counsel and such counsel will file their appearances in accordance with this Court's Local Rules. SPB attorneys have notified Wendy's and all counsel of record of its intent to withdraw, and notified Wendy's of all upcoming deadlines in this matter. Wendy's consents to the relief requested herein.

For the reasons stated above, Attorneys Keith Shumate, Kathryn M. Brown, and Brittany Silverman request this Court grant the foregoing Motion to Withdraw as Counsel.

                                                        Respectfully submitted,

*/s/ Keith Shumate*
Keith Shumate (0056190)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2834
Fax: +1 614 365 2499
keith.shumate@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff Wendy's Netherlands B.V.*

## **CERTIFICATE OF SERVICE**

On February 26, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Keith Shumate
Keith Shumate

*An Attorney for Plaintiff Wendy's Netherlands B.V.*
