IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WENDY'S NETHERLANDS B.V.,**

    **Plaintiff,**

v.                          Civil Action 2:24-cv-3077

                               District Judge Michael H. Watson
                               Magistrate Judge Kimberly A. Jolson

**ANDREW LEVY,**

    **Defendant.**

## ORDER

    Plaintiff's Motion to Withdraw as Counsel (Doc. 76) is before the Court. Attorneys Keith Shumate, Kathryn M. Brown, and Brittany Silverman, of the law firm of Squire Patton Boggs (US) LLP (collectively, the "SPB Attorneys"), seek to withdraw from this action as counsels for Plaintiff. (*Id.*). For good cause shown, and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**. The Clerk is **DIRECTED** to terminate the SPB Attorneys from this action as counsels for Plaintiff.

    Plaintiff identifies that attorneys from Holland & Knight, LLP will serve as its new counsels, but that these attorneys have not yet filed appearances. (*Id.*). Because Plaintiff is a corporation, it cannot proceed pro se. *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("The rule of this circuit is that a corporation cannot appear in federal court except through an attorney."). Accordingly, its new attorneys should enter an appearance **within seven (7) days of this Order.**

    IT IS SO ORDERED.

Date:  February 27, 2026                                             /s/ Kimberly A. Jolson
                                                                         KIMBERLY A. JOLSON
                                                                         UNITED STATES MAGISTRATE JUDGE