AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Wendy's Netherlands B.V. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-3077 |
| Andrew Levy | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Wendy's Netherlands B.V.                                                                                              .

Date:    02/27/2026

/s/ Shalyn Watkins
*Attorney's signature*

Shalyn Watkins (0096026)
*Printed name and bar number*

4675 MacArthur Court, Suite 900
Newport Beach, California 92660

*Address*

shalyn.watkins@hklaw.com
*E-mail address*

(213) 896-2559
*Telephone number*

(949) 833-8540
*FAX number*