IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW LEVY, ) <br> ) <br> Defendant. ) | Case No. 2:24-cv-3077 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Kimberly Jolson |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ohio Local Rule 83.3(e) and 83.4(a), Wendy's Netherlands B.V., by and through its trial attorney, respectfully moves the Court to admit Elin Park to appear and participate as co-counsel in this case for Plaintiff. Ms. Park is admitted to practice before and is a member in good standing of the highest court of Illinois. Ms. Park's Certificate of Good Standing is attached as **Exhibit A**.

The required $200.00 fee for the *pro hac vice* admission has been submitted to the Clerk of Court. Ms. Park understands she must register for electronic filing with this Court promptly upon the granting of this Motion. Ms. Park's relevant identifying formation is as follows:

> Holland & Knight LLP
> 150 N. Riverside Plaza, Ste 2700
> Chicago, IL 60606
> Telephone: (312)715-5730
> Facsimile: (312)578-6666
> E-Mail: elin.park@hklaw.com

Dated: February 27, 2026

Respectfully submitted,

*/s/ Shalyn Watkins*
Shalyn Watkins (0096026)

Holland & Knight LLP<br>
4675 MacArthur Court, Suite 900<br>
Newport Beach, California 92660<br>
Telephone: (213) 896-2559<br>
Facsimile: (949) 833-8540<br>
E-Mail: Shalyn.Watkins@hklaw.com<br>
*Attorney for Plaintiff Wendy's Netherlands B.V.*

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2026, I served the foregoing *Motion for Admission Pro Hac Vice,* via the court's CM/ECF system to all counsel of record.

<u>/s/ Shalyn Watkins</u>

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Elin Park

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of February, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois