IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WENDY'S NETHERLANDS B.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:24-cv-3077 |
| vs. ) | |
| ) | Judge Michael H. Watson |
| ANDREW LEVY, ) | |
| ) | Magistrate Judge Kimberly Jolson |
| Defendant. ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ohio Local Rule 83.3(e) and 83.4(a), Wendy's Netherlands B.V., by and through its trial attorney, respectfully moves the Court to admit Cary Aronovitz to appear and participate as co-counsel in this case for Plaintiff. Mr. Aronovitz is admitted to practice before and is a member in good standing of the highest court of Florida. Ms. Aronovitz's Certificate of Good Standing is attached as **Exhibit A**.

The required $200.00 fee for the *pro hac vice* admission has been submitted to the Clerk of Court. Mr. Aronovitz understands he must register for electronic filing with this Court promptly upon the granting of this Motion. Mr. Aronovitz's relevant identifying formation is as follows:

        Holland & Knight LLP
        701 Brickell Avenue, Suite 3300
        Miami, Florida 33131
        Telephone: (305) 789-7520
        Facsimile: (305) 789-7799
        E-Mail: cary.aronovitz@hklaw.com

Dated: February 27, 2026             Respectfully submitted,

*/s/ Shalyn Watkins*
Shalyn Watkins (0096026)
Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
E-Mail: Shalyn.Watkins@hklaw.com
*Attorney for Plaintiff Wendy's Netherlands B.V.*

## CERTIFICATE OF SERVICE

I certify that on February 27, 2026, I served the foregoing *Motion for Admission Pro Hac Vice,* via the court's CM/ECF system to all counsel of record.

*/s/ Shalyn Watkins*

# EXHIBIT A

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**CARY OREN ARONOVITZ**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 22, 2010**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this FEBRUARY 24, 2026.

_____
Clerk of the Supreme Court of Florida