UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | Case No.: 2:24-cv-3077 |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | Magistrate Judge Jolson |
| v. | : | |
| ANDREW LEVY, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the parties' Joint Motion to Amend the Case Schedule. (Doc. 83). In it, the parties ask for a four-month extension of all remaining case deadlines because discovery progress has been delayed. (*Id.* at 4). They also seek this extension to accommodate Plaintiff's recent substitution of counsel. (*Id.*). While the Court is sympathetic to the parties' concerns here, four months is too long, and this case is too old to linger. Even more, the Court recently denied the parties' requests to stay discovery, both in full and in part. (Doc. 74 at 7). This holding will not change, merely because the parties seek to place their deadlines far into the future, instead of pausing them indefinitely. The Court believes that two extra months sufficiently extends the case deadlines without creating a *de facto* stay on discovery. Accordingly, the Motion is **GRANTED in part.**

The Court **AMENDS** the case schedule as follows:

- Plaintiff's Settlement Demand Due        May 2, 2026
- Defendant's Response to Settlement Demand Due    May 9, 2026
- Discovery Due                May 11, 2026
- Settlement Conference            June 2026
- Dispositive Motions Due            June 24, 2026

It should also be noted that in the last six months alone, the parties have struggled to stick to a case schedule.  (Doc. 53 (setting preliminary discovery deadlines); Doc. 56 (vacating those deadlines because the parties indicated they wanted to mediate); Doc. 63 (setting scheduling order in light of unsuccessful mediation); Doc. 70 (Plaintiff's motion to stay discovery on Defendant's counterclaim); Doc. 71 (Defendant's motion to stay all discovery); Doc. 74 (denying Plaintiff's motion to stay, and denying as moot Defendant's motion to stay)).  The parties are **WARNED** that further requests for extensions of these deadlines without sufficient justification will not be well-taken.

The parties are also **REMINDED** that communication throughout the discovery process is essential for a timely conclusion of discovery.  To that end, the parties are **ORDERED** to file two joint status reports.  The first is due no later than April 9, 2026, and it shall update the Court on the parties' discovery progress.  The second is due no later than May 10, 2026, and it shall again include an assessment of discovery progress, as well as an update on the progress (but not the substance) of the parties' settlement negotiations.  The parties are **ORDERED** to meaningfully confer before filing each status report.

**IT IS SO ORDERED.**

Date:   March 6, 2026                                           /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE

2