## Sliwka, Gabrielle

| | |
|---|---|
| **From:** | Shumate, Keith <keith.shumate@squirepb.com> |
| **Sent:** | Friday, January 30, 2026 10:28 AM |
| **To:** | Sliwka, Gabrielle; Silverman, Brittany; Polenberg, Jon; Daneshfar, Yasin |
| **Cc:** | Ross, Hanna; Fritz, Tina |
| **Subject:** | RE: Wendy's v. Levy - Discovery Requests and Responses |

 External email

Hello Gabrielle:

Thank you for your email.  Brittany is out of the office today for a family matter.  As such, I write to respond to your email.

We disagree that the proposed timing is too open ended to permit the parties to proceed in an orderly manner.  As you know, Wendy's provided timely responses to Defendant's discovery requests, on January 7, 2026.  In its responses, Wendy's stated that it will provide the responsive documents.  Wendy's has been in the process of gathering the documents for production.  We anticipate that we will begin a rolling production in the next few weeks and that the production should be completed by early March.  We suggested that the depositions be scheduled for April to permit the parties time to review the discovery prior to the depositions.  In that regard, please provide the dates in April that you would be available for depositions.  We will then work with our witnesses to get them scheduled.  With regard to your request to take a Rule 30(b)(6) deposition, we cannot schedule this deposition until Defendant identifies the subjects for examination.  In that regard, the rule states that the corporate deposition notice "must describe with reasonable particularity the matters for examination."  In the absence of such information, we cannot begin to identify the appropriate corporate representative, let alone schedule that person's deposition.  Also, we propose to take Mr. Levy's deposition in April as well.

We look forward to hearing from you regarding your availability for April depositions.  If you have any questions, please do not hesitate to contact me.  Thanks.

Case: 3:24-cv-03011-WHM-RV1 Doc #: 82-3 Filed: 03/60/se Page: 1 of 10  PAGEID #: 8,13

Keith Shumate
Squire Patton Boggs (US) LLP
Direct: 614.365.2834| Mobile: 614.580.4780
keith.shumate@squirepb.com

---

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Thursday, January 29, 2026 5:57 PM

**To:** Silverman, Brittany <brittany.silverman@squirepb.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Ross, Hanna <hanna.ross@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** [EXT] RE: Wendy's v. Levy - Discovery Requests and Responses

Brittany,

Thank you for your email and for outlining Wendy's position regarding document production and depositions. We appreciate the effort to coordinate logistics. However, the proposed timing remains too open-ended to allow discovery to proceed in an orderly and efficient manner.

Wendy's discovery responses were due on January 7, 2026. A general proposal to produce documents sometime in March, without a firm date, creates practical problems for sequencing depositions and completing discovery. Likewise, identifying April as a general timeframe for depositions, without specific dates or clarity regarding representation of certain witnesses, does not allow us to meaningfully plan next steps.

To keep discovery on track, Levy needs a concrete document production date in the first two weeks of February and defined deposition availability for the identified witnesses. With that information, the parties should be able to coordinate depositions and complete discovery without court involvement.

Please let us know by close of business tomorrow whether Wendy's can provide a definite production date and deposition schedule. Absent that, Levy will proceed accordingly.

Best regards,

Gabrielle Sliwka


**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
 GSliwka@beckerlawyers.com
 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments.

Thank you.

**From:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Sent:** Wednesday, January 28, 2026 12:56 PM
**To:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Ross, Hanna <hanna.ross@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy - Discovery Requests and Responses

Gabrielle,

We believe we can come to a general agreement on these logistics. To that end:

- <u>Dispositive Motions</u>: We are agreeable with adjusting the dispositive motion deadline to June 14.
- <u>Document Production</u>: We will agree to produce documents in March and well in advance of any depositions. We ask that you also produce documents responsive to our requests in March.
- <u>Depositions</u>: We cannot yet agree to firm deposition dates at this early juncture for a multitude of reasons. We can agree, however, that depositions will take place in April. All of the requested deponents are current employees except for Peter Koumas and Bob Wright. We cannot at this point represent that Wendy's will provide counsel for their depositions. Moreover, until we know the topics for the 30(b)(6) deposition, we will not be able to determine who is the best company representative and their availability. We will also request that Mr. Levy's deposition take place in April along with any other depositions that we determine to be necessary throughout this discovery process.

Lastly, we do not think our agreement regarding document production and depositions should be set forth in a joint motion to amend the scheduling order as those dates typically are not included in such an order.

Thanks,
Brittany



**Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

**brittany.silverman@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Thursday, January 22, 2026 9:50 AM
**To:** Silverman, Brittany <brittany.silverman@squirepb.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** [EXT] RE: Wendy's v. Levy - Discovery Requests and Responses

Good morning, Brittany,

Thank you for the response. Apologies for the delay, as we were discussing it internally.

We are agreeable in principle to extending the discovery cutoff to May 1, 2026, and adjusting the dispositive motion deadline to June 14, 2026, provided we also align now on the outstanding logistics that prompted our request—namely, document production timing and deposition scheduling.

To that end:
1. **Document production:** Please confirm the date Wendy's will serve its document production. Even with an extension, we need a firm production timeline to allow for review and follow-up discovery.
2. **Depositions:** Please provide available dates for the depositions previously identified:
   - Wendy's corporate representative
   - Kris Kaffenbarger
   - Bob Wright
   - Carlos Ribas
   - Carlos Alves
   - Peter Koumas
3. **Representation:** Please confirm whether Wendy's will be providing counsel for these individuals, whether any are third-party witnesses not represented by Wendy's, or whether any have separate counsel.

