# Sliwka, Gabrielle

| | |
|---|---|
| **From:** | Silverman, Brittany <brittany.silverman@squirepb.com> |
| **Sent:** | Friday, February 20, 2026 2:59 PM |
| **To:** | Polenberg, Jon; Daneshfar, Yasin; Sliwka, Gabrielle |
| **Cc:** | Elin.Park@hklaw.com; Brian.Goldenberg@hklaw.com; David.Reich@hklaw.com; Shumate, Keith |
| **Subject:** | Wendy's v. Levy, Case No. 2:24-cv-03077 - Introduction |

 External email

Good afternoon,

As you know, Squire Patton Boggs is withdrawing as counsel for Wendy's in the above-referenced matter. I have cc'd Wendy's new counsel on this matter, Elin Park, Brian Goldenberg, and David Reich, as a way of introduction. Squire Patton Boggs will be filing a motion to withdraw as counsel early next week.

Thanks,
Brittany



**Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

**brittany.silverman@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which

operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US