## Sliwka, Gabrielle

| | |
|---|---|
| **From:** | Sliwka, Gabrielle |
| **Sent:** | Wednesday, February 25, 2026 10:41 AM |
| **To:** | Brian.Goldenberg@hklaw.com |
| **Cc:** | Elin.Park@hklaw.com; Cary.Aronovitz@hklaw.com; Polenberg, Jon; Daneshfar, Yasin; Fritz, Tina |
| **Subject:** | RE: Wendy's v. Levy, Case No. 2:24-cv-03077 -Request for Meet and Confer |
| **Attachments:** | Motion  for Modification of the Discovery Schedule and to Compel.docx |
| | |
| **Categories:** | Egress Switch: Unprotected |

Good morning again, Brian,

Attached please find a draft of Levy's proposed Motion to Modify the Scheduling Order and to Compel Production, which we are providing in advance of tomorrow's meet and confer for discussion purposes.

Thank you, and we look forward to speaking tomorrow.

Gabrielle Sliwka


**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
GSliwka@beckerlawyers.com
www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

---

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Wednesday, February 25, 2026 9:52 AM
**To:** Brian.Goldenberg@hklaw.com
**Cc:** Elin.Park@hklaw.com; Cary.Aronovitz@hklaw.com; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy, Case No. 2:24-cv-03077 -Request for Meet and Confer

Good morning, Brian.

We are available for a call tomorrow after 3:00. Please feel free to send a calendar invitation at your convenience.

Thank you,

Gabrielle Sliwka

**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
 GSliwka@beckerlawyers.com
 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Brian.Goldenberg@hklaw.com <Brian.Goldenberg@hklaw.com>
**Sent:** Wednesday, February 25, 2026 6:59 AM
**To:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Cc:** Elin.Park@hklaw.com; Cary.Aronovitz@hklaw.com; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Subject:** RE: Wendy's v. Levy, Case No. 2:24-cv-03077 -Request for Meet and Confer

Gabrielle,

It's nice to meet you virtually, and I hope all is well.  We're available for a call tomorrow afternoon after 3:00.  Please us know if/when you're available, and we'll circulate a calendar invitation.

Thank you, and we look forward to speaking with you.

Best,

**Brian Goldenberg | Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, FL 33602

Phone 813.227.6401 | Fax 813.229.0134
brian.goldenberg@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Monday, February 23, 2026 9:04 AM
**To:** Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; Goldenberg, Brian S (TPA - X36401) <Brian.Goldenberg@hklaw.com>
**Subject:** RE: Wendy's v. Levy, Case No. 2:24-cv-03077 -Request for Meet and Confer

*[External email]*
Good morning. Elin.

We would like to schedule a call to discuss pending matters with you as soon as possible, particularly in light of the outstanding document production, which we have been awaiting since early January, and the approaching discovery deadlines.

Please advise your availability for a call either today or tomorrow, and I will circulate a calendar invitation accordingly.

I look forward to your prompt response.

Thank you,

Gabrielle

**Gabrielle Sliwka**
Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003
 954.985.4176
 GSliwka@beckerlawyers.com
 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Elin.Park@hklaw.com <Elin.Park@hklaw.com>
**Sent:** Friday, February 20, 2026 5:19 PM
**To:** brittany.silverman@squirepb.com; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Cc:** Cary.Aronovitz@hklaw.com; Brian.Goldenberg@hklaw.com; keith.shumate@squirepb.com
**Subject:** RE: Wendy's v. Levy, Case No. 2:24-cv-03077 - Introduction

Thank you, Brittany. Appreciate the introduction.

Hello Jon, Yasin, Gabrielle. My colleagues and I will be in touch with you next week.

Have a nice weekend,

Elin

**Elin Park** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone +1.312.715.5730 | Fax +1.312.578.6666
elin.park@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Silverman, Brittany <brittany.silverman@squirepb.com>
**Sent:** Friday, February 20, 2026 1:59 PM
**To:** Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Cc:** Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; Goldenberg, Brian S (TPA - X36401) <Brian.Goldenberg@hklaw.com>; Reich, David (CHI - X66516) <David.Reich@hklaw.com>; keith.shumate <keith.shumate@squirepb.com>
**Subject:** Wendy's v. Levy, Case No. 2:24-cv-03077 - Introduction

*[External email]*

Good afternoon,

As you know, Squire Patton Boggs is withdrawing as counsel for Wendy's in the above-referenced matter. I have cc'd Wendy's new counsel on this matter, Elin Park, Brian Goldenberg, and David Reich, as a way of introduction. Squire Patton Boggs will be filing a motion to withdraw as counsel early next week.

Thanks,
Brittany



**Brittany Silverman**
Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2810
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 614 551 7644

**brittany.silverman@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.