## Sliwka, Gabrielle

| | |
|---|---|
| **From:** | Daneshfar, Yasin |
| **Sent:** | Thursday, March 26, 2026 5:23 PM |
| **To:** | Mitchell.McBride@hklaw.com; Fritz, Tina; Elin.Park@hklaw.com |
| **Cc:** | Shalyn.Watkins@hklaw.com; Brian.Goldenberg@hklaw.com; Polenberg, Jon; Sliwka, Gabrielle; Cary.Aronovitz@hklaw.com; Perez, Dawn |
| **Subject:** | RE: Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537 |

Mitch,

We will circulate the final version for approval shortly.

We are available on Monday in the afternoon for the meet and confer. Please provide us with any other authorities you come across on the issues, and we will do the same, in the advance of the call.

**Yasin Daneshfar**
Shareholder

Ft. Lauderdale
Ext: 15177 (954.985.4177)

---

**From:** Mitchell.McBride@hklaw.com <Mitchell.McBride@hklaw.com>
**Sent:** Thursday, March 26, 2026 3:33 PM
**To:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>; Elin.Park@hklaw.com
**Cc:** Shalyn.Watkins@hklaw.com; Brian.Goldenberg@hklaw.com; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Cary.Aronovitz@hklaw.com; Perez, Dawn <DaPerez@beckerlawyers.com>
**Subject:** RE: Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537

 External email

Yasin,

Attached please find the letter, with our modifications in tracked changes.

Also, we, of course, are open to talking to you about the issues in the deficiency letter. We didn't mean to imply that we would not be. We simply didn't think Levy's position would change in any way based off of your letter correspondence and email response below. We continue to adhere to Local Rule 37.1 and, if you maintain that there is possible room for movement on your position, we would want to hear it. We are available next Monday – could you please send some times that work for you?

1

Best,
Mitch

**Mitchell McBride** | **Holland & Knight**
Associate
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6345 | Fax +1.813.229.0134
mitchell.mcbride@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Sent:** Thursday, March 26, 2026 3:12 PM
**To:** McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>; TFRITZ <TFRITZ@beckerlawyers.com>; Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>
**Cc:** Watkins, Shalyn (NPB - X52559) <Shalyn.Watkins@hklaw.com>; Goldenberg, Brian S (TPA - X36401) <Brian.Goldenberg@hklaw.com>; jpolenberg <jpolenberg@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; Perez, Dawn <DaPerez@beckerlawyers.com>
**Subject:** RE: Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537

*[External email]*
Mitch,

Please send the revised status report so we can submit timely. It is 3 p.m. and it is obvious the report will have sections that will not be joint.

As to the letter, the parties have only exchanged their respective positions in writing. As noted earlier, we are not clear which one of the issues Wendy's is moving to compel. A meet-and-confer will narrow down the issues and clarify which ones remain outstanding. Having said that, if Wendy's position is that it is not agreeing to do a meet and confer and would like to go directly to the judge, please let me know. In that case, we will provide you with our availability.

Thank you,

**Yasin Daneshfar**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

📞  954.985.4177
📱  305.586.1011

2

954.985.4176

YDaneshfar@beckerlawyers.com

www.beckerlawyers.com

Connect with me on LinkedIn

Follow Becker on...



**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Mitchell.McBride@hklaw.com <Mitchell.McBride@hklaw.com>
**Sent:** Thursday, March 26, 2026 2:27 PM
**To:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Fritz, Tina <TFRITZ@beckerlawyers.com>; Elin.Park@hklaw.com
**Cc:** Shalyn.Watkins@hklaw.com; Brian.Goldenberg@hklaw.com; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Cary.Aronovitz@hklaw.com; Perez, Dawn <DaPerez@beckerlawyers.com>
**Subject:** RE: Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537

Yasin,

The Order did not limit the joint status report to Levy's motion to compel, and Wendy's believes it is appropriate to forecast discovery issues more broadly.  We obviously understand you will not joint this portion of the response and have indicated in our draft that it is only Plaintiff's position.  We hope to circulate it to you in short order.

We respectfully disagree that the parties have not properly conferred on the motion to compel Wendy's intends to file.  We sent you a detailed letter, with case citations, and Levy nonetheless disagrees and will not produce the discovery.  Under the local rules and scheduling order, we would like to schedule a time where we can jointly call Judge Jolson's chambers with you.  After that, we understand that we are authorized to file the motion.

Thanks,
Mitch

**Mitchell McBride** | **Holland & Knight**
Associate
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6345 | Fax +1.813.229.0134
mitchell.mcbride@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Sent:** Thursday, March 26, 2026 1:06 PM
**To:** McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>; TFRITZ <TFRITZ@beckerlawyers.com>; Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>
**Cc:** Watkins, Shalyn (NPB - X52559) <Shalyn.Watkins@hklaw.com>; Goldenberg, Brian S (TPA - X36401) <Brian.Goldenberg@hklaw.com>; jpolenberg <jpolenberg@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; Perez, Dawn <DaPerez@beckerlawyers.com>
**Subject:** RE: Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537

*[External email]*
Mitch,

We would like to know the precise issues that would be subject to the motion to compel given the letter contained multiple issues. We suggest that you provide us an outline of the issues or a draft motion to compel. We can then do a meet-and-confer on those issues before filing the motion.

