Case: 2:24-cv-03077-MHW-KAJ Doc #: 89 Filed: 04/02/26 Page: 1 of 1  PAGEID #: 2803

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**WENDY'S NETHERLANDS B.V.,**

      **Plaintiff,**

  **v.**                                **Civil Action 2:24-cv-3077**

                                       **District Judge Michael H. Watson**
                                     **Magistrate Judge Kimberly A. Jolson**

**ANDREW LEVY,**

      **Defendant.**

### <u>ORDER</u>

The parties contacted the Court about a discovery dispute. They request a telephone conference with the Court to discuss the issue.  The Court **GRANTS** the request and sets a telephone status conference for **April 7, 2026, at 11:30 AM**.  The parties are also **ORDERED** to confer on the dispute and file a joint status report on or before **April 3, 2026**.  The status report should update the Court on their conference and briefly outline each side's position, if the dispute persists.  The status report shall not exceed four pages.

    IT IS SO ORDERED.

Date:  April 2, 2026                 /s/ Kimberly A. Jolson
                                       KIMBERLY A. JOLSON
                                       UNITED STATES MAGISTRATE JUDGE