# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WENDY'S NETHERLANDS B.V.,**

        **Plaintiff,**

    **v.**
                                    **Civil Action 2:24-cv-3077**

                                        **District Judge Michael H. Watson**
                                        **Magistrate Judge Kimberly A. Jolson**

**ANDREW LEVY,**

        **Defendant.**

## ORDER

The Court held a telephonic hearing on a discovery dispute on April 7, 2026. As discussed during that conference, Plaintiff is entitled to reasonable discovery on Defendant's financial asset information. The parties are **DIRECTED** to meet and confer on the parameters of this discovery and file a joint status report by **April 14, 2026**, updating the Court on their progress.

    IT IS SO ORDERED.

Date:   April 7, 2026
                                         /s/ Kimberly A. Jolson
                                         KIMBERLY A. JOLSON
                                         UNITED STATES MAGISTRATE JUDGE