**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

---

**JOINT STATUS REPORT**

---

Under the Court's March 6, 2026 Order (ECF # 84) ("Order"), Plaintiff Wendy's Netherlands B.V. ("Plaintiff") and Defendant Andrew Levy ("Defendant") (collectively, "Parties") submit a Joint Status Report on the Parties' discovery progress.

Since the Order, the following events have occurred. Plaintiff has produced 1,162 documents, consisting of 3,841 images. Plaintiff commenced production on March 23, 2026. Plaintiff plans to produce at least 340 documents, consisting of 5,335 images, tomorrow, on April 10, 2025.  Defendant has produced 1850 documents, consisting of 9407 images. Defendant commenced production on March 19, 2026.

The parties have met and conferred on multiple occasions on Defendant's motion to compel, and Plaintiff's deficiency letter. On March 20, 2026, Defendant filed a Motion to Compel (ECF No. 85) about the production of documents. Following the Courts, March 23, 2026 Order (ECF No. 86), Parties met and conferred on March 24, 2026, about Defendant's Motion to Compel and agreed to substantial completion of document production by April 10, 2026.

The Parties also met and conferred on Plaintiff's deficiency letter about Defendant's discovery responses. On March 30, 2026, the parties met and conferred regarding the issues in the deficiency letter. On April 2, 2026, the Court entered an Order (ECF No. 89) directing further meet-and-confer efforts and setting a telephonic conference at Plaintiff's request. On April 7, 2026, the Court held a telephonic hearing on the remaining issues in the deficiency letter. (ECF No. 92).On the same day, the Parties met and conferred regarding remaining issues and the exchange of privilege logs.

The Parties are nearing completion of document production with anticipated substantial completion date by April 10, 2026. The Parties have also begun issuing non-party subpoenas and are coordinating the scheduling of party and non-party depositions. Under the current Scheduling Order, fact discovery closes on May 11, 2026 (ECF No. 84). The Parties anticipate conducting depositions on a rolling basis between April 10, 2026 and the discovery cutoff.

Dated: April 9, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg* | */s/ Elin Park* |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (*Pro Hac Vice* pending) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (*Pro Hac Vice* pending) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |
| jpolenberg@beckerlawyers.com | Facsimile: (949) 833-8540 |
| | Shalyn.Watkins@hklaw.com |
| *Attorney for Defendant Andrew Levy* | |
| | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On April 9, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Jon Polenberg
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*
