**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**WENDY'S NETHERLANDS B.V.,**

       **Plaintiff,**

  v.                          **Civil Action 2:24-cv-3077**

                                    **District Judge Michael H. Watson**
                                    **Magistrate Judge Kimberly A. Jolson**

**ANDREW LEVY,**

       **Defendant.**

## ORDER

Before the Court is the parties' Joint Status Report. (Doc. 95). The parties indicate they have substantially completed their document productions but disagree on whether Defendant's Motion to Compel is now moot. (*Id.* at 1). The Court again **DIRECTS** the parties to resolve discovery matters without judicial intervention and turn to the Court only as a last resort. If Defendant identifies deficiencies in Plaintiff's production, he is **DIRECTED** to identify those for Plaintiff by **April 21, 2026**, and the parties must then confer meaningfully on any disputes. The parties are **ORDERED** to file a joint status report by **April 28, 2026**, updating the Court on their progress. At that time, the Court will determine whether Defendant's Motion to Compel (Doc. 85) is moot.

    IT IS SO ORDERED.

Date:  April 14, 2026                    /s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE