**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Under the Court's April 7, 2026 Order (ECF # 93) ("Order"), Plaintiff Wendy's Netherlands B.V. ("Wendy's") and Defendant Andrew Levy ("Levy") (collectively, "Parties") submit a Joint Status Report updating the Court on their progress regarding meeting and conferring on the parameters of financial asset discovery.

Following the April 7, 2026 telephonic hearing, the parties met in the afternoon of April 7, 2026 to initially discuss Levy providing financial asset discovery. On April 14, 2026, the parties met again. The parties agree that the time scope for the financial discovery will be from February 23, 2019 to December 31, 2020, subject to meet and confer on the substance of Wendy's requests.

Dated: April 14, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg* | */s/ Shalyn Watkins* |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (*Pro Hac Vice* pending) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (*Pro Hac Vice* pending) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |

jpolenberg@beckerlawyers.com

Facsimile: (949) 833-8540
Shalyn.Watkins@hklaw.com

*Attorney for Defendant Andrew Levy*

*Attorneys for Plaintiff Wendy's Netherlands B.V.*

## CERTIFICATE OF SERVICE

On April 14, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Shalyn Watkins*
Shalyn Watkins
*Attorney for Plaintiff Wendy's Netherlands B.V.*

2