**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:24-cv-3077 | 2:25-cv-0817 | 2:25-cv-1450 |
| 2:24-cv-3859 | 2:25-cv-0857 | 2:25-cv-1488 |
| 2:24-cv-3998 | 2:25-cv-0943 | 2:25-cv-1497 |
| 2:24-cv-4011 | 2:25-cv-0954 | 2:25-cv-1514 |
| 2:24-cv-4147 | 2:25-cv-0968 | |
| 2:24-cv-4164 | 2:25-cv-0991 | |
| 2:24-cv-4176 | 2:25-cv-1000 | |
| 2:24-cv-4226 | 2:25-cv-1050 | |
| 2:24-cv-4236 | 2:25-cv-1120 | |
| 2:24-cv-4237 | 2:25-cv-1122 | |
| 2:25-cv-0151 | 2:25-cv-1135 | |
| 2:25-cv-0416 | 2:25-cv-1174 | |
| 2:25-cv-0440 | 2:25-cv-1183 | |
| 2:25-cv-0441 | 2:25-cv-1192 | |
| 2:25-cv-0466 | 2:25-cv-1209 | |
| 2:25-cv-0546 | 2:25-cv-1230 | |
| 2:25-cv-0669 | 2:25-cv-1257 | |
| 2:25-cv-0767 | 2:25-cv-1332 | |
| 2:25-cv-0776 | 2:25-cv-1398 | |

## NOTICE

Each of the above-listed cases has previously been identified as ready for a mediation conference in **June 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on April 30, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio