**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | Case No.: 2:24-cv-3077 |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | |
| v. | : | Magistrate Judge Jolson |
| | : | |
| ANDREW LEVY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**
**DUE TO WITNESS SCHEDULING DIFFICULTIES**

---

The parties, by and through their undersigned counsel of record and pursuant to Fed. R. Civ. P. 16(b)(4) and S.D. Ohio Civ. R. 16.2, jointly request a brief extension of the discovery deadline to permit more time for the parties to complete depositions in the current Case Scheduling Order (ECF No. 84) due to witness scheduling issues.  The parties are not asking to extend the entire discovery deadline, but only eleven (11) additional days to finalize depositions.  No other deadlines will be affected.  The parties have been diligently proceeding through discovery as directed and have been working through (without court intervention) many discovery issues but respectfully request a brief extension to finalize depositions beyond the current discovery deadline of May 11, 2026. The parties' request until March 22, 2026 to complete depositions.

## MEMORANDUM IN SUPPORT

Levy has produced 1,999 documents and a privilege log.  Wendy's has produced 1,745 documents and a privilege log.  The parties have been reviewing each other's productions and preparing for depositions.

The parties have been coordinating and scheduling the depositions of witnesses many of whom are working professionals, non-parties or former employees, and residing in different time zones.  To accommodate their schedules, and the schedules of the attorneys in this action, the parties jointly request the Court amend the Scheduling Order to allow for eleven more days to complete the various depositions in this case.

Under Federal Rules of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause shown and with the judge's consent."  "[T]he touchstone of the good cause inquiry under Rule 16(b) is whether the moving party acted diligently in attempting to meet the deadline set forth in the pretrial order." *Ousley v. CG Consulting, LLC*, 339 F.R.D. 455, 459 (S.D. Ohio 2021).  Here, the parties have proceeded diligently, especially after the Court's admonition to not unnecessarily seek extensions, but due to witness unavailability, it will be difficult to complete all the depositions by the current discovery deadline of May 11, 2026.  *Briefly* extending the discovery deadline *only to allow depositions* to be taken will promote fairness and allow the case to proceed on the merits.  The parties do not seek to extend any other deadlines at this time.

WHEREFORE, the parties respectfully request this Court enter an order extending the deadline to complete depositions until May 22, 2026.

Dated: April 27, 2026

*/s/ Elin Park*
Shalyn Watkins (0096026)
Elin Park (Admitted *Pro Hac Vice*)
Cary Aronovitz (Admitted *Pro Hac Vice*)
Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
Shalyn.Watkins@hklaw.com
*Attorneys for Plaintiff, Wendy's Netherlands B.V.*

Respectfully submitted,

*/s/ Jon Polenberg*
Jon Polenberg, Florida Bar No. 653306
*(Admitted Pro Hac Vice)*
Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
jpolenberg@beckerlawyers.com
*Attorneys for Defendant, Andrew Levy*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2026, I served the foregoing *Joint Motion to Amend the Scheduling Order Due to Witness Scheduling Difficulties,* via the court's CM/ECF system to all counsel of record.

*/s/ Elin Park*
Elin Park
*Attorney for Plaintiff, Wendy's Netherlands B.V.*

3