**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

---

**JOINT STATUS REPORT**

---

Under the Court's April 14, 2026, Order (ECF # 96) ("**Order**"), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit a Joint Status Report stating the status of their discovery dispute and Levy's Motion to Compel.

On April 10, 2026, the Parties substantially completed their respective productions of responsive documents. The Order directed Levy to identify any deficiencies in Wendy's production by April 21, 2026, after he completed reviewing Wendy's production. The Order required the Parties to continue to meet and confer on any disputes. The Order also directed the Parties to submit a joint status report on April 28, 2026.

On April 21, 2026, Levy sent Wendy's a letter, identifying deficiencies in Wendy's production. In response, Wendy's is reviewing documents in its possession to determine if there are additional responsive non-privileged documents it can produce. Once Levy receives Wendy's response and/or supplemental production, he will meet and confer with Wendy's to resolve any remaining dispute.

31003313.v1
31208456.v1

Dated: April 28, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg* | */s/ Shaylin Watkins* |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (*Pro Hac Vice* pending) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (*Pro Hac Vice* pending) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |
| jpolenberg@beckerlawyers.com | Facsimile: (949) 833-8540 |
| | Shalyn.Watkins@hklaw.com |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## <u>CERTIFICATE OF SERVICE</u>

On April 28, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/Jon Polenberg*
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*

2