**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

---

**JOINT STATUS REPORT**

---

Under the Court's April 29, 2026 (ECF # 103) order ("**Order**"), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit this Joint Status Report regarding the status of discovery and the Parties' ongoing discovery discussions.

On April 21, 2026, Levy sent Wendy's correspondence identifying deficiencies in Wendy's document production. On May 7, 2026, Wendy's produced additional documents. Levy is currently reviewing that production, and the Parties will continue to meet and confer regarding any remaining issues that may arise from the review.

On May 8, 2026, Levy raised questions regarding Wendy's privilege log and requested information concerning any privilege log associated with Wendy's supplemental production. The Parties will continue to confer in an effort to resolve any outstanding issues without Court intervention and will keep the Court apprised of any material developments.

Dated: May 8, 2026

Respectfully submitted,

31373508.v2

| | |
|---|---|
| */s/ Jon Polenberg*          | */s/  Shaylin Watkins*          |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (*Pro Hac Vice* pending) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (*Pro Hac Vice* pending) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |
| jpolenberg@beckerlawyers.com | Facsimile: (949) 833-8540 |
| | Shalyn.Watkins@hklaw.com |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On May 8, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/Jon Polenberg*
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*

2

31373508.v2