**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Under the Court's May 11, 2026 (ECF # 106) order ("**Order**"), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit this Joint Status Report regarding the status of discovery related to Levy's motion to compel (ECF # 85).

On April 21, 2026, Levy sent Wendy's correspondence identifying deficiencies in Wendy's document production. On May 7, 2026, Wendy's produced additional documents.

On May 8, 2026, and on May 15, 2026, Levy raised questions regarding Wendy's first and second privilege logs as certain items appeared not to be privileged. Wendy's responded on May 18, 2026, indicating that they will send an updated privilege log clarifying and addressing Levy's concerns. Once Levy receives the updated privilege log, the Parties will confer on this issue to see if they can resolve it.

<u>Wendy's Statement</u>

For the avoidance of doubt, Wendy's maintains its position, as stated in the April 13, 2026 Joint Status Report (ECF #95), that Levy's March 20, 2026 Motion to Compel (ECF #85), which

complained of Wendy's failure to produce *any* responsive documents or provide *any* privilege log, is moot. Wendy's first produced thousands of documents and a privilege log.  When Mr. Levy suggested deficiencies or that additional documents should be produced, Wendy's made significant efforts to again search for and locate additional documents.  Wendy's provided Levy a supplemental production and privilege log.  If there are deficiencies in Wendy's privilege logs, which Wendy's disputes, Levy should file a new motion to compel rather than relying on an old motion to compel filed before Wendy's had sent thousands of documents in response to Levy's requests.

Levy's Statement

Levy's motion to compel is not moot. The purpose of the Motion to Compel was to require Wendy's produce all responsive documents. Levy served his request for production on December 8, 2025. More than 6 months later—as of May 18, 2026—Levy is yet to receive all the responsive documents to his requests. On May 08, 2026, and on May 15, 2026, Levy raised questions regarding Wendy's privilege logs. There are documents on the privilege log that have not been produced and may not be privileged. The parties are working through this issue. But the crux of Levy's motion to compel remains: Wendy's producing all the responsive documents. The motion is thus not moot. The discovery deadline for the depositions is looming. Declaring the motion as moot while Wendy's production is not complete, only for Levy to file another motion to compel, defies the purpose of the motion and may unnecessarily require spending the parties' and the Court's resources.

Dated: May 18, 2026

2

Respectfully submitted,

*/s/ Jon Polenberg*
Jon Polenberg, Florida Bar No. 653306
(Admitted Pro Hac Vice)
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
jpolenberg@beckerlawyers.com

*Attorney for Defendant Andrew Levy*

*/s/   Shaylin Watkins*
Shalyn Watkins (0096026)
Elin Park (*Pro Hac Vice* pending)
Cary Aronovitz (*Pro Hac Vice* pending)
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
Shalyn.Watkins@hklaw.com
*Attorneys for Plaintiff Wendy's Netherlands B.V.*

## CERTIFICATE OF SERVICE

On May 18, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/Jon Polenberg*
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*

3