## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Ohio

Case Number: 2:24-CV-03077

Plaintiff:
**WENDY'S NETHERLANDS B.V**

vs.

Defendant:
**ANDREW LEVY**

For:
Jon Polenberg
BECKER & POLIAKOFF, P.A.
1 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301

Received by Caplan, Caplan & Caplan Process Servers on the 18th day of May, 2026 at 4:31 pm to be served on **MARCOS SILVA, 12162 NW 75TH PL, PARKLAND, FL 33076**

I, DAN ACKERMAN, do hereby affirm that on the **19th day of May, 2026** at **11:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** with date, hour and initials of process server endorsed thereon by me, to: **MARCOS SILVA** at the address of: **12162 NW 75TH PL, PARKLAND, FL 33076**, and informed said person of the contents therein, in compliance with Rule 4,FED.R.CIV.P

I certify that I am over the age of 18, have no interest in the above action, and am a Sheriff Appointed Process Server/Certified Process Server in  good standing in the judicial circuit in which the process was served in the county in which this defendant/witness was served and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.



**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: CPN-2026019287
Ref: L23536-421537
Service Fee: _____

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e