**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**WENDY'S NETHERLANDS B.V.,**

      **Plaintiff,**

    **v.**                           **Civil Action 2:24-cv-3077**

                                   **District Judge Michael H. Watson**
                                   **Magistrate Judge Kimberly A. Jolson**

**ANDREW LEVY,**

      **Defendant.**

## ORDER

Before the Court is the parties' Joint Status Report (Doc. 107) filed pursuant to the Court's March 6, 2026 Order (Doc. 84) and the Joint Status Report (Doc. 108) filed pursuant to the Court's May 11, 2026 Order (Doc. 106). In their first Status Report, the parties indicate they still have not resolved the financial discovery issue, request an extension of the deposition deadline, and cannot agree on the location of mediation. (Doc. 107). In their second Status Report, they disagree on whether Plaintiff's Motion to Compel (Doc. 85) is moot. (Doc. 108).

First, the parties are **ORDERED** to confer meaningfully on the deficiencies Plaintiff identified in Defendant's financial information production on or before May 27, 2026. If the parties cannot resolve this issue extrajudicially, Plaintiff may file a motion to compel on or before June 3, 2026. Defendant may respond on or before June 8, 2026. Plaintiff may reply on or before June 12, 2026. Each brief shall not exceed five pages. If the Court rules in Plaintiff's favor, it intends to order Defendant to pay Plaintiff's reasonable expenses under Federal Rule of Civil Procedure 37(a)(5).

Second, the deposition deadline is **EXTENDED** to May 27, 2026. The Court will not extend this deadline again absent extraordinary circumstances.

Third, Defendant must file any motion regarding mediation on or before May 27, 2026. Plaintiff may respond on or before June 3, 2026.  No reply will be permitted unless otherwise ordered.

Finally, the Court **DENIES as moot** Plaintiff's Motion to Compel.  (Doc. 85).  In it, Plaintiff requested the Court to order Defendant to "produce responsive documents to Levy's First Request for Production."  (Doc. 85 at 7).  The parties agree that Plaintiff has produced documents over the last several months and the remaining issue centers on Plaintiff's privilege log designations (Doc. 108), clearly mooting Plaintiff's issues in his Motion.  The parties indicate, however, that they continue to confer on the privilege log issue.  Accordingly, the parties are **ORDERED** to file a joint status report providing an update on or before May 26, 2026.  If the parties cannot resolve Plaintiff's challenges to the privilege log extrajudicially, Plaintiff may request a status conference with the Court and include a certification that the parties conferred meaningfully on this issue.

IT IS SO ORDERED.

Date:  May 21, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE