**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Under the Court's May 21, 2026 (ECF # 111) order ("**Order**"), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit this Joint Status Report.

On April 21, 2026, Levy sent Wendy's correspondence identifying deficiencies in Wendy's document production. On May 7, 2026, Wendy's produced additional documents.

On May 8, 2026, and on May 15, 2026, Levy raised questions regarding Wendy's first and second privilege logs as certain items appeared not to be privileged. Wendy's responded on May 18, 2026, indicating that they will send an updated privilege log clarifying and addressing Levy's concerns. On May 19, 2026, Wendy's sent a third privilege log to clarify the concerns raised by Levy to Wendy's first privilege log, and explaining that all 46 documents flagged indeed originated with an attorney client privileged communication. On May 21, 2026, the Court directed the parties to meet and confer regarding the issue.

On May 21, 2026, the Parties met and conferred on the issue but were unable to resolve it. A copy of the correspondence summarizing each party's position is attached as Exhibit 1. Under

the Court's May 21, 2026, order (ECF # 111), Levy is required to request an informal telephone conference with the Court on or before May 26, 2026. But, Wendy's needs an additional day to send a Fourth Privilege log to address Levy's concern. The parties therefore request the Court allow an additional day for Wendy's to provide the Fourth Privilege log, and give Levy until May 28, 2026, to request a conference with the Court if the issue is not resolved.

Dated: May 26, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg* | */s/  Shaylin Watkins* |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (*Pro Hac Vice* pending) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (*Pro Hac Vice* pending) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |
| jpolenberg@beckerlawyers.com | Facsimile: (949) 833-8540 |
| | Shalyn.Watkins@hklaw.com |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On May 26, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/Jon Polenberg*
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*

2