## Sliwka, Gabrielle

| | |
|---|---|
| **From:** | Cary.Aronovitz@hklaw.com |
| **Sent:** | Thursday, May 21, 2026 10:13 PM |
| **To:** | Daneshfar, Yasin; Sliwka, Gabrielle |
| **Cc:** | Polenberg, Jon; Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com |
| **Subject:** | RE: Third Privilege Log |

 External email

Thank you Yasin.  We will look again at the privilege log and the questions raised below. We note that Levy's original and only objection to 46 emails was that ""the email appears to have been forwarded to an attorney, but the sender and recipient in the forwarded email are not attorneys."  Your objections today are new.

We timely notified you that Levy's first objection was not correct, as the parent email for each of the 46 emails were to and from or copied Wendy's legal counsel.  We spent significant time and expense to issue a third privilege log to clarify that.

The 46 emails flagged by your office are in 2019 and 2020 and relate to the Cognovit note: a contract negotiated by Wendy's counsel and Levy's counsel.  It should not come as a surprise that many emails were sent to and from Wendy's business teams and copying Wendy's attorneys or Wendy's outside counsel.

Finally, we disagree that attachments such as amortization schedules, obligation summaries, and executed agreements are somehow not also protected by attorney client privilege.  These documents are being sent in emails with Wendy's lawyers who are negotiating a contract with Mr. Levy and Mr. Levy's lawyers.

We will review the objections in both privilege logs and respond – please note I am out of the office tomorrow for Memorial Day.

Have a nice weekend,
Cary

**Cary Aronovitz | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Sent:** Thursday, May 21, 2026 6:33 PM
**To:** Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Cc:** jpolenberg <jpolenberg@beckerlawyers.com>; Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>
**Subject:** RE: Third Privilege Log

*[External email]*
Cary,

Thank you for the call. As discussed, based on our review of the privilege log, the documents we identified may fall within three categories below. If the documents identified falls within one or more these categories, we believe are not privileged.

1. **Entries where an attorney is sender or recipient, but does not involve legal advice.** For some of the entries the basis for the privilege claim is not apparent — the subject lines and distribution suggest business communications rather than communications made for the purpose of seeking or providing legal advice (*see, e.g.*, P-05372_00005574; P-05372_00050248; P-05372_00003477; P-05372_00029892; P-05372_00104669; P-05372_00003056);

2. **Entries where the attorney is copied (CC), but is not a sender or recipient** — the communications appear to be between non-attorney business executives, with the attorney passively kept in the loop (*see, e.g.*, P-05372_00124708; P-05372_00038577; P-05372_00038576; P-05372_00029867); and

3. **Entries the email may involve an attorney as a sender or recipient with attachment(s), but the attachment is also withheld with the email** — such as amortization schedules, obligation summaries, executed agreements, and business presentations — that are not themselves privileged communications or work product (*see, e.g.*, P-05372_00005586; P-05372_00003477; P-05372_00013977; P-05372_00004922).

We ask that Wendy's review the documents in the two logs we provided and let us know if any of the documents fall within one or more categories above. We also ask that if they do, Wendy's produce them.

Thank you,


**Yasin Daneshfar**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

📞 954.985.4177
📱 305.586.1011
📠 954.985.4176
✉️ YDaneshfar@beckerlawyers.com
🌐 www.beckerlawyers.com

 Connect with me on LinkedIn

Follow Becker on...



**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>
**Sent:** Thursday, May 21, 2026 1:33 PM
**To:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Polenberg, Jon <JPolenberg@beckerlawyers.com>; Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com
**Subject:** RE: Third Privilege Log


Hi Gabrielle I am out of office tomorrow.  Can we discuss this afternoon?  I am generally available for a phone call.

Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>
**Sent:** Thursday, May 21, 2026 11:15 AM
**To:** Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; YDaneshfar <YDaneshfar@beckerlawyers.com>
**Cc:** jpolenberg <jpolenberg@beckerlawyers.com>; Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>
**Subject:** RE: Third Privilege Log

*[External email]*
Good morning, Cary.

We would like to schedule a meet and confer on this issue for tomorrow. Are you available at 11 am?

Thank you,

Gabrielle


**Gabrielle Sliwka**

Attorney at Law



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6003

 954.985.4176

 GSliwka@beckerlawyers.com

 www.beckerlawyers.com

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>
**Sent:** Tuesday, May 19, 2026 11:06 AM
**To:** Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Cc:** Polenberg, Jon <JPolenberg@beckerlawyers.com>; Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com
**Subject:** Third Privilege Log

Gabrielle and Yasin,

Please see attached a third privilege log. This clarifies the concerns you raised to Wendy's first privilege log, in which you identified 46 privileged documents with the same objection to each:

"*The email appears to have been forwarded to an attorney. but the sender and recipient in the forwarded email are not attorneys*."

Upon review, that description is not accurate at all and appears to have been generated by AI.

We have spent considerable time on this issue and determined all 46 documents were properly marked as privileged. The AI program that you likely used did not appreciate that the vast majority of these documents were attachments to emails, which is why the sender and recipient showed as "not attorneys." When coupled with the Parent email, which we have now done, it is clear that this description is wrong and the Parent email in which these attachments were included, are properly designated Attorney Client Privilege.

The attached supplemental privilege log (third privilege log) itemizes each entry with the Parent email, demonstrating in **orange** what is an attachment to the Parent email, and not highlighted in **orange** is the original email. The original emails were all sent and received with Wendy's counsel, including EJ Wunsch, Kerry Green, and Stephanie Niehaus.

4

Again, we have spent considerable time to address your office's concerns.  If this or other discovery issues continue to be raised without proper diligence from your Office, we will seek our fees in being forced to respond.

Regards,
Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.