**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Under the Court's May 26, 2026 (ECF # 115) order ("**Order**"), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit this Joint Status Report.

The Parties coordinated the deposition of Marcos Silva on May 6, 2026, to take place on May 20, 2026. Wendy's cancelled it on May 18, 2026. On May 20, 2026, Levy filed its motion for extension of the discovery deadline (ECF # 109), which laid out the parties' positions to extend the deadline to complete depositions. The only disagreement between the parties was deposing Mr. Silva. On May 22, 2026, Wendy's filed a response opposing the extension sought by Levy (ECF # 114).

On May 26, 2026, the Court entered a notation order ("Order") extending the discovery deadlines to complete the depositions of Carlos Ribas, Andrew Levy, Heather Levy, and Kris Kaffenbarger. (ECF # 115). The Court also ordered the Parties to confer about Mr. Silva's deposition. (ECF # 115). The Parties met and conferred on this issue on May 28, 2026, but could not reach an agreement.

**RELIEF SOUGHT BY WENDY'S**

As set forth in (ECF # 114), Wendy's does not agree to extend deadlines to include a deposition of Mr. Silva.  The parties have taken eight depositions, six by Mr. Levy, and Wendy's does not believe the time and expense, and litigation concerns raised by Mr. Silva's counsel, merit an extension for another deposition.

**RELIEF SOUGHT BY LEVY**

Levy wants to proceed with Mr. Silva's deposition (ECF # 109). He requests an opportunity to submit briefing on the issue and requests a telephonic conference with the Court about Mr. Silva's deposition.

Dated: June 1, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg* | */s/   Cary Aronovitz* |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (Admitted Pro Hac Vice) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (Admitted Pro Hac Vice) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |
| jpolenberg@beckerlawyers.com | Shalyn.Watkins@hklaw.com |
| | *Attorneys for Plaintiff Wendy's Netherlands* |
| *Attorney for Defendant Andrew Levy* | *B.V.* |

**CERTIFICATE OF SERVICE**

On June 1, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the on all above counsel of record for all parties.

*/s/Jon Polenberg*
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*

2