**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Under the Court's May 29, 2026 (ECF # 118) order ("**Order**"), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit this Joint Status Report.

On May 8, 2026, and on May 15, 2026, Levy raised questions regarding Wendy's first and second privilege logs as certain items appeared not to be privileged. Wendy's responded on May 18, 2026, indicating that they will send an updated privilege log clarifying and addressing Levy's concerns. On May 19, 2026, Wendy's sent a third privilege log to clarify the concerns raised by Levy to Wendy's first privilege log, and explaining that all 46 documents flagged indeed originated with an attorney client privileged communication. On May 27, 2026, Wendy's produced 5 additional documents and a 4th privilege log. On May 29, 2026, the Court ordered the Parties to file a Joint Status Report to the Court informing the Court of their ongoing discussions about Wendy's privilege logs.

On June 5, 2026, the Parties met and conferred on the issue. Levy will be reviewing the privilege log based on the parties' discussions. The Parties have agreed to meet on Monday, June

8, 2026, for a follow-up discussion. Accordingly, the parties request the Court allow the Parties until June 10, 2026, to file a Supplementary Joint Status Report with the Court if the issue is not resolved.

Dated: June 5, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jon Polenberg* | */s/  Cary Aronovitz* |
| Jon Polenberg, Florida Bar No. 653306 | Shalyn Watkins (0096026) |
| (Admitted Pro Hac Vice) | Elin Park (*Pro Hac Vice* pending) |
| BECKER & POLIAKOFF, P.A. | Cary Aronovitz (*Pro Hac Vice* pending) |
| 1 East Broward Blvd., Suite 1800 | HOLLAND & KNIGHT LLP |
| Ft. Lauderdale, FL 33301 | 4675 MacArthur Court, Suite 900 |
| Telephone: (954) 987-7550 | Newport Beach, California 92660 |
| Facsimile: (954) 985-4176 | Telephone: (213) 896-2559 |
| jpolenberg@beckerlawyers.com | Facsimile: (949) 833-8540 |
| | Shalyn.Watkins@hklaw.com |
| *Attorney for Defendant Andrew Levy* | *Attorneys for Plaintiff Wendy's Netherlands B.V.* |

## CERTIFICATE OF SERVICE

On June 5, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/Jon Polenberg*
Jon Polenberg
FL Bar No. 653306
*Attorney for Defendant Andrew Levy*

2