IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CIVIL ACTION NO.  2:24-cv-03077

WENDY'S NETHERLANDS B.V.,

                    Plaintiff,

vs.

ANDREW LEVY,

                    Defendant,
_____/

REMOTE VIDEOTAPED TELECONFERENCE DEPOSITION OF
ROBERT DEAN WRIGHT

NON-CONFIDENTIAL PORTIONS

TUESDAY, MAY 12th, 2026
WESTERVILLE, DELAWARE COUNTY, OHIO
10:07 a.m. - 3:02 p.m.

STENOGRAPHICALLY REPORTED BY:
VALERIE LEHTO, REGISTERED PROFESSIONAL REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
ESQUIRE DEPOSITION SOLUTIONS
FORT LAUDERDALE OFFICE



APPEARANCES:


APPEARING BY VIDEO TELECONFERENCE ON BEHALF OF THE
PLAINTIFF:

        HOLLAND & KNIGHT, LLP.
        BY:  CARY ARONOVITZ, ESQUIRE.
        BY:  MITCHELL L. MCBRIDE, ESQUIRE.
        701 BRICKELL AVENUE, SUITE 3300
        MIAMI, FLORIDA  33131
        (305)789-7520
        cary.aronovitz@hklaw.com
        mitchell.mcbride@hklaw.com



APPEARING BY VIDEO TELECONFERENCE ON BEHALF OF THE
DEFENDANT:

        BECKER & POLIAKOFF, P.A.
        BY:  JON POLENBERG, ESQUIRE.
        BY:  GABRIELLE SLIWKA, ESQUIRE.
        1 EAST BROWARD BOULEVARD, SUITE 1800
        FORT LAUDERDALE, FLORIDA  33301
        (954)987-7550
        jpolenberg@beckerlawyers.com
        gsliwka@beckerlawyers.com




ALSO PRESENT:

        DANIEL SHUEY, ESQUIRE
        IN-HOUSE COUNSEL FOR WENDY'S
        BELLA ARCHER/VIDEOGRAPHER



ROBERT D. WRIGHT  Non-Confidential                                   May 12, 2026
WENDY'S NETHERLANDS V. LEVY                                                     16

A.   I think the first one was open and the second one was about to open, if I recall that correctly.

Q.   And who was involved with that Brazil venture?

A.   Well, the JV, you know, was - the partners in the JV were Andrew Levy and his partner Marcos Silva and then Infinity was the local partner, they had forty percent interest in the JV and then Wendy's directly was the other twenty percent owner.

Q.   Okay, and how did Starboard fit into that picture?

A.   Well, Starboard was Andrew and Marcos, so I'm just, you know, referring to them personally but, yeah, they were -- It was Starboard, Infinity and Wendy's.

Q.   Great.

A.   And my recollection is that it was forty/forty -- I know it was forty/forty/twenty.  You know, gosh, I'd have to go back and look at some of the corporate documents around the JV as exact - as you know sometimes you name a different company and I honestly don't recall if someone chose a different entity to own the forty percent, but those were the three groups.

Q.   Okay, when was it that you first got involved with the JV?

A.   You know, I would say -- I mean immediately suggests literally in the first minutes that I took over



want to start from the top and read down?

A.   Up, down is fine.

Q.   Okay, so I'll scroll through this.  Let me know if I'm too fast or too slow, okay?

A.   Okay.

Okay.

Okay.

Okay.

Okay.

Okay.

All right.

Okay.

Q.   All right, having read through this e-mail string do you remember these exchanges?

A.    I don't remember them specifically, but I remember this season, if you will, of the - of the discussions and this - this e-mail helped me recall even some of the names that I've long since let slip out of my memory for the - the Infinity partners Group.

Q.   Okay, so let's look at this e-mail in the middle.  It's a to - to you, correct?

A.   Yes.

Q.   The date is January 25th, 2018, correct?

A.   Yes.  Yes.

Q.   The subject is re, Brazil update, true?



800.211.DEPO (3376)
EsquireSolutions.com

A.    Yes.

Q.    And it's an e-mail from Andrew Levy, right?

A.    Yes.

Q.    The time says 6:11 a.m., correct?

A.    Correct.

Q.    And this is appearing on Bates number 8153, true?

A.    Yes.

Q.    All right, I want to read the first sentence. It says, "Great news.  We've been told that all four partners in Brazil have now signed the document."  Did I read that correctly?

