IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

Civil Action No. 2:24-cv-03077


WENDY'S NETHERLANDS B.V.,

        Plaintiff,

vs.

ANDREW LEVY,

        Defendant.

_____/


VIDEOTAPED DEPOSITION OF PETER KOUMAS

Friday, May 15, 2026

2:00 p.m. to 4:41 p.m.


(VIA ZOOM)


REPORTED BY:

Lisa MacDonald, Court Reporter

Notary Public No. HH-472774

J14848995


VIDEO TAKEN BY:

Timothy Haines, Videographer



APPEARANCES


ON BEHALF OF THE PLAINTIFF:

Jon Polenberg, Esq.

Gabrielle O. Sliwka, Esq.

BECKER & POLIAKOFF, P.A.

1 East Broward Blvd., Suite 1800

Ft. Lauderdale, FL 33301

954-987-7550

jpolenberg@beckerlawyers.com

gsliwka@beckerlawyers.com


ON BEHALF OF DEFENDANT ANDREW LEVY:

Cary O. Aronovitz, Esq.

HOLLAND & KNIGHT

701 Brickell Ave Ste 3300

Miami, FL 33131-2847

305-789-7520

cary.aronovitz@hklaw.com


ALSO PRESENT:

Daniel Shuey, Esq., In-house counsel for The Wendy's

Company



I was not the lead decision-maker or lead kind of actioner across all these items.

Q. Do you remember when you first started talking about WBR, your involvement, that you can remember?

You mentioned something about cash flows. What were you talking about?

A. The joint venture was struggling operationally, and they were trying to determine what improvements could be made to the business to grow sales and profits.

Q. Who were the parties to the joint venture?

A. Wendy's, which, I believe, through one of the Netherlands entities; Infinity, which was a local Brazilian group, I believe, of three or four different individuals; and then the Starboard organization, which was -- Andrew Levy and Marco Silva were the two main partners there.

Q. What was your understanding of the severity of the cash flow price -- problems that you were discussing?

A. I understood that the restaurants were not very successful since they opened and that there was some severe issues if the business did not turn around and that there could be a -- a chance that the business, the joint venture, ran out of money.



A.   Looks like there's a lease sale.  I believe JK that's referenced is one of the restaurant names, and then West Plaza and Aricanduva, I think, were other -- those were two restaurant names as well, so I believe -- it looks like we were either selling the restaurants or the equipment within those restaurants.

Q.   What did the -- what did the JV do with the proceeds of those sales?

A.   I don't recall exactly what happened with those dollars, but based on this math, it looks like the majority of those went to pay back the bank loans and the accounts payable, taxes, and legal fees.

MR. POLENBERG:  The next document I'm going to go through is a lot of pages, so we're almost at an hour, let's take a five-minute break, and then we'll come back.  But we are going way ahead of schedule, so this is great, okay?

THE VIDEOGRAPHER:  All right.  The time is now 2:47 p.m.  We're off the record.

(Recess taken)

THE VIDEOGRAPHER:  The time is now 2:53 p.m., and we're back on the record.

BY MR. POLENBERG:

Q.   All right, Mr. Koumas, I'm going to show you another document as -- as we discussed before the



break.  Are you able to see the record I have on the screen?

A.  Yes.

Q.  So the first page of this document is an email from Francisco Teixeira; is that right?

A.  That is probably how I would pronounce it. I'm not sure that's exactly right, but --

Q.  Okay.

MS. SLIWKA:  Teixeira, Jon.  Close enough.

MR. POLENBERG:  Teixeira?

MS. SLIWKA:  Uh-huh.

BY MR. POLENBERG:

Q.  Okay.  And it's addressed to you and others, right?

A.  Yes.

Q.  And on the bottom of the first page, it's Bates number Levy_0005869, yes?

A.  Yes.

Q.  And it goes all the way to 5913, okay?

A.  Okay.

Q.  All right.  And, for the record, we're going to mark this as Exhibit 2 to your deposition.

DEFENDANT EXHIBIT 2:

LEVY_0005869-5913: EMAIL EXCHANGE WITH

ATTACHMENTS



And, Madam Court Reporter, the last document that we went through, which was Bates 7935 through -- through native 7945 is Exhibit 1.

THE REPORTER: Okay, got it.

DEFENDANT EXHIBIT 1:

LEVY_0007935-7945: EMAIL EXCHANGE WITH

ATTACHMENTS

BY MR. POLENBERG:

Q. All right. I'm going to go through this. There's a presentation that's sideways. I'm going to -- when I get to that, I'm going to flip it sideways, okay, if it's not straight, all right?

A. Okay.

Q. If I go too fast, let me know.

Do you want me to stay here for a little while?

A. Sure.

Q. Okay. Is there any particular part you wanted to look at again?

A. Not at this time, no.

Q. Okay. So going at the top, this is an email on April 19th, 2018. Remember your testimony earlier about getting an investment banker involved to try to sell?

A. Yes.



800.211.DEPO (3376)
EsquireSolutions.com

Q.   This would be consistent with your earlier testimony, true?

A.   Yes.

Q.   Okay.  And just to get the vocabulary right, what does a "CIM," C-I-M, mean?

A.   Confidential Information Memorandum.

Q.   And a -- and a "Teaser," what is a teaser?

A.   I believe a teaser is a shorter presentation that's used as more of an introduction to the opportunity versus the CIM, which is longer and more detailed.

Q.   Okay.  And this -- based on your review of this document, who prepared the -- the CIM?

A.   Conext was the one pulling together all the pieces, and this combination between Infinity, Starboard, and Wendy's was providing the information into Conext to pull together the presentation.

Q.   Is -- correct me if I'm wrong, but it looks like Conext circulated the CIM, right?

A.   Yeah, this last email looks like they're the one --

Q.   Let's go to the first email.  Let's start here.

A.   Sure.

Q.   This is an email from Victor Marsal on April



16th, 2018.  Do you see that?

A.  Yeah.

Q.  On Exhibit 2, that starts at page 5871.  Do you see that?

A.  Yes.

Q.  Okay.  And it's addressed to Marco Silva and everyone else, and you're included in that address list, right?

A.  Yes.

Q.  And this looks like Conext is sending a CIM for comments, fair?

A.  Fair.

Q.  Okay.  And then you gave comments, right?

A.  Yes.

Q.  And that was on April 18th, 2018, right?

A.  Looks like it, yes.

Q.  And then Marco Silva must have gave some comments, right?

A.  Looks like it, yes.

Q.  Okay.  And then Mr. Ribas provided some comments, right?

A.  Correct.

Q.  And Mr. Ribas is someone who works at -- works at -- worked at Wendy's, fair?

A.  Yes.



Q.  And then he said, "Exelente!  Thanks Peter," right?

A.  Yes.

Q.  And then there was another circulation through a Dropbox, right?

A.  Appears to be the case, yes.

Q.  And then Mr. Silva approved it, yes?

A.  Yeah.

Q.  And then you had more comments, right?

A.  Yes.

Q.  And then all the changes were made, and they're going to start contacting investors, right?

A.  Yeah.

Q.  And that was from Francisco Teixeira, right?

A.  Yes.

Q.  Okay.  So the process, Conext circulated the CIM, right?

A.  Yeah.

Q.  Wendy's got to comment, yes?

A.  Yes, we provided comments.

Q.  Okay.  Starboard got to comment, right?

A.  Yes.

Q.  And I assume Infinity got to comment as well, right?

A.  Yeah, it looks like Infinity -- like, Marcel



A.  I can't confirm that.  I don't -- I don't know that with certainty.

Q.  Well, you made corrections to other parts of the CIM, right?

A.  I did.

Q.  And other people at Wendy's made a couple corrections, right?

A.  I think I saw Carlos Ribas was the other one from Wendy's that provided comments in this email chain.

Q.  Okay.  None of the comments related to this paragraph, right?

A.  I don't believe so.

Q.  And how would Wendy's feel about -- let me ask it differently.

What was Wendy's approach to verifying the information that was in this CIM?

