# EXHIBIT  1

| | |
|---|---|
| **From:** | Edison, Eric |
| **To:** | YDaneshfar; Aronovitz, Cary (MIA - X27520); Sliwka, Gabrielle; jpolenberg; LeMieux, George |
| **Cc:** | Park, Elin I (CHI - X65730); McBride, Mitchell L (TPA - X36345); Colon, Hazel (MIA - X27636) |
| **Subject:** | RE: Silva Depo - Levy / Wendy"s |
| **Date:** | Monday, May 18, 2026 2:23:17 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |

*[External email]*

Yasin,

Thank you for your email. While I will need to consult with my client regarding your request, I believe the better course of action—particularly given the confidentiality provision of the Settlement Agreement which is in place—may be for your office to re-file and re-serve Mr. Silva through the proper subpoena process. Re-filing and re-serving would afford Wendy's the opportunity to file whatever motion it may or may not wish to file in connection with the deposition, which I believe is the appropriate procedure under the circumstances, and if there is any issue on our end (either before or during the deposition), we could properly bring the matter to the Court.

Candidly, and with respect, we are uncertain as to why your office waited until this late juncture to raise the issue of a cross-notice. As you are aware, we participated in a meet and confer with all parties last Friday, and at no point during that conference was there any indication from your office that you intended to cross-notice Mr. Silva's deposition. Had this been raised at that time, it could have been addressed as part of our discussions.

That said, once your office has filed a notice of intent to serve with the Court, you may certainly contact our office so that we may accept service on behalf of Mr. Silva. At that point, we would be happy to work with all parties to re-coordinate a mutually convenient date for the deposition, provided Wendy's has no objection.

Regards,



**Eric C. Edison, Esq.** | Shareholder
Business Litigation

450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206

**p** 954.462.2000 **c** 954.261.1500
gunster.com | eedison@gunster.com

View my Bio | v Card

This message is confidential.  It may also be privileged or otherwise protected by work product

mmunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system. If you are not the intended recipient, you may not copy this message or disclose its contents to anyone. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Sent:** Monday, May 18, 2026 2:07 PM
**To:** Edison, Eric <EEdison@gunster.com>; Cary.Aronovitz@hklaw.com; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com; Hazel.Colon@hklaw.com
**Subject:** Re: Silva Depo - Levy / Wendy's

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Eric,

We were going to cross notice the deposition. Please let me know if we can keep the date for Mr. Silva's deposition on the 20th so that we don't have to go through the subpoena process.

Thank you,

**Yasin Daneshfar**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.985.4177
305.586.1011
 954.985.4176
 YDaneshfar@beckerlawyers.com
 www.beckerlawyers.com
 Connect with me on LinkedIn


Follow Becker on...


<u>**CONFIDENTIALITY NOTE**</u>: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

---

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Monday, May 18, 2026 2:01:55 PM
**To:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Elin.Park@hklaw.com <Elin.Park@hklaw.com>; Mitchell.McBride@hklaw.com <Mitchell.McBride@hklaw.com>; Hazel.Colon@hklaw.com <Hazel.Colon@hklaw.com>
**Subject:** RE: Silva Depo - Levy / Wendy's


Received. Thank you.


We have taken the deposition off of our calendar.




**Eric C. Edison, Esq.** | Shareholder
Business Litigation

450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206

**p** 954.462.2000 **c** 954.261.1500
gunster.com | eedison@gunster.com

View my Bio | v Card

This message is confidential.  It may also be privileged or otherwise protected by work product mmunity or other legal rules.  If you have received it by mistake, please let us know by e-mail reply and delete it from your system.  If you are not the intended recipient, you may not copy this message or disclose its contents to anyone.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>
**Sent:** Monday, May 18, 2026 2:00 PM
**To:** Edison, Eric <EEdison@gunster.com>; YDaneshfar@beckerlawyers.com; GSliwka@beckerlawyers.com; jpolenberg@beckerlawyers.com; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com; Hazel.Colon@hklaw.com
**Subject:** RE: Silva Depo - Levy / Wendy's

This email originated from **outside** of the organization. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

Counsel,

Attached please find a notice of cancellation of the subpoena to Mr. Silva.  As set forth in the notice, Mr. Silva is released from the subpoena and the deposition set for May 20, 2026 is cancelled.

