**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | Case No.: 2:24-cv-3077 |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | |
| v. | : | Magistrate Judge Jolson |
| | : | |
| ANDREW LEVY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

---

**UNOPPOSED WENDY'S MOTION TO EXTEND THE PAGE LIMITS FOR ITS**
**SUMMARY JUDGMENT MOTION**

---

Pursuant to Southern District of Ohio Local Rule 7.2, Plaintiff Wendy's Netherlands, B.V. ("Wendy's") moves this Court to extend the page limit for its summary judgment motion from twenty (20) pages to thirty-five (35) pages.

Wendy's summary judgment motion is due Wednesday, June 24, 2026. Wendy's intends to move for summary judgment related to its affirmative case for breach of the Cognovit Note and Levy's affirmative defense of "duress," and in relation to Levy's amended counterclaim for fraud. The Cognovit Note relates to Levy's alleged breach of the Note, which was signed in February 2020 and breached in 2024.  Levy's fraud claim relates to statements he alleges Wendy's made in

2017 and early 2018. To fully address all issues in a single motion, Wendy's seeks to increase the page limit from twenty pages to thirty-five pages under Local Rule 7.2(a)(3) and under the Court's Standing Orders for Civil Cases, which requires counsel to seek leave of court to submit a brief and/or memoranda beyond twenty pages.

**MEMORANDUM**

Good cause exists to extend the page limit because doing so would allow Wendy's to address all issues relevant to summary judgment in one motion rather than filing two separate motions. Local Rule 7.2(a)(3) provides that "[t]he Court prefers that memoranda in support of or in opposition to any motion or application to the Court not exceed twenty pages." The Court's Standing Order for Civil Cases permits a party to seek leave to exceed the twenty-page limit before the filing deadline, and the Court may extend the page limit for good cause shown. *See Peled v. Peled*, No. 2:23-CV-2224, 2025 WL 2711374, at *2 (S.D. Ohio Sept. 23, 2025) (granting a motion to extend page limits where the party sought an extension "[o]ut of an abundance of caution and in order address fully and adequately the allegations set forth in Plaintiff's Complaint[.]").

Here, extending the page limit, in an abundance of caution, to thirty-five pages would allow Wendy's to fully and adequately address all issues pertinent to its motion—its affirmative claim and Levy's counterclaim—in a single filing rather than two separate twenty-page motions. Wendy's Motion will include a summary of the argument, statement of undisputed facts, and memorandum of law, which again in an abundance of caution Wendy's requests a total of 35 pages. The Motion will also address legal issues related to choice of law, which has previously been raised in relation to Levy's counterclaim alleging fraud. Finally, the undersigned counsel reached out to Levy's counsel, and they do not oppose the relief sought herein. Accordingly, good cause exists to extend the page limit to thirty-five pages.

WHEREFORE, Wendy's respectfully requests that the Court grant this motion and permit Wendy's to file a 35 page summary judgment motion.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.3(b), Wendy's certifies that counsel conferred in good faith with counsel for Defendant via email on June 19, 2026, for the relief sought in this Motion.  Counsel for Defendant advised on June 22, 2026 that they do not oppose the relief requested.

Respectfully submitted,

/s/   Cary O. Aronovitz
Shalyn Watkins (0096026)
Elin Park (*pro hac vice* granted)
Cary Aronovitz (*pro hac vice* granted)
**HOLLAND & KNIGHT LLP**
701 Brickell Ave., St. 3300
Miami, FL 33131
shalyn.watkins@hklaw.com,
cary.aronovitz@hklaw.com; elin.park@hklaw.com
*Attorneys for Wendy's Netherlands B.V.*

## CERTIFICATE OF SERVICE

On June 22, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Cary O. Aronovitz
Attorney

#540216428_v1

3