**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| WENDY'S NETHERLANDS B.V., <br><br>       Plaintiff, <br><br> v. <br><br> ANDREW LEVY, <br><br>       Defendant. | Civil Action No. 2:24-cv-03077 |

### RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION OF BRIAN DAUGHNEY
(*In-Person*)

**PLEASE TAKE NOTICE** that counsel for the defendant, Andrew Levy, will take the deposition by oral examination, of the person named herein, at the time, date and location indicated below, before Esquire Deposition Solutions, LLC:

| | |
|---|---|
| **NAME:** | **Brian Daughney** |
| **DATE:** | **May 18, 2026 (continuing day to day until completed)** |
| **TIME** | **10:00 A.M.** |
| **LOCATION:** | Becker<br>45 Broadway, 17th Floor<br>New York, NY 10006<br><br>**Via Zoom Web Conference:**<br>(1) The Link and Meeting ID will be provided to all counsel via email by Esquire Deposition Solutions, LLC. Counsel for deponent is directed to forward the Link and Meeting ID to deponent.<br>(2) If deponent is not represented by counsel, Esquire Deposition Solutions, LLC will email the Link and Meeting ID to deponent. |

If you fail to appear, you may be in contempt of court. The deposition will be videotaped, in addition to being recorded stenographically, by Esquire Deposition Solutions, LLC, a Notary Public, or other officer authorized by law to take depositions in the State of Ohio. The operator is a representative of Esquire Deposition Solutions, LLC, with offices located at 515 E Las Olas

Blvd, Suite 1300, Fort Lauderdale, FL 33301 and 127 Public Square, Suite 4140, Cleveland, OH 44114.

The oral examination will continue from day to day until completed. The deposition is being taken for purposes of discovery, for use at trial or is being taken for such other purposes as are permitted under the Federal Rules of Civil Procedure.

**<u>IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS IN NEED OF A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHALL, NO LATER THAN SEVEN DAYS PRIOR TO THE PROCEEDING, CONTACT THE UNDERSIGNED.</u>**

Dated: May 14, 2026.                                Respectfully submitted,

<div style="margin-left: 50%;">

*/s/ Jon Polenberg*

Jon Polenberg, Florida Bar No. 653306
*(Admitted Pro Hac Vice)*
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone:  (954) 987-7550
Facsimile:   (954) 985-4176
jpolenberg@beckerlawyers.com

*Attorneys for Defendant*
*Andrew Levy*

</div>

cc:      Esquire Deposition Solutions, LLC
          FtLauderdaleScheduling@esquiresolutions.com
          (954) 331-4400

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2026, the foregoing document was served *via*

*email* on all counsel of record identified below:

Shalyn Watkins
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
shalyn.watkins@hklaw.com
ericka.mendez@hklaw.com
hapi@hklaw.com
*Attorneys for Plaintiff*
*Wendy's Netherlands B.V.*

Elin Parker (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 715-5730
Facsimile: (312) 578-6666
elin.park@hklaw.com
*Co-Counsel for Plaintiff*
*Wendy's Netherlands B.V.*

Cary Aronovitz (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 789-7520
Facsimile: (305) 789-7799
cary.aronovitz@hklaw.com
*Co-Counsel for Plaintiff*
*Wendy's Netherlands B.V.*

*/s/ Jon Polenberg*
Jon Polenberg

3

31353317.v1