**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

               Plaintiff,

v.

ANDREW LEVY,

               Defendant.

Civil Action No. 2:24-cv-03077

## AGREED MOTION TO EXTEND PAGE LIMIT FOR LEVY'S RESPONSE TO WENDY'S SUMMARY JUDGMENT MOTION

The defendant, Andrew Levy ("Levy"), under Local Rule 7.2, moves to extend the page limit for his response to Wendy's Summary Judgment Motion from twenty (20) pages to thirty-five (35) pages. [ECF No. 130.]

Wendy's moved without opposition to extend the page limit for its summary-judgment motion from twenty (20) pages to thirty-five (35) pages. [ECF No. 127.] The Court granted that motion. [ECF No. 128.] Wendy's then filed a 35-page Motion addressing its Cognovit Note claim, Levy's duress defense, and Levy's fraud counterclaim. [ECF No. 130.] Levy's response is due July 15, 2026. Levy seeks the same 35-page limit to respond fairly to those combined issues.

### ARGUMENT

Southern District of Ohio authority permits additional pages in summary-judgment briefing when needed to address dispositive issues fairly. Courts have declined to strike a 54-page opposition brief, despite Local Rule 7.2(a)(3)'s twenty-page limit, where the brief included the required summary and caused no delay or prejudice. *Blankenship v. Parke Care Centers, Inc.*, 913 F. Supp. 1045, 1049 (S.D. Ohio 1995). They have also granted both sides leave to file excess pages

on summary judgment. *Samples v. Logan County*, No. C2-03-847, 2006 WL 39265, at *1 n.1 (S.D. Ohio Jan. 6, 2006). This District also permits additional briefing for good cause. *See Burlington Ins. Co. v. PMI Am., Inc.*, 862 F. Supp. 2d 719, 725–26 (S.D. Ohio 2012).

Good cause supports Levy's request. Wendy's sought thirty-five pages to address its Cognovit Note claim and Levy's fraud counterclaim in one filing. [ECF No. 127.] Levy must address the record and legal standards for each issue. A twenty-page response would not allow a fair response to the same issues that Wendy's needed thirty-five pages to present.

Levy's request is modest, reciprocal, and non-prejudicial. He seeks the same page limit Wendy's received. He seeks only enough space to respond to Wendy's combined Motion. Levy will include the table of contents and summary of points and authorities required by Local Rule 7.2(a)(3).

Levy respectfully requests that the Court grant this motion and permit him to file a response of up to thirty-five (35) pages.

### CERTIFICATE OF GOOD FAITH CONFERRAL

Under Local Rule 7.3(b), Levy certifies that counsel conferred in good faith with Wendy's counsel about this motion. Wendy's agrees to the requested relief.

Dated: July 13, 2026.                                  Respectfully submitted,

*/s/ Jon Polenberg*
Jon Polenberg, Florida Bar No. 653306
*(Admitted Pro Hac Vice)*
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone:  (954) 987-7550
Facsimile:   (954) 985-4176
jpolenberg@beckerlawyers.com
*Attorneys for Defendant*
*Andrew Levy*

## CERTIFICATE OF SERVICE

I certify that on July 13, 2026, the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will electronically serve a copy of same via email on all counsel of record for all parties.

/s/ Jon Polenberg
Jon Polenberg


## SERVICE LIST

Shalyn Watkins
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
shalyn.watkins@hklaw.com
ericka.mendez@hklaw.com
hapi@hklaw.com
*Attorneys for Plaintiff*
*Wendy's Netherlands B.V.*

Elin Park (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 715-5730
Facsimile: (312) 578-6666
elin.park@hklaw.com
*Co-Counsel for Plaintiff*
*Wendy's Netherlands B.V.*

Cary Aronovitz (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 789-7520
Facsimile: (305) 789-7799
cary.aronovitz@hklaw.com
*Co-Counsel for Plaintiff*
*Wendy's Netherlands B.V.*

3

31775190.v1