## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Wendy's Netherlands B.V.,**

    **Plaintiff,**

    **v.**

**Andrew Levy,**

    **Defendant.**

**Case No. 2:24-cv-3077**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

### ORDER

Andrew Levy ("Defendant") moves for leave to file his response to a dispositive motion in excess of the Court's page limitation. Mot., ECF No. 132. The Court understands from counsel that Defendant requests fifteen extra pages, bringing the page limit to thirty-five pages. Defendant avers that such additional pages are necessary "to respond fairly . . . to the same issues that Wendy's needed thirty-five pages to present." *Id.* at PAGEID ## 4019–20. Defendant represents that Plaintiff does not oppose the motion. *Id.* at PAGEID # 4020.

Upon consideration thereof, the Court **GRANTS** Defendant's motion, ECF No. 132. Defendant's response **SHALL NOT** exceed **THIRTY-FIVE PAGES**.

The Clerk shall terminate ECF No. 132.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**