Message

_____

**From:**      Ribas, Carlos [Carlos.Ribas@wendys.com]
**Sent:**      12/30/2019 2:26:35 PM
**To:**        Patricia Guello [patricia.guello@wendysbrasil.com.br]; Marcel Gholmieh - Infinity [marcel@infinityservices.com.br]
**CC:**        Andrew Levy [alevy@starboardwendys.com]; Kevin Holbrook [kholbrook@starboardwendys.com]; Alves, Carlos [Carlos.Alves@wendys.com]
**Subject:**   Re: [EXT] Re: Shutdown Wendys Brazil

Patricia - Thank you for the update. How did it go?

Please have the team provide an update throughout the week on employee and supplier response.

Marcel - please keep us posted on the lease sale conversations for the other 3 restaurants and any other asset sale discussions.

Please reach out if you need anything.

Obligado, Carlos

On Dec 30, 2019, at 9:18 AM, Patricia Guello <patricia.guello@wendysbrasil.com.br> wrote:

Good morning,

Just to let you know, we've just concluded all the employee's termination.

Regards,
Patrícia

_____

**De:** Patricia Guello
**Enviado:** domingo, 29 de dezembro de 2019 18:54
**Para:** Andrew Levy; 'Ribas, Carlos (Carlos.Ribas@wendys.com)'; Marcel Gholmieh - Infinity; Kevin Holbrook; 'Alves, Carlos'
**Assunto:** Shutdown Wendys Brazil

Dear all,

As requested by Wendys USA we are moving on with the shut down of the restaurants operated by Wendys Brazil tomorrow (December 30th).

Levy_0006614

Tomorrow morning, we are going to communicate all employees and suppliers. After that, we have 10 days by law to do the payments of the employees' termination. It means that we have to receive the transfer from USA by January 7th. The delay of this payment can result in penalties and possible labor suits.

In January, we are going to return the stores to the landlords, sell the equipment, furniture and other fixed assets.

We are doing our best to minimize the cost of the closing and we are going to keep you updated on next steps.

Best regards,

Patrícia

Wendy's Information Security Notice: This is an external email. Stop and think before you click links or open attachments.

**CAUTION: This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and known the content is safe.**

Levy_0006615