**From:** Pringle, Abigail[Abigail.Pringle@wendys.com]
**Sent:** Wed 6/12/2019 9:41:24 PM Central Daylight Time
**To:** Kane, Kurt[Kurt.Kane@wendys.com]; Kaffenbarger, Kris[Kris.Kaffenbarger@wendys.com]
**Cc:** Hopkins, Richard[Richard.Hopkins@wendys.com]
**Subject:** RE: Andrew Levy

---

Kris
We need to keep this a single flow of conversation and tight. Let's have one topic flow into the next. I know Andrew quite well and he will become agitated easily and not productive especially knowing that the US escalation topic was not on the original invitation or agenda and I don't believe we have made him fully aware of the conversation we are going to have on this front.

---

**From:** Kane, Kurt
**Sent:** Wednesday, June 12, 2019 10:29 PM
**To:** Kaffenbarger, Kris <Kris.Kaffenbarger@wendys.com>
**Cc:** Hopkins, Richard <Richard.Hopkins@wendys.com>; Pringle, Abigail <Abigail.Pringle@wendys.com>
**Subject:** Re: Andrew Levy

I'm fine leaving WNAP. So that isn't an issue. I think a single flowing discussion might be a better approach, particularly given my lack of personal history with Andrew. Keeping Todd engaged in the discussion would carry strong benefits.
On Jun 12, 2019, at 9:44 PM, Kaffenbarger, Kris <Kris.Kaffenbarger@wendys.com> wrote:

> Hi Kurt,
>
> Richard and I have Darryl Jacobs reserved to join our discussion and review photos.
>
> I understand this meeting may conflict with your WNAP call and offer a suggestion. We could start the US Ops part of our meeting at 4:15 (30 minutes later) and go as long as needed. I like this option as it allows: 1) you additional time for planned WNAP call, 2) more time to make sure we reach alignment on Brazil note terms, and 3) additional time to make sure we address the numerous US issues with the Levy franchise. If you're supportive I'll rearrange my schedule and make sure we have a conference room. Please let me know.
>
> Thanks,
> Kris

---

**From:** Kane, Kurt
**Sent:** Wednesday, June 12, 2019 9:51:59 AM
**To:** Hopkins, Richard; Kaffenbarger, Kris; Pringle, Abigail
**Subject:** RE: Andrew Levy

As I think about this, it would be very impactful to include several of the pictures we were reviewing yesterday of unacceptable restaurants – along with that summary table that was used showing how many of their restaurants are C's, D's, and F's. I'm guessing that you have these in hand already. But, if you need help getting them then I'd assume the QA team has those.

Thanks for your quick engagement with this Richard. I very much appreciate you freeing the time to participate!

<image001.png>

---

**From:** Hopkins, Richard
**Sent:** Wednesday, June 12, 2019 9:40 AM
**To:** Kane, Kurt <Kurt.Kane@wendys.com>; Kaffenbarger, Kris <Kris.Kaffenbarger@wendys.com>; Pringle, Abigail <Abigail.Pringle@wendys.com>
**Subject:** Re: Andrew Levy

Kurt thanks for looping me in. I'll work on the correspondence and send it later today.

Richard

Get Outlook for iOS

---

**From:** Kane, Kurt
**Sent:** Wednesday, June 12, 2019 8:27:34 AM
**To:** Kaffenbarger, Kris; Pringle, Abigail
**Cc:** Hopkins, Richard
**Subject:** RE: Andrew Levy

Perfect. Why don't we plan to have Richard and me both join for that portion of the discussion.

Richard: Heads up. This will be showing up on your calendar. It will be helpful if you can put together just a one-pager of key issues/concerns that we can use as the foundation of the discussion. Can you send this out to this group later today?

CONFIDENTIAL

Thx,

<image001.png>

---

**From:** Kaffenbarger, Kris
**Sent:** Wednesday, June 12, 2019 9:07 AM
**To:** Kane, Kurt <Kurt.Kane@wendys.com>; Pringle, Abigail <Abigail.Pringle@wendys.com>
**Subject:** Re: Andrew Levy

I believe having Richard present at the meeting (or at a minimum on the phone) will be very helpful for this part of the meeting.

Thanks,
Kris

---

**From:** Kane, Kurt
**Sent:** Wednesday, June 12, 2019 9:05:20 AM
**To:** Pringle, Abigail; Kaffenbarger, Kris
**Subject:** RE: Andrew Levy

Per the discussion yesterday, should we include Richard Hopkins as we review/discuss their U.S. performance operationally? He is well versed in these facts – and can level set very quickly.

<image001.png>

---

**From:** Pringle, Abigail
**Sent:** Wednesday, June 12, 2019 7:38 AM
**To:** Kaffenbarger, Kris <Kris.Kaffenbarger@wendys.com>; Kane, Kurt <Kurt.Kane@wendys.com>
**Subject:** Re: Andrew Levy

Thanks Kris. Sounds like a plan. I have my talking points so all set. To be clear, they will be direct and not very forgiving.

Get Outlook for iOS

---

**From:** Kaffenbarger, Kris
**Sent:** Wednesday, June 12, 2019 7:18:28 AM
**To:** Kane, Kurt; Pringle, Abigail
**Subject:** Andrew Levy

Good morning Kurt,

As follow-up to our conversation yesterday, I will forward the calendar invitation for the meeting with Andrew this Thursday at 3:00 pm.

The plan for the meeting is to have opening comments for the first 5 minutes and then listen to Andrew's historical reflection on the Brazil venture and the related promissory note that he needs to sign for his repayment of his portion of those losses.  We expect to conclude this discussion in 40 minutes.

The remaining 45 minutes can then be used to discuss his post restructured business, the failing scores and restaurants we discussed yesterday, and does it make sense to continue as a Wendy's franchisee?

You're most welcome to attend the entire meeting or you can join us at 3:45 for the US discussion.  Please let me know if you would like to get together to prepare messaging prior to the meeting.

Thanks,
Kris

**Kris Kaffenbarger, CPA, CMA**
**Vice President, Global System Optimization, Franchise and Portfolio Management**
The Wendy's Company ♦ 1 Dave Thomas Boulevard ♦ Dublin, Ohio 43017
O: 614.764.8443 · M: 614.946.6160
E: Kris.Kaffenbarger@wendys.com

CONFIDENTIAL