**From:** Wright, Bob[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E7AEBC5D2F34D26910313F995123273-BWRIG02]
**Sent:** Tue 1/9/2018 9:08:26 PM Central Standard Time
**To:** Marcos Silva[msilva@starboardwendys.com]; Dixon, Adiya[Adiya.Dixon@wendys.com]; Lucas Hernandez do Vale Martins[lucas@valemartins.com]; Ribas, Carlos [Carlos.Ribas@wendys.com]; Andrew Levy[alevy@starboardgroup.net]
**Cc:** Guzdanski, Wade[Wade.Guzdanski@wendys.com]
**Subject:** Re: WBR Partner Meeting

Marcos,

I'm in receipt of your emails. The Wendy's team will discuss tomorrow to align our next steps as well.

Bob Wright
The Wendy's Company
Bob.Wright@Wendys.com
Get Outlook for iOS

---

**From:** Marcos Silva
**Sent:** Tuesday, January 9, 2018 3:40:19 PM
**To:** Wright, Bob; Dixon, Adiya; Lucas Hernandez do Vale Martins; Ribas, Carlos; Andrew Levy
**Subject:** FW: WBR Partner Meeting

Team,

I spoke with Lucas and Marcel today and here is an update.

Marcel confirmed all Infinity partners are working on getting their R$1.2MM deposit in by Thursday as promised during the call. They also decided that regardless of what happens with Cassis, they will also be making an additional R$1.5MM payment by 1/31. The idea behind this is to ensure we have enough time to find the appropriate long term investor. I asked that he prepare an email to the group stating the same information, he said he will do that as soon as the R$1.2MM payment has been made on Thursday.

He confirmed all Infinity partners are working on getting their R$1.2MM deposit in by Thursday as promised during the callThey also decided that regardless of what happens with Cassis, they will also be making an additional R$1.5MM payment by 1/31.The idea behind this is to ensure we have enough time to find the appropriate long term investor.

I asked that he prepare an email to the group stating the same information, he said he will do that as soon as the R$1.2MM payment has been made

In the meantime, I also had a conversation with Lucasif they do not make their payment by Thursday Starboard is ready to step in with the Equity payment. At a high level the following would be necessary in order to document this:

1.  A memo from the non-defaulting members countersigned by defaulting members (according to Lucas the counter signatures are not necessary but may be helpful) stating that per Section 7.3c(i) of the Limitada Agreement Starboard would be subscribing to Infinity's shareThis would transfer their shares to Starboard and provide WBR with the missing equity upon payment of the R$2.7MM (~$845K) by Starboard
2.  Credit Guarantee Restatement/Reaffimation - the current guarantees limit each entity liability to their respective share subscription level (ie. Infinity 40%, Starboard 40%, Wendy's 20%). This means that if Starboard buys Infinity's shares without an amendment to the Guarantee Infinity's credit liability is reduced. Therefore, a restated Guarantee must be signed by Starboard and Infinity that modifies that language, keeping Starboard responsible for its original 40% obligations, and Infinity's to the original 40% as well.
3.  CEO Resignation - I am just listing it here so we don't forget it

Because of the urgency associated with the funding I asked Lucas to start working on these agreements with Adiya ASAP. This will ensure all the necessary docs are ready in case Starboard needs to step in.

Bob please confirm my understanding, I want to confirm how the additional funding pledge from Wendy's for $1.5MM is going to be documented.It is my understanding it would be a direct loan to WBR immediately after the R$2.7MM equity shortfall was addressed (by either Infinity or Starboard)This is not contingent on additional equity contributions from WBR. Adiya may need to start drafting that document as well so we can start to understand the terms.

Lucas, please let us know if I missed anything and please start working with Adiya on next steps.

Thank you,

Marcos

---

**From:** Marcos Silva
**Sent:** Monday, January 8, 2018 4:15 PM
**To:** 'Marcel Gholmieh - Infinity' <marcel@infinityservices.com.br>; Diego Sala <diego@alsafort.com.br>; bruno@infinityservices.com.br; Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; 'Ribas, Carlos (Carlos.Ribas@wendys.com)' <Carlos.Ribas@wendys.com>; Bob.Wright@wendys.com
**Subject:** RE: WBR Partner Meeting

CONFIDENTIAL

All,

Thank you for participating in the call today.I am following up with a brief summary of what was discussed and next steps:

    1. It was our understanding that Cassis due diligence was going to end on 1/19, and we anticipated they would be fund by 1/31.Infinity partners will discuss alternatives to ensure the total due equity (R$1.2MM+R$1.5MM=~R$2.7MM) is funded by 1/31

    2. Infinity partners have committed to fund R$1.2MM by Wednesday (1/10) and no later than Thursday (1/11) so that funds are available to WBR no later than Friday (1/12)

    3. Cassis is scheduled to start working on legal documentation by 1/15, we also requested that Marcel engages them in the necessary Wendy's Franchisee approval process ASAP.  Infinity/Cassis agreement to be shared with Starboard and Wendy's even in draft form ASAP

