**From:** Pringle, Abigail[Abigail.Pringle@wendys.com]
**Sent:** Tue 12/31/2019 3:41:16 PM Central Standard Time
**To:** Koumas, Peter[Peter.Koumas@wendys.com]; Plosch, Gunther[Gunther.Plosch@wendys.com]; Penegor, Todd[Todd.Penegor@wendys.com]
**Cc:** Kaffenbarger, Kris[Kris.Kaffenbarger@wendys.com]; Ribas, Carlos[Carlos.Ribas@wendys.com]
**Subject:** Re: Brazil update

Peter

Thanks for sending the recap and reconciliation. As you and I discussed yesterday:

-I would not take further reserves against notes. We need to put our our full effort into enforcing these obligations.

-I am open to adjusting payment plan for Andrew but it must be final offer. We also need to push for further divestiture ASAP as they are very very far behind on IA obligations and the system is watching.

-supportive of funding final line of credit to liquidate.

Thankyou for staying on top of the details.
Abigail

Get Outlook for iOS

---

**From:** Koumas, Peter <Peter.Koumas@wendys.com>
**Sent:** Tuesday, December 31, 2019 10:42 AM
**To:** Plosch, Gunther; Penegor, Todd; Pringle, Abigail
**Cc:** Kaffenbarger, Kris; Ribas, Carlos
**Subject:** RE: Brazil update

Hi GP – Thanks for the response. You are correct, if we get the cash from MCD, we can reduce the 4/6 drawdown that we estimated at $900k as we expect to receive the cash from MCD in early/mid March. Regarding your question about our confidence around the Alphaville sale to MCD, I would outline the items below as our rationale.

1. We've already completed 1 deal with MCD (Funchal) and received all money owed to us. This also allows us to use the same form of legal agreement, hopefully moving execution along more quickly than the last deal.
2. The Alphaville landlord has already agreed to a new 10 year lease with MCD (meeting happened week before Christmas), which was probably the biggest hurdle to closing a deal
3. Lucas, the WBR local attorney, is in process of drafting the documents and we can hopefully close this down shortly once everyone is back from break

Thanks

**From:** Plosch, Gunther <Gunther.Plosch@wendys.com>
**Sent:** Tuesday, December 31, 2019 8:47 AM
**To:** Koumas, Peter <Peter.Koumas@wendys.com>; Penegor, Todd <Todd.Penegor@wendys.com>; Pringle, Abigail <Abigail.Pringle@wendys.com>
**Cc:** Kaffenbarger, Kris <Kris.Kaffenbarger@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Subject:** Re: Brazil update

Peter,

Thanks for the summary. Ok with the plot.

- ok to fund 2.5$M ... now if we do get the cash from MCD, we do not need all of that, right?
- ok to restructure Andrews note as the final and best offer
- would not take additional reserves against the notes

Final question. We are basically recording a receivable against MCD for the sale ... how comfortable are we with this?

Gp

---

**From:** Koumas, Peter <Peter.Koumas@wendys.com>
**Sent:** Monday, December 30, 2019 6:20:05 PM
**To:** Penegor, Todd <Todd.Penegor@wendys.com>; Pringle, Abigail <Abigail.Pringle@wendys.com>; Plosch, Gunther <Gunther.Plosch@wendys.com>
**Cc:** Kaffenbarger, Kris <Kris.Kaffenbarger@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Subject:** RE: Brazil update

Hi All – After some further back and forth with Accounting this afternoon, we feel good about the numbers discussed over the weekend and the total reserve we plan to book in P12 will be ~$1.1M USD. When you couple that with the $1.12M of expense/reserve booked in P11, our Q4 comes to ~$2.22M, which when you offset the $500k we already had in the 9+3 forecast, gets us to ~$1.72M incremental expense/reserve to plan (which was in line with what we had built into the R&O). The numbers have moved a little on us since the Mid-November meeting and the reconciliation is shown below in hopes of providing a little more clarity to the situation. We feel good about these numbers as we sit here today, but obviously as we know with this market, there can be surprises

 Wendy_0005843

around the corner, but you have our commitment to manage these expenses very closely and with an owner's mindset.

