Message

_____

**From:**       Wright, Bob [Bob.Wright@wendys.com]
**Sent:**       1/15/2018 11:37:25 PM
**To:**         Marcos Silva [MSilva@starboardwendys.com]; Ribas, Carlos [Carlos.Ribas@wendys.com]
**CC:**         Andrew Levy [alevy@starboardgroup.net]
**Subject:**    RE: WBR Partner Meeting


On it.  Thank you guys.  Carlos, have you already followed up with Adiya?  I can press EJ for help too.

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017
O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

_____

**From:** Marcos Silva
**Sent:** Monday, January 15, 2018 3:57 PM
**To:** Wright, Bob <Bob.Wright@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>
**Subject:** Fwd: WBR Partner Meeting


Bob we need your help making sure Wendy's legal team is expediting this.

Thank you

Marcos

Begin forwarded message:

**From:** Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Date:** January 15, 2018 at 2:03:44 PM EST
**To:** "Dixon, Adiya" <Adiya.Dixon@wendys.com>
**Cc:** Marcelo Droghetti <marcelo.droghetti@loboderizzo.com.br>, Marcos Silva <msilva@starboardwendys.com>, Andrew Levy <alevy@starboardgroup.net>, "Ribas, Carlos" <Carlos.Ribas@wendys.com>, "Guzdanski, Wade" <Wade.Guzdanski@wendys.com>, "Wright, Bob" <Bob.Wright@wendys.com>, "In Hee Cho" <inhee@loboderizzo.com.br>, "Wunsch, EJ" <EJ.Wunsch@wendys.com>
**Subject: Re: WBR Partner Meeting**


Hi All,

Adyia, the 8th amendment is going to be signed by the parties as per the circulated version.

Can you update us on the restatement of Credit and Guarantee Agreements? To keep Infinity with 40% guarantee over the Credit Agreement even with the dilution of Shares?

As I am personally going to meet with them in a few hours in order to explain Infinity's Members all their doubts, and try to speed up all these signatures, it would be helpful to have the actual languages on these agreements, once I need them approving it.

Best Regards.

Levy_0006380

Lucas Hernandez do Vale Martins

**Vale Martins** - **Advocacia**

Rua Joaquim Floriano, 888 - Cj. 101

Itaim Bibi - São Paulo/SP - Brasil - CEP 04534-003

(55 11) 3071-2173

www.valemartins.com

Antes de imprimir, pense em sua responsabilidade e compromisso com o meio ambiente.

Esta mensagem e seus anexos são confidenciais. Caso você não seja o destinatário desta mensagem, por favor entre em contato imediatamente com o remetente e apague esta mensagem e seus anexos, sem copiar ou revelar o conteúdo da mensagem ou de seus anexos a quaisquer terceiros.

This message and its attachments are confidential. If you are not the intended recipient of this message, please immediately contact the sender and delete this message and any attachments, without copying or disclosing the contents of this message or its attachments to any other person.

2018-01-15 17:02 GMT-02:00 Lucas Hernandez do Vale Martins <lucas@valemartins.com>:

Hi All,

Adyia, the 8th amendment is going to be signed by the parties as per the circulated version.

Can you update us on the restatement of Credit and Guarantee Agreements? To keep Infinity with 40% guarantee over the Credit Agreement even with the dilution of Shares?

As I am personally going to meet with them in a few hours in order to explain Infinity try to speed up all these signatures, it would be helpful to have the actual languages on these agreements, once I need them approving it.

Best Regards.

Lucas Hernandez do Vale Martins

**Vale Martins** - **Advocacia**

Rua Joaquim Floriano, 888 - Cj. 101

Itaim Bibi - São Paulo/SP - Brasil - CEP 04534-003

(55 11) 3071-2173

www.valemartins.com

Antes de imprimir, pense em sua responsabilidade e compromisso com o meio ambiente.

