Message

**From:** Wright, Bob [Bob.Wright@wendys.com]
**Sent:** 2/28/2018 10:39:44 PM
**To:** Marcos Silva [MSilva@starboardwendys.com]
**CC:** Andrew Levy [alevy@starboardgroup.net]; Ribas, Carlos [Carlos.Ribas@wendys.com]
**Subject:** RE: Equity Wendy's

Hi Marcos.  Given that we have funding through Mid-May, the pressure for any additional funding isn't as urgent as it was a few weeks ago.  As mentioned before, the $1.5MM number came from an estimate of what it might take to get to a transition in ownership not necessarily a fixed number waiting to be allocated.  I'd like to better understand how that transition work is going as well.  These two conversations are essentially connected.  I'm happy to get together over the phone for a team update including the performance of the business.

Maybe a call is in order.

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017
O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

---

**From:** Marcos Silva
**Sent:** Tuesday, February 27, 2018 3:25 PM
**To:** Wright, Bob <Bob.Wright@wendys.com>
**Cc:** Andrew Levy <alevy@starboardgroup.net>
**Subject:** FW: Equity Wendy's

Bob,

I had a follow-up conversation with Carlos Ribas last week about WBR and ongoing funding.  He said the Board presentation was a non-event and that you needed to have follow-up conversation internally regarding the additional $1.5MM in funding.

Can you provide a status please?

Thank you,

Marcos

---

**From:** Wright, Bob [mailto:Bob.Wright@wendys.com]
**Sent:** Friday, February 9, 2018 4:35 PM
**To:** Marcos Silva <MSilva@starboardwendys.com>; Alves, Carlos <Carlos.Alves@wendys.com>; Kevin Holbrook <kholbrook@starboardwendys.com>; Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Andrew Levy <alevy@starboardgroup.net>
**Subject:** RE: Equity Wendy's

Thank you Marcos.

**Bob Wright**
EVP, Chief Operations Officer & International
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017

Levy_0008978

O : +1(614) 764-3221 • C : +1(614) 598-6111 • E : bob.wright@wendys.com

---

**From:** Marcos Silva
**Sent:** Friday, February 9, 2018 2:58 PM
**To:** Alves, Carlos <Carlos.Alves@wendys.com>; Kevin Holbrook <kholbrook@starboardwendys.com>; Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>; Lucas Hernandez do Vale Martins <lucas@valemartins.com>; Andrew Levy <alevy@starboardgroup.net>; Wright, Bob <Bob.Wright@wendys.com>
**Subject:** RE: Equity Wendy's
**Importance:** High

Carlos/Kevin/Marcel,

Starboard coordinated with Wendy's that our equity injection will be made in ~$200K installments as determined by WBR cashflow requirements.  Starboard will be sending the first $200K payment on Monday.  The remaining balance is ~$425K, Humberto/Kevin please confirm.

Kevin, please send an update to everyone once $200K payment has been made.

Thank you,

Marcos

---

**From:** Alves, Carlos [mailto:Carlos.Alves@wendys.com]
**Sent:** Wednesday, February 7, 2018 2:16 PM
**To:** Marcos Silva <MSilva@starboardwendys.com>; Kevin Holbrook <kholbrook@starboardwendys.com>; Marcel Gholmieh - Infinity <marcel@infinityservices.com.br>
**Cc:** Ribas, Carlos <Carlos.Ribas@wendys.com>
**Subject:** Equity Wendy's

Hi Marcos/Kevin/Marcel,

I've submitted the request to Wendy's Treasury to send the remainder equity amount of BRL 40k. It may take a couple days as we send it through our entity in the Netherlands.

Regards,

Edu.
Notice: This e-mail message and its attachments are the property of The Wendy's Company or one of its subsidiaries and may contain confidential or legally privileged information intended solely for the use of the addressee(s). If you are not an intended recipient, then any use, copying or distribution of this message or its attachments is strictly prohibited. If you received this message in error, please notify the sender and delete this message entirely from your system.

Levy_0008979