Message

_____

**From**:          Andrew Levy [alevy@starboardwendys.com]
**Sent**:          3/10/2019 2:45:38 PM
**To**:            Andrew Levy [alevy@starboardwendys.com]
**Subject**:       Brazil
**Attachments**:   Capital Call Discussion


Add the conversation with Cassis in Nov and Dec 2017
In June of 2017 – Wendy's was proposing they would subscribe to the shares and then loan additional money. VERY IMPORTANT. This is why I put the $600k in during June and July of 2017. See attached slide deck and email.

Andrew Levy
CEO
Starboard Group of Companies
12540 West Atlantic Blvd.
Coral Springs, FL 33071
(954) 255-2266 ext 102

Levy_0006656

Message
---

**From:**       Alves, Carlos [Carlos.Alves@wendys.com]
**Sent:**       5/8/2017 5:57:53 PM
**To:**         Andrew Levy [alevy@starboardwendys.com]; Marcos Silva [MSilva@starboardwendys.com]; Ribas, Carlos
                [Carlos.Ribas@wendys.com]; Kevin Holbrook [kholbrook@starboardwendys.com]; Marcel Gholmieh - Infinity
                [marcel@infinityservices.com.br]; Guzdanski, Wade [Wade.Guzdanski@wendys.com]
**Subject:**    Capital Call Discussion
**Attachments:** WBR Brazil financial discussion May 8th.pptx; Capital Contributions YTD 050817.xlsx


Hi All,

Please find attached the deck and the excel template for our discussion.


Regards

Edu

Notice: This e-mail message and its attachments are the property of The Wendy's Company or one of its subsidiaries and may contain confidential or legally privileged information intended solely for the use of the addressee(s). If you are not an intended recipient, then any use, copying or distribution of this message or its attachments is strictly prohibited. If you received this message in error, please notify the sender and delete this message entirely from your system.

Levy_0006657

Document produced in native format

Levy_0006658



# WBR - Wendy's Brazil Funding Discussion
## May, 2017

© 2016 Quality Is Our Recipe, LLC

# Agenda For Discussion

- Equity Commitment Partners

- Update on Wendy's Loan

- Other Loan Options

# 2017 Proposed Plan – Phase I – 5 Rest.
## Changing Asset Mix to Validate Investment Model for Phase 2 Development

| | Restaurant Name | Asset Type | Investment ($M's) | Sales ($M's) | Sales to Inv. Ratio |
|---|---|---|---|---|---|
| **Open** | JK | FSDT | 1.9 | 2.1 | 1.1 |
| | Funchal | FSDT (Special) | 2.3 | 2.1 | 0.9 |
| **Under Construction** | Alphaville | FSDT | 2.3 | 2.5 | 1.1 |
| | West Plaza* | **Food Court** | 0.7 | 1.3 | 1.9 |
| **Approved / Negotiating** | Aricanduva* | **IL Mall** | 1.6 | 2.8 | 1.8 |
| | West Pl. + Arica. | **Kiosk*** | <0.07/unit | 0.1/unit | 1.4 |

*Stand-alone Dessert Kiosk space negotiated with every mall site lease*
*As of Dec 2016, McD had 2,745 Dessert Centers in LAC region (approximately 50% in Brazil)*

3

# Cash Needed To Complete 5 Rest. Q2'17

| $000's | P04 | P05 | P06 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Restaurant EBITDA | (138) | (89) | (103) | (329) | (340) | (117) | (167) | (175) | (133) | (208) |
| G&A | (160) | (123) | (112) | (395) | (385) | (423) | (394) | (402) | (446) | (446) |
| Pre-Opening | (33) | (58) | (124) | (215) | (73) | (85) | 0 | 0 | 0 | 0 |
| Capital Expenditure | (877) | (613) | (595) | (2,084) | (1,232) | (18) | 0 | 0 | 0 | 0 |
| Key Money | (6) | (29) | (30) | (65) | (56) | (39) | 0 | 0 | 0 | 0 |
| Debt Service | (124) | 0 | (164) | (289) | (221) | (258) | (265) | (270) | (280) | (285) |
| Total Cash Needed | (1,337) | (912) | (1,127) | (3,376) | (2,307) | (940) | (825) | (847) | (859) | (939) |
| Cumulative | | | Q2 → | (3,376) | (5,684) | (6,624) | (7,449) | (8,296) | (9,155) | (10,094) |

