**From:** Guzdanski, Wade[Wade.Guzdanski@wendys.com]
**Sent:** Mon 4/3/2017 11:02:22 PM Central Daylight Time
**To:** Plosch, Gunther[Gunther.Plosch@wendys.com]; Ribas, Carlos[Carlos.Ribas@wendys.com]; Yurick, Mike[Mike.Yurick@wendys.com]; Burnside, Leigh [Leigh.Burnside@wendys.com]; Alves, Carlos[Carlos.Alves@wendys.com]
**Cc:** Wright, Bob[Bob.Wright@wendys.com]
**Subject:** RE: Wendy's Brazil Background
**Attachment:** WBR Brazil financial discussion April 4-2017_v7.0.pdf

GP –

Attached is a copy of the slides we will walk through tomorrow.

Wade



**Wade Guzdanski**
Director, International Finance
The Wendy's Company
One Dave Thomas Blvd. • Dublin, OH • 43017
O : 614-789-6612 • C : 614-505-9680
E : Wade.Guzdanski@wendys.com

**From:** Guzdanski, Wade
**Sent:** Friday, March 31, 2017 1:28 PM
**To:** Plosch, Gunther; Ribas, Carlos (Carlos.Ribas@wendys.com); 'Yurick, Mike (Mike.Yurick@wendys.com)'; Burnside, Leigh; Alves, Carlos (Carlos.Alves@wendys.com)
**Cc:** Wright, Bob
**Subject:** Wendy's Brazil Background

Hi GP –

Attached are a few slides we pulled together that provide a little background behind Wendy's Brazil and our JV strategy. We wanted to provide a few slides on 'how we got here' as we thought this information would be helpful prior to our meeting on Tuesday. On Monday we plan to send over the deck that we will walk you through on Tuesday afternoon. Looking forward to the discussion, let us know if you have any questions.

Wade

CONFIDENTIAL

Wendy_0013900



© 2016 Quality Is Our Recipe, LLC
CONFIDENTIAL

Wendy_0013901

# Addressing Key Questions

- Current Restaurant Performance & FY Forecast

- Phase 1 Recommended Portfolio Asset Mix

- 2017 Capital Requirements

- Assessment of WBR Partners

- Funding Approval

2

CONFIDENTIAL

Wendy_0013902

# Brazil P&L – JK FSPUW

## P&L Details

| | P2 YTD | FY Fcst | Original Plan |
|---|---|---|---|
| Sales | 337.9 | 2,094.6 | 4,914.2 |
| F&P | 38% | 35% | 35% |
| Labor | 31% | 29% | 18% |
| Rent | 19% | 18% | 9% |
| EBITDA | (18)% | (11)% | 9% |

| First 6 weeks | Weekly Sales | Annualized Sales |
|---|---|---|
| Sales | 81.0 | 4,212 |

## EBITDA Sensitivity



CONFIDENTIAL

3

Wendy_0013903

# Brazil P&L – Funchal FSPUW

## P&L Details

| | P2 YTD | FY Fcst | Original Plan |
|---|---|---|---|
| Sales | 329.8 | 2,124.7 | 4,911.3 |
| F&P | 37% | 35% | 35% |
| Labor | 41% | 36% | 18% |
| Rent | 24% | 23% | 9% |
| EBITDA | (34)% | (24)% | 9% |

| First 6 weeks | Weekly Sales | Annualized Sales |
|---|---|---|
| Sales | 73.0 | 3,796 |

## EBITDA Sensitivity



CONFIDENTIAL

Wendy_0013904

# Original 2 Yr Plan Predicted $10MM Investment



Cash-Flow US$ 000's

CONFIDENTIAL

Wendy_0013905

# 2017 Proposed Plan – Phase I - Rev 2.1
## Recommend changing Asset Mix to Validate Investment Model for Phase 2 Development

