**From:** Koumas, Peter[Peter.Koumas@wendys.com]
**Sent:** Mon 3/25/2019 2:59:34 PM Central Daylight Time
**To:** Pringle, Abigail[Abigail.Pringle@wendys.com]; Penegor, Todd[Todd.Penegor@wendys.com]; Wright, Bob[Bob.Wright@wendys.com]; Wunsch, EJ[EJ.Wunsch@wendys.com]; Plosch, Gunther[Gunther.Plosch@wendys.com]; Burnside, Leigh[Leigh.Burnside@wendys.com]; Ribas, Carlos[Carlos.Ribas@wendys.com]; Alves, Carlos[Carlos.Alves@wendys.com]; Green, Kerry[Kerry.Green@wendys.com]; Vidra, Kirk[Kirk.Vidra@wendys.com]; Kale, Aaron[Aaron.Kale@wendys.com]; Kaffenbarger, Kris[Kris.Kaffenbarger@wendys.com]
**Subject:** RE: Brazil Funding Decision (Time Sensitive)
**Attachment:** 2019.03.25 Brazil Status Update.pptx

---

All – Please see attached for the full materials that we will discuss at 5pm. Let me know if you have any questions.

Thanks

-----Original Appointment-----
**From:** Pringle, Abigail
**Sent:** Friday, March 22, 2019 9:12 AM
**To:** Pringle, Abigail; Penegor, Todd; Wright, Bob; Wunsch, EJ; Plosch, Gunther; Burnside, Leigh; Ribas, Carlos; Alves, Carlos; Green, Kerry; Vidra, Kirk; Kale, Aaron; Kaffenbarger, Kris; Koumas, Peter
**Subject:** Brazil Funding Decision (Time Sensitive)
**When:** Monday, March 25, 2019 5:00 PM-5:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Teter 2T - Dial in : Dial in: (877) 361-4628 – US/Canada; International dial-in number: (206) 445-0105; Conference Code: 9048026; Leader PIN (Peter): 2094
**Importance:** High

Abigail will email the group to provide additional details.

Dial in: (877) 361-4628 – US/Canada
International dial-in number: (206) 445-0105
Conference Code: 9048026

Leader PIN (Peter): 2094

| GLOBAL DIAL INS (NOVEMBER 2018) | | | | |
|---|---|---|---|---|
| Country | Country Code | City | Call Type | Number |
| Argentina | 54 | | Toll Free | 08004443440 |
| | | Buenos Aires | Toll | 0 1159841922 |
| Australia | 61 | | Toll Free | 1300713179 |
| | | | Toll Free | 1800047493 |
| | | Adelaide | Toll | 0 881181919 |
| | | Brisbane | Toll | 0 733170040 |
| | | Melbourne | Toll | 0 383774495 |
| | | Perth | Toll | 0 894664780 |
| | | Sydney | Toll | 0 280357130 |
| Austria | 43 | | Toll Free | 0800111959 |
| | | Vienna | Toll | 0 19286545 |
| Bahamas | 1 | | Toll Free | 18448777869 |
| Bahrain | 973 | | Toll Free | 80019883 |
| Belarus | 375 | | Toll Free | 882003210138 |
| Belgium | 32 | | Toll Free | 80048304 |
| | | Brussels | Toll | 28910103 |
| Bermuda | 1 | | Toll Free | 18664925010 |
| Bolivia | 591 | | Toll Free | 800110307 |
| Brazil | 55 | | Toll Free | 08000474838 |

