**From:** Wright, Bob[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E7AEBC5D2F34D26910313F995123273-BWRIG02]
**Sent:** Fri 3/2/2018 4:36:17 PM Central Standard Time
**To:** Koumas, Peter[Peter.Koumas@wendys.com]
**Subject:** Fwd: Wendy's Brazil Quick Update
**Attachment:** 2018 Cash Flow Projection (version 1) 1.17.18.xlsx
**Attachment:** 2018 Cash Flow Projection (version 2) 030218.xlsx

FYI

Bob Wright
The Wendy's Company
Bob.Wright@Wendys.com
Get Outlook for iOS

---

**From:** Ribas, Carlos
**Sent:** Friday, March 2, 2018 5:24:13 PM
**To:** Wright, Bob
**Subject:** FW: Wendy's Brazil Quick Update

I wasn't crazy...see Edu's explanation of the missing R$800K below with no deferred royalties or loan interest.

---

**From:** Alves, Carlos
**Sent:** Friday, March 2, 2018 5:12 PM
**To:** Ribas, Carlos <Carlos.Ribas@wendys.com>
**Subject:** RE: Wendy's Brazil Quick Update

Hi Carlos,

Here is the reconciliation from the last cash-flow vs. the cash-flow submitted by Humberto on 01.17.

| Reconciliation | BRL | |
|---|---|---|
| P5W1 (May16) | - 2,555,753 | Cash flow from 1.17.18 |
| Balance Equity Infinity | 2,488,000 | |
| Balance Equity Starboard | 31,229 | |
| Balance Equity Wendy's | 40,401 | |
| | | |
| **Revised Balance P5W1** | 3,877 | |
| *Variances vs. New Cash-flow* | | |
| Capital Aricanduva | -275,535 | |
| Key Money | -25,832 | |
| Receipts from Revenue | -697,359 | |
| Payments Expenses | 194,465 | |
| | | |
| **Revised Balance P5W1** | - 800,384 | Cash-flow from 3.02.18 |

This is what is missing to be able to cash by middle of May. If you need more explanation I can ask Humberto to provide. Now that I look at these variances, my concern is that if sales continue soft we could have another major variance in a month from now.

Please let me know if you would like to discuss.

Regards,

Edu.

---

**From:** Ribas, Carlos
**Sent:** Friday, March 02, 2018 4:07 PM
**To:** Alves, Carlos <Carlos.Alves@wendys.com>
**Subject:** FW: Wendy's Brazil Quick Update
**Importance:** High

This is what Marcos/Andrew shared with Bob, Adiya, Peter and I on the call today.  Biggest issue is Bob thought we had until end of April before cash ran out, and not it's end of March. He asked what changed? And Marcos said nothing materially.

Where did we miss this by 1 month?  We told BOD once SB put in their equity we could float cash thru April.

CONFIDENTIAL

Wendy_0013861

Anyway, now Bob asked Peter to evaluate if we can 'delay' next 1-2 loan payments without triggering Wendy's write down.

---

**From:** Marcos Silva
**Sent:** Friday, March 2, 2018 2:23 PM
**To:** Andrew Levy <alevy@starboardgroup.net>; Ribas, Carlos <Carlos.Ribas@wendys.com>; Wright, Bob <Bob.Wright@wendys.com>
**Subject:** Wendy's Brazil Quick Update
**Importance:** High

I have attached an M&A timeline update which takes us to a possible close by end of June.But this may be an aggressive timeline.It also include a potential list of M&A firms for us to consider once the draft deal book is done next week.This list is confidential, it cannot be discussed outside of this group, I'll explain why during our call – it has to do with SForza.

Attached please see latest cash flow report showing injection need for week of 3/18 at ~R$675K, and grows to R$1.6M by week of 3/25, this is more than the Starboard equity balance of ~R$1.5M.

Included email exchange from 1/29 forecasting cash requirements through YE 2018 considering Food and Labor improvements over the next few months assuming the following in flows:

1. Marcel Equity - R$375.000
2. Starboard Equity - ~R$2.000.000
3. Wendy's Loan - $1.5M or ~ R$4.800.000

After all was said and done, Marcel put in R$700K, leaving Starboard to put in an additional R$1.49M (see WBR Ltda-FY18P02Financials worksheet for equity details)



**Marcos Silva, President**
12540 W Atlantic Blvd, Coral Springs, FL 33071
O: (954) 255-2266x201
msilva@starboardgroup.net

"Be Accountable and Act with Integrity"

