**From:** Alves, Carlos[Carlos.Alves@wendys.com]
**Sent:** Fri 3/8/2019 7:01:13 AM Central Standard Time
**To:** Kaffenbarger, Kris[Kris.Kaffenbarger@wendys.com]; Andrew Levy (alevy@starboardwendys.com)[alevy@starboardwendys.com]; ckelleher@auspexcapital.com [ckelleher@auspexcapital.com]; Ribas, Carlos[Carlos.Ribas@wendys.com]; Hartman, Brandon[Brandon.Hartman@wendys.com]; Koumas, Peter[Peter.Koumas@wendys.com]; Green, Kerry[Kerry.Green@wendys.com]; Vidra, Kirk[Kirk.Vidra@wendys.com]
**Cc:** mfsilva927@gmail.com[mfsilva927@gmail.com]
**Subject:** RE: Brazil business updates
**Attachment:** 2019.03.08 Brazil Status Update.pdf
**Attachment:** Cash-Flow Brazil 030819.xlsx
**Attachment:** 2019.03.08 Brazil Timeline.xlsx

---

Hi All,

Good Morning! Please find attached a few documents that we will go through during the call.

-----Original Appointment-----
**From:** Kaffenbarger, Kris
**Sent:** Wednesday, March 6, 2019 7:05 PM
**To:** Kaffenbarger, Kris; Andrew Levy (alevy@starboardwendys.com); ckelleher@auspexcapital.com; Ribas, Carlos; Alves, Carlos; Hartman, Brandon; Koumas, Peter; Green, Kerry; Vidra, Kirk
**Cc:** mfsilva927@gmail.com
**Subject:** Brazil business updates
**When:** Friday, March 8, 2019 8:00 AM-9:50 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Conference call & Teter 1B

Discussion topics:

1. Review the contractual guaranty provisions as they relate to Starboard / Levy. - Kerry and/or Kirk.
2. Review current valuation work, cashflow forecast, and project timeline. - Peter and Edu.
3. Review need for cash injection and internal discussion related to the same. - Peter and Edu.
4. Review current projected shortfall and how it ties to Andrew and Starboard. - Peter and Edu.
5. Andrew to present proposal on specific items that he would like to be considered when finalizing loan repayment. - Andrew with Carlos R input.
6. Discuss proposed note repayment terms. - Peter and Kris.
7. Discuss next steps. - Team.

Conference Call Number:
877-361-4628

Passcode:
1717987

iPhone lead
877-361-4628;1717987#

Wendy_0001347



**Brazil Status Update**

March 2019

© Quality Is Our Recipe, LLC

CONFIDENTIAL

Wendy_0001348

# Agenda

Valuation

Project Timeline

Cash-flow Update

Proceeds Summary before Wendy's past due payments

THE WENDY'S COMPANY | 2

CONFIDENTIAL

Wendy_0001349

# Asset Valuation

| Asset Valuation | | |
|---|---|---|
| | **BRL** | |
| Equipment (Funchal/JK/Alphaville) | 4,129,703 | Sale of equipment, signage and furniture |
| Equipment (Extra) | 269,805 | Sale of the equipment extra in storage |
| Equipment (Aricanduva / West Plaza) | 4,916,769 | Estimated sale of West Plaza and Aricanduva |
| Goodwill | 1,850,000 | *Supply Chain, Operational Team and training, IT (POS), Brand Research, Menu definition, Product Development Rationale: Pre-opening costs BRL 1.3mm* |
| **Total** | **11,166,276** | |

