**TABLE OF EXHIBITS**

| Exhibit | Brief Description | Bates Number |
|---|---|---|
| 1 | December 30, 2019 email. | Levy_0006614 |
| 2 | February 15, 2020 email and attachments. | Levy_0008202 |
| 3 | June 12, 2019 Wendy's internal email chain. | Wendy_0005486 |
| 4 | January 9, 2018 email re: WBR partner meeting. | Wendy_0003406 |
| 5 | Carlos Alves deposition transcript | N/A |
| 6 | December 31, 2019 Wendy's internal email chain. | Wendy_0005843 |
| 7 | January 15, 2018 email re: WBR partner meeting | Levy_0006380 |
| 8 | February 28, 2018 email re: Equity Wendy's. | Levy_0008978 |
| 9 | May 8, 2017 email re: Capital Call Discussion. | Levy_0006656 |
| 10 | April 3, 2017 email re: Wendy's Brazil Background. | Wendy_0013900 |
| 11 | March 25, 2019 email re: Brazil Funding Decision. | Wendy_0006312 |
| 12 | March 2, 2018 email re: Wendy's Brazil Quick Update. | Wendy_0013861 |
| 13 | March 8, 2019 email re: Brazil business updates. | Wendy_0001347 |
| 14 | October 4, 2019 email re: recap from our discussion on Brazil. | Wendy_0007698 |
| 15 | Table of Exhibits. | N/A |