**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

      Plaintiff,

vs.                               Case No. 2:24-cv-03077

ANDREW LEVY,

      Defendant.

_____/

**PLAINTIFF'S MOTION TO SEAL EXHIBIT 29**

Plaintiff Wendy's Netherlands B.V. ("Wendy's" or "Plaintiff") moves this Court for an order sealing Exhibit 29 (Bates No. Wendy_0001900) to Plaintiff's Motion for Summary Judgment (ECF #130-29).

In connection with its Motion for Summary Judgment, Plaintiff filed Exhibit 29. On July 15, 2026, Wendy's was alerted by counsel for Andrew Levy that Exhibit 29 contains sensitive personal identifying information belonging to Defendant Andrew Levy, including his social security number, information regarding his children, his home address, and his date of birth. Plaintiff did not intend to disclose this information on the public docket and seeks to correct this.

"[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know." *Waller v. Ohiohealth Corp.*, No. 2:25-CV-00672, 2025 WL 1752004, at *3 (S.D. Ohio June 25, 2025) (quoting *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983)).  A person's privacy interest in their personally identifying information sufficiently outweighs the public's right to access judicial records. *See Abraham, Inc. v. United States*, No. 2:18-CV-1306, 2020 WL 3173036, at *1 (S.D. Ohio June 15, 2020) ("The

Court finds that the existence of personally identifying information relating to SNAP households is a compelling reason to allow Defendant to file its motion and related attachments under seal.").

Here, Exhibit 29 is entitled "Confidential Personal Statement" and was part of Levy's 2018 loan application to Fifth Third Bank.  While very relevant to the issues in the case, the document does contain sensitive personal identifying and financial information. The public has no legitimate interest in access to Mr. Levy's social security number, home address, date of birth, or his children's information, and the compelling interest in protecting that information from public disclosure outweighs any interest in unfettered access to the exhibit.  Although redactions are normally favored over sealing, in the circumstances of this document, where the entire document is a confidential financial statement, sealing is warranted.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and order that Exhibit 29 be sealed.

## CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that, on July 15, 2026, undersigned counsel contacted counsel for Levy, and, on July 17, 2026, counsel for Levy responded indicating that Levy consents to the relief sought.

Respectfully submitted,
  /s/  Elin Park
Shalyn Watkins (0096026)
Elin Park (Admitted *Pro Hac Vice*)
Cary Aronovitz (Admitted *Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Ph:  213-896-2559
Service emails:  shalyn.watkins@hklaw.com, elin.park@hklaw.com, cary.aronovitz@hklaw.com
*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2026, the foregoing was filed with the Clerk of

Court via the Court's CM/ECF system, which will serve, via email, all counsel of record.


　　　　　　　　　　　*/s/ Elin Park*　　　　　　
　　　　　　　　　　　Attorney