**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:24-cv-0389 | 2:25-cv-1046 | 2:26-cv-0355 |
| 2:24-cv-1823 | 2:25-cv-1088 | 2:26-cv-0410 |
| 2:24-cv-3077 | 2:25-cv-1174 | 2:26-cv-0476 |
| 2:25-cv-0271 | 2:25-cv-1231 | |
| 2:25-cv-0380 | 2:25-cv-1244 | |
| 2:25-cv-0416 | 2:25-cv-1276 | |
| 2:25-cv-0458 | 2:25-cv-1300 | |
| 2:25-cv-0482 | 2:25-cv-1340 | |
| 2:25-cv-0518 | 2:25-cv-1371 | |
| 2:25-cv-0550 | 2:25-cv-1419 | |
| 2:25-cv-0639 | 2:25-cv-1469 | |
| 2:25-cv-0648 | 2:26-cv-0049 | |
| 2:25-cv-0698 | 2:26-cv-0071 | |
| 2:25-cv-0732 | 2:26-cv-0091 | |
| 2:25-cv-0760 | 2:26-cv-0145 | |
| 2:25-cv-0874 | 2:26-cv-0173 | |
| 2:25-cv-0893 | 2:26-cv-0240 | |

## NOTICE

Each of the above-listed cases has previously been identified as ready for a mediation conference in **September 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on July 31, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio