**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| WENDY'S NETHERLANDS B.V., | : | Case No.: 2:24-cv-3077 |
|  | : |  |
| Plaintiff, | : | Judge Michael H. Watson |
|  | : |  |
| v. | : | Magistrate Judge Jolson |
|  | : |  |
| ANDREW LEVY, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**PLAINTIFF'S WENDY'S NOTICE OF FILING REDACTED EXHIBIT 29**

Plaintiff Wendy's Netherlands, B.V., by and through undersigned counsel, hereby files the redacted Exhibit 29.

Dated: July 22, 2026

Respectfully submitted,

_/s/_   Cary O. Aronovitz
Shalyn Watkins (0096026)
Elin Park (*pro hac vice* granted)
Cary Aronovitz (*pro hac vice* granted)
**HOLLAND & KNIGHT LLP**
701 Brickell Ave., St. 3300
Miami, FL 33131
shalyn.watkins@hklaw.com,
cary.aronovitz@hklaw.com; elin.park@hklaw.com
*Attorneys for Wendy's Netherlands B.V.*

2

## CERTIFICATE OF SERVICE

On July 22, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Cary O. Aronovitz*

Attorney

2