

# Confidential Personal Statement

## APPLICANT

| NAME - FIRST, MIDDLE INITIAL AND LAST | STATE AND DRIVERS LICENSE NUMBER | |
|---|---|---|
| Andrew Levy | ███████ | |

| ADDRESS - NUMBER, STREET, CITY, STATE AND ZIP | YEARS THERE |
|---|---|
| ███████ | 5 |

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | MOTHER'S MAIDEN NAME | HOME PHONE |
|---|---|---|---|
| ███████ | | ███████ | (435) 487-9222 |

| EMPLOYER | YEARS THERE |
|---|---|
| Starboard Group Management Compay | 19 |

| BUSINESS ADDRESS - NUMBER, STREET, CITY, STATE AND ZIP | BUSINESS PHONE |
|---|---|
| 12540 West Atlantic Blvd, Coral Springs, FL 33071 | (954) 255-2266 |

| POSITION/TITLE | TYPE OF BUSINESS |
|---|---|
| CEO | Fast Food Restaurant |

**NAMES/AGES OF DEPENDENTS**
███████

| NAME OF NEAREST RELATIVE NOT LIVING WITH YOU/RELATIONSHIP | ADDRESS - NUMBER, STREET, CITY, STATE AND ZIP |
|---|---|
| | |

## CO-APPLICANT - (IF APPLICABLE)

| NAME - FIRST, MIDDLE INITIAL AND LAST | STATE AND DRIVERS LICENSE NUMBER |
|---|---|
| | |

| ADDRESS - NUMBER, STREET, CITY, STATE AND ZIP | YEARS THERE |
|---|---|
| | |

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | MOTHER'S MAIDEN NAME | HOME PHONE |
|---|---|---|---|
| | | | |

| EMPLOYER | YEARS THERE |
|---|---|
| | |

| BUSINESS ADDRESS - NUMBER, STREET, CITY, STATE AND ZIP | BUSINESS PHONE |
|---|---|
| | |

| POSITION/TITLE | TYPE OF BUSINESS |
|---|---|
| | |

**NAMES/AGES OF DEPENDENTS**

| NAME OF NEAREST RELATIVE NOT LIVING WITH YOU/RELATIONSHIP | ADDRESS - NUMBER, STREET, CITY, STATE AND ZIP |
|---|---|
| | |

## INCOME STATEMENT

| ANNUAL INCOME | APPLICANT | CO-APPLICANT | TOTAL |
|---|---|---|---|
| Salary (Gross) (Please furnish last two years Federal tax returns) | | | |
| Bonus and Commissions | | | |
| Dividends/Interest | | | |
| Alimony, Child Support, Separate Maintenance* | | | |
| Rental Income (Net) | | | |
| Other income (Describe) (i.e. Trust) | | | |
| Total | | | |
| **ANNUAL FIXED AND VARIABLE EXPENSES** | | | |
| Primary Home Mortgage Payment (Principal and Interest) | | | |
| Other Mortgage Payments (Principal and Interest) | | | |
| Loan Payments (Excluding Mortgages) | | | |
| Credit Card Payments | | | |
| Property Taxes/Assessments | | | |
| Taxes (City, State, Federal) | | | |
| Insurance Premiums | | | |
| Alimony, Child Support, Maintenance | | | |
| Living Expenses | | | |
| Other (Itemize) (i.e. College Expense) | | | |
| | | | |
| | | | |
| **TOTAL** | | | |

Alimony, child support or separate maintenance payments need not be included, unless applicant desires that income from these sources be considered in connection with this application.

