**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

     Plaintiff,

vs.                                                             Case No. 2:24-cv-03077

ANDREW LEVY,

     Defendant.

_____ /

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Wendy's Netherlands B.V. ("Wendy's" or "Plaintiff") moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an order extending the time for Plaintiff to file its reply in support of its pending motion for summary judgment by fourteen (14) days to on or before August 12, 2026. This Motion is unopposed. In support thereof, Plaintiff states:

On June 24, 2026, Plaintiff filed its Motion for Summary Judgment.  See (ECF No. 130). Defendant filed his Response on July 15, 2026.  See (ECF No. 134).  Accordingly, Plaintiff's Reply would be due on July 29, 2026.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

Here, Plaintiff is seeking an additional fourteen days to file its Reply, which request is unopposed.  The need for additional time is due to summer travel taken by Plaintiff's counsel and work related to this case and other cases and trial deadlines.  In addition, the parties are engaged

in informal settlement discussions.  Additional time is needed to determine if such discussions can lead to a settlement. Plaintiff's counsel has conferred with counsel for Defendant, and Defendant does not oppose this Motion. No party will be prejudiced by the requested extension, and the extension will not otherwise delay these proceedings, and good cause otherwise exists for the granting of this motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order extending the deadline for Plaintiff to file its reply by fourteen (14) days from the current deadline, on or before August 12, 2026.

### CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that, on July 8, 2026, undersigned counsel contacted counsel for Levy, and counsel for Levy responded indicating that Levy consents to the relief sought.

Respectfully submitted,
 /s/  Shalyn Watkins
Shalyn Watkins (0096026)
Elin Park (Admitted *Pro Hac Vice*)
Cary Aronovitz (Admitted *Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Ph:  213-896-2559
Service emails: shalyn.watkins@hklaw.com, elin.park@hklaw.com, cary.aronovitz@hklaw.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will serve, via email, all counsel of record.

 /s/ Shalyn Watkins
Attorney

2

#542097553_v1