**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

     Plaintiff,

vs.                             Case No. 2:24-cv-03077

ANDREW LEVY,

     Defendant.

                                /

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Wendy's Netherlands B.V. ("Wendy's" or "Plaintiff") moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an order extending the time for Plaintiff to file its reply in support of its pending motion for summary judgment by fourteen (14) days from August 12, 2026 to on or before August 26, 2026. This Motion is unopposed.

In support thereof, Plaintiff states:

On June 24, 2026, Plaintiff filed its Motion for Summary Judgment (ECF No. 130) and Defendant filed his Response on July 15, 2026. (ECF No. 134).  Wendy's then filed an unopposed motion for extension of time seeking 14 additional days to reply in support of its motion for summary judgment (ECF No. 139). The Court granted that motion, and pursuant to that Order, Wendy's Reply is currently due by August 12, 2026. (ECF No. 140).

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

Here, Plaintiff is seeking an additional fourteen days to file its Reply, which request is unopposed.  The need for additional time is due to Plaintiff's counsel's schedule in other matters, and the parties' continued settlement discussions.  The parties have continued to engage in such discussions in a good faith effort to resolve this dispute, although no agreement has been reached. Plaintiff seeks additional time so that a potential settlement can be reached, or so that it can devote the needed time to Reply to Defendant's Response.  Plaintiff will not seek any further extension as to its Reply.

Plaintiff's counsel has conferred with counsel for Defendant, and Defendant does not oppose this Motion. No party will be prejudiced by the requested extension, and the extension will not otherwise delay these proceedings, and good cause otherwise exists for the granting of this motion.  Plaintiff will not seek any further extension as to its Motion for Summary Judgment.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order extending the deadline for Plaintiff to file its Reply by fourteen (14) days from the current deadline to on or before August 26, 2026.

## CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that, on August 6, 2026, undersigned counsel contacted counsel for Defendant, who does not oppose the motion.

Respectfully submitted,
 __/s/_ _Cary Aronovitz_____ __
Shalyn Watkins (0096026)
Elin Park (Admitted *Pro Hac Vice*)
Cary Aronovitz (Admitted *Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Ph:  213-896-2559
Service emails:    shalyn.watkins@hklaw.com, elin.park@hklaw.com, cary.aronovitz@hklaw.com
*Attorneys for Plaintiff*

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2026, the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will serve, via email, all counsel of record.

_/s/ Cary O. Aronovitz_
Attorney