**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

Plaintiff,

vs. Case No. 2:24-cv-03077

ANDREW LEVY,

Defendant.

_______________________________________/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Wendy's Netherlands B.V. ("Wendy's" or "Plaintiff") moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an order extending the time for Plaintiff to file its reply in support of its pending motion for summary judgment by ten (10) days from August 26, 2026 to on or before Monday September 7, 2026. This Motion is unopposed.

In support thereof, Plaintiff states:

Wendy's Reply in support of its Motion for Summary Judgment currently is due on August 26, 2026 (ECF No. 142). Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

Here, Plaintiff is seeking an additional ten days to file its Reply, which request is unopposed. The need for additional time is that the parties have reached an agreement as to general terms to settle this dispute, but require additional time to finalize an actual settlement agreement.

Plaintiff seeks additional time so that a settlement agreement can be finalized, which would obviate the need to file the Reply.

Plaintiff's counsel has conferred with counsel for Defendant, and Defendant does not oppose this Motion. No party will be prejudiced by the requested extension, and the extension will not otherwise delay these proceedings, and good cause otherwise exists for the granting of this motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order extending the deadline for Plaintiff to file its Reply by ten (10) days from the current deadline to on or before September 7, 2026.

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certifies that, on August 25, 2026, undersigned counsel contacted counsel for Defendant, who does not oppose the motion.

Respectfully submitted,

*/s/* Shalyn Watkins
Shalyn Watkins (0096026)
Elin Park (Admitted *Pro Hac Vice*)
Cary Aronovitz (Admitted *Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Ph: 213-896-2559
Service emails: shalyn.watkins@hklaw.com, elin.park@hklaw.com, cary.aronovitz@hklaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2026, the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will serve, via email, all counsel of record.

*/s/* Shalyn Watkins
Attorney