**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

Plaintiff,

vs. Case No. 2:24-cv-03077

ANDREW LEVY,

Defendant.

______________________________________/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND TO FILE A STATUS REPORT IN 21 DAYS**

Plaintiff Wendy's Netherlands B.V. ("Wendy's" or "Plaintiff") moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an order (a) extending the deadline for Plaintiff to file its reply in support of its pending motion for summary judgment beyond September 7, 2026, and (b) setting a status report requirement three weeks from the date of the order so the parties can update the Court on the status of the case, and report any dismissal to the Court. This Motion is unopposed. In support thereof, Plaintiff states:

Wendy's Reply in support of its Motion for Summary Judgment currently is due on September 7, 2026 (ECF No. 145).[1] Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

[1] Due to September 7, 2026 being a federal holiday, Wendy's understands its Reply is actually due on September 8, 2026.

Here, Plaintiff is seeking additional time to file its Reply, which request is unopposed. The parties have continued to make progress toward finalizing a settlement agreement that would resolve this dispute and obviate the need for the Reply. Plaintiff requests additional time so that the parties can continue working toward finalizing a settlement agreement. Plaintiff also requests 21 days to file a status report, if needed, to update the Court on the status of the parties' discussions. Plaintiff's counsel has conferred with counsel for Defendant, and Defendant does not oppose this Motion. No party will be prejudiced by the requested extension, the extension will not otherwise delay these proceedings, and good cause exists for the granting of this Motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order extending the deadline for Plaintiff's Reply and setting a status report due from Plaintiff three weeks from the date of the order.

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certifies that, on September 4, 2026, Plaintiff's counsel contacted Defendant's counsel who indicated on September 7, Defendant does not oppose the motion.

Respectfully submitted,
*/s/ Cary O. Aronovitz*
Shalyn Watkins (0096026)
Elin Park (Admitted *Pro Hac Vice*)
Cary Aronovitz (Admitted *Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Ph: 213-896-2559
shalyn.watkins@hklaw.com, elin.park@hklaw.com,
cary.aronovitz@hklaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2026, the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will serve, via email, all counsel of record.

*/s/ Cary Aronovitz*
Cary Aronovitz

#544525488_v1