**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Under the Court's September 9, 2026, Order (ECF No. 147), Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit a Joint Status Report addressing the status of settlement discussions. The parties have made good progress in finalizing an executed settlement agreement. The attorneys for each party met on September 18, 2026 to address a few final issues for the written settlement agreement, and have since exchanged an updated draft. The parties request an additional fourteen (14) days to update the Court with another joint status report, on or before October 15, 2026. If the parties can execute the settlement agreement prior to October 15, 2026, they will promptly notify the Court.

Dated: October 1, 2026

Respectfully submitted,

<u>*/s/ Jon Polenberg*</u>
Jon Polenberg, Florida Bar No. 653306
(Admitted Pro Hac Vice)
BECKER & POLIAKOFF, P.A.

<u>*/s/ Cary O. Aronovitz*</u>
Shalyn Watkins (0096026)
Elin Park (*Pro Hac Vice* pending)
Cary Aronovitz (*Pro Hac Vice* pending)

31003313.v1
31208456.v1

1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
jpolenberg@beckerlawyers.com

*Attorney for Defendant Andrew Levy*

HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
Shalyn.Watkins@hklaw.com

*Attorneys for Plaintiff Wendy's Netherlands B.V.*

**CERTIFICATE OF SERVICE**

On October 1, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Cary O. Aronovitz*
FL Bar No. 86425
*Attorney for Wendy's*