**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY'S NETHERLANDS B.V.,** | : | |
| | : | **Case No. 2:24-cv-03077** |
| **Plaintiff,** | : | |
| | : | **Judge Michael H. Watson** |
| v. | : | |
| | : | **Magistrate Judge Kimberly Jolson** |
| **ANDREW LEVY,** | : | |
| | : | |
| **Defendant.** | : | |

# JOINT STATUS REPORT

Plaintiff Wendy's Netherlands B.V. ("**Wendy's**") and Defendant Andrew Levy ("**Levy**") (collectively, "**Parties**") submit a Joint Status Report addressing the status of settlement discussions. The parties have made good progress in finalizing an executed settlement agreement. The Parties' attorneys continue to meet in good faith and the delay to execute a finalized agreement primarily concerns the consideration of business and legal issues that have a connection with Brazilian law. The parties request an additional fourteen (14) days to update the Court with another joint status report, on or before November 3, 2026. If the parties can execute the settlement agreement prior to November 3, 2026, they will promptly notify the Court. The Parties also apologize that this Joint Status Report is being filed days after it was set to be filed with the Court, and appreciate the Court's understanding as the Parties attempt to finalize an executed settlement agreement.

Dated: October 20, 2026

Respectfully submitted,

/s/ Jon Polenberg
Jon Polenberg, Florida Bar No. 653306
(Admitted Pro Hac Vice)
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
jpolenberg@beckerlawyers.com

*Attorney for Defendant Andrew Levy*

/s/ Cary O. Aronovitz
Shalyn Watkins (0096026)
Elin Park (*Pro Hac Vice* pending)
Cary Aronovitz (*Pro Hac Vice* pending)
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
Shalyn.Watkins@hklaw.com

*Attorneys for Plaintiff Wendy's Netherlands B.V.*

**CERTIFICATE OF SERVICE**

On October 20, 2026, this document was filed electronically with the Clerk of the United States Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Cary O. Aronovitz
FL Bar No. 86425
*Attorney for Wendy's*