**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WENDY'S NETHERLANDS B.V.,

Plaintiff,

vs. Case No. 2:24-cv-03077

ANDREW LEVY,

Defendant.
_____________________________________/

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Wendy's Netherlands B.V., in accordance with the Parties' executed settlement agreement, hereby provides notice of the dismissal of its claim against Andrew Levy with prejudice, with the consent of all parties appearing, with every party to pay their own attorneys' fees and costs. The Parties respectfully request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

Respectfully submitted,

*/s/ Jon Polenberg*
Jon Polenberg, Florida Bar No. 653306
(Admitted Pro Hac Vice)
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
jpolenberg@beckerlawyers.com

*Attorney for Defendant Andrew Levy*

*/s/ Elin Park*
Shalyn Watkins (0096026)
Elin Park (*Pro Hac Vice* admitted)
Cary Aronovitz (*Pro Hac Vice* admitted)
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: (213) 896-2559
Facsimile: (949) 833-8540
Shalyn.Watkins@hklaw.com
*Attorneys for Plaintiff Wendy's Netherlands B.V.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will serve, via email, all counsel of record.

*/s/ Elin Park*
Elin Park