Once we have the above, we are happy to proceed with a joint motion. If you prefer, we can incorporate the agreed dates/commitments directly into the joint motion or address them in a separate stipulation.

Best regards,

Gabrielle Sliwka


**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
 GSliwka@beckerlawyers.com
 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Sent:** Thursday, January 22, 2026 9:08 AM
**To:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy - Discovery Requests and Responses

Gabrielle,

I am following up on the below discovery cutoff and dispositive motion extension. Please let me know if you are in agreement with these dates.

Thanks,
Brittany



**Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

**brittany.silverman@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---

**From:** Silverman, Brittany
**Sent:** Friday, January 16, 2026 1:35 PM
**To:** 'Sliwka, Gabrielle' <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy - Discovery Requests and Responses

Gabrielle,

We are amenable to extending the discovery cutoff date and propose the deadline be moved to May 1, 2026. Given the extension, we will need to adjust the dispositive motion deadline as well and propose May 15. If you are in agreement, we can put together a joint motion to extend these deadlines.

Thanks,
Brittany



**Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

**brittany.silverman@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Friday, January 16, 2026 10:26 AM
**To:** Silverman, Brittany <brittany.silverman@squirepb.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** [EXT] RE: Wendy's v. Levy - Discovery Requests and Responses

Good morning, Brittany.

I am following up on our several prior correspondences about the requested discovery extension and Wendy's outstanding document production. We have not yet received Wendy's position, and we wanted to touch base so we can align on next steps and keep the case moving efficiently.

Given the current March 11, 2026, discovery cutoff, the remaining document production, and the need to notice and complete depositions, it would be helpful to have Wendy's position on the proposed extension by close of business today so that we can advance the case in an orderly way. We would also appreciate committing to when Wendy's will serve its document production.

If Wendy's does not intend to agree to an extension, please let us know available dates for the previously identified depositions so that we can coordinate scheduling without unnecessary delay. Absent a response by close of business today, we will proceed on the understanding that Wendy's does not agree to an extension and will move forward under the existing schedule, so the case does not remain in limbo.

Our goal is to proceed cooperatively and avoid any need for motion practice if possible. Thank you in advance for your prompt attention to this.

Regards,

Gabrielle Sliwka

**Gabrielle Sliwka**
Attorney at Law

**Becker**

Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6003
954.985.4176

 GSliwka@beckerlawyers.com

 www.beckerlawyers.com

Follow Becker on...



**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Sent:** Monday, January 12, 2026 10:25 AM
**To:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy - Discovery Requests and Responses


Hi Gabrielle,

We are conferring with our client and should have a response back to you later this week.

Thanks,
Brittany



**Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

**brittany.silverman@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram


**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Monday, January 12, 2026 9:59 AM
**To:** Silverman, Brittany <brittany.silverman@squirepb.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** [EXT] RE: Wendy's v. Levy - Discovery Requests and Responses

Good morning, Brittany,

I am following up on my email below regarding Levy's request to extend the discovery deadline to April 4, 2026.

Please let us know Wendy's position on the requested extension so that we can plan accordingly in light of the current March 11 discovery cutoff. We also continue to request confirmation as to when Wendy's document production will be served, as the timing directly impacts deposition scheduling.

Absent agreement to extend the discovery deadline, please provide available dates for the depositions of the following witnesses:

- Wendy's corporate representative
- Kris Kaffenbarger
- Bob Wright
- Carlos Ribas
- Carlos Alves
- Peter Koumas

Additionally, please confirm whether Wendy's will be providing counsel for these individuals, whether any are third-party witnesses not represented by Wendy's, or whether any have separate counsel.

We would appreciate your response at your earliest convenience.

Best regards,

Gabrielle Sliwka


**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
 GSliwka@beckerlawyers.com
   www.beckerlawyers.com

Follow Becker on…


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Thursday, January 8, 2026 10:38 AM
**To:** Silverman, Brittany <brittany.silverman@squirepb.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Shumate, Keith <keith.shumate@squirepb.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy - Discovery Requests and Responses

Good morning, Brittany,

Following up on Levy's request to extend the discovery deadline to April 4, 2026. Please let us know Wendy's position so we can plan with the current March 11 cutoff.

Please also let us know when to expect Wendy's document production. The timing is important given the upcoming depositions.

Assuming Wendy's opposing extending the discovery deadline, please provide deposition dates for the following witnesses:

- Wendy's corporate representative
- Kris Kaffenbarger
- Bob Wright
- Carlos Ribas
- Carlos Alves
- Peter Koumas

Please let us know if Wendy's will provide counsel for these people, if they are third-party witnesses for which Wendy's in not representing them, or if they have separate counsel.

Best regards,

Gabrielle Sliwka



**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
 GSliwka@beckerlawyers.com
 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Sent:** Wednesday, January 7, 2026 3:24 PM
**To:** Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>

**Cc:** Shumate, Keith <keith.shumate@squirepb.com>
**Subject:** Wendy's v. Levy - Discovery Requests and Responses

Counsel,

Please see attached Plaintiff Wendy's First Set of Interrogatories and Requests for Production of Documents and Wendy's Responses to Defendant Andrew Levy's First Request for Production of Documents.

Thanks,
Brittany

 **Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

brittany.silverman@squirepb.com | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US