As to your inquiry about the financial duress, the *Moss* case law Wendy's has cited is from Middle District of Florida, applying Florida law. Under Florida law, one of the elements of economic duress is financial distress. *Amoco Oil Co. v. Gomez*, 125 F. Supp. 2d 492 (S.D. Fla. 2000). Financial distress is not an element under Ohio law. For the elements under Ohio law, please see *Local 17 Intern. Ass'n of Bridge, Structural & Ornamental Iron Workers Pension Fund v. Mooney Welding, Inc.*, 993 F. Supp. 615 (N.D. Ohio 1997). We have not been able to locate any cases under Ohio law requiring financial discovery. If you have any cases under Ohio law, please provide us with a copy of it. We would like to discuss this point during our meet-and-confer.

Finally, we do not believe that this issue or any motion to compel Wendy's may file is appropriate in the joint status report. The Order required a report of the meet-and-confer on Levy's motion to compel; not to mention the parties have not properly conferred on the motion to compel Wendy's intends to file.

If you send us an outline or the draft motion, we will be happy to meet and confer in short order.

Thank you,


**Yasin Daneshfar**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

📞 954.985.4177
📱 305.586.1011
📠 954.985.4176
✉ YDaneshfar@beckerlawyers.com
🌐 www.beckerlawyers.com

 Connect with me on LinkedIn

Follow Becker on...



**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Mitchell.McBride@hklaw.com <Mitchell.McBride@hklaw.com>
**Sent:** Wednesday, March 25, 2026 6:03 PM
**To:** Fritz, Tina <TFRITZ@beckerlawyers.com>; Elin.Park@hklaw.com
**Cc:** Shalyn.Watkins@hklaw.com; Brian.Goldenberg@hklaw.com; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Cary.Aronovitz@hklaw.com; Perez, Dawn <DaPerez@beckerlawyers.com>
**Subject:** RE: Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537

Thank you, Tina.

Respectfully, after reviewing the letter, we think that many of the issues in our letter will eventually have to go before the Court.  If you have a case that says that a defendant need not produce financial information when he alleges financial duress (or when a defendant alleges impending financial death like here), please send it.  We would like to address this issue in the status report because, without any agreement from your side, we imagine this will be a significant discovery dispute in front of the Court.  Again, we have made every effort to be reasonable and have already limited the years requested based on Levy's suggestion in Dkt. 52 at 4 (Levy representation implying that financial information around the time of the alleged duress would be relevant: "Now, Plaintiff urges the Court to permit it discovery on financial ability to pay because it is relevant to duress.  Levy's financial status today does not tend to prove or disprove the duress he experienced when he signed the cognovit note.").

Thanks,
Mitch

**Mitchell McBride** | **Holland & Knight**
Associate
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone +1.813.227.6345 | Fax +1.813.229.0134
mitchell.mcbride@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Fritz, Tina <TFRITZ@beckerlawyers.com>
**Sent:** Wednesday, March 25, 2026 5:37 PM

**To:** Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>
**Cc:** McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>; Watkins, Shalyn (NPB - X52559) <Shalyn.Watkins@hklaw.com>; Goldenberg, Brian S (TPA - X36401) <Brian.Goldenberg@hklaw.com>; jpolenberg <jpolenberg@beckerlawyers.com>; YDaneshfar <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; Perez, Dawn <DaPerez@beckerlawyers.com>
**Subject:** Correspondence/Response ~ Levy, Andrew adv. Wendy's Netherlands ~ 421537

*[External email]*
Good afternoon,

Attached is correspondence dated today from Mr. Jon Polenberg regarding the above-referenced matter.

Kind regards,



**Tina Fritz**
Legal Assistant to Jon Polenberg, Esq., Robert Manne, Esq., Gabrielle Sliwka, Esq., and Alyssa Weiss, Esq.



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

📞 954.985.4154
📠 954.985.4176
✉ TFRITZ@beckerlawyers.com
🌐 www.beckerlawyers.com

Follow Becker on...

**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>
**Sent:** Tuesday, March 17, 2026 4:35 PM
**To:** Fritz, Tina <TFRITZ@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Cc:** Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com; Shalyn.Watkins@hklaw.com; Brian.Goldenberg@hklaw.com
**Subject:** Discovery Deficiency Letter - Wendy's Levy


Counsel,

Attached is a discovery deficiency letter.  Given the abbreviated discovery schedule, we ask that Defendant Levy serve supplemental responses by March 25, 2026.

Regards,
Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Fax +1.305.789.7799
cary.aronovitz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.