A.    You did.

Q.    What document do you think that Mr. Levy is referring to?

A.    I can't remember if it was a document about a guarantee or if it was a document to release equity to him.  I'm trying to use the - the e-mail to refresh my memory itself because he says, "We remain prepared to fund their shortfall as discussed."  That's the next sentence I'm reading on this document anyway, and I seem to recall -- I wouldn't have remembered this without this e-mail.  I seem to recall he and Marcos being prepared to fund the unfunded capital call by Infinity, but there was something about their release or their



awareness that they're because of him now funding that his equity position would grow and theirs would shrink. I can't remember exactly, but it was in that arena and I remember now that he had some frustration with those four partners.  I think one of them was just a celebrity.  It might have been a celebrity football player who was really hard to track down, but getting the four signatures that - that they would allow whatever the outcome of his funding would - would be a good thing.

Q.   And then the --

A.   Yeah.

Q.   -- second paragraph discusses hiring an investment banking firm, correct?

A.   It does, yes.

Q.   Does that refresh your recollection about going down the - the path of finding a broker to help sell the business?

A.   It does and it comports with some of the earlier information that you refreshed my memory with, that they were looking to sell the JV and - and I do recall because Marcos had a little more in market experience than Andrew that his - you know, it was his network that I think was trying to - to find an investment banking firm that could help with that



process.

Q.    Okay, and in - in the e-mail from you you wrote - you wrote that, "Regarding loan funding, I do not have anything new since our phone call last week, but clearly the news this week puts this whole venture back on a better footing."  Did I read that correctly?

A.    You did.

Q.    Okay, what did you mean when you said regarding loan funding?

A.    He had -- As I said in earlier testimony, he continued to request that Wendy's fund the operating capital necessary to keep the business operating even through a loan, and I can't recall the amount of the loan, but it was - I mean it might have been a million and a half, two and a half million dollars but, you know, what - what I'm reading in my note here is on its face kind of what it says, that's great news, you - you got those signatures and, you know, your funding kind of buys us some time and I - and I state that we'll work on the cash flow projections, our team would work on those cash flow projections.  Now that we have that infusion of cash what is this new date on the calendar that we're now facing as, you know, potential insolvency and -- But I just wanted to make clear to him because I never wanted to mislead him.  I don't have anything new in



but he -- I understand why he would maybe have done that because he saw us as the partner with the deepest pockets, so he kept turning to me to try to find sources of funding to help keep the venture going so that we could get growing again.

MR. POLENBERG:  I lost my number order here. Hang on a second.

THE WITNESS:  Sure.

MR. POLENBERG:  Madam court reporter, did I skip an exhibit?

THE COURT REPORTER:  I just did a search.  I don't see the number 4 indicated on the record.

MR. POLENBERG:  Yeah, okay.

Thank you.

THE COURT REPORTER:  Sure.

BY MR. POLENBERG:

Q.   All right, let me show you -- Are you able to see the document I have up on the screen?

A.   I am.

Q.   This is a - a three page document Bates number LEVY 0004003 through 4035.

A.   Okay.

Q.   This an e-mail to you, correct?

A.   Correct.

Q.   It's dated February 2nd, 2018, right?



A.   Right.

Q.   It's from Marcos Silva, correct?

A.   Yes.

Q.   I'm going to go ahead and mark this as Exhibit 4 to your deposition, okay?

A.   Okay.  All right.

(Whereupon, Defendant's Exhibit 4 was marked)

BY MR. POLENBERG:

Q.   I'm going to scroll through it.

MR. ARONOVITZ:  Jon, for the record this is Exhibit 4, LEVY --

MR. POLENBERG:  Yeah, I don't think --

MR. ARONOVITZ:  -- 4033?

MR. POLENBERG:  Yeah, I don't think I did 4. That's what - that's what I confirmed with --

MR. ARONOVITZ:  Okay.

MR. POLENBERG:  -- madam court reporter.

MR. ARONOVITZ:  Okay.

BY MR. POLENBERG:

Q.   May I continue?

A.   As far as I'm concerned, yes.

Q.   Oh, yeah, I was waiting for you.

A.   Oh, I'm sorry.

Q.   No, it's okay.

A.   I apologize.



Yeah, go ahead I should have said.

Okay.

Okay.

Okay.

All right.

Great.

Q.   All right.

A.   All right.

Q.   Having reviewed this e-mail exchange, do you recall what was happening in February, 2018?

A.   I don't.  This - this is a bit of a reminder for me but, no, I - I don't recall the specific details about all that was going on here.

Q.   Is it fair to say that in February, 2018 Wendy's was onboard with finding a buyer for a major part of WBR shares?

A.   Yeah, I think my acknowledgment here indicates that - that we were - we were open to it.  If I read my note properly I think I said -- You'd have to scroll down for me to review that again -- But I think I said that there's a parenthetical statement in the next note from me.