MR. ARONOVITZ:  Object to form.

THE WITNESS:  Just like any other presentation, we tried to review it for accuracy, quality, and clarity.

BY MR. POLENBERG:

Q.  Okay.  I'm showing you a document from Francisco Teixeira dated April 8th, 2018, right?

A.  I see it dated May 8th, 2018.



Q.  Yeah, well, it's been a long week.  You have me corrected.  May 8th, 2018, you are correct.

And it's addressed to Marcos Silva, right?

A.  Amongst others, yes.

Q.  Including you, right?

A.  Yeah, I'm in there.

Q.  And this is Bates number Levy_0008062 through 8064, right?

A.  Yeah.

Q.  In the email there's a reference to "Deal Tracker."  Do you know what that's referring to?

A.  I believe that was a tracking sheet created by Conext showing which -- who they had talked to and what their reactions were to the deal.

Q.  Okay.  And in May of 2018, the Deal Tracker would be as of that date; is that fair?

A.  Yeah, I would assume that.

Q.  Okay.  This is a little small.  Can you see -- can you see the information that starts on page -- that's on page 8064?

A.  Yes, I can see it.

Q.  Do you remember this sheet?

A.  I don't remember this sheet exactly, but I remember seeing a tracker like this.

Q.  Okay.  Go ahead and take a minute to look over



Q.  Who had the conversations with Andrew Levy?

MR. ARONOVITZ:  Peter, I'm going to instruct, you know, to the extent conversations are being had with attorneys, those conversations between you and Wendy's attorneys would be confidential.

THE WITNESS:  Got it.

I don't recall who spoke to Andrew about this.

BY MR. POLENBERG:

Q.  What about you?

A.  I don't recall speaking to Andrew about this directly.

Q.  Did you ever talk to Andrew Levy about anything?

A.  I don't remember having any direct conversations with Andrew.

Q.  Now, in the earlier email and analysis we looked at there was a discussion about proceeds of some sales.  Do you remember?

A.  I do.

Q.  Now, in this last bullet point it's talking about:

The ultimate decision to be made today will be related to the group's appetite to move forward with a $2M bridge loan from Wendy's to the JV, without a cash



DEFENDANT
EXHIBIT 2
PETER KOUMAS
05.15.26

Message

_____

**From:**      Francisco Teixeira [francisco.teixeira@conextpartners.com.br]
**Sent:**      4/19/2018 1:16:08 PM
**To:**        Koumas, Peter [Peter.Koumas@wendys.com]; Marcos Silva [MSilva@starboardwendys.com]; Ribas, Carlos
            [Carlos.Ribas@wendys.com]; Marcel Gholmieh [marcel@infinityservices.com.br]; Alves, Carlos
            [Carlos.Alves@wendys.com]; Humberto Linhares Soares [h.soares@infinityservices.com.br]; Andrew Levy
            [alevy@starboardgroup.net]
**CC:**        Alexandre Dória [alexandre.doria@conextpartners.com.br]; Victor Marsal [victor.marsal@conextpartners.com.br]
**Subject:**   RE: [EXT] Conext | CIM & Teaser
**Attachments:** Teaser WBR 2018.04.19.pdf; WBR CIM - 2018.04.19.pdf


Good morning guys,

All changes are made. These are the last versions.
We are going to start contacting the investors.

Let us know if any other change is required.


Regards,
Francisco

_____

**From:** Koumas, Peter <Peter.Koumas@wendys.com>
**Sent:** quarta-feira, 18 de abril de 2018 21:02
**To:** Marcos Silva <msilva@starboardwendys.com>; Francisco Teixeira <francisco.teixeira@conextpartners.com.br>;
Ribas, Carlos <Carlos.Ribas@wendys.com>; Marcel Gholmieh <marcel@infinityservices.com.br>; Alves, Carlos
<Carlos.Alves@wendys.com>; Humberto Linhares Soares <h.soares@infinityservices.com.br>; Andrew Levy
<alevy@starboardgroup.net>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Victor Marsal <victor.marsal@conextpartners.com.br>
**Subject:** RE: [EXT] Conext | CIM & Teaser

Couple of small comments from me...

Slide 17 of the CIM should say "Markets Opened Recently: Brazil, Kuwait, and Chile"

Slide 20 of CIM: I don't think you need the " " around the title

Slide 24 of CIM: Should the sub-title read "Already translated 40+ training materials to Portuguese"?

Slide 25 of CIM: To be consistent with the Teaser, the second Bullet within Phase II should say "Seeking strategic investor
for expansion."

Slide 2 of Teaser: First bullet should read "... dream to bring the world's 3rd largest burger fast food chain to Brazil."

Thanks

_____

**From:** Marcos Silva
**Sent:** Wednesday, April 18, 2018 7:26 PM
**To:** Francisco Teixeira <francisco.teixeira@conextpartners.com.br>; Ribas, Carlos <Carlos.Ribas@wendys.com>; Koumas,
Peter <Peter.Koumas@wendys.com>; Marcel Gholmieh <marcel@infinityservices.com.br>; Alves, Carlos
<Carlos.Alves@wendys.com>; Humberto Linhares Soares <h.soares@infinityservices.com.br>; Andrew Levy

Levy_0005869

<alevy@starboardgroup.net>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Victor Marsal <victor.marsal@conextpartners.com.br>
**Subject:** RE: [EXT] Conext | CIM & Teaser

Francisco,

Approved!  Ready to go.

---

**From:** Francisco Teixeira [mailto:francisco.teixeira@conextpartners.com.br]
**Sent:** Wednesday, April 18, 2018 3:24 PM
**To:** Ribas, Carlos <Carlos.Ribas@wendys.com>; Koumas, Peter <Peter.Koumas@wendys.com>; Marcos Silva <MSilva@starboardwendys.com>; Marcel Gholmieh <marcel@infinityservices.com.br>; Alves, Carlos <Carlos.Alves@wendys.com>; Humberto Linhares Soares <h.soares@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Victor Marsal <victor.marsal@conextpartners.com.br>
**Subject:** RE: [EXT] Conext | CIM & Teaser

All right!

Last version is attached!
Dropbox is updated as well.

Regards

---

**From:** Ribas, Carlos <Carlos.Ribas@wendys.com>
**Sent:** quarta-feira, 18 de abril de 2018 16:11
**To:** Koumas, Peter <Peter.Koumas@wendys.com>
**Cc:** Marcos Silva <msilva@starboardwendys.com>; Francisco Teixeira <francisco.teixeira@conextpartners.com.br>; Alexandre Dória <alexandre.doria@conextpartners.com.br>; Victor Marsal <victor.marsal@conextpartners.com.br>; Marcel Gholmieh (marcel@infinityservices.com.br) <marcel@infinityservices.com.br>; Alves, Carlos <Carlos.Alves@wendys.com>; Humberto Linhares Soares (h.soares@infinityservices.com.br) <h.soares@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>
**Subject:** Re: [EXT] Conext | CIM & Teaser

Excelente!  Thanks Peter.