Regards,
Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Wednesday, May 13, 2026 3:50 PM
**To:** YDaneshfar <YDaneshfar@beckerlawyers.com>; Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; jpolenberg <jpolenberg@beckerlawyers.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>
**Subject:** RE: Silva Depo - Levy / Wendy's

*[External email]*
2pm is fine with me.  Please circulate a Zoom/Teams call.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation

450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**p** 954.462.2000 **c** 954.261.1500
gunster.com | eedison@gunster.com

View my Bio | v Card

This message is confidential.  It may also be privileged or otherwise protected by work product

mmunity or other legal rules.  If you have received it by mistake, please let us know by e-mail reply and delete it from your system.  If you are not the intended recipient, you may not copy this message or disclose its contents to anyone.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>
**Sent:** Wednesday, May 13, 2026 3:26 PM
**To:** Cary.Aronovitz@hklaw.com; Edison, Eric <EEdison@gunster.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com
**Subject:** RE: Silva Depo - Levy / Wendy's

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Anytime before 4 p.m. works.

**Yasin Daneshfar**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.985.4177
 305.586.1011
 954.985.4176
✉ YDaneshfar@beckerlawyers.com
🌐 www.beckerlawyers.com
 Connect with me on LinkedIn

Follow Becker on...


**CONFIDENTIALITY NOTE**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>
**Sent:** Wednesday, May 13, 2026 3:25 PM

**To:** Edison, Eric <EEdison@gunster.com>; Daneshfar, Yasin <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; Polenberg, Jon <JPolenberg@beckerlawyers.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com
**Subject:** RE: Silva Depo - Levy / Wendy's


Thanks Eric.  We will hold the 20th.  I am available anytime tomorrow to discuss the matter.

Yasin – what times work for your office?

Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Wednesday, May 13, 2026 3:19 PM
**To:** Aronovitz, Cary (MIA - X27520) <Cary.Aronovitz@hklaw.com>; YDaneshfar <YDaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <GSliwka@beckerlawyers.com>; jpolenberg <jpolenberg@beckerlawyers.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>
**Subject:** RE: Silva Depo - Levy / Wendy's

*[External email]*
Cary – Again, (and I don't want to sound like a broken record), but we have not had a discussion with all of the parties with regard to this matter.  When we spoke last week, we discussed having a joint conference call with your office, Jon's office, and our office to discuss this matter.  That (to my knowledge) has not occurred.  So, while we are trying to be cooperative here, I am not going to prejudice my client by potentially subjecting him to additional litigation, when a meet and confer can potentially resolve the issue.  As for the 19th and 20th, I am open on the 20th, but I have to see if the date is still clear on my client's schedule.  Also, on the 20th, I have a hard stop at 4pm.

I would respectfully ask your office to coordinate a time when you, Jon's office and I can speak.  Thanks.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation

450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**p** 954.462.2000 **c** 954.261.1500
gunster.com | eedison@gunster.com
View my Bio | v Card

This message is confidential.  It may also be privileged or otherwise protected by work product mmunity or other legal rules.  If you have received it by mistake, please let us know by e-mail reply and delete it from your system.  If you are not the intended recipient, you may not copy this message or disclose its contents to anyone.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Cary.Aronovitz@hklaw.com <Cary.Aronovitz@hklaw.com>
**Sent:** Wednesday, May 13, 2026 3:15 PM
**To:** YDaneshfar@beckerlawyers.com; GSliwka@beckerlawyers.com; jpolenberg@beckerlawyers.com; Edison, Eric <EEdison@gunster.com>; LeMieux, George <GLeMieux@gunster.com>
**Cc:** Elin.Park@hklaw.com; Mitchell.McBride@hklaw.com
**Subject:** RE: Silva Depo - Levy / Wendy's

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hi Eric and George – we are following up to confirm Mr. Silva's availability for either May 19 or May 20.  Please also let us know of your availability tomorrow for a call – with Wendy's counsel and Levy's counsel – to discuss any confidentiality issues ahead of the deposition.

Thanks,
Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

**From:** Aronovitz, Cary (MIA - X27520)
**Sent:** Wednesday, May 6, 2026 9:34 AM
**To:** YDaneshfar <ydaneshfar@beckerlawyers.com>; Sliwka, Gabrielle <gsliwka@beckerlawyers.com>; jpolenberg <jpolenberg@beckerlawyers.com>; Edison, Eric <eedison@gunster.com>; LeMieux, George <glemieux@gunster.com>
**Cc:** Park, Elin I (CHI - X65730) <Elin.Park@hklaw.com>; McBride, Mitchell L (TPA - X36345) <Mitchell.McBride@hklaw.com>
**Subject:** Silva Depo - Levy / Wendy's

Eric and George,

The parties propose either May 19 or May 20 to set the deposition of Mr. Silva.  Please confirm the date that works for you and your client.  Separate, as you suggested, let us know if you have time this afternoon or tomorrow to further discuss any confidentiality concerns ahead of the deposition.

For Wendy's side, we are available this afternoon starting at 2:00 pm EST, or tomorrow anytime starting at 11 am EST.

Regards,
Cary

**Cary Aronovitz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7520 | Mobile +1.305.318.5456
cary.aronovitz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.