    4. Plan B – In the event either the R$1.2MM (1/11) or R$1.5MM (1/31) payment deadlines are not met the following steps will be taken to prepare for a open market sale that may not include Cassis:

        a. Starboard and Wendy's partners (non-defaulting WBR partners) will seek to bring WBR to market for a full or partial sale

        b. CEO role will be made vacant – it will be up to acquiring entity to decide Marcel's future role

        c. Prepare the following documents to be held in escrow in the event of non-compliance to the above terms effect January 31st:

            i. CEO Resignation Letter

ii. Wendy's Lender transfer of Infinity Quota Pledge Agreement so  that Starboard may acquire equivalent shares under default

iii. Amendment to Operating Agreements allowing for sale decisions to be controlled by non-default partners as a voting majority

iv. Personal Guarantee Reaffirmation on outstanding debt by each Infinity Partner – as Infinity partners still remain responsible for their original debt obligations (40% of all outstanding debt)

    5. Carlos Ribas is going to schedule a call between Lucas, Marcos, and Adiya to start the preparation of documents necessary for item 4 above ASAP

---

**From:** Marcos Silva
**Sent:** Friday, January 5, 2018 12:19 PM
**To:** 'Marcel Gholmieh - Infinity' <marcel@infinityservices.com.br>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** RE: WBR Partner Meeting

Just wanted to follow-up with some items for the agenda for our meeting on Monday, please review and make any adjustments as necessary, let me know if you have any questions.

    1. R$1.2MM in funding is happening the week of January 8th

    2. Cassis Due diligence ends on January 19th

    3. Cassis/Infinity will have until January 31st to fund the remaining ~R$1.5MM in past due equity, final amount to be determined

    4. In case either the R$1.2MM or $1.5MM payment deadlines are missed the following will be in effect:

        a. Starboard and Wendy's partners (non-defaulting WBR partners) will seek to bring WBR to market for a full or partial sale

        b. CEO role will be made vacant – it will be up to acquiring entity to decide Marcel's future role

        c. Prepare the following documents to be held in escrow in the event of non-compliance to the above terms effect January 31st:

            i. CEO Resignation Letter

ii. Starboard acquisition of Infinity Quota Pledge Agreement and equivalent shares under default

iii. Amendment to Operating Agreements allowing for sale decisions to be controlled by non-default partners as a voting majority

iv. Personal Guarantee Reaffirmation on outstanding debt by each Infinity Partner

---

**From:** Marcel Gholmieh - Infinity [mailto:marcel@infinityservices.com.br]
**Sent:** Saturday, December 30, 2017 4:45 AM
**To:** Marcos Silva <MSilva@starboardwendys.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** RE: WBR Partner Meeting

Team

We have some great news

After some meetings with Carlos Junqueira from Cassis we decided to move forward on our deal

Cassis will buy out Diego and Sorocaba (50% of Infinity Shares)

Cassis will make all past and future funding on behalf of infinity

CONFIDENTIAL

We will start to work on the legal documents from January 15th January 19th and the idea is to announce the deal on January 19th

On the week of January 8th the current Infinity partners will fund R$ 1,2 mm that will support the business until Mid March, time enough to start to receive the funds from Cassis

*Call:*

January 8th 18:00 Sao Paulo time

Please send an invite

Happy new year

**Marcel Gholmieh**
Ceo Infinity
marcel@infinityservices.com.br
+ 55 11 99999-6141

www.infinityservices.com.br

Rua Iaiá 150, cj 131 – Itaim Bibi
São Paulo|SP - CEP: 04542-060



---

**From:** Marcos Silva [mailto:MSilva@starboardwendys.com]
**Sent:** quinta-feira, 28 de dezembro de 2017 14:01
**To:** Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** Re: WBR Partner Meeting

Gives us dates as early as possible that would work for everyone. Also this is an emergency. And I don't understand why people can't make time for an emergency conference call even while on vacation.
On Dec 26, 2017, at 9:20 AM, Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>

    Marcos

    Sorocaba , Bruno and Diego will be out until January 14th

    I can do any day, any time

    I agree with the proposed agenda

    A Fantastic 2018 for all of you and your families

    Thanks

    <image005.png>

---

**From:** Marcos Silva [mailto:MSilva@starboardwendys.com]
**Sent:** sexta-feira, 22 de dezembro de 2017 14:00
**To:** Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** WBR Partner Meeting

Marcel and Carlos,

In light of the latest developments in terms of default from Infinity I want to call a partner meeting using Webex for a conference call as early as possible during the first week of January.  I am asking for a meeting attended by Bob Wright and all Infinity Partners (Marcel, Diego, Sorocaba, Bruno, etc.)

Proposed Agenda is a follows:

    1. Details around equity funding default from Infinity

CONFIDENTIAL

     a. What efforts have been taken by Infinity to fund the R$2.7MM equity payment
     b. Update on Cassis
     c. Update on "Other" investment partner
     d. What can be done from an Infinity Partner perspective to fund the equity payment?

2. Potential Consequences of Infinity non-funding

     a. WBR runs out of funding by approximately January 31 2018
     b. WBR defaults on about ~$11MM in debt (with personal guarantees) plus other obligations
     c. Infinity Quote Pledge is exercised, by my calculations Infinity's ownership is reduced to 12% in total

3. Potential Alternatives and Next Steps

Marcel, and Carlos if you can coordinates the available time that would work for you and the partners, Andrew and I are mostly available.

<image006.png>
**Marcos Silva, President**
12540 W Atlantic Blvd, Coral Springs, FL 33071
O: (954) 255-2266x201
msilva@starboardgroup.net

"Be Accountable and Act with Integrity"

Wendy_0003409