Going forward, to ensure clear accountability and communication, Kris and I will lead the conversations with both Andrew and Infinity regarding their promissory note negotiations. We have work to do with Andrew, as Carlos laid out in his update, and are now in a position (after getting our final tax advice) to move forward with Infinity. We will keep you all updated as we progress down both these paths.

Lastly, we will need your clear alignment on 3 key items. Can you please let us know your thoughts on the below?

1. **Approval to move forward with a new $2.5M USD line of credit** from WNBV to WBR to cover the JV liquidation costs.

   a. As shown below, these costs are basically in line with what we have discussed previously. Total costs, excluding the local loans, is estimated at $2.22M, but we have rounded up to $2.5M for the line of credit in case the FX rate moves on us
   b. The amounts will be drawn in tranches, as Carlos laid out in his prior email, and Carlos/Edu will have approval rights over how the funds are used once they are received by the JV

2. **Approval on a new structure for Andrew's promissory note.** Andrew is asking to start payments in July, instead of January, and would like his first 8 quarterly payments to be $50k, instead of $125k. The maturity date would remain December 2025, but with these changes the Balloon payment at the end will larger than previously anticipated. If we offered this new path to Andrew, we would say this is the best and final offer and do not expect any further concessions from us on this topic.
3. **Alignment on whether or not we should place reserves against the new promissory notes** with Andrew and Infinity…the numbers we have been discussing do not account for placing any reserve against the new notes, but wanted to make sure we all were aligned with that position. Any reserve we place against those notes will be additive to the costs outlined below.

Thank you

\#\#

$1.75M Original Incremental Reserve
+$300k of additional liquidation expenses
-$500k of proceeds from the sale of Alphaville to McDonald's
+$250k of additional contributions to the JV to fund cash flow through December (was funded through the $2M line of credit originated in April)
-$80k reduction of Infinity's promissory note discount (only giving them credit for sales of Funchal and Alphaville, previously assumed sale to Emilio)
**$1.72M Revised Incremental Reserve**

---

**From:** Penegor, Todd <Todd.Penegor@wendys.com>
**Sent:** Saturday, December 28, 2019 7:48 PM
**To:** Pringle, Abigail <Abigail.Pringle@wendys.com>; Plosch, Gunther <Gunther.Plosch@wendys.com>
**Cc:** Koumas, Peter <Peter.Koumas@wendys.com>
**Subject:** RE: Brazil update

Thanks Abigail.  Unfortunate on Andrew, but I agree with the position taken.

We need to take a hard look at his portfolio and refinancing plans as you are doing.My opinion is he should be working to exit the System and focus on his health.

On Brazil, sounded like there could be a little more exposure to manage, but maybe I read too much into Carlos' response.  Wouldn't be good to have surprises at the 11th hour as the team has been working this for a while.

Enjoy the rest of the break!

---

**From:** Pringle, Abigail <Abigail.Pringle@wendys.com>
**Sent:** Saturday, December 28, 2019 12:44 PM
**To:** Plosch, Gunther <Gunther.Plosch@wendys.com>; Penegor, Todd <Todd.Penegor@wendys.com>
**Cc:** Koumas, Peter <Peter.Koumas@wendys.com>
**Subject:** Re: Brazil update

Was on an airplane, sorry for my delay in response.

Todd
I'll send a note to the Board on Monday post the final reconciliation from Peter with regard to our plan for the market.

With regard to your question on Andrew, you should be aware that he is asking for further discounts on his note. I've said, No. There is no new news or data to say we should reconsider his portion. What I did tell Kris is that we could be a little flexible on the early months of 2020 on payments. Confidentially, he is undergoing major chemotherapy and cancer treatment now and he needs to refinance his business in first half of year. I did share with kris that we need to get him to divest more stores than he's expecting. Kris and Peter spoke with him yesterday to convey. I hope he will proceed and sign note.