Esta mensagem e seus anexos são confidenciais. Caso você não seja o destinatário desta mensagem, por favor entre em contato imediatamente com o remetente e apague esta mensagem e seus anexos, sem copiar ou revelar o conteúdo da mensagem ou de seus anexos a quaisquer terceiros.

This message and its attachments are confidential. If you are not the intended recipient of this message, please immediately contact the sender and delete this message and any attachments, without copying or disclosing the contents of this message or its attachments to any other person.

2018-01-15 12:26 GMT-02:00 Dixon, Adiya <Adiya.Dixon@wendys.com>:

Thanks again for this, Marcelo.  Lucas, please confirm Marcel has no comment.  If no comment from anyone, let's have this one executed ASAP.

**From:** Marcelo Droghetti <marcelo.droghetti@loboderizzo.com.br>
**Sent:** Thursday, January 11, 2018 2:57 PM

Levy_0006381

**To:** Marcos Silva; Lucas Hernandez do Vale Martins
**Cc:** Andrew Levy; Ribas, Carlos; Guzdanski, Wade; Wright, Bob; Dixon, Adiya; In Hee Cho
**Subject:** RES: WBR Partner Meeting

Dear Marcos and Lucas,

Please find attached the updated draft of the 8th Amendment to the Articles of Association of WBR, reflecting the qualification of the new officer.

Note that a comparison version may not be helpful as the attached draft does not consolidate WBR's Articles of Association.

Kind regards,

Marcelo



**Marcelo Frioli Droghetti**
T +55 11 3702.7024
C +55 11 97600.1907

marcelo.droghetti@loboderizzo.com.br

10 anos construindo parcerias : 10 years building partnerships

Avenida Brigadeiro Faria Lima, 3.900 - 12º andar - Itaim Bibi - São Paulo - T +55 11 3702.7000

As informações contidas neste e-mail e em seus anexos são privilegiadas e confidenciais, reservadas apenas aos seus destinatários. Caso não seja um destinatário pretendido pelo remetente, por favor informe-nos imediatamente respondendo a este e-mail e, em seguida, apague-o de seu computador // All information in this email and attachments is privileged and confidential, addressed to the recipients only. If you are not an intended addressee, please notify us immediately by replying to this email and delete this message from your computer.

---

**De:** Dixon, Adiya [mailto:Adiya.Dixon@wendys.com]
**Enviada em:** quarta-feira, 10 de janeiro de 2018 19:48
**Para:** Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Marcos Silva <msilva@starboardwendys.com>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>; Andrew Levy <alevy@starboardgroup.net>; Guzdanski, Wade <Wade.Guzdanski@wendys.com>; Wright, Bob <Bob.Wright@wendys.com>; In Hee Cho <inhee@loboderizzo.com.br>; Marcelo Droghetti <marcelo.droghetti@loboderizzo.com.br>
**Assunto:** RE: WBR Partner Meeting

Thanks - I can speak at 10 am.  Please feel free to ring my office at 614-791-4333.

**From:** Lucas Hernandez do Vale Martins [mailto:lucas@valemartins.com]
**Sent:** Wednesday, January 10, 2018 3:48 PM
**To:** Marcos Silva <msilva@starboardwendys.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>; Andrew Levy

Levy_0006382

<alevy@starboardgroup.net>; Guzdanski, Wade <Wade.Guzdanski@wendys.com>; Wright, Bob <Bob.Wright@wendys.com>; In Hee Cho <inhee@loboderizzo.com.br>; Marcelo Droghetti <marcelo.droghetti@loboderizzo.com.br>

**Subject:** Re: WBR Partner Meeting

Hi All,

Adiya I can call you anytime tomorrow. If you want an specific time just let me know and I will call as determined.

I just had a call with Marcelo from Lobo de Rizzo as well to align some practical items.