$3.5MM (2018)

| Total Cash Needed By Ownership | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan | | | | (2,701) | (1,846) | (752) | (660) | (677) | (687) | (751) |
| Starboard | | | | (270) | (185) | (75) | (66) | (68) | (69) | (75) |
| Infinity | | | | (270) | (185) | (75) | (66) | (68) | (69) | (75) |
| Wendy's | | | | (135) | (92) | (38) | (33) | (34) | (34) | (38) |

**5 Rest.**
Flagship FSDT (1);
Large FSDT (2)
FC (1)
IL Mall (1)
**Kioks (2)**

# Updated on Capital Call Needed

| | Infinity R$ | Starboard R$ | Wendy's R$ | Total R$ | Infinity %Ownership | Starboard %Ownership | Wendy's %Ownership |
|---|---|---|---|---|---|---|---|
| Original Subscription | 2,206,000.00 | 2,206,000.00 | 1,103,000.00 | 5,515,000.00 | 40.0% | 40.0% | 20.0% |
| LTD Capital Contributions | 1,606,000.00 | 2,390,252.88 | 1,178,162.55 | 5,174,415.43 | 31.0% | 46.2% | 22.8% |
| *Variance* | 600,000.00 | (184,252.88) | (75,162.55) | 340,584.57 | | | |
| | | | | | | | |
| STEP 1 - Transfer Infinity O/S to Wendy's | (600,000.00) | - | 600,000.00 | - | | | |
| **Capital Subscription Post Step 1** | 1,606,000.00 | 2,206,000.00 | 1,703,000.00 | 5,515,000.00 | 29.1% | 40.0% | 30.9% |
| | | | | | | | |
| STEP 2 - Increase Subscription ($1.85 USD) | 2,940,467.77 | 2,340,467.77 | 570,233.89 | 5,851,169.43 | 50.3% | 40.0% | 9.7% |
| **Capital Subscription Post Step 2** | 4,546,467.77 | 4,546,467.77 | 2,273,233.89 | 11,366,169.43 | 40.0% | 40.0% | 20.0% |

| | Infinity R$ | Starboard R$ | Starboard USD | Wendy's R$ | Wendy's CAD | Total R$ |
|---|---|---|---|---|---|---|
| | - | - | - | - | - | - |
| LTD Capital Paid | 1,606,000.00 | 2,390,252.88 | 690,782.00 | 1,178,162.55 | 443,403.30 | 5,174,415.43 |
| | | | | | | |
| STEP 1 - Wendy's Paid Capital | | | | 600,000.00 | 259,740.26 | 600,000.00 |
| **Capital Paid Post Step 1** | 1,606,000.00 | 2,390,252.88 | 690,782.00 | 1,778,162.55 | 708,143.56 | 5,774,415.43 |
| | | | | | | |
| STEP 2 - Capital Paid | - | - | - | - | - | - |
| **Capital Paid Post Step 2** | 1,606,000.00 | 2,390,252.88 | 690,782.00 | 1,778,162.55 | 708,143.56 | 5,774,415.43 |
| | | | | | | |
| STEP 3a - Capital Call (WEN & SB fund their portion of $2M USD Commitment) | - | 346,221.06 | 109,218.00 | 190,074.43 | 82,283.30 | 536,295.49 |
| STEP 3b - Capital Call (WEN & SB fund new subscription) | | 1,673,760.00 | 528,000.00 | 304,996.91 | 132,083.30 | 1,978,756.91 |
| **Capital Paid Post Step 3** | 1,606,000.00 | 4,410,233.94 | 1,328,000.00 | 2,273,233.89 | 917,460.16 | 8,289,467.83 |
| | | | | | | |
| STEP 4 - Capital Call (Infinity catch up) | 2,940,467.77 | 136,233.83 | 42,975.97 | - | - | 3,076,701.60 |
| **Capital Paid Post Step 4** | 4,546,467.77 | 4,546,467.77 | 1,370,975.97 | 2,273,233.89 | 917,460.16 | 11,366,169.43 |