| | Restaurant Name | Asset Type | Investment ($M's) | Sales ($M's) | Sales to Inv. Ratio |
|---|---|---|---|---|---|
| **Open** | JK | FSDT | 1.9 | 2.1 | 1.1 |
| | Funchal | FSDT (Special) | 2.3 | 2.1 | 0.9 |
| **Under Construction** | Alphaville | FSDT | 2.0 | 2.3 | 1.2 |
| | West Plaza* | **Food Court** | 0.6 | 1.1 | 2.0 |
| **Negotiating** | Aricanduva* | **IL Mall** | 1.4 | 2.6 | 1.9 |
| | Al. Santos | **IL Street** | 1.2 | 1.9 | 1.6 |
| | West Pl. + Arica. | **Kiosk*** | <0.07/unit | 0.1/unit | 1.4 |
| | TBD | Food Court | 0.6 | 1.1 | 2.0 |
| | TBD | In Line | 1.0-1.5 | 2.0-2.5 | 2.0 |
| | TBD (up to 2) | Kiosks* | <0.07/unit | 0.1/unit | 1.4 |

*Stand-alone Dessert Kiosk space negotiated with every mall site lease*
*As of Dec 2016, McD had 2,745 Dessert Centers in LAC region (approximately 50% in Brazil)*

CONFIDENTIAL

Wendy_0013906

# Brazil Proforma – New Asset Types

|  | Alphaville | West Plaza | Aricanduva | Alameda Santos |
|---|---|---|---|---|
| **Asset Type** | FSDT | Food Court | IL Mall | IL Street |
| **P&L** |  |  |  |  |
| Sales ($M's) | 2.2 | 1.1 | 2.6 | 1.9 |
| F&P | 34% | 34% | 34% | 34% |
| Labor | 28% | 22% | 22% | 28% |
| Controllable | 12% | 9% | 9% | 10% |
| **Rent** | 10% | 7% | 10% | 6% |
| **EBITDA** | 4% | 16% | 10% | 13% |
| **Investment / Returns** |  |  |  |  |
| Capex ($M's) | 2.0 | 0.6 | 1.4 | 1.2 |
| Sales to Investment Ratio | 1.13 | 2.00 | 1.87 | 1.58 |
| ROI | 4.5% | 32% | 25% | 16% |

CONFIDENTIAL

7

Wendy_0013907



CONFIDENTIAL

Wendy_0013908



# Additl. $2.3M For Multiple Data Points Per Asset

CONFIDENTIAL

Wendy_0013909

# Wendy's P&L Impact in 2017

| | AOP 2017 | Forecast | B / (W) |
|---|---|---|---|
| # Restaurants | 4 | 4 | - |
| ($000's) | | | |
| Sales | 7,289 | 8,444 | (1,155) |
| Royalties | 358 | 408 | (50) |
| TAF | 100 | 100 | - |
| JV Pick-up | 411 | 520 | (109) |

**Note:** LRP assumes loss from Brazil JV through 2020 along with initial losses from JV#2 and JV#3

CONFIDENTIAL                                                                                 Wendy_0013910

# WBR – Partnership Assessment

## Starboard

- 40% Equity partner
- Expressly responsible for management oversight of Operations

## Infinity

- 40% Equity partner
- Expressly responsible for Site Selection, Market Analysis and overseeing Development
- Provide shared services in the financial (incl. accounting), commercial, labor, HR (incl. payroll), supply, and IT areas – payment as a percent of net sales respective businesses.
- WBR unanimously appointed Marcel as CEO and 'Operator' prior to market opening

## Assessment

- 🟡 Current with Capital contributions, starting looking for outside financing
- 🔴 Limited Operations oversight (long-distance)

- 🔴 In arrears $250K in capital (Hooters closing)
- 🟡 Great access to SP RE, but restaurant sales estimates much higher than current realities
- 🟡 Under-delivering financial services (late, errors), outsourced accounting to BDO, very limited back-of-house structure for other areas (outsourced HR hiring for crew/GMs)
- 🔴 Not actively 'operating'– GM focus on cost-cutting; recently hired Ops Director to manage