Wendy_0006312

| | | | | | |
|---|---|---|---|---|---|
| | Rio De Janeiro | Toll | 0 2139587006 | | |
| | Sao Paulo | Toll | 1146806729 | | |
| Brunei Darussalam | 673 | | | Toll Free | 8014132 |
| Bulgaria | 359 | | | Toll Free | 008002100257 |
| | Sofia | Toll | 0 24925435 | | |
| Canada | 1 | | | Toll Free | 8776454140 |
| | All Cities | Toll | 6472528476 | | |
| Cayman Islands | 1 | | | Toll Free | 18446663431 |
| Chile | 56 | | | Toll Free | 800914549 |
| | Santiago | Toll | 0 229381796 | | |
| China | 86 | | | Toll | 4006240468 |
| | | Toll | 8008700508 | | |
| Colombia | 57 | | | Toll Free | 018009448525 |
| Costa Rica | 506 | | | Toll Free | 8001216170 |
| Croatia | 385 | | | Toll Free | 0800411512 |
| | Zagreb | Toll | 0 13000854 | | |
| Cyprus | 357 | | | Toll Free | 80077459 |
| | Larnaka | Toll | 24030220 | | |
| Czech Republic | 420 | | | Toll Free | 800720091 |
| | Prague | Toll | 296180005 | | |
| Denmark | 45 | | | Toll Free | 80884388 |
| | Copenhagen | Toll | 32720420 | | |
| Dominican Republic | 1 | | | Toll Free | 18887521153 |
| | Santo Domingo | Toll | 18299548428 | | |
| Ecuador | 593 | | | Toll Free | 1800000209 |
| Egypt | 20 | | | Toll Free | 08000009572 |
| El Salvador | 503 | | | Toll Free | 8006877 |
| | El Salvador | Toll | 21131763 | | |
| Estonia | 372 | | | Toll Free | 8000111731 |
| | Tallinn | Toll | 6680362 | | |
| Fiji | 679 | | | Toll Free | 008003309 |
| Finland | 358 | | | Toll Free | 0800773842 |
| | Helsinki | Toll | 0 942451474 | | |
| France | 33 | | | Toll Free | 0805102171 |
| | Paris | Toll | 0 170950357 | | |
| Germany | 49 | | | Toll Free | 08007234752 |
| | Berlin | Toll | 0 3052002084 | | |

CONFIDENTIAL

Wendy_0006313

| Country | Code | City/Access | Type | Number | Toll Free Number |
|---|---|---|---|---|---|
| Greece | 30 | | | Toll Free | 8008481061 |
| Guam | 1 | | | Toll Free | 18663900454 |
| Guatemala | 502 | | | Toll Free | 180030000183 |
| Hong Kong | 852 | | | Toll Free | 800906383 |
| | Hong Kong | Toll | 30186725 | | |
| Hungary | 36 | | | Toll Free | 0680017300 |
| | Budapest | Toll | 06 18144801 | | |
| Iceland | 354 | | | Toll Free | 8007276 |
| India | 91 | | | Toll Free | 18002665231 |
| | Bangalore | Toll | 0 8033572653 | | |
| | Chennai | Toll | 0 4430061568 | | |
| | Delhi | Toll | 0 1133781635 | | |
| | Hyderabad | Toll | 0 4030152103 | | |
| | Mumbai | Toll | 0 2230985909 | | |
| Indonesia | 62 | | | Toll Free | 0018030612186 |
| | PT Tellkom Access | Toll Free | 0078030206104 | | |
| Ireland | 353 | | | Toll Free | 1800937015 |
| | Dublin | Toll | 0 14860826 | | |
| Israel | 972 | | | Toll Free | 1809533148 |
| | Tel Aviv | Toll | 035308850 | | |
| Italy | 39 | | | Toll Free | 800969135 |
| | Rome | Toll | 0645236790 | | |
| Jamaica | 1 | | | Toll Free | 18555801419 |
| Japan | 81 | | | Toll Free | 0120984658 |
| | Tokyo | Toll | 0 345036502 | | |
| Kazakhstan | 7 | | | Toll Free | 88000803208 |
| Kenya | 254 | Nairobi | Toll | 207640240 | |
| Korea (South) | 12 | | | Toll Free | 0808560054 |
| | Seoul | Toll | 0 23182841 | | |
| Kuwait | use QATAR numbers | | | Toll Free | 00800100362 |
| | | Toll | 2064450105 | | |
| Latvia | 371 | | | Toll Free | 80004168 |
| | Riga | Toll | 66163563 | | |
| Lithuania | 370 | | | Toll Free | 880000848 |
| | Vilnius | Toll | 8 52058914 | | |
| Luxembourg | 352 | | | Toll Free | 80024783 |
| | Luxembourg | Toll | 27860009 | | |
| Macau | 853 | | | Toll | 62626319 |
| Malaysia | 60 | | | Toll Free | 1800877426 |