CONFIDENTIAL

# Produced in Native Format

CONFIDENTIAL

Wendy_0013863

**Wendy's Brasil**
2018 Cash Flow Projection
in R$

<--ACTUAL   FORECAST-->

| | DECEMBER | | | | JANUARY | | | | | FEBRUARY | | | | MARCH | | | | APRIL | | | | | MAY | | | | JUNE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | from Dec/4 to Dec/11 | from Dec/12 to Dec/18 | from Dec/19 to Dec/25 | from Dec/26 to Dec/31 | Wk1 | Wk2 | Wk3 | Wk4 | Wk5 | Wk6 | Wk7 | Wk8 | Wk9 | Wk10 | Wk11 | Wk12 | Wk13 | Wk14 | Wk15 | Wk16 | Wk17 | Wk18 | Wk19 | Wk20 | Wk21 | Wk22 | Wk23 | Wk24 | Wk25 | Wk26 |
| **Beginning Balance** | 2,795,572 | 2,630,003 | 1,424,000 | 733,418 | 552,685 | 280,776 | 568,734 | 430,271 | 610,769 | 418,251 | 209,303 | -100,900 | 57,071 | 137,447 | 324,380 | -1,806,923 | -1,858,763 | -2,045,170 | -2,231,397 | -2,105,178 | -2,416,969 | -2,292,701 | -2,334,329 | -2,555,733 | -2,953,033 | -2,802,494 | -2,957,512 | -3,130,591 | -3,537,227 | -4,102,675 |
| CAPEX Aricanduva | -114,075 | -61,810 | -21,936 | -84,105 | -85,804 | -62,944 | -34,513 | -35,521 | -12,000 | | -8,982 | -8,149 | -3,164 | | | -40,475 | | | | -40,475 | | | | | -40,475 | | | | -40,475 | |
| Key Money | -40,475 | | | | | | -40,475 | -40,475 | | | | -40,475 | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow From Investing Activities** | -114,075 | -102,285 | -21,936 | -84,105 | -85,804 | -62,944 | -74,988 | -35,521 | -12,000 | 0 | -8,982 | -48,624 | -3,164 | 0 | 0 | -40,475 | 0 | 0 | 0 | -40,475 | 0 | 0 | 0 | 0 | -40,475 | 0 | 0 | 0 | -40,475 | 0 |
| 13th Salary | | -128,769 | | | | | | | | | | | | | -128,769 | | | | | | | | | | | | | | | |
| Initial Fee to Mkt Agency | | -65,680 | | | | | | | | | | | | | -363,864 | | | | | | | | | | | | | | | |
| Pending Royalties + Mng Fees | 556,906 | 443,045 | 241,254 | 372,372 | 512,354 | 459,229 | 452,187 | 506,597 | 528,878 | 518,563 | 491,430 | 525,685 | 546,554 | 531,484 | 540,725 | 495,787 | 527,876 | 538,559 | 506,627 | 542,343 | 529,890 | 563,118 | 499,589 | 508,922 | 503,543 | 576,501 | 554,078 | 519,130 | 528,480 | 555,735 |
| Receipts | -608,400 | -612,315 | -769,209 | -469,000 | -698,458 | -408,327 | -515,662 | -290,578 | -709,395 | -727,512 | -792,650 | -319,091 | -737,907 | -718,417 | -1,030,635 | -318,314 | -714,282 | -724,786 | -381,408 | -832,659 | -385,623 | -604,745 | -721,013 | -906,203 | -312,528 | -731,520 | -727,157 | -925,766 | -325,615 | -725,537 |
| Payments | -51,494 | -373,719 | -668,645 | -96,628 | -186,105 | 50,902 | -63,474 | 216,019 | -180,517 | -208,949 | -301,220 | 206,594 | -191,354 | -186,933 | -489,910 | 177,472 | -186,406 | -186,227 | 125,218 | -290,315 | 144,267 | -41,627 | -221,424 | -397,281 | 191,015 | -155,019 | -173,079 | -406,636 | 202,865 | -169,802 |
| **Net Cash Flow From Operating Activities** | -51,494 | -373,719 | -668,645 | -96,628 | -186,105 | 50,902 | -63,474 | 216,019 | -180,517 | -208,949 | -301,220 | 206,594 | -191,354 | -186,933 | -489,910 | 177,472 | -186,406 | -186,227 | 125,218 | -290,315 | 144,267 | -41,627 | -221,424 | -397,281 | 191,015 | -155,019 | -173,079 | -406,636 | 202,865 | -169,802 |
| Interest | | | | | | | | | | | | | | | | -688,838 | | | | | | | | | | | | | -727,838 | |
| Others | | | -730,000 | | | 300,000 | | | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow From Financing Activities** | 0 | -730,000 | 0 | 0 | 0 | 300,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -688,838 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -727,838 | 0 |
| **Ending Balance** | 2,630,003 | 1,424,000 | 733,418 | 552,685 | 280,776 | 568,734 | 430,271 | 610,769 | 418,251 | 209,303 | -100,900 | 57,071 | 137,447 | 324,380 | -1,806,923 | -1,858,763 | -2,045,170 | -2,231,397 | -2,105,178 | -2,416,969 | -2,292,701 | -2,334,329 | -2,555,733 | -2,953,033 | -2,802,494 | -2,957,512 | -3,130,591 | -3,537,227 | -4,102,675 | -4,272,478 |

**Weekly Variance**

| | Wk1 | Wk2 | Wk3 | Wk4 | Wk5 | Wk6 | Wk7 | Wk8 | Wk9 | Wk10 | Wk11 | Wk12 | Wk13 | Wk14 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAPEX Aricanduva | | | | | | | | | | | | | | | | -275,535 |
| Key Money | -22,000 | | | | -45,150 | -8,982 | -7,338 | | -90,000 | | | | -90,000 | | -22,000 | -25,832 |
| Other | | | | | | -22,000 | | 21,042 | | -22,000 | | 21,042 | | -22,000 | | -404,642 Tax Payments |
| Initial Fee to Mkt Agency | | | | | | | | | | | | -404,642 | | | | 0 |
| Pending Royalties + Mng Fees | | | 95,484 | -142,352 | -188,638 | -115,612 | -102,550 | -143,142 | -140,548 | | | | | 40,000 | | 0 |
| Receipts | 22,000 | | -9,982 | 18,204 | 20,739 | 175,550 | 218,211 | -271,102 | -49,149 | 370,000 | | | | | 58,075 | -697,359 |
| Payments | | | | | | | | | | | | | | | 46,460 | 599,107 \| 194,465 Net Payments and Other |
| Interest | | | | | | | | | | | | | | | | 0 |
| Others | | | | 400,000 | | | 629,400 | | | | | | | | | 1,029,400 |