CONFIDENTIAL

Wendy_0001350

# Project Timeline



CONFIDENTIAL

Wendy_0001351

# Cash-Flow Expectations for 2019

| Week/Period:<br>Actual / Projected: | P1 '19<br>P | P2 '19<br>P | P3 '19<br>P | P4 '19<br>P | P5 '19<br>P | P6 '19<br>P | P7 '19<br>P | P8 '19<br>P | P9 '19<br>P | P10 '19<br>P | P11 '19<br>P | P12 '19<br>P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | 436 | 436 | 58 | (263) | 1,107 | 1,577 | 86 | 1,437 | 2,103 | 2,073 | 2,047 | (45) |
| **Cash Inflows** | | | | | | | | | | | | |
| Funchal Lease Sale | | | | | 865 | | | | | | | |
| JK Lease Sale | | | | | | | 865 | | | | | |
| Alphaville Lease Sale | | | | | | | 865 | | | | | |
| Brasil Franchising Asset Sales | | | | | | | 2,300 | 718 | | | | |
| **Total Inflows** | - | - | - | - | 865 | - | 4,030 | 718 | - | - | - | - |
| **Cash Outflows** | | | | | | | | | | | | |
| Restaurant EBITDA | | (68) | (91) | (37) | (24) | (27) | (11) | - | - | - | - | - |
| G&A | | (107) | (95) | (95) | (77) | (77) | (81) | (30) | (30) | (27) | (27) | (27) |
| CAPEX | | - | (41) | - | - | - | - | - | - | - | - | - |
| Bank Bradesco Loan Repayment | | - | - | - | - | - | (814) | - | - | - | - | - |
| Bank Itau Loan Repayment | | - | - | - | - | (1,351) | - | - | - | - | - | - |
| Interest Payment (Banks) | | (35) | (35) | (22) | (22) | (22) | - | - | - | - | - | - |
| Taxes (Past due) | | (13) | (13) | (13) | (13) | (13) | (758) | - | - | - | - | - |
| A/P (Past due) | | (94) | (46) | (463) | - | - | - | - | - | - | - | - |
| Broker Fees (Lease Sale) | | - | - | - | (86) | - | (173) | - | - | - | - | - |
| Broker Fees (Asset Sale) | | - | - | - | - | - | (69) | (22) | - | - | - | - |
| Deal Legal Costs (Asset Sale) | | - | - | - | - | - | (100) | - | - | - | - | - |
| Termination Costs | | - | - | - | - | - | (192) | - | - | - | - | - |
| Closing Costs | | - | - | - | (173) | - | (272) | - | - | - | - | - |
| Miscellaneous Outflows | | (61) | - | - | - | - | (208) | - | - | - | - | - |
| **Total Outflows** | - | (378) | (321) | (630) | (395) | (1,491) | (2,679) | (51) | (30) | (27) | (27) | (27) |
| **Net Cash Flow** | - | (378) | (321) | (630) | 469 | (1,491) | 1,351 | 667 | (30) | (27) | (27) | (27) |
| **Short term Borrowing/(Repayment)** | | | | 2,000 | | | | | | | (2,065) | |
| **Ending Cash** | 436 | 58 | (263) | 1,107 | 1,577 | 86 | 1,437 | 2,103 | 2,073 | 2,047 | (45) | (72) |

\*Excludes past due and future WEN Royalties/Interest

NY | 5

CONFIDENTIAL

Wendy_0001352

# Funding Allocation Summary

| Description: | Comments: | BRL Cash In | BRL Cash Out | US$ Cash In | US$ Cash Out |
|---|---|---|---|---|---|
| Lease Sale Proceeds | BRL 3.2mm / rest | 9,600,000 | | 2,594,595 | |
| Broker fees | 10% of proceeds | | (960,000) | | (259,459) |
| Lease Penalties | 3 months (negotiating waive) | | (799,290) | | (216,024) |
| Termination Costs | Restaurant employees severance | | (847,299) | | (229,000) |
| JK Lawsuit | | | (227,000) | | (61,351) |
| **Net Proceeds Lease Sale** | | **6,766,411** | | **1,828,760** | |
| Equipment Sales to New Group | NBV | 4,399,507 | | 1,189,056 | |
| West Plaza and Aricanduva Sales | NBV plus LHI and Key Money | 4,916,769 | | 1,328,856 | |
| Goodwill Premium | | 1,850,000 | | 500,000 | |
| Termination Costs | Restaurant/Office employees severance | | (972,695) | | (262,891) |
| Deal closure fees | | | (370,000) | | (100,000) |
| Conext Fees | | | (334,988) | | (90,537) |
| **Net Proceeds Asset Sale** | | **9,488,593** | | **2,564,485** | |
| Bank Loans | Bradesco / Itau | | (8,013,000) | | (2,165,676) |
| Past due A/P | | | (2,232,000) | | (603,243) |
| Past due Taxes | | | (2,176,576) | | (588,264) |
| Legal Fees/Claims | | | (740,000) | | (200,000) |
| **Total Past Due / Debt** | | | **(13,161,576)** | | **(3,557,183)** |
| **Sub-total Before Wendy's payments and BOY 2019 Operational Funding** | | **3,093,428** | | **836,062** | |
| 2019 P1 Balance | | 1,612,000 | | 435,676 | |
| P2 -> P12 Restaurant EBITDA | | | (955,657) | | (258,286) |
| P2 -> P12 G&A | | | (2,489,922) | | (672,952) |
| Capital Expenditure | Aricanduva Reduction | | (150,000) | | (40,541) |
| Interests Line of Credit/Loan Local Banks (P2->P6) | | | (496,000) | | (134,054) |
| Additional tax and A/P delays (P2 ->P12) | | | (873,029) | | (235,954) |
| Staboard Pending Fees | | | (30,000) | | (8,108) |
| Short Term Loan Interest | | | (240,500) | | (65,000) |
| **Sub-total Before Wendy's payments** | | | **(529,680)** | | **(143,157)** |