Fifth Third Bank SBA Loan Application | Page 1

CONFIDENTIAL

Wendy_0001900

P-05372_00037415



**FIFTH THIRD BANK**

NAME Andrew Levy_____

STATEMENT OF FINANCIAL CONDITION
AS OF:
(DATE) June 30, 2018

## BALANCE SHEET  (Attach Additional Schedules as Needed)

| ASSETS | APPLICANT | CO-APPLICANT | JOINT | TOTAL |
|---|---|---|---|---|
| Cash and Short-term Investments (Schedule A) | 350,000 | | | 350,000 |
| Marketable Securities (Stocks, Bonds, Mutual Funds) (Schedule B) | 519,136 | | | 519,136 |
| Securities Not Readily Marketable (Schedule B) | | | | |
| Cash Value - Life Insurance (Schedule C) | 533,178 | | | 533,178 |
| Unexercised Company Stock Options (Schedule D) | | | | |
| Notes and Accounts Receivable | | | | |
| Real Estate Owned (Schedule E) | 20,775,000 | | | 20,775,000 |
| Vested Profit-Sharing Benefits/Deferred Compensation (Schedule F) | | | | |
| IRA/KEOGH Accounts | | | | |
| Business Interest (Equity)*   Starboard et al (1) | 0 | | | 0 |
| General and/or Limited Partnership Interests (Schedule G) | | | | |
| Automobiles (Other specialty vehicles) | 250,000 | | | 250,000 |
| Personal Property | 250,000 | | | 250,000 |
| Other Assets | | | | |
| | | | | |
| **Total Assets** | 22,677,314 | | | 22,677,314 |
| **LIABILITIES** | **APPLICANT** | **CO-APPLICANT** | **JOINT** | **TOTAL** |
| Notes Payable to Banks - secured | 116,960 | | | 116,960 |
| Notes Payable to Banks - unsecured | | | | |
| Notes Payable to Company (Employer) | | | | |
| Notes Payable to Others (i.e. Retirement Plans) | | | | |
| Mortgages (Schedule E) | 11,578,646 | | | 11,578,646 |
| Outstanding Credit Card Balances | 148,325 | | | 148,325 |
| Other Accounts Payable | | | | |
| Margin Account | | | | |
| Taxes and Interest Payable (unpaid but accrued) | | | | |
| Policy Loan - Life Insurance (Schedule C) | | | | |
| Other Liabilities | | | | |
| | | | | |
| **Total Liabilities** | 11,843,931 | | | 11,843,931 |
| **NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES)** | 10,833,383 | | | 10,833,383 |

| | | |
|---|---|---|
| Are all bad and doubtful assets excluded from this statement? | ☐ NO   ☒ YES | |
| Are any of your assets pledged, loaned or hypothecated? | ☒ NO   ☐ YES | If "YES", give details:   None other than disclosed above |

(1) Based on the default situation. If the defaults are cured there may be substantial equity value. Conversely if the defaults are not cured there may be substantial negative value

*If more than 20% of total assets, attach a current balance sheet and profit and loss statement of the business.

**Fifth Third Bank SBA Loan Application |** Page 2


**FIFTH THIRD BANK**

NAME Andrew Levy_____

**STATEMENT OF FINANCIAL CONDITION**
**AS OF:**
**(DATE) June 30, 2018**

## SCHEDULE A Accounts at Financial Institutions (Including certificates of deposit, commercial paper, money market funds, etc.)

| NAME OF INSTITUTION | SAVINGS ACCOUNTS | CHECKING ACCOUNTS | OTHER SHORT-TERM INVESTMENTS | TOTAL |
|---|---|---|---|---|
| US Trust | | 350,000 | | 350,000 |
| | | | | |
| | | | | |

## SCHEDULE B Securities (Stocks, Bonds and Mutual Funds - list unexercised stock options in Schedule D only)

| NO. OF SHARES OR PAR VALUE OF BONDS | DESCRIPTION | RESTRICTED (R) | PLEDGED (P) | OWNER (A/C/JT) | L-LISTED U-UNLISTED | COST | MARKET VALUE |
|---|---|---|---|---|---|---|---|
| Goldman Sachs | Joint Advisory | | | JT | | | 356,001 |
| Goldman Sachs | IRA | | | A | | | 109,957 |
| Goldman Sachs | Joint Brokerage | | | JT | | | 14,098 |
| John Hancock | 401 (k) | | | A | | | 39,080 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SCHEDULE C Insurance - Life (Group, Whole) and Disability

| AMOUNT | NAME OF COMPANY | BENEFICIARY | OWNER | LOANS | CASH VALUE |
|---|---|---|---|---|---|
| 3,800,000 | Mass Mutual | | | | 385,000 |
| 10,000,000 | Pacific Life | | | | 93,327 |
| 160,000 | Misc | | | | 54,851 |