Sorry.  Back up.  I apologize.

Well, I can't find it.

Yeah, I mean I'm acknowledging his desire to



A.   We all call him Edu.  He called himself Edu. That's why we did that.

Q.   Okay, so looking at this Exhibit 6 your - your e-mail at the top is dated February 28th, 2018, correct?

A.   Correct.

Q.   It's to Marcos Silva, right?

A.   That's right.

Q.   And that's your e-mail address on the front line, correct?

A.   It is.

Q.   Now that top e-mail is responding to the e-mail from Mr. Silva, right?

A.   That's correct.

Q.   Who's Carlos Ribas?

A.   Carlos was my senior leader in charge of Latin America and Caribbean in the International Division.

Q.   Do you remember a board meeting about W - WBR funding sometime before - near February 27th, 2018?

A.   I can't pinpoint each board meeting without some - you know, some specific refresher like what you're providing with some of these e-mails, but I will tell you that every board meeting the way Wendy's worked at the time is as a COO I was in the boardroom for every board meeting.  In fact, I was in the room as we met with the executive committee in preparation for the



EXHIBIT

4

Message

| | |
|---|---|
| **From**: | Marcos Silva [MSilva@starboardwendys.com] |
| **Sent**: | 2/2/2018 8:22:32 PM |
| **To**: | Wright, Bob [Bob.Wright@wendys.com]; Ribas, Carlos [Carlos.Ribas@wendys.com] |
| **CC**: | Dixon, Adiya [Adiya.Dixon@wendys.com]; Lucas Hernandez do Vale Martins [lucas@valemartins.com]; Andrew Levy [alevy@starboardgroup.net] |
| **Subject**: | RE: Development Agreement |

Yes, please let me know when you are available.  I see this as two separate steps: 1. Starboard gets an extension on the Development Agreement, which will help with the marketing of the deal 2. When a buyer is presented to Wendy's, as part of the approval process Wendy's may or may not decide to adjust the agreement.

We are all targeting the same objective, a sale of a major part or all shares of WBR to a third party.  Going to market with an understanding of their Development commitment up front will make the process much easier and also facilitate conversations around current valuation.

**From:** Wright, Bob [mailto:Bob.Wright@wendys.com]
**Sent:** Thursday, February 1, 2018 5:54 PM
**To:** Marcos Silva <MSilva@starboardwendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Andrew Levy <alevy@starboardgroup.net>
**Subject:** RE: Development Agreement

Marcos,

We need to discuss this.  I understand the desire to get this documented, but I'm also open to negotiating directly with a buyer based on their capability.  That is typically what we would do in a situation like this.

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017
O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

**From:** Marcos Silva
**Sent:** Thursday, February 1, 2018 1:10 PM
**To:** Wright, Bob <Bob.Wright@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Andrew Levy <alevy@starboardgroup.net>
**Subject:** RE: Development Agreement

Any update on this request?

**From:** Marcos Silva
**Sent:** Tuesday, January 30, 2018 12:31 PM
**To:** 'Wright, Bob' <Bob.Wright@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Subject:** RE: Development Agreement

Bob and Carlos,

Levy_0004033

Attached please find the original Development Schedule extension per the MFA section 2.3. I think this is the easiest to handle this:

1.      Update letter by extending 2017 Development Year for an additional twenty-four (24) months, to December 31, 2019

2.      Extend 2018 Development Year for an additional twelve (12) months, to December 31, 2019

3.      Eliminate the asset type restriction allowing Inline, Freestanding, or Food Court locations to meet the requirement.

The above request ensures the value of the MFA is preserved through the sale to a future buyer. It represents the requirement to build 21 new locations by YE 2019. And lifting the asset type restriction allows for the flexibility identified during Phase I, in which inline and food court locations will be much more profitable while the current economic conditions prevail in the Brazil.

Let us know how Wendy's wishes to proceed ASAP.

Thank you,



**Marcos Silva, President**
12540 W Atlantic Blvd, Coral Springs, FL 33071
O: (954) 255-2266x201
msilva@starboardgroup.net

"Be *'fun'*"

---

**From:** Wright, Bob [mailto:Bob.Wright@wendys.com]
**Sent:** Monday, January 29, 2018 6:20 PM
**To:** Marcos Silva <MSilva@starboardwendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Subject:** RE: Development Agreement

Hi Marcos,

We'll take a look at the language and ensure you're comfortable with the upcoming funding. I assure you we share the same goals of transitioning the business and defaulting the JV (of which we're a part) doesn't offer any support to that goal. I'm in the air and on the road so I suggest you and Carlos discuss what concerns Starboard has specifically so we can assure you're comfortable funding.