Sent from my iPhone

On Apr 18, 2018, at 3:08 PM, Koumas, Peter <Peter.Koumas@wendys.com> wrote:

The "square" format of The Wendy's Way that I sent is the version that Corporate is now using. Communications made the change earlier this year and this is the version that was used in our most recent investor presentation in February.

---

**From:** Ribas, Carlos
**Sent:** Wednesday, April 18, 2018 3:04 PM
**To:** Marcos Silva <msilva@starboardwendys.com>; Francisco Teixeira <francisco.teixeira@conextpartners.com.br>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Francisco Teixeira <francisco.teixeira@conextpartners.com.br>; Koumas, Peter <Peter.Koumas@wendys.com>; Victor Marsal <victor.marsal@conextpartners.com.br>; Marcel Gholmieh (marcel@infinityservices.com.br) <marcel@infinityservices.com.br>; Alves, Carlos <Carlos.Alves@wendys.com>; Humberto Linhares Soares (h.soares@infinityservices.com.br) <h.soares@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>
**Subject:** RE: [EXT] Conext | CIM & Teaser

Levy_0005870

For slide 16, can we please use the attached format. Not sure why we don't like the circles.

The square format misinterprets the center-focus point 'Delight every customer.' along with The Wendy's Way and Wendy's Kind of People that surround it.

I'm okay with the rest of the document.

**From:** Marcos Silva
**Sent:** Wednesday, April 18, 2018 2:49 PM
**To:** Francisco Teixeira <francisco.teixeira@conextpartners.com.br>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Francisco Teixeira
<francisco.teixeira@conextpartners.com.br>; Koumas, Peter <Peter.Koumas@wendys.com>; Victor Marsal
<victor.marsal@conextpartners.com.br>; Marcel Gholmieh (marcel@infinityservices.com.br)
<marcel@infinityservices.com.br>; Alves, Carlos <Carlos.Alves@wendys.com>; Humberto Linhares Soares
(h.soares@infinityservices.com.br) <h.soares@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>;
Ribas, Carlos <Carlos.Ribas@wendys.com>
**Subject:** RE: [EXT] Conext | CIM & Teaser

Francisco,

See answer on slides question.

**From:** Koumas, Peter [mailto:Peter.Koumas@wendys.com]
**Sent:** Wednesday, April 18, 2018 9:53 AM
**To:** Victor Marsal <victor.marsal@conextpartners.com.br>; Marcos Silva <MSilva@starboardwendys.com>; Marcel
Gholmieh (marcel@infinityservices.com.br) <marcel@infinityservices.com.br>; Alves, Carlos
<Carlos.Alves@wendys.com>; Humberto Linhares Soares (h.soares@infinityservices.com.br)
<h.soares@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos
<Carlos.Ribas@wendys.com>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Francisco Teixeira
<francisco.teixeira@conextpartners.com.br>
**Subject:** RE: [EXT] Conext | CIM & Teaser

Additional follow ups after our call...

CIM Page 14 – Third paragraph should read "Dave insisted on using fresh, never frozen beef, fresh cut vegetables served
every day, and preparing every hamburger at the moment it was ordered by the customer."
CIM Page 15 – Please use the attached slide
CIM Page 16 – Please use the attached slide

<image001.png>

**From:** Victor Marsal [mailto:victor.marsal@conextpartners.com.br]
**Sent:** Monday, April 16, 2018 9:48 PM
**To:** Marcos Silva <msilva@starboardwendys.com>; Marcel Gholmieh (marcel@infinityservices.com.br)
<marcel@infinityservices.com.br>; Alves, Carlos <Carlos.Alves@wendys.com>; Humberto Linhares Soares
(h.soares@infinityservices.com.br) <h.soares@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>;
Koumas, Peter <Peter.Koumas@wendys.com>
**Cc:** Alexandre Dória <alexandre.doria@conextpartners.com.br>; Francisco Teixeira

<francisco.teixeira@conextpartners.com.br>
**Subject:** [EXT] Conext | CIM & Teaser

Dear All,

Attached is the PRELIMINARY version of the teaser and CIM for comments. The files are updated on Dropbox.

Please send the comments to me and Francisco (Francisco.texeira@conextpartners.com.br) by e-mail. Since we intend to start the distribution on Wednesday, please send to us the comments on teaser until tomorrow (17/4).

Regards, Victor

**Wendy's Information Security Notice: This is an external email. Stop and think before you click links or open attachments.**

Levy_0005872

conext

# Investment Opportunity in the World's Third Largest Burger Fast Food Chain

Confidential | 2018

Levy_0005873

# Executive Summary

**Conext has been retained as financial advisor of a well-known Burger Fast Food Chain to seek a strategic investment partner to boost its expansion in the Brazilian market.**

- The project started in 2011 with a dream to bring the world's 3rd largest burger fast food chain to Brazil.

- In April 2015 a Master Franchise Agreement was created covering development for Brazil and since then the Company has opened 5 restaurants to validate the consumer acceptance and the economic viability (Phase I).

- Results for Phase I were within expectations and the Company is ready to advance to Phase II, which consists of the development of 25 new restaurants in the state of São Paulo.

- The overall investment for the next years is estimated at USD 25-35 million.

- Upon conclusion of Phase II, the Company will be ready to expand nationwide through franchising, estimated market size is approximately 370 restaurants.

CONFIDENTIAL



Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 18 of 60 PAGEID #: 2943

# Investment Highlights



- Market with low penetration and strong growth
- **Successful case studies** (Arcos Dourados e BK Brasil)
- **Brand Recognition**
- Tested Business Model, ready for expansion
- **Management with operational and local knowledge**

CONFIDENTIAL

**conext**

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 19 of 60 PAGEID #: 2944

Levy_0005875

# Project Overview

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 20 of 60 PAGEID #: 2945



| Phase I: Validation | Phase II: Consolidation | Phase III: Expansion | Potential of +370 units |
|---|---|---|---|
| 5 Restaurants 18-24 months | 25-30 Restaurants 30-36 months | 70-80 Restaurants 36-60 months | |

**Phase I: Validation**
- ➢ **Validate consumer and economic model.**
- ✓ Test economic viability of various building designs.
- ✓ Evaluate Labor costs and capacity of service model.
- ✓ Establish supply chain.

**Phase II: Consolidation**
- ➢ **Build Economies of Scale.**
- ➢ **Seeking strategic investor for expansion.**
- ✓ Implement supply chain and operational cost saving initiatives.
- ✓ Full scale marketing campaign.

**Fund Raising Target**

**Phase III: Expansion**
- ➢ **Establish National Platform.**
- ✓ Franchising or Joint Venture opportunities.
- ✓ Local operators allow expansion.

Additional information will be provided upon the execution on a Non-Disclosure Agreement. All communications or inquiries related to this opportunity should be directed exclusively to the following professionals at Conext Partners:

**Alexandre Dória**
alexandre.doria@conextpartners.com.br
Mobile: +55 (11) 99226-0261

**Victor Marsal**
victor.marsal@conextpartners.com.br
Mobile: +55 (11) 99871-4564

CONFIDENTIAL



Levy_0005876

Levy_0005877





# Wendy's Brazil Opportunity
## Confidential Information Memorandum

Not for General Distribution

conext

Levy_0005878

# Disclaimer

This document ("Information Memorandum" or "IM") has been prepared by the shareholders ("Shareholders") of WBR Participações Ltda. ("WBR", "Wendy's Brazil" or "Company") with the assistance of Conext Partners Assessoria Financeira e Participações Ltda. ("Conext"). Conext was engaged as the exclusive financial advisor of the Shareholders in the process of analyzing strategic alternatives including a potential equity investment in the Company ("Transaction") and is authorized to disclose this Information Memorandum on behalf of the Shareholders and the Company to potential investors (each, a "Potential Investor"), which the Company and/or the Shareholders have signed a confidentiality agreement with.