Thanks.
Abigail

CONFIDENTIAL

Get Outlook for iOS

---

**From:** Plosch, Gunther <Gunther.Plosch@wendys.com>
**Sent:** Saturday, December 28, 2019 11:48 AM
**To:** Penegor, Todd; Pringle, Abigail
**Cc:** Koumas, Peter
**Subject:** Fwd: Brazil update

Todd,

To your question in Brazil exposure ... I think we r good ... we will fully reconcile on Monday.

Gp

---

**From:** Koumas, Peter <Peter.Koumas@wendys.com>
**Sent:** Saturday, December 28, 2019 11:23 AM
**To:** Plosch, Gunther
**Cc:** Lemenchick, Greg; Hertenstein, Neil; Alves, Carlos
**Subject:** RE: Brazil update

If we assume we get the money from an Alphaville sale and do not include the CTA reversal, I think we will need ~$1.1M in P12. Below is my reconciliation. If we do include the proceeds from the JK sale, that would net another $500k against the liquidation expenses and bring us down to the $600k range.

I'd like to go back and really pour over these numbers a little more on Monday to ensure I've accounted for everything correctly.

**Wendys Uses of the accrued liab to cover liquidation costs**

| | | |
|---|---|---|
| 240055 - Investment Liability | 2.74 | |
| Cumulative Translation Adjustment | | |
| Liquidation Expense | (1.72) | Net of $500k proceeds of Alphaville |
| Itau Loan Payoff | (0.64) | Wire processed 12/6 |
| Net Liquidation | 0.38 | (gain) |

**Bad Debt Calculation**

| Owner | Have | Need | | |
|---|---|---|---|---|
| Wendy's Portion | 1.00 | 2.60 | (1.60) | |
| Infinity Portion | 1.00 | 0.06 | 0.94 | Includes Alphaville sale as part of discount |
| Starboard (Levy) Portion | 0.60 | 1.20 | (0.60) | |
| | 2.60 | 3.86 | (1.26) | |
| Wendy's portion of interest | | | (0.22) | |
| Wendy's excess liab over liquidation costs | | | 0.38 | |
| **Total true up to bad debt needed after P11 entries** | | | (1.11) | |

---

**From:** Plosch, Gunther <Gunther.Plosch@wendys.com>
**Sent:** Saturday, December 28, 2019 10:28 AM
**To:** Koumas, Peter <Peter.Koumas@wendys.com>
**Cc:** Lemenchick, Greg <Greg.Lemenchick@wendys.com>; Hertenstein, Neil <Neil.Hertenstein@wendys.com>; Alves, Carlos <Carlos.Alves@wendys.com>
**Subject:** Re: Brazil update

We have assumed a P&L hit in our R&O for P12 of about $1M ... how does this work?

Gp

---

**From:** Koumas, Peter <Peter.Koumas@wendys.com>
**Sent:** Saturday, December 28, 2019 10:23:30 AM
**To:** Plosch, Gunther <Gunther.Plosch@wendys.com>
**Cc:** Lemenchick, Greg <Greg.Lemenchick@wendys.com>; Hertenstein, Neil <Neil.Hertenstein@wendys.com>; Alves, Carlos <Carlos.Alves@wendys.com>
**Subject:** RE: Brazil update

Hey GP – If you remove the $1.4M we used to pay off the 2 local loans, the remaining liquidation costs come to ~$2.2 to 2.3M which compare to the $1.96M we presented to SLT back in Mid-November. The biggest driver of that additional $300k came from not accounting for inventory already produced by suppliers

CONFIDENTIAL

Wendy_0005845

and working through how to handle that (we are debating which items we will ask the suppliers to destroy vs sell to others).

We will need to have a bit of a debate around the final charge because we will need to decide how to account for the potential lease sales of Alphaville and JK, which would net us ~$1M USD if both do in fact close. Alphaville feels much more certain than JK at this point given we already have the LL in agreement (not fully executed but in principle).

So if we just account for a sale of Alphaville, that more than offsets the $300k of additional liquidation expenses, so we could end up ~$200k lower than what we had previously expected, if we went down this path.