From our perspective the drafting of documents may be:

- Quotaholders Minutes of Meeting (Summary: stating Infinity's default, Wendy's authorization for Starboard to acquire all Infinity's outstanding quotas, and perform the payments) - Lucas to draft

- 8th Amendment to the Articles of Association (Summary: reflecting the items above - maybe on a 9th AoAA - and Humberto's appointment as officer) - Lucas to draft

- CEO resignation Letter - Lucas to draft

- Restatement of Credit and Guarantee - as these documents are primarily of Wendy's interest, then Adiya/Lobo de Rizzo may feel more comfortable for drafting them.

I am working on my suggested portion of documents but if Wendy's deems/prefers to provide the initial drafts just let me know.

Lucas Hernandez do Vale Martins

**Vale Martins** - **Advocacia**

Rua Joaquim Floriano, 888 - Cj. 101

Itaim Bibi - São Paulo/SP - Brasil - CEP 04534-003

(55 11) 3071-2173

www.valemartins.com

Antes de imprimir, pense em sua responsabilidade e compromisso com o meio ambiente.

Esta mensagem e seus anexos são confidenciais. Caso você não seja o destinatário desta mensagem, por favor entre em contato imediatamente com o remetente e apague esta mensagem e seus anexos, sem copiar ou revelar o conteúdo da mensagem ou de seus anexos a quaisquer terceiros.

This message and its attachments are confidential. If you are not the intended recipient of this message, please immediately contact the sender and delete this message and any attachments, without copying or disclosing the contents of this message or its attachments to any other person.

2018-01-10 18:28 GMT-02:00 Marcos Silva <MSilva@starboardwendys.com>:

Levy_0006383

Understood on Soares. Can u resend doc with tracked changes?  I was under the impression Lucas was already drafting, I will let him confirm. But you may want to handle the Guarantee reaffirmation and any docs around the $1.5M new loan from Wendy's.

Thank you.

Marcos

On Jan 10, 2018, at 2:57 PM, Dixon, Adiya <Adiya.Dixon@wendys.com> wrote:

Another critical item is the formal appointment of Mr. Soares to his role as a statutory officer.  Lobo has prepared the attached amendment – Lucas, can you provide Mr. Soares' qualification information so we can circulate for execution?

I am available to speak tomorrow, Lucas, please propose a time.  I'm also copying In Hee and Marcelo from Lobo who will help us coordinate on documentation.  Was your plan to draft or do you want Wendy's to handle?

---

**From:** Marcos Silva
**Sent:** Wednesday, January 10, 2018 2:40 PM
**To:** Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Cc:** Dixon, Adiya <Adiya.Dixon@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>; Andrew Levy <alevy@starboardgroup.net>; Guzdanski, Wade <Wade.Guzdanski@wendys.com>; Wright, Bob <Bob.Wright@wendys.com>
**Subject:** RE: WBR Partner Meeting

Lucas,

Keep us posted – when do you think we will be able to see the docs?

**From:** Lucas Hernandez do Vale Martins [mailto:lucas@valemartins.com]
**Sent:** Wednesday, January 10, 2018 12:33 PM
**To:** Wright, Bob <Bob.Wright@wendys.com>
**Cc:** Marcos Silva <MSilva@starboardwendys.com>; Dixon, Adiya <Adiya.Dixon@wendys.com>; Ribas, Carlos <Carlos.Ribas@wendys.com>; Andrew Levy <alevy@starboardgroup.net>; Guzdanski, Wade <Wade.Guzdanski@wendys.com>
**Subject:** Re: WBR Partner Meeting

Marcos, Bob, we are ready to prepare the documents.

Marcos' understandings and descriptions of legal items are precise.

Levy_0006384

Adiya, can we speak tomorrow?

We are working on it by now but a few details are to be aligned by us from legal perspective.

Lucas Hernandez do Vale Martins

**Vale Martins** - **Advocacia**

Rua Joaquim Floriano, 888 - Cj. 101

Itaim Bibi - São Paulo/SP - Brasil - CEP 04534-003

(55 11) 3071-2173

www.valemartins.com

Antes de imprimir, pense em sua responsabilidade e compromisso com o meio ambiente.