| | Infinity R$ | Starboard R$ | Starboard USD | Wendy's R$ | Total R$ |
|---|---|---|---|---|---|
| $2M USD Commitment | 2,736,473.94 | 2,736,473.94 | 800,000.00 | 1,368,236.97 | 6,841,184.86 |
| *Variance* | 1,130,473.94 | 346,221.06 | 109,218.00 | 190,074.43 | 1,666,769.43 |

| | | |
|---|---|---|
| USD/BRL | 3.17 | |
| CAD/BRL | 2.31 | |

| | USD | BRL | |
|---|---|---|---|
| Original Total Equity Commitment | 2,000,000 | | |
| Original Subscription | 1,474,205 | 5,515,000 | |
| **Remaining Commitment Balance** | **525,795** | **1,666,769** | |
| | | | |
| New Equity Subscription | 1,320,000 | 4,184,400 | 20% |
| New Loan | 5,280,000 | 16,737,600 | 80% |
| **Additional Capital Needed** | **6,600,000** | **20,922,000** | |
| | | | |
| Remaining Commitment Balance | 525,795 | 1,666,769 | |
| New Equity Subscription | 1,320,000 | 4,184,400 | |
| **Total Increase Subscription** | **1,845,795** | **5,851,169** | |



APPENDIX

# Key Assumptions

## Exchange Rate

**BRL/USD**

|      | P1   | P2   | P3   | P4   | P5   | P6   | P7   | P8   | P9   | P10  | P11  | P12  |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2017 | 3.20 | 3.10 | 3.13 | 3.10 | 3.10 | 3.10 | 3.10 | 3.10 | 3.10 | 3.10 | 3.10 | 3.10 |
| 2018 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 |

## 2018 Inflation/Sales Growth

| | |
|---|---|
| Inflation | 5% |
| Sales Growth (JK/Funchal) | 10% |
| Alphaville, Rest #7, Rest #8 | 5% |
| West Plaza | Flat |
| Aricanduva (2017 Opening Peak Only) | (15)% |

## Opening Periods

| | |
|---|---|
| Alphaville | P6W3 |
| West Plaza | P7W3 |
| Aricanduva | P10W1 |
| Alameda Santos | P10W3 |
| Rest #7 | P11W3 |
| Rest #8 | P12W2 |

# Brazil Proforma – Existing Restaurants

| Asset Type | JK | | Funchal | |
|---|---|---|---|---|
| | **2017** | **2018** | **2017** | **2018** |
| **P&L** | | | | |
| Sales ($M's) | 2.2 | 2.4 | 2.2 | 2.4 |
| F&P | 36% | **34%** | 37% | **35%** |
| Labor | 35% | 35% | 38% | **37%** |
| Controllable | 12% | 12% | 13% | 13% |
| **Rent** | **18%** | **18%** | **22%** | **21%** |
| **EBITDA** | **(18)%** | **(16)%** | **(28)%** | **(24)%** |
| **Investment / Returns** | | | | |
| Capex ($M's) | 1.9 | | 2.3 | |
| Sales to Investment Ratio | 1.16 | 1.27 | 0.96 | 1.04 |
| ROI | #NA# | #NA# | #NA# | #NA# |

8

# Brazil Proforma – 2018 (Full Year)

| | Alphaville | West Plaza | Aricanduva |
|---|---|---|---|
| **Asset Type** | FSDT | Food Court | IL Mall |
| **P&L** | | | |
| Sales ($M's) | 2.5 | 1.3 | 2.8 |
| F&P | 34% | 34% | 34% |
| Labor | 31% | 27% | 27% |
| Controllable | 11% | 6% | 5% |
| **Rent** | **12%** | **8%** | **9%** |
| **EBITDA** | (4)% | 9% | 9% |
| **Investment / Returns** | | | |
| Capex ($M's) | 2.3 | 0.7 | 1.6 |
| Sales to Investment Ratio | 1.09 | 1.86 | 1.75 |
| ROI | #NA# | 17% | 16% |