CONFIDENTIAL

Wendy_0013911

# Requiring Approval/Decision on Sourcing

| Figures in US$000's | Revised | Approved | Funding Required |
|---|---|---|---|
| **Total** | **17,400** | **10,000** | **7,400** |
| Loan | 13,920 | 8,000 | 5,920 |
| Starboard (40%) | 1,392 | 800 | 592 |
| Infinity (40%) | 1,392 | 800 | 592 |
| Wendy's (20%) | 696 | 400 | 296 |

**Funding Options:**
- **Wendy's Role in future funding** and possible expansion of existing credit agreement
- Huntington Bank – EXIM and OPIC (US economic development programs)
- Private Equity – Element (US) and Credit Suisse (Brazil), both may include possible dilution

\* Section 5.2.1 of WBR JV agreement - members to use 'commercially reasonable efforts' to obtain debt financing for the first 5 restaurants.

CONFIDENTIAL

Wendy_0013912



CONFIDENTIAL

Wendy_0013913

# Funding Source Based on $15.1MM (Phase I)

| Figures in US$000's | Revised | Approved | Funding Required |
|---|---|---|---|
| **Total** | **15,100** | **10,000** | **7,400** |
| Loan | 12,080 | 8,000 | 4,080 |
| Starboard (40%) | 1,208 | 800 | 408 |
| Infinity (40%) | 1,208 | 800 | 408 |
| Wendy's (20%) | 604 | 400 | 204 |

**Funding Options:**
- **Wendy's Role in future funding** and possible expansion of existing credit agreement
- Huntington Bank – EXIM and OPIC (US economic development programs)
- Private Equity – Element (US) and Credit Suisse (Brazil), both may include possible dilution

* Section 5.2.1 of WBR JV agreement - members to use 'commercially reasonable efforts' to obtain debt financing for the first 5 restaurants.

CONFIDENTIAL

Wendy_0013914



WBR – Wendy's Brazil Background

CONFIDENTIAL

Wendy_0013915

# In 2014 engaged BCG to evaluate Int'l strategy

## BCG recommendation to accelerate growth through JV with corporate ownership

- **Select ~3 priority markets** to develop into over next 3-5 years

- **Direct 80% of international team resources** to these markets

- Invest **corporate resources** where needed in markets

- Consider **multiple partners** where needed

Additional option for M&A to reach scale in markets

- Allow **localized formats** to improve ROI
  - e.g., smaller (low CapEx) formats, complimented w/ brand building units in key locations

**Drivers of QSR success**

Effective market coverage model

Compelling customer proposition

Attractive box economics

**10%+ corporate EBITDA from International**

- Maintain "A Cut Above" based on **reference points** in markets, not a consistent standard

  - **Simplify core offering** across markets

  - Allow **select adaptations** as needed, without changing brand proposition

- Accelerate growth through JVs/corporate ownership to **reach scale**
  - Stronger economics for franchisee in market

16

CONFIDENTIAL

Wendy_0013916

# Joint Venture phased execution

**BCG recommended 3 phase approach with Wendy's increased JV stake as build scale**

| | 1. Validate Consumer Model | 2. Build Economies of Scale | 3. Establish National Platform |
|---|---|---|---|
| **Duration** | ▪ Year 1 - 2 | ▪ Year 3 - 5 | ▪ Year 6 - 10 |
| **Focus** | ▪ Concept development and adaptation driven by consumer research<br>▪ Preparation for Phase 2 buildout | ▪ Expansion concentric to Phase 1<br>▪ Preparation for next major cities | ▪ Phase 2 repeated in next cities<br>▪ Explore regional JVs or franchisees to grow beyond initial cities |
| **Development** | ▪ 5 "brand statement" restaurants | ▪ +25-30 restaurants | ▪ 3-5 "brand statement" restaurants in each new city<br>▪ +70-80 restaurants overall |
| **Investment** | ▪ WEN starts with 20% stake | ▪ WEN provides majority of capital<br>▪ WEN stake increases to 50% | ▪ WEN stake remains 50% |

CONFIDENTIAL

17

Wendy_0013917

# Joint Venture sequencing (original)
### Staggered approach to spread out initial losses to avoid significant P&L impact