CONFIDENTIAL

Wendy_0006314

| Country | Code | | | Type | Number |
|---|---|---|---|---|---|
| | Kuala Lumpur | Toll | 0 320504857 | | |
| Malta | 356 | | | Toll Free | 80062420 |
| | Valletta | Toll | 27780393 | | |
| Mexico | 52 | | | Toll Free | 018009269099 |
| | Mexico City | Toll | 01 5541705571 | | |
| Monaco | 377 | | | Toll Free | 80093906 |
| Morocco | 212 | | | Toll Free | 0800092286 |
| Netherlands | 31 | | | Toll Free | 08000200447 |
| | Amsterdam | Toll | 0 207965365 | | |
| New Zealand | 64 | | | Toll Free | 0800453395 |
| | Auckland | Toll | 0 98010231 | | |
| Nicaragua | 505 | | | Toll Free | 0018002202285 |
| Norway | 47 | | | Toll Free | 80056861 |
| | Oslo | Toll | 21563275 | | |
| Oman | 968 | | | Toll Free | 80077182 |
| Panama | 507 | | | Toll Free | 0018005073385 |
| Peru | 51 | | | Toll Free | 080071304 |
| | Lima | Toll | 0 17087114 | | |
| Philippines | 63 | | | Toll Free | 180016120264 |
| Poland | 48 | | | Toll Free | 008001210175 |
| | Warsaw | Toll | 222112699 | | |
| Portugal | 351 | | | Toll Free | 800788141 |
| | All Cities | Toll | 308807202 | | |
| Puerto Rico | 1 | | | Toll Free | 8775663265 |
| | Bay Amon Norte | Toll | 17873957628 | | |
| Qatar | 974 | | | Toll Free | 00800100362 |
| Romania | 40 | | | Toll Free | 0800895570 |
| | Bucharest | Toll | 0 217940808 | | |
| Russian Federation | 7 | | | Toll Free | 81080022782044 |
| | Moscow | Toll | 4952495478 | | |
| Saint Kitts and Nevis | 1 | | | Toll Free | 18552931935 |
| San Marino | 378 | | | Toll Free | 800875593 |
| Saudi Arabia | 966 | mobile from STC | | Toll Free | 8008110307 |
| | mobile except STC | Toll Free | 8008500258 | | |
| Serbia | 381 | | | Toll Free | 0800812130 |
| Singapore | 65 | | | Toll Free | 8008526160 |

Wendy_0006315

| | | Toll | 67041730 | | |
|---|---|---|---|---|---|
| Slovak Republic | 421 | | | Toll Free | 800606925 |
| | Bratislava | Toll | 0 232222297 | | |
| Slovenia | 386 | | | Toll Free | 080080173 |
| | Ljubljana | Toll | 0 16004903 | | |
| South Africa | 27 | | | Toll Free | 0800014682 |
| | Cape Town | Toll | 0 213008069 | | |
| Spain | 34 | | | Toll Free | 800600061 |
| | Madrid | Toll | 917693466 | | |
| Sri Lanka | 94 | | | Toll Free | 2475605 |
| Sweden | 46 | | | Toll Free | 0200895354 |
| | Stockholm | Toll | 850512718 | | |
| Switzerland | 41 | | | Toll Free | 0800836845 |
| | Geneva | Toll | 0 225954750 | | |
| Taiwan | 886 | | | Toll Free | 0809089201 |
| | Taipei | Toll | 0 255723890 | | |
| Thailand | 66 | | | Toll Free | 0018006121067 |
| | Bangkok | Toll | 0 21056186 | | |
| Trinidad and Tobago | 1 | | | Toll Free | 18558290054 |
| Turkey | 90 | | | Toll Free | 08112130303 |
| | All Cities | Toll | 0 8503901801 | | |
| Ukraine | 380 | | | Toll Free | 0800509615 |
| United Arab Emirates | 971 | | | Toll Free | 800035703606 |
| United Kingdom | 44 | | | Toll Free | 08003761896 |
| | All Cities | Toll | 0 3306068934 | | |
| United States | 1 | | | Toll Free | 8773614628 |
| | 1 | All Cities | Toll | | 3144929787 |
| Uruguay | 598 | | | Toll Free | 0004135984991 |
| Venezuela | 58 | | | Toll Free | 08002426200 |
| Vietnam | 84 | Mobifone Access | | Toll Free | 18006842 |