**Reconciliation**

| | BRL | |
|---|---|---|
| **PSW1 (May16)** | | - 2,555,753 Cash flow from 1.17.18 |
| Balance Equity Infinity | 2,488,000 | |
| Balance Equity Starboard | 31,229 | |
| Balance Equity Wendy's | 40,401 | |
| **Revised Balance PSW1** | **3,877** | |
| **Variances vs. New Cash-flow** | | |
| Capital Aricanduva | -275,535 | |
| Key Money | -25,832 | |
| Receipts from Revenue | 697,359 | |
| Payments Expenses | 194,465 | |
| **Revised Balance PSW1** | | - 800,384 Cash-flow from 3.02.18 |

| Reconciliation | Week 1 | Week 2 |
|---|---:|---:|
| Actual Balance | 280,776 | 568,734 |
| Forecast Balance | 296,677 | 266,424 |
| Difference | - 15,901 | 302,310 |
| **Receipts** | **44,465** | **23,737** |
| CAPEX | - 0 | - 19,679 |
| ICMS (tax) | 39,715 | - |
| Pis/Cofins (tax) | - | - |
| F&B | - 29,700 | - 47,614 |
| Salaries | - 91,773 | - 39,807 |
| Royalties + Mng Fee | - | - |
| Utilities | 131,878 | - 14,681 |
| Occupancy | - 142,173 | - 3,839 |
| Other | 31,687 | 30,800 |
| **Expenditures** | **- 60,366** | **- 94,820** |
| **Pending Royalties** | | **89,294** |
| **Deposit** | | **300,000** |
| **Previous Difference** | | **- 15,901** |
| **Receipts vs Expenditures** | **- 15,901** | **302,310** |
| Check | 0 | - |

**Wendy's Brasil**
P&L Projection + Cash Flow
in R$

**Week 1**

| | JANUARY Forecast Wk1 | JANUARY Actual 1-Jan | JANUARY Actual 2-Jan | JANUARY Actual 3-Jan | JANUARY Actual 4-Jan | JANUARY Actual 5-Jan | JANUARY Actual Wk1 | JANUARY <> Wk1 |
|---|---|---|---|---|---|---|---|---|
| CAPEX | 85,804 | | 71,504 | 1,099 | | 13,201 | 85,804 | -0 |
| Key Money | | | | | | | | |
| | | | | | | | | |
| **Operations** | | | | | | | | |
| ICMS (tax) | 39,715 | | | | | | 0 | 39,715 |
| Pis/Cofins (tax) | 0 | | | | | | 0 | 0 |
| F&B | 165,786 | | 94,097 | 49,959 | 29,026 | 22,404 | 195,486 | -29,700 |
| Salaries | 0 | | 1,348 | | 43,000 | 47,425 | 91,773 | -91,773 |
| Royalties + Mng Fee | 0 | | | | | | 0 | 0 |
| Utilities | 140,390 | | | | 1,340 | 7,171 | 8,512 | 131,878 |
| Occupancy | 165,604 | | 123,980 | | | 183,797 | 307,777 | -142,173 |
| Other | 126,598 | | 29,599 | 30,096 | 3,975 | 31,241 | 94,911 | 31,687 |
| Sub Total | 638,093 | 0 | 249,024 | 80,055 | 77,342 | 292,238 | 698,458 | -60,366 |
| | | | | | | | | |
| Total | 723,897 | 0 | 320,528 | 81,154 | 77,342 | 305,239 | 784,263 | -60,366 |

**Week 2**

| | JANUARY Forecast Wk2 | JANUARY Actual 8-Jan | JANUARY Actual 9-Jan | JANUARY Actual 10-Jan | JANUARY Actual 11-Jan | JANUARY Actual 12-Jan | JANUARY Actual Wk2 | JANUARY <> Wk2 |
|---|---|---|---|---|---|---|---|---|
| CAPEX | 43,265 | 27,016 | 8,982 | 1,617 | 17,178 | 8,150 | 62,944 | -19,679 |
| Key Money | | | | | | | | |
| | | | | | | | | |
| **Operations** | | | | | | | | |
| ICMS (tax) | | | | | | | 0 | 0 |
| Pis/Cofins (tax) | | | | | | | 0 | 0 |
| F&B | 160,350 | 49,074 | 38,905 | 30,779 | 33,276 | 55,930 | 207,964 | -47,614 |
| Salaries | | 32,515 | 4,807 | 2,486 | | | 39,807 | -39,807 |
| Royalties + Mng Fee | | | | | | | 0 | 0 |
| Utilities | | | 8,194 | | 6,487 | | 14,681 | -14,681 |
| Occupancy | 86,395 | | | 81,396 | 8,838 | | 90,234 | -3,839 |
| Other | 86,441 | 32,290 | 3,582 | 15,833 | 1,907 | 2,030 | 55,641 | 30,800 |
| Sub Total | 333,186 | 113,879 | 55,488 | 130,493 | 35,183 | 73,285 | 408,327 | -75,141 |
| | | | | | | | | |
| Total | 376,451 | 140,895 | 64,471 | 132,110 | 52,361 | 81,435 | 471,271 | -94,820 |