CONFIDENTIAL

Wendy_0001353



CONFIDENTIAL

Wendy_0001354

**Produced in Native Format**

CONFIDENTIAL

Wendy_0001355

**Brazil JV Cash Forecast**

| Week/Period: | P1 '19 | P2 '19 | P3 '19 | P4 '19 | P5 '19 | P6 '19 | P7 '19 | P8 '19 | P9 '19 | P10 '19 | P11 '19 | P12 '19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Projected: | P | P | P | P | P | P | P | P | P | P | P | P |
| **Beginning Cash** | 436 | 436 | 58 | (263) | 1,107 | 1,577 | 86 | 1,437 | 2,103 | 2,073 | 2,047 | (45) |
| **Cash Inflows** | | | | | | | | | | | | |
| Funchal Lease Sale | | | | | 865 | | | | | | | |
| IK Lease Sale | | | | | | | 865 | | | | | |
| Alphaville Lease Sale | | | | | | | 865 | | | | | |
| Brasil Franchising Asset Sales | | | | | | | 2,300 | 718 | | | | |
| **Total Inflows** | - | - | - | - | 865 | - | 4,030 | 718 | - | - | - | - |
| **Cash Outflows** | | | | | | | | | | | | |
| Restaurant EBITDA | | (68) | (91) | (37) | (24) | (27) | (11) | - | - | - | - | - |
| G&A | | (107) | (95) | (95) | (77) | (77) | (81) | (30) | (30) | (27) | (27) | (27) |
| CAPEX | | - | (41) | - | - | - | - | - | - | - | - | - |
| Bank Bradesco Loan Repayment | | - | - | - | - | - | (814) | - | - | - | - | - |
| Bank Itau Loan Repayment | | - | - | - | - | (1,351) | - | - | - | - | - | - |
| Interest Payment (Banks) | | (35) | (35) | (22) | (22) | (22) | - | - | - | - | - | - |
| Taxes (Past due) | | (13) | (13) | (13) | (13) | (13) | (758) | - | - | - | - | - |
| A/P (Past due) | | (94) | (46) | (463) | - | - | - | - | - | - | - | - |
| Broker Fees (Lease Sale) | | - | - | - | (86) | - | (173) | - | - | - | - | - |
| Broker Fees (Asset Sale) | | - | - | - | - | - | (69) | (22) | - | - | - | - |
| Deal Legal Costs (Asset Sale) | | - | - | - | - | - | (100) | - | - | - | - | - |
| Termination Costs | | - | - | - | - | - | (192) | - | - | - | - | - |
| Closing Costs | | - | - | - | (173) | - | (272) | - | - | - | - | - |
| Miscellaneous Outflows | | (61) | - | - | - | - | (208) | - | - | - | - | - |
| **Total Outflows** | - | (378) | (321) | (630) | (395) | (1,491) | (2,679) | (51) | (30) | (27) | (27) | (27) |
| **Net Cash Flow** | - | (378) | (321) | (630) | 469 | (1,491) | 1,351 | 667 | (30) | (27) | (27) | (27) |
| **Short term Borrowing/(Repayment)** | | | | 2,000 | | | | | | | (2,065) | |
| **Ending Cash** | 436 | 58 | (263) | 1,107 | 1,577 | 86 | 1,437 | 2,103 | 2,073 | 2,047 | (45) | (72) |

*Excludes past due and future WEN Royalties/Interest

**Produced in Native Format**

CONFIDENTIAL