DO YOU HAVE: MAJOR MEDICAL?  ☒ YES  ☐ NO    PROPERTY & CASUALTY?  ☒ YES  ☐ NO    DISABILITY?  ☒ YES  ☐ NO

## SCHEDULE D  Unexercised Company Stock Options

| NAME OF COMPANY | NUMBER OF SHARES | EXPIRATION DATE | I-INCENTIVE N-NON-QUALIFIED | EXERCISE PRICE PER SHARE | CURRENT MARKET |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## SCHEDULE E  Real Estate Owned (Including principal residence)

| DESCRIPTION OF PROPERTY AND MORTGAGE HOLDER | TITLE IN NAME OF | DATE PURCHASED | COST | AMOUNT OWING | MORTGAGE MATURITY | MARKET VALUE | MORTGAGE PAYMENT | RENTAL INCOME |
|---|---|---|---|---|---|---|---|---|
| See Attached | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## SCHEDULE F  Vested Interest in Deferred Compensation/Profit-Sharing Plans

| % VESTED | NAME OF COMPANY | A/C | MANNER OF PAYOUT (ANNUITY, LUMP SUM, ETC.) | DISTRIBUTION DATE | BENEFICIARY | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## SCHEDULE G  General and/or Limited Partnership Interest

| NAME OF PARTNERSHIP | TYPE OF INVESTMENT | L-LIMITED G-GENERAL | AMOUNT INVESTED | % OF OWNERSHIP | FAIR MARKET VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Fifth Third Bank SBA Loan Application** | Page 3

**FIFTH THIRD BANK**

## CONTINGENT LIABILITIES

| | NO | YES | AMOUNT |
|---|---|---|---|
| Are you contingently liable for any additional partnership/other contributions?   Brazil JV | ☐ | ☒ | tbd |
| Are you an endorser, co-maker or guarantor on any notes?   Starboard et al | ☐ | ☒ | approx $75million |
| Do you have any outstanding letters of credit? | ☒ | ☐ | |
| Are you contingently liable on any lease or contract?   Starboard et al | ☐ | ☒ | tbd |
| Are there any suits or legal actions pending against you? | ☒ | ☐ | |
| Are any of your tax obligations past due? | ☒ | ☐ | |
| Have you ever filed for bankruptcy? If so, when? | ☒ | ☐ | |

IF ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PLEASE GIVE DETAILS.  USE ADDITIONAL SHEET IF NECESSARY.

## FINANCIAL PLANNING

IN ORDER TO BETTER FULFILL OUR ROLE AS A FINANCIAL COUNSELOR IN DEVELOPING AND PRESERVING YOUR WEALTH, PLEASE COMPLETE THE FOLLOWING:

What other legal and financial advisors do you use?

Attorney and firm name _____

Accountant and firm name _____

Other Advisors _____

Do you have a Will?   ☐ NO   ☐ YES , year dated

Do you have a Trust?   ☐ NO   ☐ YES , year dated

Name of Personal Representative/Trustee? _____

Do you have a plan for meeting income requirements following retirement?   ☐ NO   ☐ YES

Do you have a plan for funding education?   ☐ NO   ☐ YES

This Personal Statement is provided to Fifth Third Bank (the Bank) for the purpose of inducing the Bank to extend or continue credit to the applicant*.  The applicant represents and warrants to the Bank that the information provided in this Personal Statement is a complete, correct and not misleading statement of the financial condition of the applicant as of the date of this Personal Statement.  The applicant promises to promptly notify the Bank of any material change in the information provided which is detrimental to the applicant's ability to pay all amounts which are or may become due the Bank.  In the absence of such a notice, the applicant represents and warrants to the Bank that the Bank may continue to rely upon this Personal Statement as a complete, correct and not misleading statement of the financial condition of the applicant.  The applicant authorizes us to obtain additional information from credit bureaus and other lawful sources including the persons and companies named in the application.  The Bank may receive information about the applicant from others and may answer questions and requests from others seeking credit and experience information about the applicant.

The undersigned certifies that all sides hereof and the information inserted therein has been carefully read and is true and correct.  The undersigned under-stands and agrees to the representations and statements made herein.

_____   July 17, 2018  _____
SIGNATURE (APPLICANT)   DATE SIGNED

_____   _____
SIGNATURE (CO-APPLICANT)   DATE SIGNED

*Applicant (and Co-Applicant, if applicable)
06-017g

Fifth Third Bank SBA Loan Application | Page 4