Thank you,

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017
O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

Levy_0004034

**From:** Marcos Silva
**Sent:** Monday, January 29, 2018 3:57 PM
**To:** Wright, Bob <Bob.Wright@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Subject:** Development Agreement
**Importance:** High

Bob and Carlos,

In reviewing the documentations we realized we need an updated amendment to the development requirements through YE 2018 under the franchise agreement to ensure WBR is not being defaulted as we are in the process of seeking a new PE Partner/Buyer to the venture.  It is important we get acknowledgement from Wendy's prior to Starboard's funding expected by 1/31.

Please confirm ASAP and send updated amendment.

Thank you,



**Marcos Silva, President**
12540 W Atlantic Blvd, Coral Springs, FL 33071
O: (954) 255-2266x201
msilva@starboardgroup.net

"Be Accountable and Act with Integrity"

Levy_0004035

EXHIBIT
6

Message
---

**From**: Wright, Bob [Bob.Wright@wendys.com]
**Sent**: 2/28/2018 10:39:44 PM
**To**: Marcos Silva [MSilva@starboardwendys.com]
**CC**: Andrew Levy [alevy@starboardgroup.net]; Ribas, Carlos [Carlos.Ribas@wendys.com]
**Subject**: RE: Equity Wendy's

Hi Marcos. Given that we have funding through Mid-May, the pressure for any additional funding isn't as urgent as it was a few weeks ago. As mentioned before, the $1.5MM number came from an estimate of what it might take to get to a transition in ownership not necessarily a fixed number waiting to be allocated. I'd like to better understand how that transition work is going as well. These two conversations are essentially connected. I'm happy to get together over the phone for a team update including the performance of the business.

Maybe a call is in order.

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017
O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

---

**From:** Marcos Silva
**Sent:** Tuesday, February 27, 2018 3:25 PM
**To:** Wright, Bob <Bob.Wright@wendys.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>
**Subject:** FW: Equity Wendy's

Bob,

I had a follow-up conversation with Carlos Ribas last week about WBR and ongoing funding. He said the Board presentation was a non-event and that you needed to have follow-up conversation internally regarding the additional $1.5MM in funding.

Can you provide a status please?

Thank you,

Marcos

---

**From:** Wright, Bob [mailto:Bob.Wright@wendys.com]
**Sent:** Friday, February 9, 2018 4:35 PM
**To:** Marcos Silva <MSilva@starboardwendys.com>; Alves, Carlos <Carlos.Alves@wendys.com>; Kevin Holbrook <kholbrook@starboardwendys.com>; Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Andrew Levy <alevy@starboardgroup.net>
**Subject:** RE: Equity Wendy's

Thank you Marcos.

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017

Levy_0008978

O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

---

**From:** Marcos Silva
**Sent:** Friday, February 9, 2018 2:58 PM
**To:** Alves, Carlos <Carlos.Alves@wendys.com>; Kevin Holbrook <kholbrook@starboardwendys.com>; Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Andrew Levy <alevy@starboardgroup.net>; Wright, Bob <Bob.Wright@wendys.com>
**Subject:** RE: Equity Wendy's
**Importance:** High

Carlos/Kevin/Marcel,

Starboard coordinated with Wendy's that our equity injection will be made in ~$200K installments as determined by WBR cashflow requirements.  Starboard will be sending the first $200K payment on Monday.  The remaining balance is ~$425K, Humberto/Kevin please confirm.

Kevin, please send an update to everyone once $200K payment has been made.

Thank you,

Marcos

---

**From:** Alves, Carlos [mailto:Carlos.Alves@wendys.com]
**Sent:** Wednesday, February 7, 2018 2:16 PM
**To:** Marcos Silva <MSilva@starboardwendys.com>; Kevin Holbrook <kholbrook@starboardwendys.com>; Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>
**Subject:** Equity Wendy's

Hi Marcos/Kevin/Marcel,

I've submitted the request to Wendy's Treasury to send the remainder equity amount of BRL 40k. It may take a couple days as we send it through our entity in the Netherlands.

Regards,

Edu.

Notice: This e-mail message and its attachments are the property of The Wendy's Company or one of its subsidiaries and may contain confidential or legally privileged information intended solely for the use of the addressee(s). If you are not an intended recipient, then any use, copying or distribution of this message or its attachments is strictly prohibited. If you received this message in error, please notify the sender and delete this message entirely from your system.

Levy_0008979