This IM has been prepared so that the Potential Investor may use it solely and exclusively for the purpose of evaluating the Transaction. The Potential Investor should carry out its own analyses as to the suitability, risk and opportunity of the Transaction and should consult its own advisors (including legal and financial) to form its opinion about the Transaction. Conext will in no way assist the Potential Investor and do not assume any responsibility to the Potential Investor. Any Potential Investor should make its own investigation of the Company and of all information provided.

By accepting this IM and notwithstanding any obligation assumed in the confidentiality agreements executed with the Company and/or Shareholders, the Potential Investor agrees that neither it nor any of its partners/shareholders, controlling entities, controlled entities and/or entities under common control with it, or any of its directors, officers, contracted service providers, attorneys in fact, legal representatives, consultants, advisers, auditors or employees ("Representatives") may copy, reproduce or distribute this IM, in whole or in part, at any time, to any third parties without the previous consent of the Company, the Shareholders and/or Conext. In this respect, the Potential Investor undertakes to maintain confidential all information contained herein and to use this IM for the sole purpose of evaluating the Transaction, subject to the provisions contained in the confidentiality agreement(s) and in all applicable legislation in Brazil.

All the data provided in this IM, including, without limitation, estimates and projections, are those utilized and/or supplied by the Shareholders and reflect the best evaluation of the Shareholders and management about the Company. Conext has not conducted any verification of the precision of these data. Each Potential Investor should seek its own independent financial advice.

Neither the Shareholders nor Conext make any representations or warranties, either express or implied, about the precision, correctness, completeness or sufficiency of any data, budget, estimates, forecast or projection contained in or omitted from this IM or any other information conveyed orally or in writing to the Potential Investor or to any of its Representatives during the course of evaluating the Transaction. Therefore, Conext, the Shareholders and the Company may not be held liable for such information. Only the specific representations and warranties that are made by means of definitive and/or binding agreement(s), as the case may be, will produce legal effects.

Neither the Shareholders nor Conext assume the obligation to supply to the Potential Investor any additional information, to update this IM or to correct any inaccuracy that may be found in any information or to consider or accept any proposal from a Potential Investor. The Company, the Shareholders and Conext reserve the right, without prior notice, to negotiate with one or more Potential Investors at any time, to enter into definitive and binding agreements in relation to the Transaction, to change the procedure in relation to the Transaction or to terminate negotiations with a Potential Investor at any time prior to the entry into of any definitive and/or binding agreement. The delivery of this IM may not be construed as indicating there has been no change in the businesses of the Company since the date this IM was prepared.

This IM is being provided to multiple Potential Investors, is for your consideration only, and does not constitute an offer or any agreement or exclusivity. The Shareholders may choose to terminate discussions with Potential Investors for any reason or for no reason at any time before the execution of a definitive purchase agreement. Any fees or expenses you may have incurred or will incur in connection with this IM or the transaction contemplated herein are your own responsibility and not subject to reimbursement.

The Potential Investor agrees not to contact the Shareholders or any Representative, customer or supplier of the Company, directly or indirectly, with respect to the information contained herein or related to the Company and/or the Transaction. This IM is the property of the Company, the Shareholders and Conext. Both the Company, the Shareholders and Conext reserve the right to request the return of this IM at any moment, as well as of any other information made available to the Potential Investor.

**Neither Quality Is Our Recipe, LLC (together with its affiliates, "Wendy's") nor WBR can or does make any promises as to the potential success of the franchised restaurants described herein. The franchised restaurants may actually lose money and could ultimately fail. Neither Wendy's nor WBR represents or warrants that you can expect to realize the sales and other financial results that are reflected in the materials provided. Sales and earnings are affected by many factors, and you are likely to experience financial results materially different from those reflected in the data provided in this document. Other than the information presented herein, neither Wendy's nor the Company make any financial performance representations and neither Wendy's nor WBR nor any of their respective officers, directors, employees or agents are authorized to do so, whether orally or in writing. You are urged to consult with appropriate financial and legal advisors in connection with the information provided in this and other documents.**



Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 23 of 60 PAGEID #: 2948

Levy_0005879



# Agenda

1. Introduction

2. Brazilian Market Overview

3. The Wendy's Company

4. Wendy's Brazil

CONFIDENTIAL

conext

Levy_0005880

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 24 of 60 PAGEID #: 2949

# Introduction

CONFIDENTIAL

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 25 of 60 PAGEID #: 2950

Levy_0005881

# Executive Summary

**Conext has been retained as financial advisor of the Company to seek a strategic investment partner to boost its expansion in the Brazilian market.**

- WBR is a joint venture between The Wendy's Company, Starboard (US operator with over 180 restaurants), and Infinity (Brazilian partner). The project started in 2011 with a dream to bring the world's 3rd largest burger fast food chain to Brazil.

- In April 2015 a Master Franchise Agreement was created covering development for Brazil and since then the Company has opened 5 restaurants to validate the consumer acceptance and the economic viability (Phase I).

- Results for Phase I were within expectations and WBR is ready to advance to Phase II, which consists of the development of 25 new restaurants in the state of São Paulo.

- The overall investment for the next years is estimated at USD 25-35 million.

- Upon conclusion of Phase II, WBR will be ready expand nationwide through franchising, estimated market size is approximately 370 restaurants.

 c o n e x t

CONFIDENTIAL

WENDY'S BRAZIL | 5

Levy_0005882

# Investment Highlights



Market with low penetration and strong growth



Successful case studies (Arcos Dourados e BK Brasil)

Brand Recognition



Tested Business Model, ready for expansion

Management with operational and local knowledge


Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 27 of 60 PAGEID #: 2952

Levy_0005883

# Brazilian Market Overview

CONFIDENTIAL

THE WENDY'S COMPANY | 7

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 28 of 60 PAGEID #: 2953

Levy_0005884

# Immature Segment in Brazil

**Brazilian Market Size**

Fast Food: R$ 84 bn
Burger Fast Food: R$ 11 bn

Over the past few years, out-of-home food expenditures has significantly increased in Brazil, with an increase of +8.4% CAGR between 2012 and 2016. In addition to these facts, there was a fast food sub-segment growth at an even higher CAGR, +11,4%. Furthermore, the specific subsegment of burger has the biggest growth between them, with a growth of +14.8% $CAGR_{2012-2016}$.

Despite such recent growth, consumption of fast food in Brazil is still relatively low, at only approximately USD 115 p.a. per capital, when compared with developed and mature markets in the United States, Canada, and Australia.

Source: Euromonitor International/ Nau Securities



### Fast Food and Burger market share (%)



### Fast Food and Burger consumption per capita (USD)

CONFIDENTIAL

c**o**next

WENDY'S BRAZIL | 8

Levy_0005885

# Fast Food sector Growth

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 30 of 60 PAGEID #: 2955

## Drivers that supported this potential growth:

- Continued growth of women's participation in the labor market;

- Urbanization of population; and

- Highly fragmented fast food industry, informal players being replaced by established brands.