Thanks

---

**From:** Plosch, Gunther <Gunther.Plosch@wendys.com>
**Sent:** Saturday, December 28, 2019 9:55 AM
**To:** Koumas, Peter <Peter.Koumas@wendys.com>
**Cc:** Lemenchick, Greg <Greg.Lemenchick@wendys.com>; Hertenstein, Neil <Neil.Hertenstein@wendys.com>
**Subject:** Fwd: Brazil update

Peter,

These numbers look bigger than the numbers we have on the R&O list. Feels like more than $300K adversity Carlos is citing.

Can you help us reconcile what hit we are going to take in P 12?

Thanks.

Gp

---

**From:** Ribas, Carlos <Carlos.Ribas@wendys.com>
**Sent:** Saturday, December 28, 2019 7:35 AM
**To:** Penegor, Todd; Pringle, Abigail; Plosch, Gunther; Wunsch, EJ
**Cc:** Green, Kerry; Koumas, Peter; Kaffenbarger, Kris; Alves, Carlos; Vidra, Kirk
**Subject:** Brazil update

I hope you're all enjoying the Holidays with your families and friends.  We wanted to provide a quick update on where we are in the closing process. We have also attached the talking points from communications team that we're using.

1) Closing restaurants at the end of day Sunday, 12/29 with employee notifications on 12/30.This provides us 10 days to make our final payroll and severance payments to employees. WBR partners reviewing resolution for closure/liquidation - Infinity approved, Andrew sending approval to Lucas.

2) Estimated total liquidation costs of $3.6M USD, including the 2 local bank loan payoffs, (currently ~$300k unfavorable to November estimate due to supplier inventory on hand, past due taxes, final bank loan payments and lease penalties).There is potential upside of $450k+ with the already approved sale of Alphaville lease to MCD, and additional lease negotiations and other asset sales.

3) New loan to fund closing costs - working to put in place a new $2.5M line of credit between Wendy's Netherlands and WBR to fund closing costs and to be drawn in tranches, similar to the $2M line of credit executed earlier in 2019. Protections will be put in place for oversight of fund distribution in loan document and accompanying resolution (dissolution process may permit appointment of principal to oversee wind-down fund's distribution as well and will be addressed in resolution to approve loan/loan documentation).
- JAN 6 = $1M drawdown to pay employees, early lease termination penalties, de-imaging costs, and past due AP
- JAN 27 = $250K drawdown to pay past due taxes and legal fees
- MAR 2 = $100K drawdown to pay AP and taxes with payment plans
- APR 6 = ~$900k drawdown to pay all remaining taxes and legal fees

4) Landlord notifications (only pending JK discussion):
- Alphaville landlord agreed to new 10-year lease terms with MCD and will allow WBR to close 12/30 (is this 12/29 or 12/30, conflicts with #1 above) with 3 months penalty. MCD to pay WBR ~R2M net ($500K USD) within 15 days after signing (late Feb/Mar). Lucas (WBR counsel drafting agreements as per Funchal sale). High likelihood.
- JK – MCD secured terms to purchase parking lot and offering WBR same R2M net. Marcel/Lucas coordinating with landlord to reduce 6 months fee to 3 month with new MCD lease. Low/Med likelihood.
- Aricanduva - Marcel working on lease sale to Madero or Mania de Churrasco to offset penalties and recover some key money. Low/Med likelihood
- West Plaza - landlord agreed to closing with 3 month penalties. No lease sale candidate.

5) Communication ready for local teams, vendors and other key stakeholders (attached)

6) Promissory Notes, Kris/Peter are working with Andrew to restructure repayment terms as Andrew will not have financial capacity to make the $125k USD quarterly payments starting in January that were previously discussed. Andrew is asking for payments to start in July, after his US

Wendy_0005846

refinancing is complete, and to be more in line with $50k USD per quarter for the first 8 quarters. Infinity's note has been translated and will be sent to Infinity for review in the coming days.

We will continue to update you throughout the process as we make progress on reducing our overall liquidation costs.

Please let us know if you have any questions.

Carlos Ribas
VP, Managing Director LAC Region
The Wendy's Company
8400 NW 36th ST
Suite 450
Doral, FL 33126
C: 305-496-9104
Carlos.ribas@wendys.com

CONFIDENTIAL

Wendy_0005847