Esta mensagem e seus anexos são confidenciais. Caso você não seja o destinatário desta mensagem, por favor entre em contato imediatamente com o remetente e apague esta mensagem e seus anexos, sem copiar ou revelar o conteúdo da mensagem ou de seus anexos a quaisquer terceiros.

This message and its attachments are confidential. If you are not the intended recipient of this message, please immediately contact the sender and delete this message and any attachments, without copying or disclosing the contents of this message or its attachments to any other person.

2018-01-10 1:57 GMT-02:00 Wright, Bob <Bob.Wright@wendys.com>:

Thank you Marcos.  Take care.

Bob Wright

The Wendy's Company

Bob.Wright@Wendys.com

Get Outlook for iOS

**From:** Marcos Silva
**Sent:** Tuesday, January 9, 2018 10:54:45 PM
**To:** Wright, Bob
**Cc:** Dixon, Adiya; Lucas Hernandez do Vale Martins; Ribas, Carlos; Andrew Levy; Guzdanski, Wade

**Subject:** Re: WBR Partner Meeting

Thank you - I have a Dr appointment in the morning but will be available after 10 am should anyone have questions.

On Jan 9, 2018, at 10:08 PM, Wright, Bob <Bob.Wright@wendys.com> wrote:

Marcos,

I'm in receipt of your emails. The Wendy's team will discuss tomorrow to align our next steps as well.

Levy_0006385

Bob Wright

The Wendy's Company

Bob.Wright@Wendys.com

Get Outlook for iOS

---

**From:** Marcos Silva
**Sent:** Tuesday, January 9, 2018 3:40:19 PM
**To:** Wright, Bob; Dixon, Adiya; Lucas Hernandez do Vale Martins; Ribas, Carlos; Andrew Levy
**Subject:** FW: WBR Partner Meeting

Team,

I spoke with Lucas and Marcel today and here is an update.

Marcel confirmed all Infinity partners are working on getting their R$1.2MM deposit in by Thursday as promised during the call.  They also decided that regardless of what happens with Cassis, they will also be making an additional R$1.5MM payment by 1/31.  The idea behind this is to ensure we have enough time to find the appropriate long term investor.  I asked that he prepare an email to the group stating the same information, he said he will do that as soon as the R$1.2MM payment has been made on Thursday.

He confirmed all Infinity partners are working on getting their R$1.2MM deposit in by Thursday as promised during the call.  They also decided that regardless of what happens with Cassis, they will also be making an additional R$1.5MM payment by 1/31.  The idea behind this is to ensure we have enough time to find the appropriate long term investor.

I asked that he prepare an email to the group stating the same information, he said he will do that as soon as the R$1.2MM payment has been made

In the meantime, I also had a conversation with Lucas.  If they do not make their payment by Thursday Starboard is ready to step in with the Equity payment.  At a high level the following would be necessary in order to document this:

1.   A memo from the non-defaulting members countersigned by defaulting members (according to Lucas the counter signatures are not necessary but may be helpful) stating that per Section 7.3c(i) of the Limitada Agreement Starboard would be subscribing to Infinity's shares.  This would transfer their shares to Starboard and provide WBR with the missing equity upon payment of the R$2.7MM (~$845K) by Starboard

2.   Credit Guarantee Restatement/Reaffimation - the current guarantees limit each entity liability to their respective share subscription level (ie. Infinity 40%, Starboard 40%, Wendy's 20%).  This means that if Starboard buys Infinity's shares without an amendment to the Guarantee Infinity's credit liability is reduced.  Therefore, a restated Guarantee must be signed by Starboard and Infinity that modifies that language, keeping Starboard responsible for its original 40% obligations, and Infinity's to the original 40% as well.