9

Document produced in native format

Levy_0006659

| | Infinity | Starboard | Wendy's | Total | Infinity | Starboard | Wendy's |
|---|---|---|---|---|---|---|---|
| | R$ | R$ | R$ | R$ | % Ownership | % Ownership | % Ownership |
| Original Subscription | 2,206,000.00 | 2,206,000.00 | 1,103,000.00 | 5,515,000.00 | 40.0% | 40.0% | 20.0% |
| LTD Capital Contributions | 1,606,000.00 | 2,390,252.88 | 1,178,162.55 | 5,174,415.43 | 31.0% | 46.2% | 22.8% |
| Variance | 600,000.00 | (184,252.88) | (75,162.55) | 340,584.57 | | | |
| STEP 1 - Transfer Infinity O/S to Wendy's | (600,000.00) | - | 600,000.00 | - | | | |
| Capital Subscription Post Step 1 | 1,606,000.00 | 2,206,000.00 | 1,703,000.00 | 5,515,000.00 | 29.1% | 40.0% | 30.9% |
| STEP 2 - Increase Subscription ($1.85 USD) | 2,940,467.77 | 2,340,467.77 | 570,233.89 | 5,851,169.43 | 50.3% | 40.0% | 9.7% |
| Capital Subscription Post Step 2 | 4,546,467.77 | 4,546,467.77 | 2,273,233.89 | 11,366,169.43 | 40.0% | 40.0% | 20.0% |

| | Infinity | Starboard | | Wendys | | Total |
|---|---|---|---|---|---|---|
| | R$ | R$ | USD | R$ | CAD | R$ |
| LTD Capital Paid | 1,606,000.00 | 2,390,252.88 | 690,782.00 | 1,178,162.55 | 443,403.30 | 5,174,415.43 |
| STEP 1 - Wendy's Paid Capital | | | | 600,000.00 | 259,740.26 | 600,000.00 |
| Capital Paid Post Step 1 | 1,606,000.00 | 2,390,252.88 | 690,782.00 | 1,778,162.55 | 703,143.56 | 5,774,415.43 |
| STEP 2 - Capital Paid | - | - | - | - | - | - |
| Capital Paid Post Step 2 | 1,606,000.00 | 2,390,252.88 | 690,782.00 | 1,778,162.55 | 703,143.56 | 5,774,415.43 |
| STEP 3a - Capital Call (WEN & SB fund their portion of $2M USD Commitment) | - | 346,221.06 | 109,218.00 | 190,074.43 | 82,283.30 | 536,295.49 |
| STEP 3b - Capital Call (WEN & SB fund new subsciption) | | 1,673,760.00 | 528,000.00 | 304,996.91 | 132,033.30 | 1,978,756.91 |
| Capital Paid Post Step 3 | 1,606,000.00 | 4,410,233.94 | 1,328,000.00 | 2,273,233.89 | 917,460.16 | 8,289,467.83 |
| STEP 4 - Capital Call (Infinity catch up) | 2,940,467.77 | 136,233.83 | 42,975.97 | - | - | 3,076,701.60 |
| Capital Paid Post Step 4 | 4,546,467.77 | 4,546,467.77 | 1,370,975.97 | 2,273,233.89 | 917,460.16 | 11,366,169.43 |

| | | | USD | R$ | CAD | R$ |
|---|---|---|---|---|---|---|
| $2M USD Commitment | 2,736,473.94 | 2,736,473.94 | 800,000.00 | 1,368,236.97 | | 6,841,184.86 |
| Variance | 1,130,473.94 | 346,221.06 | 109,218.00 | 190,074.43 | | 1,666,769.43 |

USD/BRL  3.17
CAD/BRL  2.31

| | USD | BRL | |
|---|---|---|---|
| Original Total Equity Commitment | 2,000,000 | | |
| Original Subscription | 1,474,205 | 5,515,000 | |
| Remaining Commitment Balance | 525,795 | 1,666,769 | |
| New Equity Subscription | 1,320,000 | 4,184,400 | 20% |
| New Loan | 5,280,000 | 16,737,600 | 80% |
| Additional Capital Needed | 6,600,000 | 20,922,000 | |
| Remaining Commitment Balance | 525,795 | 1,666,769 | |
| New Equity Subscription | 1,320,000 | 4,184,400 | |
| Total Increase Subscription | 1,845,795 | 5,851,169 | |