- **Leverage learnings from initial joint venture**

- **Spread cumulative startup losses over longer horizon**

CONFIDENTIAL

18

Wendy_0013918

# JV market critical, focus on high opportunity

**Growth Opportunity**

- Large population, middle/high income consumers that can afford QSR, established history of consuming QSR

- Growing economy (both population and income) that supports the growth of a larger QSR market

- Local preferences fit with Wendy's core product offering: frequent QSR consumption, high beef consumption

**Operating Environment**

- Stable environment (political, macro-economic) with low difficulty of operating a business (easy permitting, strong infrastructure)

- Low competitive presence in market, still young in conversion to chained QSR restaurants

- Easily available local supply chain

- High real estate availability at reasonable prices

- Available partners with previous restaurant experience and knowledge of local markets (e.g., supply chain, real estate)



- **Brazil**
- **Poland**
- **TBD**

CONFIDENTIAL

19

Wendy_0013919

# Three-way JV partnership

## JV partners bring mix of Wendy's experience and local market knowledge



- The Starboard Group of Companies currently operates 78 Wendy's restaurants in Florida, Virginia, Alabama, Pennsylvania and New Jersey

- Started in 1999, Starboard is a Top 10 Wendy's Franchisee and ranked in the Top 100 US Franchisees across all brands

- Sales of nearly $120 million and Average Unit Volumes exceeding $1.5 million.

- Starboard is led by Andrew Levy, Chairman & CEO and majority shareholder and Marcos Silva, President & COO.



- Infinity Ltda. specializes in operating food service businesses in Sao Paulo: restaurants, bars, coffee shops and nightclubs



- US$50MM in annual turnover across brand portfolio

- Infinity is led by Marcel Gholmieh who is widely credited with changing the restaurant industry in Sao Paulo by rolling up several restaurants and bars into a single company and building the back office infrastructure capable of supporting multiple concepts in multiple restaurant segments.

20

CONFIDENTIAL

Wendy_0013920

# Original Brazil JV execution plan

| | 1. Validate Consumer Model | 2. Build Economies of Scale | 3. Establish National Platform |
|---|---|---|---|
| **Duration** | • Year 1 - 2 | • Year 3 - 5 | • Year 6 - 10 |
| **Focus** | • Concept development and adaptation driven by consumer research<br>• Preparation for Phase 2 buildout | • Expansion concentric to Phase 1<br>• Preparation for next major cities | • Phase 2 repeated in next cities<br>• Pursue regional JVs to grow beyond initial cities |
| **Development** | • 5 "brand statement" restaurants in Sao Paulo city | • +25-30 restaurants in Sao Paolo city and state | • 3-5 "brand statement" restaurants in each new city<br>• +70-80 restaurants overall |
| **Investment** | • WEN starts with 20% stake<br>• Initial $400K equity and $1.6MM debt guarantee<br>• WEN capex of $2MM | • WEN provides majority of capital<br>• WEN stake increases to 50%<br>• WEN capex of $19MM | • WEN stake remains 50%<br>• WEN capex of $53MM |

CONFIDENTIAL

Wendy_0013921

# Original Brazil JV financial model

| ($MM) | | 2015F | 2016F | 2017F | 2018F | 2019F |
|---|---|---|---|---|---|---|
| **JV Profit & Loss** | Restaurant Count | 2 | 5 | 10 | 16 | 25 |
| | AUV | 5.7 | 4.8 | 4.6 | 4.5 | 4.6 |
| | System Sales | 4.6 | 20.8 | 34.8 | 61.8 | 94.2 |
| | Rest. EBITDA | 0.7 | 1.8 | 3.6 | 7.4 | 12.6 |
| | Rest. EBITDA Margin | 9% | 12% | 13% | 15% | 16% |
| | JV EBITDA | (0.1) | 1.5 | 2.9 | 6.7 | 11.7 |
| | JV Net Income | (0.4) | 0.3 | 1.0 | 3.4 | 6.4 |
| **JV Cash Flow** | JV Net Income | (0.4) | 0.3 | 1.0 | 3.4 | 6.4 |
| | Depreciation | 0.1 | 0.4 | 0.7 | 1.3 | 2.0 |
| | Restaurant Capex | (4.9) | (3.7) | (9.3) | (6.6) | (13.1) |
| | Key Money | (1.3) | (0.5) | (2.3) | (1.8) | (3.6) |
| | Total Cash Needs | (6.5) | (3.5) | (9.9) | (3.7) | (8.3) |
| | Total Cumulative Cash Needs | (6.5) | (10.0) | (19.9) | (23.6) | (31.9) |