CONFIDENTIAL

Wendy_0006316



# Brazil Status Update

March 2019

© Quality Is Our Recipe, LLC

CONFIDENTIAL

Wendy_0006317

# Executive Summary

- Progress has been made on all key initiatives discussed during meeting on 2/28, but timelines continued to be pressured and decisions will need to be made regarding next steps

- After conversations with Andrew Levy regarding his history with the Brazil JV, the group will need to align on the Promissory Note Principal Amount and whether to provide relief for the equity amount he covered for Infinity in 2018 (~$650k USD)

- Multiple conversations have been had with the potential new franchisee (Brasil Franchising) and the group would like to discuss an update on the valuation and potential impacts to overall Cash Flow assumptions

- Progress has been made with MCD in regards to the Funchal Lease transaction, but no legal paperwork has been fully executed at this time

- The ultimate decision to be made today will be related to the group's appetite to move forward with a $2M bridge loan from Wendy's to the JV, without a cash infusion the JV will not have enough liquidity to make payroll in Mid-April and thus not be in a position to collect proceeds from any Lease transaction with MCD or asset sale with Brasil Franchising

THE WENDY'S COMPANY | 2

CONFIDENTIAL

Wendy_0006318

# Agenda

Wendy's Loan and Partnership Update

New Franchisee Asset and Lease Sale

Cash-flow

 THE WENDY'S COMPANY | 3

CONFIDENTIAL

Wendy_0006319

# Wendy's loan - Alignment still needed among WBR Partners

- Andrew Levy (Starboard) is expecting that his additional equity of $657k (to cover Infinity shortfall) plus his % of all gross proceeds from lease and asset sales to be applied to his Wendy's debt and not towards outstanding local obligations;

- Marcel (Infinity) is expecting new franchise candidate offer off perpetual payment of 2% of sales to cover the Wendy's debt;

- Wendy's planning to offer each partner new promissory notes with same terms (potentially different Principal amounts) in order to resolve the $12.8M Wendy's loan
  - *Principal: $5.6M (per partner)* → *We recommend to reduce this amount by $657k (equity for Starboard)*
  - *5 Year loan*
  - *Quarterly payments of $125k (starting Q3 2019)*
  - *Interest rate 5% (Lower than existing loan of 6.5%)*
  - *Balloon payment at maturity would be around $5.4mm*

| Loan Principal | | | Past Due Interest | | | Past Due Royalties | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 12,800,000 | Total | $ | 948,252 | Total | $ | 303,149 | Total | $14,051,401 | Total | | |
| $ | 5,120,000 | SB | $ | 379,301 | SB | $ | 121,259 | SB | $ 5,620,560 | SB | → Less $657k = $4,963 |
| $ | 5,120,000 | Infinity | $ | 379,301 | Infinity | $ | 121,259 | Infinity | $ 5,620,560 | Infinity | |
| $ | 2,560,000 | WEN | $ | 189,650 | WEN | $ | 60,630 | WEN | $ 2,810,280 | WEN | |