**Week 3**

| | JANUARY Forecast Wk3 | JANUARY Actual 15-Jan | JANUARY Actual 16-Jan | JANUARY Actual 17-Jan | JANUARY Actual 18-Jan | JANUARY Actual 19-Jan | JANUARY Actual Wk3 | JANUARY <> Wk3 |
|---|---|---|---|---|---|---|---|---|
| CAPEX | 15,595 | 32,052 | | 2,461 | | | 34,513 | -18,918 |
| Key Money | 40,475 | | | | 40,475 | | 40,475 | 0 |
| | | | | | | | | |
| **Operations** | | | | | | | | |
| ICMS (tax) | 0 | | | | | | 0 | 0 |
| Pis/Cofins (tax) | 0 | | | | | | 0 | 0 |
| F&B | 174,346 | 41,365 | 53,942 | 18,954 | 34,869 | 34,869 | 184,000 | -9,654 |
| Salaries | 387,165 | 162,630 | | 12,047 | | | 174,677 | 212,488 |
| Royalties + Mng Fee | 154,596 | | | | | | 0 | 154,596 |
| Utilities | 0 | 2,781 | | | | | 2,781 | -2,781 |
| Occupancy | 0 | 22,880 | | | | | 22,880 | -22,880 |
| Other | 116,232 | 75,950 | 2,644 | 6,237 | 23,246 | | 131,325 | -15,092 |
| Sub Total | 832,339 | 305,606 | 56,586 | 37,239 | 58,116 | 58,116 | 515,662 | 316,678 |
| | | | | | | | | |
| Total | 888,409 | 337,658 | 56,586 | 39,700 | 98,591 | 58,116 | 590,650 | 297,759 |

| | 2-Jan | 3-Jan | 4-Jan | 5-Jan | 8-Jan | 9-Jan | 10-Jan | 11-Jan | 12-Jan | 15-Jan | 16-Jan | 17-Jan | 18-Jan | 19-Jan | 22-Jan | 23-Jan | 24-Jan | 26-Jan | 29-Jan | 30-Jan | 31-Jan | 1-Feb | 2-Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Santander | 240,459 | 270,737 | 213,976 | 182,105 | 75,633 | 39,024 | 31,237 | 21,554 | 7,599 | 134,449 | 44,442 | 44,823 | | | | | | | | | | | |
| Bradesco | 312,227 | 294,776 | 326,425 | 317,848 | 205,143 | 319,164 | 307,266 | 238,881 | 239,236 | 434,285 | 390,726 | 383,333 | 446,978 | 388,387 | 430,271 | 520,271 | 450,271 | 380,271 | 370,271 | 460,271 | 390,271 | 320,271 | 250,271 |
| **Saldo Inicial** | **552,685** | **565,512** | **540,401** | **499,953** | **280,776** | **358,188** | **338,503** | **260,435** | **246,835** | **568,734** | **435,168** | **428,156** | **446,978** | **388,387** | **430,271** | **520,271** | **450,271** | **380,271** | **370,271** | **460,271** | **390,271** | **320,271** | **250,271** |
| Check | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Boletos | -167,490 | -72,513 | -32,382 | -144,925 | -108,380 | -4,807 | -46,270 | -16,125 | | -329,896 | -53,340 | -27,653 | | | | | | | | | | | |
| Borderôs | -151,690 | -8,641 | -44,960 | -160,314 | -26,428 | -59,664 | -85,840 | -36,236 | -81,435 | -7,762 | -3,245 | -12,047 | -98,591 | -58,116 | -110,000 | -110,000 | -110,000 | -110,000 | -110,000 | -110,000 | -110,000 | -110,000 | -110,000 |
| Salários | -1,348 | | | | -6,087 | | | | | | | | | | | | | | | | | | |
| Troco | | -6,700 | | 6,700 | | | -6,700 | | 6,700 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Cartões Bradesco | 182,558 | 31,649 | 32,423 | 37,304 | 164,030 | 38,111 | 31,624 | 38,363 | 32,827 | 161,705 | 42,615 | 35,067 | 40,000 | 100,000 | 200,000 | 40,000 | 40,000 | 100,000 | 200,000 | 40,000 | 40,000 | 40,000 | 100,000 |
| Cartões Santander | 61,642 | 28,559 | 771 | 827 | 2,566 | 669 | 29,262 | 412 | 385 | 3,058 | 1,154 | 1,043 | | | | | | | | | | | |
| Sodexho | | | | | 46,411 | | | | | 35,267 | | | | | | | | | | | | | |
| Tickets | 3,984 | | | | 4,616 | 6,682 | | | | 4,513 | 5,984 | 22,412 | | | | | | | | | | | |
| Brinks | 85,395 | | | 41,238 | | | | | 62,770 | | | | | | | | | | | | | | |
| Aportes | | | | | | | | | 300,000 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Vanda Óleo | | 940 | | | | | | | | | | | | | | | | | | | | | |
| <> VB | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Tarifas | -45 | | | | | | | | | | | | | | | | | | | | | | |
| Outros? | -178 | 1,594 | 3,700 | -7 | 684 | -677 | -143 | -14 | 652 | -451 | -179 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **Saldo Final** | **565,513** | **540,400** | **499,953** | **280,776** | **358,188** | **338,502** | **260,435** | **246,835** | **568,735** | **435,168** | **428,156** | **446,978** | **388,387** | **430,271** | **520,271** | **450,271** | **380,271** | **370,271** | **460,271** | **390,271** | **320,271** | **250,271** | **240,271** |
| Check | 0 | -0 | 0 | 0 | 0 | 0 | -0 | 0 | -0 | 0 | -0 | 0 | -0 | -0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -240,271 |