**Latam Food Service and Fast Food market** (USD bn)

**Food Service Latam** (CAGR 2013-20E)

**Fast Food Latam** (CAGR 2013-20E)

Source: Euromonitor International / Nau Securities

conext

CONFIDENTIAL

WENDY'S BRAZIL | 95

Levy_0005886

# Brazil Competitive Landscape

**Wendy's message is "Better Hamburgers, Better Experience, Affordable Price".**



**Caution:** *Fast Casual Pricing*

*Wendy's Brazil Ideal Positioning* ➜ *A Cut Above QSR*

**Source of volume**

CONFIDENTIAL

c o n e x t

WENDY'S BRAZIL | 10

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 31 of 60 PAGEID #: 2956

Levy_0005887

# Case Study: Burger King Brazil

In 2011, a joint-venture between Vinci Partners and Burger King Corporation was formed to acquire BGK for R$ 319mm, the company was renamed to Burger King Brazil ("BKB").

In 2014, Singapore's Temasek invested R$ 250mm to acquire 20.5% of the Brazilian operation. In September 2016, the Capital group contributed another R$ 450mm to reach a 31% shareholding.

Vinci sold 5% of BKB for R$100mm to an American Family Office in July 2017. BKB has made an Initial public offering (IPO) at R$ 4.0bn post-money (R$3.1 B pre-money) in November 2017.





**Restaurants in brazil**

✓ **CAGR** ₂₀₁₁₋₂₀₁₆: **34%**

✓ **In average 87 stores were opened between 2011 and 2017**

✓ **By 2021, it will have been opened more than 1,000 stores**

\* Estimated data

Source: Euromonitor International, Valor

conext

CONFIDENTIAL

WENDY'S BRAZIL | 11

Levy_0005888

# Case Study: Arcos Dorados (McDonald's Latam)



**Arcos Dorados**

Arcos Dorados was formed on August 3, 2007, as a result of the acquisition of McDonald's Latin American business.

The Holding Arco Dorados was founded by the Los Laureless, former Mc Donald's CEO, and Private Equity Funds DLJ (Victória Capital), Capital Group, and Gávea Investimentos.

On April 14, 2011, Arcos Dorados made its IPO with USD 1.25 billion offer. And in October 2011, it was made a follow on with USD 890 million of secondary.





### Arcos Dorados' Units



Legend: ■ Brazil ■ Restaurants

Y-axis: 0, 500, 1.000, 1.500, 2.000, 2.500

X-axis: 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018E, 2019E, 2020E, 2021E

Source: Euromonitor International, Valor

✓ CAGR $_{2010-2016}$: **3.5%**

✓ CAGR $_{2012-2017}$ **Brazil: 4.9%**

✓ **In average 40 stores were opened per year in Brazil between 2012 and 2017.**

*conext*

CONFIDENTIAL



WENDY'S BRAZIL | 128

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 33 of 60 PAGEID #: 2958

Levy_0005889

# The Wendy's Company

CONFIDENTIAL

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 34 of 60 PAGEID #: 2959

Levy_0005890

# The Wendy's Company

Dave Thomas opened the first Wendy's restaurant in Columbus, Ohio in 1969. Wendy, which is his daughter's name, was eight years old that time.

Always putting customers first, Dave believed that their clients deserved more than fast hamburgers. He wanted everyone to know that at Wendy's, "Quality is our Recipe".

Dave insisted on using fresh, never frozen beef, fresh cut vegetables served every day, and preparing every hamburger at the moment it was ordered by the customer. He believed that food just tastes better that way.

In fact, Dave was so serious about never wanting to cut corners when it came to the quality of the food he served that he even insisted on using square hamburgers!



- ✓ **Restaurants Network:** 6,634 (337 owned)
- ✓ **2017 Global System Sales:** USD 10.3 billion
- ✓ **Market Cap:** USD 4.2 billion
- ✓ **2017 Revenue:** USD 1.2 billion

*conext*

 WENDY'S BRAZIL | 14

Levy_0005891

# Wendy's Way



**WE WILL BECOME THE WORLD'S MOST thriving & beloved RESTAURANT BRAND**

CONFIDENTIAL

conext

 WENDY'S BRAZIL | 15

Levy_0005892

# Wendy's Way (cont')



## RESTAURANTS
**A place I love to go**

CLEAN & WELL MAINTAINED
UP TO DATE
EASY & CONVENIENT
UPBEAT & COMFORTABLE

## FOOD
**Food I love**

FRESH
HONEST INGREDIENTS
CRAVEABLE TASTE
MADE RIGHT





# The Wendy's Way

## DELIGHT EVERY CUSTOMER.

### WENDY'S KIND OF PEOPLE



## SERVICE
**An experience that brings me back**

FRIENDLY
ACCURATE
FAST

## VALUE
**Worth what I pay**

COMPETITIVE PRICE
WENDY'S QUALITY
GREAT EXPERIENCE

| QUALITY IS OUR RECIPE | TREAT PEOPLE WITH RESPECT | DO THE RIGHT THING | PROFIT MEANS GROWTH | GIVE SOMETHING BACK |



**conext**

CONFIDENTIAL



WENDY'S BRAZIL | 16

Levy_0005893

# Worldwide presence

- ✓ **Restaurants Worldwide:** 6,634

- ✓ **International Presence:** 30 countries

- ✓ **Outside USA and Canada Restaurants:** 504 (Franchised Only)

- ✓ **Market Opened Recently:** Brazil, Kuwait, and Chile



*c n e x t*

CONFIDENTIAL

WENDY'S BRAZIL | 17

Levy_0005894

# Wendy's Brazil

CONFIDENTIAL

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 39 of 60 PAGEID #: 2964

Levy_0005895

# WBR Shareholders' Structure

## Wendy's operator experience aligned with local knowledge.



### Starboard Group – Wendy's Operator

- The group operates 180 Wendy's restaurants distributed across de USA. The company was founded in 1998 by Andrew Levy, when he bought 5 restaurants and nowadays is ranked 32nd in the Monitor 200 list of the largest franchisees in the USA with over USD 260 million in annual sales.

### Infinity – Local Knowledge

- The company has commercial representation in Brazil of different renowned brands worldwide such as Wendy's, Benihana and Jamie's Italian.

---

## Master Franchise Agreement[1]

### Exclusivity for Brazil until Dec/2024
### if comply with development schedule

Franchise fees:
- Start-up Fee: USD 25,000 for each new restaurant
- Monthly Royalty: 6% of Net Sales
- Advertising Fund: 4% of Net Sales

---

1 –Current terms, subject to review for Phase II.