Levy_0006386

3.   CEO Resignation - I am just listing it here so we don't forget it

Because of the urgency associated with the funding I asked Lucas to start working on these agreements with Adiya ASAP.  This will ensure all the necessary docs are ready in case Starboard needs to step in.

Bob please confirm my understanding, I want to confirm how the additional funding pledge from Wendy's for $1.5MM is going to be documented.  It is my understanding it would be a direct loan to WBR immediately after the R$2.7MM equity shortfall was addressed (by either Infinity or Starboard).   This is not contingent on additional equity contributions from WBR. Adiya may need to start drafting that document as well so we can start to understand the terms.

Lucas, please let us know if I missed anything and please start working with Adiya on next steps.

Thank you,

Marcos

---

**From:** Marcos Silva
**Sent:** Monday, January 8, 2018 4:15 PM
**To:** 'Marcel Gholmieh - Infinity' <marcel@infinityservices.com.br>; Diego Sala <diego@alsafort.com.br>; bruno@infinityservices.com.br; Lucas Hernandez do Vale Martins <lucas@valemartins.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; 'Ribas, Carlos (Carlos.Ribas@wendys.com)' <Carlos.Ribas@wendys.com>; Bob.Wright@wendys.com
**Subject:** RE: WBR Partner Meeting

All,

Thank you for participating in the call today.  I am following up with a brief summary of what was discussed and next steps:

1.   It was our understanding that Cassis due diligence was going to end on 1/19, and we anticipated they would be fund by 1/31.  Infinity partners will discuss alternatives to ensure the total due equity (R$1.2MM+R$1.5MM=~R$2.7MM) is funded by 1/31

2.   Infinity partners have committed to fund R$1.2MM by Wednesday (1/10) and no later than Thursday (1/11) so that funds are available to WBR no later than Friday (1/12)

3.   Cassis is scheduled to start working on legal documentation by 1/15, we also requested that Marcel engages them in the necessary Wendy's Franchisee approval process ASAP.  Infinity/Cassis agreement to be shared with Starboard and Wendy's even in draft form ASAP

4.   Plan B – In the event either the R$1.2MM (1/11) or R$1.5MM (1/31) payment deadlines are not met the following steps will be taken to prepare for a open market sale that may not include Cassis:

Levy_0006387

a.       Starboard and Wendy's partners (non-defaulting WBR partners) will seek to bring WBR to market for a full or partial sale

b.       CEO role will be made vacant – it will be up to acquiring entity to decide Marcel's future role

c.       Prepare the following documents to be held in escrow in the event of non-compliance to the above terms effect January 31st:

i.   CEO Resignation Letter

ii.   Wendy's Lender transfer of Infinity Quota Pledge Agreement so  that Starboard may acquire equivalent shares under default

iii.   Amendment to Operating Agreements allowing for sale decisions to be controlled by non-default partners as a voting majority

iv.   Personal Guarantee Reaffirmation on outstanding debt by each Infinity Partner – as Infinity partners still remain responsible for their original debt obligations (40% of all outstanding debt)

5.  Carlos Ribas is going to schedule a call between Lucas, Marcos, and Adiya to start the preparation of documents necessary for item 4 above ASAP

---

**From:** Marcos Silva
**Sent:** Friday, January 5, 2018 12:19 PM
**To:** 'Marcel Gholmieh - Infinity' <marcel@infinityservices.com.br>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** RE: WBR Partner Meeting


Just wanted to follow-up with some items for the agenda for our meeting on Monday, please review and make any adjustments as necessary, let me know if you have any questions.