22

CONFIDENTIAL

Wendy_0013922

# Original Brazil JV cash needs
## Debt to equity ratio updated to 80/20, based on Starboard's preferred leverage ratio

| ($MM) | 2015F | 2016F | 2017F | 2018F | 2019F |
|---|---|---|---|---|---|
| **Total Cumulative Cash Needs** | (6.5) | (10.0) | (19.9) | (23.6) | (31.9) |
| **Equity** | | | | | |
| Starboard | 0.6 | 1.0 | | | |
| Infinity | 0.6 | 1.0 | TBD | TBD | TBD |
| WEN | 0.3 | 0.5 | | | |
| **Total Equity** | 1.4 | 2.5 | | | |
| **Debt** | | | | | |
| Line of Credit | 5.1 | 7.5 | TBD | TBD | TBD |

**Execution Phase**

**1. Validate Consumer Model**

**2. Build Economies of Scale**

→ *Opportunity for WEN to reinvest non-U.S. excess cash balances*

23

CONFIDENTIAL

Wendy_0013923

# Debt funding done to utilize non-U.S. excess cash
## Favorable tax treatment to identify specific plan for reinvestment

- **Benefits of reinvesting non-U.S. excess cash**

  - Avoids need to accrue for tax liabilities in relation to earnings for WEN's Non U.S. subsidiary

  - Earning a higher interest rate (between 6% to 7.5%) versus the current ~1%

  - Specifically for Brazil JV:

    - Minimizes "bureaucracy" on approving line of credit with bank within an already very complex environment to operate

    - Opportunity for WEN to capitalize debt as we move into Phase 2 of JV

    - Personal guarantees from JV Partners (Starboard and Infinity)

    - Dollar denominated line of credit (no FX risk)

    - Interest rate of 7.5% - within interest rate "allowed" by Brazilian Transfer Pricing to non-resident related parties: Brazilian sovereign USD denominated bonds 4% + 3.5% spread

24

CONFIDENTIAL

Wendy_0013924

# WBR – Wendy's Brazil Market Visit Recap

CONFIDENTIAL

Wendy_0013925

# Brazil weekly volumes have consistently declined since open

**Brazil Weekly Sales & Transactions**



*Sales figures shown in USD at AOP FX.

CONFIDENTIAL

26

Wendy_0013926

# Brazil market update

## WBR member visit week of 3/20
- Identified key areas of focus to drive sales: Operations Execution, Product Quality and R&M

**Sales** – post-Carnival recovery underway with marketing support commencing 3/13
- P3W3 trend up for JK + FC vs. prior week (sales +13.4% and +8.2%; transactions +8.5% and +9.3%), respectively
- Estimating 20% recovery (vs. prior 4 months) for balance of year

**P&L** – Lower sales volumes impacting EBITDA (driven by Labor and Rent)
- P2 showed improvement in FC variance of 100 bps with stability across controllable expenses
- WBR members agreed to conduct 3rd party Financial Audit (est. P5/6 results)

**WBR Resources** – recent leadership key hires: Ops Director (P3) and DM (P2)
- Both Ops leaders completed Phase 1 training (will do Phase 2-3 in US, with DM completing before end of P4)
- Beginning search for new CFO (limited initiative and accountability from incumbent)
- SAP implementation underway (will run in parallel for P4)

**Operations** – teams not relying on Wendy's systems to operate to standard
- Significant product quality issues (temp abuse with freezers and some core products not to spec)
- Continue hiring new GMs (1st 'right' profile in training since P2) with ~65% crew turnover
- Existing Starboard GMs (Deb & Guara) returning to US on 5/5 and will transition to new DM