 THE WENDY'S COMPANY | 4

Wendy_0006320

# Lease and Asset Sales Update: Timing is Critical to Execute Plan

➤ Lease Sale to MCD
- First Restaurant under contract review
  - ❖ Expected to be signed in 2 weeks
  - ❖ First payment in 6 weeks after signature
  - ❖ Final payment 10 days after site being handled
- Other 2 FSDT LOI's to be signed when Funchal is executed

➤ New Franchisee Candidate Approval and WBR Asset Sale
- Valuation presented on 03/15
- Counter offer presented on 03/22
- Franchisee meeting at DRSC scheduled for 04/24



CONFIDENTIAL

Wendy_0006321

# Asset Valuation: 1st Offer Short of Expectations by $1.7MM USD

- Candidate only willing to buy package to build new Food Court locations
- Also included Master Franchise Rights for Sao Paulo State in Goodwill
- Inadvertently excluded WP & Aricanduva employee termination costs

|  | JV 1st Valuation | New Group Counter | B / (W) vs JV |
|---|---|---|---|
|  | **BRL** | **BRL** | **BRL** |
| Equipment (Funchal/JK/Alphaville) | 4,129,703 | 1,800,000 | (2,329,703) |
| Equipment (Extra) | 269,805 |  | (269,805) |
| Equipment (Aricanduva/West Plaza) | 1,740,619 | 1,200,000 | (540,619) |
| Lease Sale (Aricanduva/West Plaza) | 3,176,150 | 1,300,000 | (1,876,150) |
| Goodwill* | 1,850,000 | 1,000,000 | (850,000) |
| Aricanduva Remodel | 150,000 |  | (150,000) |
| West Plaza & Aricanduva Termination Cost/Ops | 350,000 |  | (350,000) |
| **Total** | **11,666,276** | **5,300,000** | **(6,366,276)** |
| **Total US$** | **3,153,048** | **1,432,432** | **(1,720,615)** |

CONFIDENTIAL

Wendy_0006322

# Recommendation

- **Current Deal:** JV counter valuation using their methodology and including MF rights to SP only for R$2MM Goodwill (short ~$1MM USD from original valuation)
- **Future Deal:** Sell group National MF rights in 2020+ with the 2% of sales perpetual payment (7% total fees)

| | JV 1st Valuation | New Group Counter | B / (W) vs JV | Recommended JV Counter | B / (W) vs JV |
|---|---|---|---|---|---|
| | BRL | BRL | BRL | BRL | BRL |
| Equipment (Funchal/JK/Alphaville) | 4,129,703 | 1,800,000 | (2,329,703) | 1,540,930 | (2,588,773) |
| Equipment (Extra) | 269,805 | | (269,805) | 269,805 | - |
| Equipment (Aricanduva/West Plaza) | 1,740,619 | 1,200,000 | (540,619) | 1,250,053 | (490,566) |
| Lease Sale (Aricanduva/West Plaza) | 3,176,150 | 1,300,000 | (1,876,150) | 2,506,073 | (670,077) |
| Goodwill* | 1,850,000 | 1,000,000 | (850,000) | 2,000,000 | 150,000 |
| Aricanduva Remodel | 150,000 | | (150,000) | 99,000 | (51,000) |
| West Plaza & Aricanduva Termination Cost/Ops | 350,000 | | (350,000) | 350,000 | - |
| **Total** | **11,666,276** | **5,300,000** | **(6,366,276)** | **8,015,860** | **(3,650,416)** |
| **Total US$** | **3,153,048** | **1,432,432** | **(1,720,615)** | **2,166,449** | **(986,599)** |

CONFIDENTIAL

Wendy_0006323

# Due to Timing, WBR Requires a $2.0mm Bridge Loan

## Terms:

- Principal: $2mm
- Issuance: April 2019
- Maturity: November 2019
- Interest rate (Illustrative): 3.24%
    - 6-month LIBOR 2.74% plus Spread 0.5%
- Maximum Interest: $65k
- Balloon payment on maturity date