**Wendy's Brasil**
2018 Cash Flow Projection
in R$

&lt;-- ACTUAL     FORECAST --&gt;

| in R$ | DEC from Dec/4 to Dec/11 | DEC from Dec/12 to Dec/18 | DEC from Dec/19 to Dec/25 | DEC from Dec/26 to Dec/31 | Wk1 | Wk2 | Wk3 | Wk4 | Wk5 | Wk6 | Wk7 | Wk8 | Wk9 | Wk10 | Wk11 | Wk12 | Wk13 | Wk14 | Wk15 | Wk16 | Wk17 | Wk18 | Wk19 | Wk20 | Wk21 | Wk22 | Wk23 | Wk24 | Wk25 | Wk26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | JANUARY | | | | | FEBRUARY | | | | MARCH | | | | APRIL | | | | | MAY | | | | JUNE | | | |
| **Begining Balance** | 2,795,572 | 2,630,003 | 1,424,000 | 733,418 | 552,685 | 296,677 | 266,424 | -342,131 | -161,634 | -354,151 | -563,100 | -873,302 | -715,332 | -909,850 | -1,096,782 | -1,586,693 | -2,138,533 | -2,324,940 | -2,511,167 | -2,385,948 | -2,716,739 | -2,572,471 | -2,614,099 | -2,835,523 | -3,232,804 | -3,082,264 | -3,237,282 | -3,410,361 | -3,816,997 | -4,382,445 |
| CAPEX Aricanduva | -114,075 | -61,810 | -21,936 | -84,105 | -85,804 | -43,265 | -15,595 | -35,521 | -12,000 | | -8,982 | -8,149 | -3,164 | | | | | | | | | | | | | | | | | |
| Key Money | | -40,475 | | | | | -40,475 | | | | | -40,475 | | | | -40,475 | | | | -40,475 | | | | | -40,475 | | | | -40,475 | |
| **Net Cash Flow From Investing Activities** | -114,075 | -102,285 | -21,936 | -84,105 | -85,804 | -43,265 | -56,070 | -35,521 | -12,000 | 0 | -8,982 | -48,624 | -3,164 | 0 | 0 | -40,475 | 0 | 0 | 0 | -40,475 | 0 | 0 | 0 | 0 | -40,475 | 0 | 0 | 0 | -40,475 | 0 |
| 13th Salary | | | -140,690 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Initial Fee to Mkt Agency | | -128,769 | | | | | -128,769 | | | | | | | | | | | | | | | | | | | | | | | |
| Pending Royalties + Mng Fees | | -65,680 | | | | -89,294 | | | | | | | | | | | | | | | | | | | | | | | | |
| Receipts | 556,906 | 443,045 | 241,254 | 372,372 | 467,889 | 435,492 | 408,623 | 506,597 | 528,878 | 518,563 | 491,430 | 525,685 | 546,554 | 531,484 | 540,725 | 495,787 | 527,876 | 538,559 | 506,627 | 542,343 | 529,890 | 563,118 | 499,589 | 508,922 | 503,543 | 576,501 | 554,078 | 519,130 | 528,480 | 555,735 |
| Payments | -608,400 | -622,315 | -769,209 | -469,000 | -638,093 | -333,186 | -832,339 | -290,578 | -709,395 | -727,512 | -792,650 | -319,091 | -737,907 | -718,417 | -1,030,635 | -318,314 | -714,282 | -724,786 | -381,408 | -832,659 | -385,623 | -604,745 | -721,013 | -906,203 | -312,528 | -731,520 | -727,157 | -925,766 | -325,615 | -725,537 |
| **Net Cash Flow From Operating Activities** | -51,494 | -373,719 | -668,645 | -96,628 | -170,204 | 13,012 | -552,485 | 216,019 | -180,517 | -208,949 | -301,220 | 206,594 | -191,354 | -186,933 | -489,911 | 177,472 | -186,406 | -186,227 | 125,218 | -290,315 | 144,267 | -41,627 | -221,424 | -397,281 | 191,015 | -155,019 | -173,079 | -406,636 | 202,865 | -169,802 |
| Interest | | -730,000 | | | | | | | | | | | | | | -688,838 | | | | | | | | | | | | | -727,838 | |
| Others | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow From Financing Activities** | 0 | -730,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -688,838 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -727,838 | 0 |
| **Ending Balance** | 2,630,003 | 1,424,000 | 733,418 | 552,685 | 296,677 | 266,424 | -342,131 | -161,634 | -354,151 | -563,100 | -873,302 | -715,332 | -909,850 | -1,096,782 | -1,586,693 | -2,138,533 | -2,324,940 | -2,511,167 | -2,385,948 | -2,716,739 | -2,572,471 | -2,614,099 | -2,835,523 | -3,232,804 | -3,082,264 | -3,237,282 | -3,410,361 | -3,816,997 | -4,382,445 | -4,552,248 |
| | 2,630,004 | 1,424,000 | 733,418 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Check | -0 | -0 | 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Recs**

| | |
|---|---|
| Current Balance | -354,151 |
| CAPEX | -80,336 |
| Operating | -176,629 |
| Financing | 0 |
| TOTAL <> | -256,965 |
| Dec 18th | -97,186 |
| Check | 0 |

Case: 2:24-cv-03077-MHW-KAJ Doc #: 134-12 Filed: 07/15/26 Page: 8 of 15 PAGEID #: 4221