CONFIDENTIAL



Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 40 of 60 PAGEID #: 2965

Levy_0005896

# Wendy's Menu in Brazil



Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 41 of 60 PAGEID #:2966

## Affordable products and promotions





### Product Mix

| | |
|---|---|
| 24% | Baconator |
| 13% | Dave's Deluxe |
| 8% | BBG Bacon Cheeseburger |
| 6% | Mushroom Melt |
| 6% | Bacon & Blue |
| | Bacon Cheeseburger |
| | Cheeseburger |
| | Cheeseburger Deluxe |
| | BBQ Chicken Club Sandwich |

conext

CONFIDENTIAL

WENDY'S BRAZIL | 20

Levy_0005897

# Marketing Strategy | Category Disruption

Create a high quality and warm experience by bringing the "restaurant mindset" to fast food.

| 1 - Product Experience | 2 - Brand Experience | 3 - Conversion Tactics |
|---|---|---|
| 100% focus on fresh ingredients and taste | Space designed for a quick experience | Coupon addicted |
| VS | VS | VS |
| 100% focus on the process and ingredients | Space designed for a pleasant experience | Quality addicted |
| + CARE | + PLEASANT | + LOYALTY |

## It looks like a restaurant, but it is still a fast food.



CONFIDENTIAL



WENDY'S BRAZIL | 21

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 42 of 60 PAGEID #: 2967

Levy_0005898

# Flexible Building Designs

**Original market entry strategy was via Freestanding restaurants, but after the Phase I tests WBR strategy shifted to In Line and Food Court asset types.**

**In Line ~300-500m2 (60%)**
Strongest category of available RE, includes in mall (key focus)



**Food Court (20%)**
Strong mall food culture, but limits differentiated experience

**Freestanding (20%)**
Allocation may decrease in favor of Mall and In-line restaurants, better in trade areas with lower RE costs (limited viability in urban areas)






CONFIDENTIAL

WENDY'S BRAZIL | 22

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 43 of 60 PAGEID #: 2968

## Equipment Suppliers

Local suppliers for double-sided grill (DSG), frosty machine, refrigerator, freezer, convection oven, microwave, griddle, and fryer.

Most imported items are smallwares, toaster, chili cooker, and communication system.

WBR will continue to develop additional local suppliers to sustain quality standards and drive savings.

# Established Supply Chain

## 100% local food & paper supplies.

### Food & Paper Supply



- Beef, Chicken, Bacon, Sausage (Seara) 29%
- French Fries (Net Freira) 12%
- Soft drinks/Sodas (Spal) 9%
- Buns/Breads (Brinco) 8%
- Paper & Packaging (Cepel) 6%
- Frosty & Toppings (Kerry) 5%
- Q. Cheddar Fat (Schreiber) 4%
- Ketchup, Mostard, Mayo (Heinz) 3%
- Cheese Sauce (Polenghi) 3%
- Produce (Refricon) 3%
- Other 18%

CONFIDENTIAL

 WENDY'S BRAZIL | 23

c◎next

Levy_0005900

# Team Training

## Already translated +40 training materials to Portuguese.



✓ Interactive video-based learning for all Wendy's employees, which are still under translation.

✓ Enhanced training for existing and new employees.

✓ Emphasis on employee engagement, knowledge, customer service skills and attitudes toward customers and service.

✓ Clarification of the company's mission, goals and processes.

✓ On-line training for restaurant management and above restaurant teams.

✓ Virtual delivery method with a modularized approach.

✓ Increased on-the-job practice.

✓ Individualized based on need of the job to be done.

✓ Labor efficiency and standardization.





CONFIDENTIAL

WENDY'S BRAZIL | 24

Levy_0005901

# Wendy's Brazil Business Approach

**DONE**

## Phase I: Validation

- ➢ **Validate Consumer & Economic Model**
- ✓ WBR - Joint Venture between Starboard, Infinity & Wendy's.
- ✓ Test economic viability of various building designs.
- ✓ Evaluate Labor costs and capacity of service model.
- ✓ Validate consumer tests.
- ✓ Establish supply chain.

**5 Restaurants**
**18-24 months**

## Phase II: Consolidation

- ➢ **Build Economies of Scale.**
- ➢ **Seeking strategic investor for expansion.**
- ✓ Leverage building designs that support fast development.
- ✓ Implement supply chain and operational cost saving initiatives.
- ✓ Expansion in state of São Paulo, and potentially RJ, PR, MG.
- ✓ Full scale marketing campaign and consumer tests.

**25-30 Restaurants**
**30-36 months**

## Phase III: Expansion

- ➢ **Establish National Platform.**
- ✓ Franchising or Joint Venture opportunities.
- ✓ Local operators allow expansion within secondary markets (RS/SC, DF/GO, BA/PE, MA/AM/PA).

**70-80 Restaurants**
**36-60 months**

**Potential of +370 units**

**conext**

CONFIDENTIAL

 WENDY'S BRAZIL | 25

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 46 of 60 PAGEID #: 2971

Levy_0005902

# Phase I: Tests

**DONE**

## Innovative Order & Service Experience:

✓ No counter ordering allowing >600 transactions per hour per line.

✓ Food delivered to your table with electronic table locators.

✓ Food presentation and packaging using real dishes and utensils.

✓ Wendy's Café for breakfast or an after meal beverage and snack.

✓ Signature Sauces and Condiments in every table.

✓ Frosty dessert Kiosk.







*c*o*next*

CONFIDENTIAL

  WENDY'S BRAZIL | 26

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 47 of 60 PAGEID #: 2972

Levy_0005903

# Phase I: 5 Restaurants

DONE



**JK**
Freestanding | July 2016




**Funchal with Kiosk**
Freestanding | August 2016

**Alphaville**
Freestanding | July 2017



**Aricanduva**
In Line Mall
November 2017



**West Plaza**
Food Court
October 2017

c**o**next

CONFIDENTIAL

 WENDY'S BRAZIL | 273

Levy_0005904

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 48 of 60 PAGEID #: 2973

# Phase I: Performance vs. Segment

## Unit economics show promising trends

- ➤ AUV of USD 1.9 MM.
- ➤ Check Average of USD 9.25 shows WBR is on target vs QSR.
- ➤ McDonald's and BK are mature brands in the market with strong marketing presence and heavy discounting.
- ➤ Wendy's performance was achieved with minimal promotional support and limited discounting.
- ➤ Opportunity to enhance the brand recognition and visit frequency.
- ➤ Marketing Campaign will place the brand as "affordable fast quality" making it more accessible.
- ➤ 2018 will introduce Value Platform to increase consumer reach.

## Brazil

| |  |   | SUBWAY |  |   |
|---|---|---|---|---|---|
| Average Unit Volume ('000 USD) | 2,134 | 2,470 | 487 | 1,517 | 1,902 |
| Transactions / Restaurant ('000) | 414 | 242 | 63 | 84 | 206 |
| Average Check (USD) | 5.15 | 10.20 | 7.76 | 17.96 | 9.25 |

 
Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 49 of 60 PAGEID #: 2974

Levy_0005905

# Phase II: Objectives

## Sales & Marketing

**Market research conducted in January 2018.**
- ➢ **Customers love the experience but need a value option.**
- ✓ Introduce new value platform with price points between R$9.90 and R$19.90 packs.
- ✓ Aggressive marketing campaign to promote Wendy's as "affordable fast quality".
- ✓ **Campaign is expected to increased customer counts.**
- ✓ **As new customers are introduced to the brand they will also try premium menu.**

## Operations & Supply Chain

**Focus on financial performance and customer satisfaction.**
- ➢ Most cost savings will come from Labor and Food Cost
- ➢ Labor improvements have been introduced in 2018 January as new employees are hired as hourly crew members, this provides flexibility in staffing levels throughout the day
- ➢ New distribution and warehousing will allow for better food price negotiations, deliveries to stores will be consolidated, and product quality will improve while food waste will be reduced
- ➢ Overall EBITDA improvements for 2018 are estimated at ~R$5.5MM

## Performance & Growth

**Target = 30 Restaurants by 2022**
- ➢ **Total investment of R$ 80MM**
- ✓ Future development will be based on in-line and foodcourt designs
- ✓ Conservative approach builds a platform for national expansion
- ✓ Attractive restaurant level yield on investment (average of 27.5%)

*c next*

CONFIDENTIAL

 WENDY'S BRAZIL | 295

Levy_0005906

# Phase II: Expansion Plan

## Prioritize largest population concentrations in São Paulo state

**New restaurants pipeline:**

- 8 new restaurant in the city of São Paulo.