1.  R$1.2MM in funding is happening the week of January 8th

2.  Cassis Due diligence ends on January 19th

3.  Cassis/Infinity will have until January 31st to fund the remaining ~R$1.5MM in past due equity, final amount to be determined

4.  In case either the R$1.2MM or $1.5MM payment deadlines are missed the following will be in effect:

a.       Starboard and Wendy's partners (non-defaulting WBR partners) will seek to bring WBR to market for a full or partial sale

b.       CEO role will be made vacant – it will be up to acquiring entity to decide Marcel's future role

c.       Prepare the following documents to be held in escrow in the event of non-compliance to the above terms effect January 31st:

i.   CEO Resignation Letter

ii.   Starboard acquisition of Infinity Quota Pledge Agreement and equivalent shares under default

iii.   Amendment to Operating Agreements allowing for sale decisions to be controlled by non-default partners as a voting majority

iv.   Personal Guarantee Reaffirmation on outstanding debt by each Infinity Partner

Levy_0006388

**From:** Marcel Gholmieh - Infinity [mailto:marcel@infinityservices.com.br]
**Sent:** Saturday, December 30, 2017 4:45 AM
**To:** Marcos Silva <MSilva@starboardwendys.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** RE: WBR Partner Meeting


Team


We have some great news


After some meetings with Carlos Junqueira from Cassis we decided to move forward on our deal


Cassis will buy out Diego and Sorocaba (50% of Infinity Shares)


Cassis will make all past and future funding on behalf of infinity


We will start to work on the legal documents from January 15th January 19th and the idea is to announce the deal on January 19th


On the week of January 8th the current Infinity partners will fund R$ 1,2 mm that will support the business until Mid March, time enough to start to receive the funds from Cassis


*Call:*
January 8th 18:00 Sao Paulo time


Please send an invite


Happy new year
<image001.png>


**From:** Marcos Silva [mailto:MSilva@starboardwendys.com]
**Sent:** quinta-feira, 28 de dezembro de 2017 14:01
**To:** Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com)

Levy_0006389

<Carlos.Ribas@wendys.com>
**Subject:** Re: WBR Partner Meeting


Gives us dates as early as possible that would work for everyone. Also this is an emergency. And I don't understand why people can't make time for an emergency conference call even while on vacation.


On Dec 26, 2017, at 9:20 AM, Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>

Marcos


Sorocaba , Bruno and Diego will be out until January 14th


I can do any day, any time


I agree with the proposed agenda


A Fantastic 2018 for all of you and your families


Thanks


<image005.png>


---

**From:** Marcos Silva [mailto:MSilva@starboardwendys.com]
**Sent:** sexta-feira, 22 de dezembro de 2017 14:00
**To:** Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>; Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos (Carlos.Ribas@wendys.com) <Carlos.Ribas@wendys.com>
**Subject:** WBR Partner Meeting


Marcel and Carlos,


In light of the latest developments in terms of default from Infinity I want to call a partner meeting using Webex for a conference call as early as possible during the first week of January.  I am asking for a meeting attended by Bob Wright and all Infinity Partners (Marcel, Diego, Sorocaba, Bruno, etc.)


Proposed Agenda is a follows:

Levy_0006390

1. Details around equity funding default from Infinity

a.    What efforts have been taken by Infinity to fund the R$2.7MM equity payment

b.    Update on Cassis

c.    Update on "Other" investment partner

d.    What can be done from an Infinity Partner perspective to fund the equity payment?

2. Potential Consequences of Infinity non-funding

a.    WBR runs out of funding by approximately January 31 2018

b.    WBR defaults on about ~$11MM in debt (with personal guarantees) plus other obligations

c.    Infinity Quote Pledge is exercised, by my calculations Infinity's ownership is reduced to 12% in total

3. Potential Alternatives and Next Steps

Marcel, and Carlos if you can coordinates the available time that would work for you and the partners, Andrew and I are mostly available.

<image006.png>

**Marcos Silva, President**

12540 W Atlantic Blvd, Coral Springs, FL 33071

O: (954) 255-2266x201

msilva@starboardgroup.net

"Be Accountable and Act with Integrity"

<WBR_8th Amendment to the Articles_dual column (appointment of new office....docx>

Levy_0006391