27

CONFIDENTIAL

Wendy_0013927

# Brazil – Addressing Product Quality Issues

- Buns packaging: moved from loose buns in bulk bag to sleeves of 3-4 buns layered in boxes
- Beef: Dryness issues (temp abuse and DSG settings); evaluating Wessel for costs
- Bacon: JBS improved production process (from bulk pack to pre-cut slices); better quality (crispiness and chew) @ 35% lower cost
- Chicken: not to spec, plus temp abuse; QA working with vendor on flavor (will need to import marinades)
- Fries (McCain Argentina): Evaluating product handling (temp abuse & too many shorts)
- Frying Oil: changed to Palm Oil; delivering better tasting fries even with issues noted above
- Cheese (sliced): transitioning to Schrebier with milk, closest match to US spec; improved flavor and melting
- Cheese (sauce): approved new Polenghi liquid cheese sauce with real cheddar flavor, color, viscosity and remains melted (prior powder cheese sauce was drying on topped fries)
- Chili: QA reviewing missing spices on local specs; evaluating imported FC (all-in-one) vs local
- Sandwich Wrap: switching from paper (local) to premium foil (imported); also evaluation serving burgers without wrap and with logo sandwich stick like hamburgueserias & casual dining

**Original Bun packaging**



**New Bun Packaging**



28

CONFIDENTIAL

Wendy_0013928

# Brazil – Addressing Logistic Issues
## 3PL/Distributor needed after 3rd Restaurant

**Currently, vendors delivering directly to restaurants:**

➢ ~25+ deliveries per week per restaurant

**Cost/Quality/Efficiency implications:**

➢ Restaurant Managers/Crew distracted & interrupted by delivery activities

➢ Product is hard to audit & inspect at arrival

➢ Logistics inefficiencies are implicitly transferred to current product cost

➢ Local SC team focused on order management (clerical) vs. better costs and/or quality (value added)

**Next Steps**

➢ Evaluating Food Distributor (Comfrio) – cost/service simulation to be presented late April. If attractive, SC & QA will schedule DC operations assessment and facilities audit

➢ Soliciting quotes from 2 International Logistics operators (Winner Cargo and Ligcomex) for freight forwarding, customs clearance, and document processing in order to determine import costs & lead times

29

CONFIDENTIAL

Wendy_0013929

# Brazil Development Update

## Current Pipeline = 4 sites with 2 under construction:

1. Alphaville FSPUW - now UC (P6 opening)

2. West Plaza* FC - demo started that week (P6 opening)

3. Aricanduva* IL Mall – signing lease (Q3 opening)

4. Alamedo Santa IL Street (negotiating – Q3 opening)

   *Mall locations also include Dessert Kiosk somewhere in the mall (TBD)*

CONFIDENTIAL

Wendy_0013930

# Brazil Marketing – Strategic Focus
## Better Quality Burgers with a Better Experience at a Competitive QSR Price

**BETTER QUALITY BURGERS**

- Focus on ingredients
- Burger and Flavor Variety
- How we serve them (plates)

➢ Use Baconator as product Hero
➢ "Angus beef on ALL burgers", Beef thickness, Differentiated buns,Fresh produce
➢ Evaluate burgers without wrapper;  Fries on the side

**BETTER EXPERIENCE**

- Focus on our restaurants:
  - ❖ Décor
  - ❖ Consumer journey
  - ❖ Wendy's Cafe
- How we serve (runners)

➢ Show our superior restaurant ambience/decor
➢ Feature our food as we serve it – delivered on plates
➢ Showcase other differentiators: Café, Pods, Service

**COMPETITIVE PRICE**

- Focus on value equation
- Reinforce value offering
- Evaluate Value plates, Nuggets, other burger builds

➢ Focus on Experience vs Price paid ("I can get all of this for the same price as the other guys?")
➢ Evaluate R$30 plates, Jr. Gourmet Builds (price messaging necessary for Malls and Food Courts)

**New Campaign In Development (targeting June launch)**

31

CONFIDENTIAL

Wendy_0013931