## Loan Stipulations:

- Wendy's receives priority over all CF received by JV through lease sales;
- Marcel's compensation through Infinity is terminated moving forward (still to be negotiated);
- Wendy's will freeze ongoing royalties from JV until all asset sales are completed
- Wendy's will freeze ongoing interest accruals for the $12.8mm credit facilities
- Wendy's will only provide bridge loan funding if JV Partners agree to sign promissory notes to handle $12.8mm credit facility and past due amounts (still to be negotiated)

THE WENDY'S COMPANY | 8

CONFIDENTIAL

Wendy_0006324

# Cash-Flow Expectations for 2019 (US$ 000's)

| Week/Period:<br>Actual / Projected: | P1 '19<br>P | P2 '19<br>P | P3 '19<br>P | P4 '19<br>P | P5 '19<br>P | P6 '19<br>P | P7 '19<br>P | P8 '19<br>P | P9 '19<br>P | P10 '19<br>P | P11 '19<br>P | P12 '19<br>P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 436 | 436 | 58 | (263) | 1,107 | 1,577 | 86 | 1,030 | 1,277 | 1,247 | 1,220 | (872) |
| **Cash Inflows** | | | | | | | | | | | | |
| Funchal Lease Sale | | | | | 865 | | | | | | | |
| JK Lease Sale | | | | | | | 865 | | | | | |
| Alphaville Lease Sale | | | | | | | 865 | | | | | |
| Brasil Franchising Asset Sales | | | | | | | 1,881 | 285 | | | | |
| Total Inflows | - | - | - | - | 865 | - | 3,611 | 285 | - | - | - | - |
| **Cash Outflows** | | | | | | | | | | | | |
| Restaurant EBITDA | | (68) | (91) | (37) | (24) | (27) | (11) | - | - | - | - | - |
| G&A | | (107) | (95) | (95) | (77) | (77) | (81) | (30) | (30) | (27) | (27) | (27) |
| CAPEX | | - | (41) | - | - | - | - | - | - | - | - | - |
| Bank Bradesco Loan Repayment | | - | - | - | - | - | (814) | - | - | - | - | - |
| Bank Itau Loan Repayment | | - | - | - | - | (1,351) | - | - | - | - | - | - |
| Interest Payment (Banks) | | (35) | (35) | (22) | (22) | (22) | - | - | - | - | - | - |
| Taxes (Past due) | | (13) | (13) | (13) | (13) | (13) | (758) | - | - | - | - | - |
| A/P (Past due) | | (94) | (46) | (463) | - | - | - | - | - | - | - | - |
| Broker Fees (Lease Sale) | | - | - | - | (86) | - | (173) | - | - | - | - | - |
| Broker Fees (Asset Sale) | | - | - | - | - | - | (56) | (9) | - | - | - | - |
| Deal Legal Costs (Asset Sale) | | - | - | - | - | - | (100) | - | - | - | - | - |
| Termination Costs | | - | - | - | - | - | (192) | - | - | - | - | - |
| Closing Costs | | - | - | - | (173) | - | (272) | - | - | - | - | - |
| Miscellaneous Outflows | | (61) | - | - | - | - | (208) | - | - | - | - | - |
| Total Outflows | - | (378) | (321) | (630) | (395) | (1,491) | (2,666) | (38) | (30) | (27) | (27) | (27) |
| Net Cash Flow | - | (378) | (321) | (630) | 469 | (1,491) | 944 | 247 | (30) | (27) | (27) | (27) |
| Short term Borrowing/(Repayment) | | | | 2,000 | | | | | | | (2,065) | |
| Ending Cash | 436 | 58 | (263) | 1,107 | 1,577 | 86 | 1,030 | 1,277 | 1,247 | 1,220 | (872) | (898) |

NDY'S COMPANY | 9

*Excludes past due and future WEN Royalties/Interest

CONFIDENTIAL

Wendy_0006325



CONFIDENTIAL

Wendy_0006326