**Wendy's Brasil**
P&L Projection + Cash Flow
in R$

| | JANUARY | | | | | FEBRUARY | | | | MARCH | | | | APRIL | | | | | MAY | | | | JUNE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Wk1 | Wk2 | Wk3 | Wk4 | Wk5 | Wk6 | Wk7 | Wk8 | Wk9 | Wk10 | Wk11 | Wk12 | Wk13 | Wk14 | Wk15 | Wk16 | Wk17 | Wk18 | Wk19 | Wk20 | Wk21 | Wk22 | Wk23 | Wk24 | Wk25 | Wk26 |
| Funchal | 122,100 | 122,300 | 109,800 | 134,400 | 134,900 | 127,500 | 132,100 | 110,000 | 123,300 | 126,700 | 124,500 | 134,700 | 132,000 | 133,000 | 115,300 | 120,800 | 117,300 | 138,100 | 127,500 | 123,700 | 126,500 | 137,800 | 142,100 | 125,300 | 126,500 | 124,200 |
| JK | 115,995 | 116,185 | 104,310 | 127,680 | 128,155 | 121,125 | 125,495 | 104,500 | 117,135 | 120,365 | 118,275 | 127,965 | 125,400 | 126,350 | 109,535 | 114,760 | 111,435 | 131,195 | 121,125 | 117,515 | 120,175 | 130,910 | 134,995 | 119,035 | 120,175 | 117,990 |
| Alphaville | 109,890 | 110,070 | 98,820 | 120,960 | 121,410 | 114,750 | 118,890 | 99,000 | 110,970 | 114,030 | 112,050 | 121,230 | 118,800 | 119,700 | 103,770 | 108,720 | 105,570 | 124,290 | 114,750 | 111,330 | 113,850 | 124,020 | 127,890 | 112,770 | 113,850 | 111,780 |
| West Plaza | 42,308 | 42,377 | 38,046 | 46,570 | 46,743 | 44,179 | 45,773 | 38,115 | 42,723 | 43,902 | 43,139 | 46,674 | 45,738 | 46,085 | 39,951 | 41,857 | 40,644 | 47,852 | 44,179 | 42,862 | 43,832 | 47,748 | 49,238 | 43,416 | 43,832 | 43,035 |
| Aricanduva | 128,205 | 128,415 | 115,290 | 141,120 | 141,645 | 133,875 | 138,705 | 115,500 | 129,465 | 133,035 | 130,725 | 141,435 | 138,600 | 139,650 | 121,065 | 126,840 | 123,165 | 145,005 | 133,875 | 129,885 | 132,825 | 144,690 | 149,205 | 131,565 | 132,825 | 130,410 |
| **TOTAL Revenues** | **518,498** | **519,347** | **466,266** | **570,730** | **572,853** | **541,429** | **560,963** | **467,115** | **523,593** | **538,032** | **528,689** | **572,004** | **560,538** | **564,785** | **489,621** | **512,977** | **498,114** | **586,442** | **541,429** | **525,292** | **537,182** | **585,168** | **603,428** | **532,086** | **537,182** | **527,415** |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Credit Cards | 294,041 | 260,751 | 252,065 | 315,081 | 337,023 | 337,576 | 303,073 | 370,974 | 372,354 | 351,929 | 364,626 | 303,625 | 340,336 | 349,721 | 343,648 | 371,802 | 364,350 | 367,110 | 318,254 | 333,435 | 323,774 | 381,187 | 351,929 | 341,440 | 349,168 | 380,359 |
| Debit Cards | 129,624 | 129,837 | 116,566 | 142,682 | 143,213 | 135,357 | 140,241 | 116,779 | 130,898 | 134,508 | 132,172 | 143,001 | 140,135 | 141,196 | 122,405 | 128,244 | 124,529 | 146,610 | 135,357 | 131,323 | 134,296 | 146,292 | 150,857 | 133,022 | 134,296 | 131,854 |
| Fees | -7,626 | -7,031 | -6,635 | -8,240 | -8,644 | -8,513 | -7,980 | -8,780 | -9,059 | -8,756 | -8,942 | -8,039 | -8,648 | -8,836 | -8,389 | -9,001 | -8,800 | -9,247 | -8,165 | -8,366 | -8,245 | -9,495 | -9,050 | -8,540 | -8,702 | -9,220 |
| Money | 51,850 | 51,935 | 46,627 | 57,073 | 57,285 | 54,143 | 56,096 | 46,712 | 52,359 | 53,803 | 52,869 | 57,200 | 56,054 | 56,478 | 48,962 | 51,298 | 49,811 | 58,644 | 54,143 | 52,529 | 53,718 | 58,517 | 60,343 | 53,209 | 53,718 | 52,742 |
| **Payments** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ICMS (tax) | -39,715 | | | | | -39,715 | | | | -31,396 | | | | -32,989 | | | | | -39,779 | | | | -32,836 | | | |
| Pis/Cofins (tax) | | | | | -109,085 | | | | -109,085 | | | | -86,236 | | | | -90,610 | | | | | -109,260 | | | | -90,190 |
| F&B | -165,786 | -160,350 | -174,346 | -174,346 | -174,346 | -186,071 | -186,071 | -186,071 | -186,071 | -184,312 | -184,312 | -184,312 | -184,312 | -179,771 | -179,771 | -179,771 | -179,771 | -179,771 | -179,426 | -179,426 | -179,426 | -179,426 | -189,046 | -189,046 | -189,046 | -189,046 |
| Salaries | | | -387,165 | | -309,732 | | -387,165 | | -309,732 | | -387,165 | | -309,732 | | | -387,165 | | -309,732 | | -387,165 | | -309,732 | | -387,165 | | -309,732 |
| Royalties + Mng Fee | | | -154,596 | | | | | | | | -238,761 | | | | | -150,481 | | | | -120,115 | | | | -126,591 | | |
| Utilities | -140,390 | | | | | -112,312 | | | | -112,312 | | | | -140,390 | | | | | -112,312 | | | | -112,312 | | | |
| Occupancy | -165,604 | -86,395 | | | | -256,394 | -86,395 | | | -256,394 | -86,395 | | | -256,394 | -86,395 | | | | -256,394 | -86,395 | | | -256,394 | -86,395 | | |
| Other | -126,598 | -86,441 | -116,232 | -116,232 | -116,232 | -133,019 | -133,019 | -133,019 | -133,019 | -134,002 | -134,002 | -134,002 | -134,002 | -115,242 | -115,242 | -115,242 | -115,242 | -115,242 | -133,102 | -133,102 | -133,102 | -133,102 | -136,570 | -136,570 | -136,570 | -136,570 |
| **NET** | **-170,204** | **102,306** | **-423,717** | **216,019** | **-180,517** | **-208,949** | **-301,220** | **206,594** | **-191,354** | **-186,933** | **-489,911** | **177,472** | **-186,406** | **-186,227** | **125,218** | **-290,315** | **144,267** | **-41,627** | **-221,424** | **-397,281** | **191,015** | **-155,019** | **-173,079** | **-406,636** | **202,865** | **-169,802** |