- 5 municipalities in the SP metropolitan area.

- Remaining cities with the largest population and economic activity:

  - Baixada Santista
  - Campinas
  - Indaiatuba
  - Jundiaí
  - Ribeirão Preto
  - São José dos Campos
  - São José do Rio Preto
  - Sorocaba



- More than 38,695 people
- Up to 38,695 people
- Up to 12,799 people
- Up to 5,152 people

CONFIDENTIAL

conext

WENDY'S BRAZIL | 30

Levy_0005907

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 52 of 60 PAGEID #: 2977

# Phase II: Expansion Forecast

## "Standard" new unit has a yield on investment between 19.4% and 29.5%

### Openings of Owned Units

| | 2018 | 2019 | 2020 | 2021 | Open Counts |
|---|---|---|---|---|---|
| Freestanding | | 1 | 1 | 1 | 3 |
| In Line Mall | 1 | 1 | 2 | 1 | 5 |
| In Line Street | | 2 | 3 | 1 | 6 |
| Food Court | 2 | 3 | 4 | 2 | 11 |
| Total | 3 | 7 | 10 | 5 | 25 |

### Capital Investment (`000 R$)

| | CAPEX | Key money | Pre-open exp |
|---|---|---|---|
| | 5,400 | 300 | 400 |
| | 3,600 | 300 | 250 |
| | 3,870 | 300 | 250 |
| | 1,800 | 200 | 200 |
| Start-up fee | 84 | | per unit |

### P&L 1st Year (`000 R$)

| | Freestanding | | In Line Mall | | In Line Street | | Food Court | |
|---|---|---|---|---|---|---|---|---|
| Average Annual Sales | 7,020 | | 5,720 | | 5,616 | | 3,640 | |
| Expenses | 5,819 | 83% | 4,473 | 78% | 4,392 | 78% | 2,977 | 82% |
| Food & Paper | 2,106 | 30% | 1,659 | 29% | 1,629 | 29% | 1,019 | 28% |
| Labor | 1,396 | 20% | 984 | 17% | 966 | 17% | 829 | 23% |
| Royalties | 421 | 6% | 343 | 6% | 337 | 6% | 218 | 6% |
| Utilities | 351 | 5% | 286 | 5% | 281 | 5% | 182 | 5% |
| Other Controllables | 421 | 6% | 343 | 6% | 337 | 6% | 218 | 6% |
| Rent | 772 | 11% | 572 | 10% | 562 | 10% | 328 | 9% |
| Other Expenses | 351 | 5% | 286 | 5% | 281 | 5% | 182 | 5% |
| EBITDA | 1,201 | 17% | 1,247 | 22% | 1,224 | 22% | 663 | 18% |
| Yield on Investment | 19.4% | | 29.5% | | 27.2% | | 29.0% | |



CONFIDENTIAL

 WENDY'S BRAZIL | 31

Levy_0005908

# Phase II: Main Figures (without Phase III)

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 53 of 60 PAGEID #: 2978

## Revenues and Units

R$ mm

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Owned Revenues | 24 | 52 | 109 | 166 | 189 |
| Owned Restaurants | 8 | 15 | 25 | 30 | 30 |

■ Owned Revenues ━━ Owned Restaurants

## EBITDA and EBITDA Margin

R$ mm

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| EBITDA | (6) | (3) | 3 | 13 | 19 |
| EBITDA Margin | -25% | -6% | 3% | 8% | 10% |

■ EBITDA ━━ EBITDA Margin

## CAPEX

R$ mm

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | 8 | 28 | 28 | 16 | |

## Free Cash Flow [1]

R$ mm

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | (17) | (34) | (27) | (7) | 15 |

1 – Does not consider the principal payment of the Credit Agreement with Wendy's Netherlands B.V. (interest payment only).



CONFIDENTIAL

WENDY'S BRAZIL | 32

Levy_0005909

# Phase III: Objectives

## Establish national platform

### Game Plan

➢ *National marketing campaign.*
➢ *Partnership with local operators in secondary markets (RS/SC, DF/GO, BA/PE, MA/AM/PA).*
➢ *Focused on reginal operators with potential of more than 10 franchisees.*
➢ *Reorganization of the supply chain with small reginal warehouses.*
➢ *Development of dedicated team to support the franchisee.*

## Target: 60 Franchisees in 3 years
(with no additional CAPEX)

### Franchisee Openings

| | 2020 | 2021 | 2022 | Open Counts |
|---|---|---|---|---|
| Freestanding | | 1 | 1 | 2 |
| In Line | 2 | 4 | 6 | 12 |
| Food Court | 8 | 15 | 23 | 46 |
| Total | 10 | 20 | 30 | 60 |

c●next

CONFIDENTIAL

 WENDY'S BRAZIL | 33

Levy_0005910

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 54 of 60 PAGEID #: 2979

# Consolidated Figures

**Phase III drivers:**

- No additional CAPEX needed.

- Significantly scale economy with franchises.

- Potential market of 370 units (owned and franchisees).

## Gross Profit



## EBITDA and EBITDA Margin



## Cash Flow[1]



1 – Does not consider the principal payment of the Credit Agreement with Wendy's Netherlands B.V. (interest payment only).
2 – MFA terms will be subject to the Wendy's final terms approval.



CONFIDENTIAL

 WENDY'S BRAZIL | 34

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 55 of 60 PAGEID #: 2980

Levy_0005911

# Other Assumptions

## Main Inputs:

- Revenues growth of 7% p.a.

- Opening inefficiencies during the first 3 months of operation.

- Operating Improvements of 0.5% in food, paper and labor.

## Credit agreement between Wendy`s Netherlands B.V. (Lender) and WBR Participações (Borrower):

- Amount: USD 12.8mm (R$ 42.3mm)

- Principal payment: October, 2020.

- Interest rate: 6.5% per annum.



**Number of Restaurants and Headcount**



**New Restaurants EBITDA**

CONFIDENTIAL



Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 56 of 60 PAGEID #: 2981

Levy_0005912

Levy_0005913



DEFENDANT
EXHIBIT 3
PETER KOUMAS
05.15.26

Message

_____

**From:** Francisco Teixeira [francisco.teixeira@conextpartners.com.br]
**Sent:** 5/8/2018 11:22:44 PM
**To:** Marcos Silva [MSilva@starboardwendys.com]; Marcel Gholmieh [marcel@infinityservices.com.br]; Alves, Carlos [Carlos.Alves@wendys.com]; Humberto Linhares Soares [h.soares@infinityservices.com.br]; Koumas, Peter [Peter.Koumas@wendys.com]; Andrew Levy [alevy@starboardgroup.net]; Ribas, Carlos [Carlos.Ribas@wendys.com]
**CC:** Victor Marsal [victor.marsal@conextpartners.com.br]; Alexandre Dória [alexandre.doria@conextpartners.com.br]
**Subject:** RE: WBR - Conext Weekly Update
**Attachments:** Deal Tracker.pdf

Hey guys,

Attached is our Deal Tracker with 2nd Tier first contacts.
Please let us know, if you have any questions.