**Produced in Native Format**

CONFIDENTIAL

Wendy_0013864

**Wendy's Brasil**
2018 Cash Flow Projection
in R$

<-- ACTUAL  FORECAST -->

| | DECEMBER | | | | JANUARY | | | | | FEBRUARY | | | | MARCH | | | | APRIL | | | | | MAY | | | | JUNE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | from Dec/4 to Dec/11 | from Dec/12 to Dec/18 | from Dec/19 to Dec/25 | from Dec/26 to Dec/31 | from Jan/1 to Jan/7 | from Jan/8 to Jan/14 | from Jan/15 to Jan/21 | from Jan/22 to Jan/28 | from Jan/29 to Feb/4 | from Feb/5 to Feb/11 | from Feb/12 to Feb/18 | from Feb/19 to Feb/25 | from Feb/26 to Mar/4 | from Mar/5 to Mar/11 | from Mar/12 to Mar/18 | from Mar/19 to Mar/25 | from Mar/26 to Apr/1 | from Apr/2 to Apr/8 | from Apr/9 to Apr/15 | from Apr/16 to Apr/22 | from Apr/23 to Apr/29 | from Apr/30 to May/6 | from May/7 to May/13 | from May/14 to May/20 | from May/21 to May/27 | from May/28 to Jun/3 | from Jun/4 to Jun/10 | from Jun/11 to Jun/17 | from Jun/18 to Jun/24 | from Jun/25 to Jul/1 |
| **Begining Balance** | 2,795,572 | 2,630,003 | 1,424,000 | 733,418 | 552,685 | 280,776 | 568,734 | 524,208 | 574,099 | 568,534 | 388,641 | 186,761 | 580,930 | 106,715 | 267,782 | -714,761 | -1,650,201 | -1,926,608 | -2,094,835 | -1,969,616 | -2,221,290 | -2,092,022 | -2,087,190 | -2,330,614 | -2,650,462 | -2,478,880 | -2,571,952 | -2,767,031 | -3,057,518 | -3,601,924 |
| CAPEX Aricanduva | -114,075 | -61,810 | -21,936 | -84,105 | -85,804 | -62,944 | -47,121 | -41,979 | -57,150 | -8,982 | -16,320 | -8,149 | -93,164 | | | | -90,000 | | | | -15,000 | | | | | | | | | |
| Key Money | | -40,475 | | | -22,000 | | -19,433 | 0 | 0 | -22,000 | 0 | -19,433 | | -22,000 | | -19,433 | | -22,000 | | -19,433 | -15,000 | | -22,000 | | -19,433 | | -22,000 | | -19,433 | |
| **Net Cash Flow From Investing Activities** | **-114,075** | **-102,285** | **-21,936** | **-84,105** | **-107,804** | **-62,944** | **-66,554** | **-41,979** | **-57,150** | **-30,982** | **-16,320** | **-27,582** | **-93,164** | **-22,000** | **0** | **-19,433** | **-90,000** | **-22,000** | **0** | **-19,433** | **-15,000** | **0** | **-22,000** | **0** | **-19,433** | **0** | **-22,000** | **0** | **-19,433** | **0** |
| Others | | | -140,690 | | | | | | | | | | | | | -404,642 | | | | | | | | | | | | | | |
| Initial Fee to Mkt Agency | | -128,769 | | | | | | | | | | | | | -128,769 | | | | | | | | | | | | | | | |
| Pending Royalties + Mng Fees | | -65,680 | | | | | | | | | | | | | -363,864 | | | | | | | | | | | | | | | |
| Receipts | 556,906 | 443,045 | 241,254 | 372,372 | 512,354 | 459,229 | 547,671 | 364,245 | 340,240 | 402,951 | 388,880 | 382,543 | 406,005 | 531,484 | 540,725 | 495,787 | 527,876 | 578,559 | 506,627 | 542,343 | 529,890 | 563,118 | 499,589 | 508,922 | 503,543 | 576,501 | 554,078 | 519,130 | 528,480 | 555,735 |
| Payments | -608,400 | -622,315 | -769,209 | -469,000 | -676,458 | -408,327 | -525,643 | -272,374 | -688,656 | -551,861 | -574,440 | -590,192 | -787,056 | -348,417 | -1,030,635 | -318,314 | -714,282 | -724,786 | -381,408 | -774,584 | -385,623 | -558,285 | -721,013 | -828,770 | -312,528 | -669,573 | -727,157 | -809,617 | -325,615 | -632,617 |
| **Net Cash Flow From Operating Activities** | **-51,494** | **-373,719** | **-668,645** | **-96,628** | **-164,105** | **50,902** | **22,028** | **91,871** | **-348,416** | **-148,911** | **-185,560** | **-207,649** | **-381,051** | **183,067** | **-982,543** | **-227,170** | **-186,406** | **-146,227** | **125,218** | **-232,240** | **144,267** | **4,832** | **-221,424** | **-319,848** | **191,015** | **-93,072** | **-173,079** | **-290,487** | **202,865** | **-76,883** |
| Interest | | -730,000 | | | | | | | | | | | | | -688,838 | | | | | | | | | | | | | | -727,838 | |
| Others | | | | | | 300,000 | | | 400,000 | | | 629,400 | | | | | | | | | | | | | | | | | | |
| **Net Cash Flow From Financing Activities** | **0** | **-730,000** | **0** | **0** | **0** | **300,000** | **0** | **0** | **400,000** | **0** | **0** | **629,400** | **0** | **0** | **0** | **-688,838** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **-727,838** | **0** |
| **Ending Balance** | **2,630,003** | **1,424,000** | **733,418** | **552,685** | **280,776** | **568,734** | **524,208** | **574,099** | **568,534** | **388,641** | **186,761** | **580,930** | **106,715** | **267,782** | **-714,761** | **-1,650,201** | **-1,926,608** | **-2,094,835** | **-1,969,616** | **-2,221,290** | **-2,092,022** | **-2,087,190** | **-2,330,614** | **-2,650,462** | **-2,478,880** | **-2,571,952** | **-2,767,031** | **-3,057,518** | **-3,601,924** | **-3,678,806** |
| | 2,630,004 | 1,424,000 | 733,418 | 552,685 | 280,776 | 568,735 | 524,208 | 574,099 | 568,533 | 388,640 | 186,760 | 580,929 | 106,713 | | | | | | | | | | | | | | | | | |
| Check | -0 | -0 | 0 | 0 | 0 | -1 | -0 | -0 | 1 | 1 | 1 | 1 | 2 | | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| last projection | 580,930 | 266,336 | 307,404 | -675,140 | -1,610,580 |
| <> | | -159,621 | -39,621 | -39,621 | -39,621 |
| salaries | | 270,000 | | | |
| pending tax | | 59,000 | 59,000 | 59,000 | 59,000 |
| Occupancy | | 130,000 | | | |