Regards,
Francisco

_____

**From:** Francisco Teixeira <francisco.teixeira@conextpartners.com.br>
**Sent:** quarta-feira, 2 de maio de 2018 18:31
**To:** 'Marcos Silva' <MSilva@starboardwendys.com>; 'Marcel Gholmieh (marcel@infinityservices.com.br)' <marcel@infinityservices.com.br>; 'Alves, Carlos' <Carlos.Alves@wendys.com>; 'Humberto Linhares Soares (h.soares@infinityservices.com.br)' <h.soares@infinityservices.com.br>; 'Koumas, Peter' <Peter.Koumas@wendys.com>; 'Andrew Levy' <alevy@starboardgroup.net>; 'Ribas, Carlos (Carlos.Ribas@wendys.com)' <Carlos.Ribas@wendys.com>
**Cc:** Victor Marsal <victor.marsal@conextpartners.com.br>; Alexandre Dória <alexandre.doria@conextpartners.com.br>
**Subject:** RE: WBR - Conext Weekly Update

Hey guys,

Attached is the first draft of the investors' complementary list.
Please let us know, if you have any name restrictions.
As well, I will drop it into the Dropbox.

Regards,
Francisco

-----Original Appointment-----
**From:** Marcos Silva
**Sent:** Wednesday, April 4, 2018 5:24 PM
**To:** Marcos Silva; 'Victor Marsal'; Francisco Teixeira; Marcel Gholmieh (marcel@infinityservices.com.br); 'Alves, Carlos'; Humberto Linhares Soares (h.soares@infinityservices.com.br); Koumas, Peter; Andrew Levy; Ribas, Carlos (Carlos.Ribas@wendys.com)
**Subject:** WBR - Conext Weekly Update
**When:** Wednesday, May 2, 2018 9:00 AM-10:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

Weekly place holder for an update meeting
Note meeting scheduled for 9 AM ET, 10 AM BRT every Wednesday.

Levy_0008062

---

**WBR - Conext Weekly Update**

Every Wednesday, from Wednesday, April 11, 2018, to no end date

9:00 am  |  Eastern Daylight Time (New York, GMT-04:00)  |  1 hr

Meeting number (access code): 737 066 089

Meeting password: dPeMh7JN

 When it's time, join the meeting.

**Join by phone**

**+1-415-655-0003** US TOLL

**+1-415-655-0003** US TOLL

Global call-in numbers  |  Toll-free calling restrictions

Can't join the meeting?

IMPORTANT NOTICE: Please note that this WebEx service allows audio and other information sent during the session to be recorded, which may be discoverable in a legal matter. By joining this session, you automatically consent to such recordings. If you do not consent to being recorded, discuss your concerns with the host or do not join the session.

Levy_0008063

## Investors' Status

Case: 2:24-cv-03077-MHW-KAJ Doc #: 124-3 Filed: 06/09/26 Page: 60 of 60 PAGEID #: 2985

| Status | | Type | Rational | Deadline | Last Contact | Teaser | NDA | CIM | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **TIER 1** | | | | | | | | | |
| | Aqua Capital | Private Equity | Focus on the food chain. Compatible ticket | Long term (5 years) | 2/5 | 19/4 | 24/4 | 2/5 | CIM sent |
| | HIG Capital | Private Equity | Focus on consumer. Compatible ticket | Long term (5 years) | 2/5 | 19/4 | 19/4 | | NDA sent |
| | Victoria Partners (ex DLJ) | Private Equity | Invested in the Arco Dorados (Mc Donald`s) | Long term (5 years) | 8/5 | 19/4 | 3/5 | | NDA sent |
| | Graycliff Partners / Bela Vista Investimentos | Private Equity | Investments in consumer. Compatible ticket | Long term (5 years) | 8/5 | 19/4 | 7/5 | | NDA sent |
| | 2+ Capital (Boticário) | Family Office | Already had investments in Restaurants | Long term | 2/5 | 19/4 | | | E-mail. Teaser sent |
| | Arlon Capital Partners | Private Equity | Focus on the food chain. Compatible ticket | Long term (5 years) | 3/5 | 19/4 | | | Unlikely. Prioritizing companies with positive EBITDA |
| | Bozano | Private Equity | Investments in the food chain | Long term | 2/5 | 19/4 | | | E-mail. Teaser sent |
| | L. Catterton | Private Equity | Focus on consumer. Investments in Franchises and Restaurants | Long term (5 years) | 2/5 | | | | Trying to contact |
| | Elvio Machado | Family Office | Just sold 50 BK stores | Long term | 2/5 | | | | Trying to understand the BK situation |
| | G5 Advisors | Investment Firm/ Private Equity | Investments in Franchises | Long term (5 years) | 2/5 | 19/4 | | | Contacted. Teaser sent. They will check internally |
| | Mirae Asset Private Equity | Private Equity | Seeking to invest in a brazilian restaurant chain | Long term | 2/5 | 19/4 | | | Teaser sent. |
| | Kinea | Private Equity | Seeking investiments for a new fund | Long term (7 years) | 2/5 | 19/4 | | | Teaser sent. |
| | José Eduardo Martins | Family Office | | Long term | 2/5 | 20/4 | | | Teaser sent. |
| | 2B Capital | Private Equity | Focus on consumer.Take control. Already analyse Franchises. | Long term (5 years) | 2/5 | 19/4 | | | Not interested. "Too early stage" |
| | GEF/Canepa | Private Equity/Family Office | Investments in consumer. Compatible ticket | Long term (5 years) | 3/5 | 19/4 | | | Not interested. Out of their focus. |
| | Alothon Group | Private Equity | Compatible ticket | Long term (5 years) | 3/5 | 19/4 | | | Not interested. Not getting new projects. |
| | SMZTO Holding | Strategic Investor | Franchise strategic investor | Long term | 2/5 | 19/4 | | | Not interested |
| | Axxon Group | Private Equity | Already had investments in Franchises | Long term (5 years) | 2/5 | 19/4 | | | Not interested. Too early stage. |
| | Rohatyn Group | Asset Manager | Compatible ticket | Long term (5 years) | 26/4 | 19/4 | | | Not interested. Too early stage. |
| | Imeri Capital | Private Equity | Compatible ticket | Long term (5 years) | 19/4 | 19/4 | | | Not interested. Prioritizing companies with positive EBITDA |

| Status | | Type | Rational | Deadline | Last Contact | Teaser | NDA | CIM | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **TIER 2** | | | | | | | | | |
| | Acon | Private Equity | Managing approximately USD 5.5 billion of assets | Long term (5 years) | 8/5 | 8/5 | | | E-mail. Teaser sent |
| | Bruno Pugliese | Family Office | Marcel contact | - | 8/5 | 8/5 | | | E-mail. Teaser sent |
| | DNA (Edson Bueno) | Family Office | Pharmaceutical - Amil | Long term | 8/5 | 8/5 | | | E-mail. Teaser sent |
| | Leste Investimentos | Family Office | Just acquired 40% of the capital stock of a food franchise network | Long term | 8/5 | 8/5 | | | Teaser sent |
| | Família Comolatti | Family Office | Auto parts, Restaurants, and Fuel Distributors | Long term | 8/5 | 8/5 | | | Teaser sent |
| | Família Trajano | Family Office | Magazine Luiza | Long term | 8/5 | 8/5 | | | Teaser sent |
| | Carlu Family Office | Family Office | Construction company and Logistic | Long term (5 years) | 8/5 | 8/5 | | | Teaser sent |
| | Família Fares (Marabraz) | Family Office | Marabraz - Tried to buy Starbucks Brazil | Long term | 8/5 | | | | Developing contact |
| | Leblon Equity | Family Office | | Long term | 8/5 | 8/5 | | | Not interested |

Levy_0008064