Check 1

X Million to get to July

Equity Contribution max out our willingness

Align with Starboard

Free-up interests

2018 cash flow

**Send the schedule to Wade on ownership changes**

EBITDA pick-up impact
Interest impact on Earnings
Royalties delay impact on Bad Debt

Closures JK and Funchal

Office pro rata back of house charges from Infinity



| | 2-Jan | 3-Jan | 4-Jan | 5-Jan | 8-Jan | 9-Jan | 10-Jan | 11-Jan | 12-Jan | 15-Jan | 16-Jan | 17-Jan | 18-Jan | 19-Jan | 22-Jan | 23-Jan | 24-Jan | 25-Jan | 26-Jan | 29-Jan | 30-Jan | 31-Jan | 1-Feb | 2-Feb | 5-Feb | 6-Feb | 7-Feb | 8-Feb | 9-Feb | 14-Feb | 15-Feb | 16-Feb | 19-Feb | 20-Feb | 21-Feb | 22-Feb | 23-Feb | 26-Feb | 27-Feb | 28-Feb | 1-Mar | 2-Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Santander | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bradesco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Saldo Inicial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Boletos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bordeiro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salários | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Troco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cartões Bradesco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cartões Santander | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sodexho | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tickets | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Brinio | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antecipação | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aportes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Venda Óleo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| c> VB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tarifas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Outros? | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Saldo Final | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Wendy's Brasil**

P&L Projection + Cash Flow

in R$

| Row |
| --- |
| Bucktail |
| 36 |
| Alpharetta |
| West Plaza |
| Atibaia |
| TOTAL Revenues |
| RECEIPTS |
| Credit Cards |
| Debit Cards |
| Fees |
| Money |
| Payments |
| CMV Food |
| Ru/Collect tax |
| R&R |
| Salaries |
| Royalties+Mkg fee |
| Utilities |
| Occupancy |
| Other |
| NET |

| Reconciliation | Week 1 | Week 2 | Week 3 |
|---|---|---|---|
| Actual Balance | 280,776 | 568,734 | 524,208 |
| Forecast Balance | 296,677 | 655,718 | 175,931 |
| Difference | - 15,901 | - 86,984 | 348,276 |
| **Receipts** | **44,465** | **23,737** | **139,048** |
| CAPEX | - 0 | - 19,679 | - 31,526 |
| Key Money | - 22,000 | - | 21,042 |
| ICMS (tax) | 39,715 | - | - |
| Pis/Cofins (tax) | - | - | - |
| F&B | - 29,700 | - 47,614 | - 14,265 |
| Salaries | - 91,773 | - 39,807 | 181,153 |
| Royalties + Mng Fee | - | - | 154,596 |
| Utilities | 131,878 | - 14,681 | - 20,674 |
| Occupancy | - 120,173 | - 3,839 | - 3,446 |
| Other | 31,687 | 30,800 | 9,332 |
| **Expenditures** | **- 60,366** | **- 94,820** | **296,212** |
| **Pending Royaties** | | **-** | **-** |
| **Deposit** | | | |
| **Previous Difference** | | **- 15,901** | **- 86,984** |
| **Receipts vs Expenditures** | **- 15,901** | **- 86,984** | **348,276** |
| Check | 0 | 0 | - |